Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Attorneys for Defendant
RIPPLE LABS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-MEJ |
| Plaintiff, | **NOTICE OF APPEARANCE OF ATTORNEY FOR NICOLE L. CHESSARI** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | Judge: Hon. Maria-Elena James |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTOREYS OF RECORD:**

**PLEASE TAKE NOTICE**, that the undersigned attorney, Nicole L. Chessari of Goodwin Procter LLP, hereby appears in this action as counsel for Defendant Ripple Labs Inc. Copies of all pleadings and papers filed in this action should be served on counsel as follows:

>Nicole L. Chessari (SBN 259970)
>*nchessari@goodwinprocter.com*
>**GOODWIN PROCTER LLP**
>135 Commonwealth Drive
>Menlo Park, California 94025-1105
>Tel.: 650.752.3100
>Fax.: 650.853.1038

Dated:  April 29, 2015                                       Respectfully submitted,

                                       By:   /s/ Nicole L. Chessari
                                             Grant P. Fondo (SBN 181530)
                                             *gfondo@goodwinprocter.com*
                                             Nicole L. Chessari (SBN 259970)
                                             *nchessari@goodwinprocter.com*
                                             **GOODWIN PROCTER LLP**
                                             135 Commonwealth Drive
                                             Menlo Park, California 94025-1105
                                             Tel.: 650.752.3100
                                             Fax.: 650.853.1038

                                             Attorneys for Defendant
                                             RIPPLE LABS INC.

- 1 -

NOTICE OF APPEARANCE OF
ATTORNEY FOR NICOLE L. CHESSARI
Case No. 15-cv-01503-MEJ

## **CERTIFICATE OF SERVICE**

I, Nicole L. Chessari, hereby certify that a true and correct copy of the above and foregoing document has been served on April 29, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h).  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by first class mail, facsimile and/or overnight delivery.

/s/ Nicole L. Chessari
Nicole L. Chessari