1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025-1105
   Tel.: 650.752.3100
5  Fax.: 650.853.1038

6  Attorneys for Defendant
   RIPPLE LABS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-MEJ |
| Plaintiff, | **RIPPLE LABS INC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | Judge:     Hon. Maria-Elena James |
| Defendant. | |

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves are known to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding:  Bitstamp LTD.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Ripple Labs Inc. ("Ripple") files this corporate disclosure statement, and hereby discloses, by and through its undersigned counsel, that Ripple does not have any parent corporation and no publicly-held corporation owns 10% or more of Ripple's stock.

Dated:  April 29, 2015						Respectfully submitted,

							By:	/s/ Grant P. Fondo
								Grant P. Fondo (SBN 181530)
								*gfondo@goodwinprocter.com*
								Nicole L. Chessari (SBN 259970)
								*nchessari@goodwinprocter.com*
								**GOODWIN PROCTER LLP**
								135 Commonwealth Drive
								Menlo Park, California 94025-1105
								Tel.: 650.752.3100
								Fax.: 650.853.1038

								Attorneys for Defendant
								RIPPLE LABS INC.

## **CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a true and correct copy of the above and foregoing document has been served on April 29, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h).  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by first class mail, facsimile and/or overnight delivery.

/s/ Grant P. Fondo
Grant P. Fondo