Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Attorneys for Defendant/Cross-Plaintiff
RIPPLE LABS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-MEJ |
| Plaintiff, | **DEFENDANT/CROSS-PLAINTIFF RIPPLE LAB INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | **[DECLARATION OF GRANT P. FONDO CONCURRENTLY FILED HEREWITH]** |
| Defendant. | Judge:     Hon. Maria-Elena James |
| RIPPLE LABS INC., a California Corporation, | |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| Cross-Defendants. | |

# NOTICE OF MOTION AND MOTION

Pursuant to Civil Local Rule 7-11 and 79-5, Defendant/Cross-Claimant Ripple Labs Inc. ("Ripple Labs") respectfully submits this administrative motion asking the Court to file under seal the redacted portions of Ripple Labs' Answer and Cross-Complaint ("Redacted Materials") and Exhibit 1 to the Cross-Complaint ("Sealed Exhibit"). Redacted versions of the Answer and Cross-Complaint and Exhibit were filed on April 29, 2015 at Docket No. 9. Unredacted versions of those documents are being lodged with the Court concurrently with the filing of this Motion.

The Sealed Exhibit is a confidential settlement agreement entered into between, Ripple Labs, Defendant/Cross-Defendant Jed McCaleb, and others whom are not parties to this action. The Redacted Materials are information that the parties agreed to keep confidential under the settlement agreement. Public disclosure of the Redacted Materials would be damaging to the parties to the settlement agreement, some of whom are not parties to this action. Accordingly, good cause and compelling reasons exist to file the designated administrative request under seal.

This Motion is based upon this Notice of Motion and Motion, and concurrently filed Memorandum of Points and Authorities, Declaration of Grant P. Fondo and the concurrently filed [Proposed] Order, the complete court file in this action, all other matters judicially noticeable, and such further argument or evidence as may be presented to the Court.

Dated: April 30, 2015                                  Respectfully submitted,

                                                By:   /s/ Grant P. Fondo
                                                      Grant P. Fondo (SBN 181530)
                                                      *gfondo@goodwinprocter.com*
                                                      Nicole L. Chessari (SBN 259970)
                                                      *nchessari@goodwinprocter.com*
                                                      **GOODWIN PROCTER LLP**
                                                      135 Commonwealth Drive
                                                      Menlo Park, California 94025-1105
                                                      Tel.: 650.752.3100
                                                      Fax.: 650.853.1038

                                                      Attorneys for Defendant/Cross-Plaintiff
                                                      RIPPLE LABS INC.

- 1 -

DEFENDANT/CROSS-PLAINTIFF RIPPLE LABS INC.'S ADMINISTRATIVE MOTION TO SEAL
Case No. 15-cv-01503-MEJ

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Civil Local Rules 7-11 and 79-5, Ripple Labs Inc. ("Ripple Labs") respectfully requests that the Court issue an order instructing the Clerk of the Court to file under seal the redacted portions of Paragraphs 2, 4, 7, 10, 12, 30, 31, 34, 56, 58 and Paragraph a of the Prayer for Relief of Ripple Labs' Answer and Cross-Complaint ("Redacted Materials") and Exhibit 1 to the Answer and Cross-Complaint ("Sealed Exhibit").  The Redacted Materials and the Sealed Exhibit reflect information designated as confidential under a settlement agreement entered into between Ripple Labs, Cross-Defendant Jed McCaleb, and others whom are not parties to this action. Redacted versions of the Answer and Cross-Complaint and Exhibit 1 were filed on April 29, 2015. *See* Docket No. 9.  Unredacted versions of those documents are being lodged with the Court concurrently with the filing of this Motion.

A party seeking to keep judicial records under seal must demonstrate "good cause" or "compelling reasons" for doing so.  *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178-1179 (9th Cir. 2006); *see also Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 677-79 (9th Cir. 2010). "Under the 'compelling reasons' standard, a district court [] weigh[s] 'relevant factors,' [and] base[s] its decision on a 'compelling reason.'"  *Pintos*, 605 F.3d at 679 (quoting *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995)). "'Relevant factors' include the 'public interest in understanding the judicial process and whether disclosure of the material could result in improper use of the material for scandalous or libelous purposes or infringement upon trade secrets.'"  *Id.* at 679 n.6 (quoting *Hagestad*, 49 F.3d at 1434).

The Redacted Materials reflect information that the parties to the settlement agreement have agreed to keep confidential under a settlement agreement.  Specifically, paragraph 12 of the settlement agreement (Dkt. No. 9, Exhibit 1) provides,

> The Parties Agree to keep this Agreement document, the terms of Paragraphs 4, 6, 7 and 8 of this Agreement, Exhibits A and B hereto, and the information in those exhibits confidential and not to disclose them to any third parties, except to the Parties' auditors, accountants, attorneys, or financial or legal advisors, in each such instance where that advisor has a need to know the information, and has agreed to or is under a binding obligation to preserve the confidentiality of such information, and except as disclosure otherwise may be required by applicable law, regulation, or judicial process, or as required by governmental agencies.

- 1 -

1   The Sealed Exhibit is the confidential settlement agreement.  Public disclosure of the information

2   would be damaging to the parties to the settlement agreement and would violate the legitimate

3   privacy interests of those parties, some of whom are not parties to this action.  This request is

4   narrowly tailored to protecting the parties' privacy interests as only portions of the Cross-

5   Complaint referencing information designated as confidential under the settlement agreement are

6   redacted.  Thus, good cause exists to seal the Redacted Materials and Sealed Exhibit.

7           For these reasons, Ripple Labs respectfully requests the Court grant Ripple Labs' Motion

8   and issue an order to seal the Redacted Materials and Sealed Exhibit, and place in the public

9   record the redacted version of the Answer and Cross-Complaint.

11  Dated:  April 30, 2015                          Respectfully submitted,

12                                            By:   /s/ Grant P. Fondo
                                                    Grant P. Fondo (SBN 181530)
13                                                  *gfondo@goodwinprocter.com*
                                                    Nicole L. Chessari (SBN 259970)
14                                                  *nchessari@goodwinprocter.com*
                                                    **GOODWIN PROCTER LLP**
15                                                  135 Commonwealth Drive
                                                    Menlo Park, California 94025-1105
16                                                  Tel.: 650.752.3100
                                                    Fax.: 650.853.1038
17
                                                    Attorneys for Defendant/Cross-Plaintiff
18                                                  RIPPLE LABS INC.

DEFENDANT/CROSS-PLAINTIFF RIPPLE LABS INC.'S ADMINISTRATIVE MOTION TO SEAL
Case No. 15-cv-01503-MEJ

## CERTIFICATE OF SERVICE

I, Grant P. Fondo, hereby certify that a true and correct copy of the above and foregoing document has been served on April 30, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h).  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by first class mail, facsimile and/or overnight delivery.

/s/ Grant P. Fondo
Grant P. Fondo

CERTIFICATE OF SERVICE
Case No. 15-cv-01503-MEJ