Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Attorneys for Defendant/Cross-Plaintiff
RIPPLE LABS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>    Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>    Defendant. | Case No. 15-cv-01503-MEJ<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT/CROSS-PLAINTIFF RIPPLE LABS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Judge:    Hon. Maria-Elena James |
| RIPPLE LABS INC., a California Corporation,<br><br>    Cross-Plaintiff,<br><br>    v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive,<br><br>    Cross-Defendants. | |

1    I, Grant P. Fondo, hereby declare:

2    1.   I am an active member in good standing of the State Bar of California, and I am
3    admitted to practice before this Court. I am an attorney at the law firm of Goodwin Procter LLP
4    and counsel of record for Ripple Labs Inc. ("Ripple Labs"). I have personal knowledge of the
5    facts set forth in this Declaration and, if called as a witness, I could and would competently
6    testify to the truth of the statements herein.

7    2.   Ripple Labs filed a Motion for Administrative Relief to File portions of Paragraphs
8    2, 4, 7, 10, 12, 30, 31, 34, 56, 58 and Paragraph a of the Prayer for Relief of its Answer and
9    Cross-Complaint ("Redacted Materials"), as well as Exhibit 1 to the Answer and Cross-
10   Complaint ("Sealed Exhibit"), under seal (*See* Dkt. No. 9).

11   3.   The Redacted Materials and the Sealed Exhibit reflect information designated as
12   confidential under a settlement agreement entered into between Ripple Labs, Cross-Defendant
13   Jed McCaleb, and others whom are not parties to this action. The Sealed Exhibit is a confidential
14   settlement agreement entered into by the parties and the Redacted Materials are information the
15   parties agreed to keep confidential under the settlement agreement.

16   4.   Specifically, paragraph 12 of the settlement agreement (Exhibit 1) provides that
17   "The Parties Agree to keep this Agreement document, the terms of Paragraphs 4, 6, 7 and 8 of
18   this Agreement, Exhibits A and B hereto, and the information in those exhibits confidential and
19   not to disclose them to any third parties, except to the Parties' auditors, accountants, attorneys,
20   or financial or legal advisors, in each such instance where that advisor has a need to know the
21   information, and has agreed to or is under a binding obligation to preserve the confidentiality of
22   such information, and except as disclosure otherwise may be required by applicable law,
23   regulation, or judicial process, or as required by governmental agencies."

24   5.   Public disclosure of the aforementioned information would be damaging to the
25   parties to the settlement agreement, some of whom are not parties to this action, as it would
26   violate the legitimate privacy interests of and create a risk of particularized harm to the parties to
27   the settlement agreement, some of whom are not parties to this action.

28   6.   This Motion to Seal is part of the first responsive pleading in this case and pertains

1  to a confidentiality agreement with parties who have not yet appeared in this action, and some
2  who may not appear, and therefore stipulation under L.R. 7-12 could not be obtained.
3      I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct and that this Declaration was executed this 30th day of April, 2015
5  in Menlo Park, California.

By:    /s/ Grant P. Fondo_____
          Grant P. Fondo