# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 1

[Lodged Under Seal]