1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025-1105
   Tel.: 650.752.3100
5  Fax.: 650.853.1038

6  Attorneys for Defendant/Cross-Plaintiff
   RIPPLE LABS INC.
7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-MEJ |
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT/CROSS-PLAINTIFF RIPPLE LABS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | |
| Defendant. | Judge:   Hon. Maria-Elena James |
| RIPPLE LABS INC., a California Corporation, | |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| Cross-Defendants. | |

1  Having considered Defendant/Cross-Plaintiff's Ripple Labs Inc.'s Motion for
2  Administrative Relief to File Documents under Seal, it is hereby ORDERED that Defendant/Cross
3  Plaintiff Ripple Labs Inc.'s Motion is GRANTED.  The Clerk of Court shall seal the unredacted
4  versions of Defendant/Cross-Plaintiff Ripple Labs Inc.'s Answer and Cross-Complaint and
5  Exhibit 1 to the Answer and Cross-Complaint, and permit the corresponding redacted versions
6  filed on April 29, 2015 to remain in the public record (*See* Dkt. No. 9).
7   IT IS SO ORDERED.

_____
United States Magistrate Judge
Hon. Maria-Elena James

[PROPOSED] ORDER GRANTING ADMNISTRATIVE MOTION TO SEAL
Case No. 15-cv-01503-MEJ