# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Bitstamp, Ltd )
                Plaintiff(s), )  Case No: 3:15-cv-01503-MEJ
                                  )
   v. )  **APPLICATION FOR**
                                  )  **ADMISSION OF ATTORNEY**
Ripple Labs Inc. et al )  **PRO HAC VICE**
                Defendant(s). )  (CIVIL LOCAL RULE 11-3)
                                  )

I, Richard M. Strassberg, an active member in good standing of the bar of Supreme Court of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ripple Labs Inc. in the above-entitled action. My local co-counsel in this case is Grant P. Fondo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 | Goodwin Procter LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025-1105 |
| MY TELEPHONE # OF RECORD:<br>212-813-8800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>650-752-3100 |
| MY EMAIL ADDRESS OF RECORD:<br>rstrassberg@goodwinprocter.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gfondo@goodwinprocter.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2247716.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 5/4/2015                 /s/ Richard M. Strassberg
                                              APPLICANT
                                       Richard M. Strassberg

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Richard M. Strassberg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Richard M. Strassberg, hereby certify that a true and correct copy of the above and |
| 3 | foregoing document has been served on May 4, 2015, to all counsel of record who are deemed to |
| 4 | have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h).  Any |
| 5 | counsel of record who have not consented to electronic service through the Court's CM/ECF |
| 6 | system will be served by first class mail, facsimile and/or overnight delivery. |

/s/ Richard M. Strassberg
Richard M. Strassberg

CERTIFICATE OF SERVICE
Case No. 15-cv-01503-MEJ