# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Bitstamp, Ltd

Plaintiff(s),

v.

Ripple Labs Inc. et al

Defendant(s).

Case No: <u>3:15-cv-01503-MEJ</u>

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, <u>Richard M. Strassberg</u>, an active member in good standing of the bar of <u>Supreme Court of the State of New York</u>, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: <u>Ripple Labs Inc.</u> in the above-entitled action. My local co-counsel in this case is <u>Grant P. Fondo</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Goodwin Procter LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025-1105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>212-813-8800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>650-752-3100 |
| MY EMAIL ADDRESS OF RECORD:<br>rstrassberg@goodwinprocter.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gfondo@goodwinprocter.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>2247716</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 5/4/2015

/s/ Richard M. Strassberg

APPLICANT

Richard M. Strassberg

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Richard M. Strassberg</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 4, 2015

UNITED STATES MAGISTRATE JUDGE

Judge Maria-Elena James

*PRO HAC VICE* APPLICATION & ORDER

*October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I, Richard M. Strassberg, hereby certify that a true and correct copy of the above and foregoing document has been served on May 4, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h).  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by first class mail, facsimile and/or overnight delivery.

<u>/s/ Richard M. Strassberg</u><br>
Richard M. Strassberg