| | |
|---|---|
| 1 | Jessica Nall (State Bar No. 215149) |
|   | jnall@fbm.com |
| 2 | Christopher C. Wheeler (State Bar No. 224872) |
|   | cwheeler@fbm.com |
| 3 | Farella Braun + Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:  (415) 954-4400 |
| 5 | Facsimile:  (415) 954-4480 |
| 6 | Attorneys for Plaintiff Bitstamp Ltd. |
| 7 | |
| 8 | Law Offices of George Frost |
|   | George Frost (SBN 178528) |
| 9 | 2930 Magnolia Street |
|   | Berkeley, CA 94705 |
| 10 | Telephone No.: 510-647-8863 |
|   | Email: geofrost@comcast.net |
| 11 | |
| 12 | Attorneys for Plaintiff Bitstamp Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | CASE NO. 3:15-cv-1503 WHO |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL FROM FARELLA BRAUN + MARTEL LLP FOR PLAINTIFF BITSTAMP, LTD.** |
| vs. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | Judge:     Hon. William H. Orrick |
| Defendants. | |

1  TO THE CLERK OF COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff hereby associates Jessica K. Nall and Christopher C. Wheeler of the law firm Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94104, telephone: (415) 954-4400, facsimile: (415) 954-4480, as co-counsel in this action.  Please add the newly associated firm to your service list and to all correspondence.  Their contact information and State Bar Numbers are as follows:

Jessica Nall (State Bar No. 215149)
jnall@fbm.com

Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com

Dated: May 13, 2015                                FARELLA BRAUN + MARTEL LLP


By: */s/ Jessica K. Nall*
    Jessica K. Nall

Attorneys for Plaintiff
Bitstamp, Ltd.