1   Jessica Nall (State Bar No. 215149)
    jnall@fbm.com
2   Christopher C. Wheeler (State Bar No. 224872)
    cwheeler@fbm.com
3   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Plaintiff Bitstamp Ltd.

7

8   Law Offices of George Frost
    George Frost (SBN 178528)
9   2930 Magnolia Street
    Berkeley, CA 94705
10  Telephone No.: 510-647-8863
    Email: geofrost@comcast.net
11

12  Attorneys for Plaintiff Bitstamp Ltd.

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17  BITSTAMP LTD., a foreign company,        CASE NO. 3:15-cv-1503 WHO

18                    Plaintiff,             **NOTICE OF ASSOCIATION OF COUNSEL**
                                             **FROM FARELLA BRAUN + MARTEL LLP**
19          vs.                              **FOR PLAINTIFF BITSTAMP, LTD.**

20  RIPPLE LABS INC., a California
    Corporation, JACOB STEPHENSON, an
21  individual, NANCY HARRIS, an             Judge:        Hon. William H. Orrick
    individual, JED MCCALEB, an individual,
22  and DOES 1 Through 10, Inclusive,

23                    Defendants.

24

25

26

27

28

1   TO THE CLERK OF COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that Plaintiff hereby associates Jessica K. Nall and Christopher

3   C. Wheeler of the law firm Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San

4   Francisco, CA 94104, telephone: (415) 954-4400, facsimile: (415) 954-4480, as co-counsel in this

5   action.  Please add the newly associated firm to your service list and to all correspondence.  Their

6   contact information and State Bar Numbers are as follows:

7                        Jessica Nall (State Bar No. 215149)
                              jnall@fbm.com
8
                   Christopher C. Wheeler (State Bar No. 224872)
9                           cwheeler@fbm.com

10

11  Dated: May 13, 2015                    FARELLA BRAUN + MARTEL LLP

12

13                                    By:*/s/ Christopher C. Wheeler*
                                          Christopher C. Wheeler
14
                                         Attorneys for Plaintiff
15                                       Bitstamp, Ltd.

16

17

18

19

20

21

22

23

24

25

26

27

28