1  Jessica Nall (State Bar No. 215149)
   jnall@fbm.com
2  Christopher C. Wheeler (State Bar No. 224872)
   cwheeler@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Bitstamp Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BITSTAMP LTD., a foreign company,

Plaintiff,

vs.

RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,

Defendants.

CASE NO. 3:15-cv-1503 WHO

**[PROPOSED] ORDER GRANTING BITSTAMP'S MOTION FOR AN ORDER OF DISCHARGE OR, IN THE ALTERNATIVE, FOR VOLUNTARY DISMISSAL**

Date:       June 10, 2015
Time:       2:00 p.m.
Judge:      Hon. William H. Orrick
Courtroom:  2, 17th Floor

1   The Motion for an Order of Discharge, or in the Alternative, for Voluntary Dismissal
2   ("Motion") of Plaintiff Bitstamp Ltd. ("Bitstamp") came for hearing before the Honorable
3   William H. Orrick on June 10, 2015 at 2:00 p.m. in Courtroom 2 on the 17th Floor of the United
4   States Courthouse, 450 Golden Gate Avenue, San Francisco, CA, 94102.  After considering the
5   papers submitted by the parties, the arguments of the parties, and good cause appearing:

6   IT IS HEREBY ORDERED that Bitstamp is dismissed from *Bitstamp Ltd. v. Ripple Labs*
7   *Inc. et al.* and *Ripple Labs Inc. v. Jed McCaleb et al.* (Case No. 15-cv-01503) ("the Action") and
8   discharged from any liability in connection with either the Action or any event giving rise to the
9   Action.

10  IT IS FURTHER ORDERED that Bitstamp may release the $1,038,172 in purchase funds
11  Ripple Labs Inc. sent to Ripple account number r3Q on the Bitstamp gateway to Stellar
12  Development Foundation.

13  IT IS FURTHER ORDERED that Bitstamp may seek its attorneys fees and costs in
14  connection with the Action at the conclusion of the Action.

15                          (OR, IN THE ALTERNATIVE)

16  IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(2),
17  *Bitstamp Ltd. v. Ripple Labs Inc. et al.* and *Ripple Labs Inc. v. Jed McCaleb et al.* (Case No. 15-
18  cv-01503) ("the Action") is dismissed without prejudice.

19  IT IS FURTHER ORDERED that the Court retains jurisdiction for the sole purpose of
20  determining Bitstamp's entitlement to attorneys fees and costs in the event Bitstamp seeks its
21  attorneys fees and costs in connection with the Action.

22

23  IT IS SO ORDERED

24
    Dated: _____          _____
25                                                         Hon. William H. Orrick
26

27

28

[PROPOSED] ORDER GRANTING DISCHARGE OR, IN THE
ALTERNATIVE, VOLUNTARY DISMISSAL                                        31436\4879317.1
Case No. 3:15-cv-1503 WHO