Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Bitstamp Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>Plaintiff,<br><br>vs.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-1503 WHO<br><br>**DECLARATION OF GEORGE FROST IN SUPPORT OF BITSTAMP LTD.'S MOTION FOR AN ORDER OF DISCHARGE OR, IN THE ALTERNATIVE, FOR VOLUNTARY DISMISSAL**<br><br>Date: June 10, 2015<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |

I, George Frost, declare as follows:

1.  I am an attorney with the law offices of George Frost, attorney for Plaintiff Bitstamp Ltd. ("Bitstamp"), and serve as general counsel to Bitstamp. I have personal knowledge of the facts set forth in this declaration and am competent to testify.

2.  Ripple Labs Inc. ("Ripple") filed its Answer and Cross-Complaint to Bitstamp's Complaint for Interpleader on April 29, 2015. Based on this and other information, it appears that this dispute is between Ripple and certain other parties (Jed McCaleb and Jacob Stephenson) regarding their obligations under a settlement agreement to which Bitstamp is not a party, and that the continued presence of Bitstamp is not needed to fairly resolve these claims.

3. Bitstamp lays no claim whatsoever to the $1,038,172 in purchase funds Ripple Labs Inc. sent to Ripple account number r3Q on the Bitstamp gateway ("Disputed Funds"), other than to assess a potential claim for attorneys fees and costs.

4. On May 11, via e-mail, the registered owner of the Bitstamp account at issue, Mr. McCaleb's relative, Jacob Stephenson, provided an e-mailed statement asserting that the right to payment of the Disputed Funds belongs to Stellar Development Foundation. Specifically, Jacob Stephenson stated in his e-mail that: "This is Jacob Stephenson. I don't have any claim over the Bitstamp USD. I started with XRP and sold that XRP for USD. I then used that USD to purchase STR. I now own STR and have no claim on the USD. As far as I know, at this point the USD belongs to Stellar Development Foundation."

5. Having obtained additional information about the ownership interests of the parties in this transaction, Bitstamp is now better positioned to satisfy its AML compliance requirements, and seeks approval of the Court to release the Disputed Funds to Stellar Development Foundation consistent with Bitstamp's normal compliance procedures.

6. For all these reasons, Bitstamp should not be required to remain involved in this dispute, which, if permitted to continue, could consume many thousands of dollars and valuable executive time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of May, 2015, at Berkeley, California.

/s/ George Frost
George Frost, Esq.

FROST DECLARATION ISO BITSTAMP LTD.'S
MOTION FOR ORDER OF DISCHARGE — - 2 - — 31652\4879122.2
CASE NO. 3:15-cv-1503 WHO