Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
353 East 72nd Street 36th Floor
New York, NY 10021
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
RIPPLE LABS INC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-MEJ |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Judge:        Hon. Maria-Elena James |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | |
| Defendant. | |
| RIPPLE LABS INC., a California Corporation, | |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| Cross-Defendants. | |

<u>PROOF OF SERVICE</u>

       I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Three Embarcadero Center, 24th Floor, San Francisco, CA 94111.

       On **May 1, 2015,** I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**DEFENDANT/CROSS-PLAINTIFF RIPPLE LAB INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

**DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT/CROSSPLAINTIFF RIPPLE LABS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

**[REDACTED] ANSWER AND CROSS-COMPLAINT [FILED 4/30/2015]**

**[UNREDACTED] ANSWER AND CROSS-COMPLAINT [FILED 4/30/2015]**

**[REDACTED] EXHIBIT 1 TO ANSWER AND CROSS-COMPLAINT**

**[UNREDACTED] EXHIBIT 1 TO ANSWER AND CROSS-COMPLAINT**

**[PROPOSED] ORDER ON DEFENDANT/CROSS-PLAINTIFF RIPPLE LABS INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**

**ANSWER AND CROSS-COMPLAINT [FILED 4/29/2015]**

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Jed McCaleb
170 Capp Street, Suite A
San Francisco, CA 94110

Jacob Stevenson
509 S. Hawk Place
Fayetteville, AR 72701-8872

☐    (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

1

☐   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

2

3

4

5

☑   (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service required by Fed.R.Civ.P.5(a)(2). Two separate Personal Proofs of Service provided by the professional messenger service are attached hereto.

6

7

8

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

9

Executed on **May 14, 2015**, at San Francisco, California.

10

11

12

Laura A. Weaver                                    (Signature)
(Type or print name)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHMENT 1

| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| GRANT P. FONDO, Bar #181530<br>GOODWIN PROCTER LLP<br>135 COMMONWEALTH DRIVE<br>MENLO PARK, CA 94025<br>*Telephone No:* 650-752-3220 | | | | |
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Defendant | | | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Northern District Of California

*Plaintiff:* BITSTAMP LTD., ETC.

*Defendant:* RIPPLE LABS, INC., ETC., ET AL.

| **PROOF OF SERVICE<br>HAND DELIVERY** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>15-CV-01503-MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Defendant/Cross-Plaintiff Ripple Lab Inc.'s Motion For Administrative Relief To File Documents Under Seal Pursuant To Civil Local Rules 7-11 And 79-5 [Declaration Of Grant P. Fondo Concurrently Filed Herewith]; Declaration Of Grant P. Fondo In Support Of Defendant/Cross-Plaintiff Ripple Labs Inc.'s Motion For Administrative Relief To File Documents Under Seal Pursuant To Civil Local Rules 7-11 And 79-5; Redacted Version Of Documents; Redacted Version Of Document Sought To Be Sealed; Unredacted Version Of Document Sought To Be Sealed; [Proposed] Order On Defendant/Cross-Plaintiff Ripple Labs Inc.'s Motion For Administrative Relief; [Proposed] Order On Defendant/Cross-Plaintiff Ripple Labs Inc.'s Motion For Administrative Relief To File Documents Under Seal Pursuant To Civil Local Rules 7-11 And 79-5; Answer And Cross-Complaint Jury Trial Demand

3.  a. *Party served:*         JACOB STEVENSON
    b. *Person served:*       party in item 3.a

4. *Address where the party was served:*      155 RAZORBACK ROAD
                                          FAYETTEVILLE, AR 72701

5. I served the party:

     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., May. 01, 2015 (2) at: 7:55PM

7. *Person Who Served Papers:*                            Recoverable Cost Per CCP 1033.5(a)(4)(B)

     a. DEBRA  WOODHOUSE                d.  *The Fee for Service was:*

                                                   e.  I am: Not a Registered California Process Server

**First Legal**

1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone    (213) 250–9111
Fax            (213) 250–1197
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
    Date: Tue, May. 05, 2015

                                              *Debra Woodhouse*

# ATTACHMENT 2

| Attorney or Party without Attorney:<br>GRANT P. FONDO, Bar #181530<br>GOODWIN PROCTER LLP<br>135 COMMONWEALTH DRIVE<br>MENLO PARK, CA  94025<br>Telephone No: 650-752-3220 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No. or File No.: | | | |
| Attorney for: Defendant | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | | | |
| Plaintiff: BITSTAMP LTD., ETC. | | | | |
| Defendant: RIPPLE LABS INC., ETC., ET AL. | | | | |

| **PROOF OF SERVICE**<br>**HAND DELIVERY** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>15-CV-01503-MEJ |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Defendant/Cross-Plaintiff Ripple Lab Inc.'s Motion For Administrative Relief To File Documents Under Seal Pursuant To Civil Local Rule 7-11 And 79-5; Declaration Of Grant P. Fondo In Support Of Defendant/Cross-Plaintiff Ripple Labs Inc.'s Motion For Administrative Relief To File Documents Under Seal Pursuant To Civil Local Rules 7-11 And 79-5; Answer And Cross-Complaint; Answer And Cross-Complaint (Redacted); [Proposed] Order On Defendant/Cross-Plaintiff Ripple Labs Inc.'s Motion For Administrative Relief To File Documents Under Seal Pursuant To Civil Local Rules 7-11 And 79-5.

| *3.* | *a. Party served:*<br>*b. Person served:* | JED MCCALEB, AN INDIVIDUAL<br>PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4 |
|---|---|---|
| *4.* | *Address where the party was served:* | 170 CAPP STREET<br>SUITE A<br>SAN FRANCISCO, CA  94110 |

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., May. 05, 2015 (2) at: 12:23PM

*7. Person Who Served Papers:*
   a. ANDY  ESQUER

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. *The Fee for Service was:*

**First Legal**
1138 Howard Street
San Francisco, CA 94103
Telephone   (415) 626–3111
Fax             (415) 626–1331
www.firstlegalnetwork.com

e. I am: (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)*   *Registration No.:*     2013-0001009
   *(iii)*   *County:*                  San Francisco

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   *Date: Tue, May. 05, 2015*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
HAND DELIVERY

(ANDY ESQUER)
2070320  .goopr-mp.698605