1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025-1105
   Tel.: 650.752.3100
5  Fax.: 650.853.1038

6  Richard M. Strassberg (*Pro Hac Vice*)
   *rstrassberg@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   353 East 72nd Street 36th Floor
8  New York, NY 10021
   Tel.: 212.813.8800
9  Fax.: 212.355.3333

10 Attorneys for Defendant/Cross-Plaintiff
   RIPPLE LABS INC.
11

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| 15  Plaintiff, | **DECLARATION OF GRANT P. FONDO IN SUPPORT OF RIPPLE LABS INC.'S** |
| 16  v. | ***EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| 17  RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, | **AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION** |
| 18  NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 | **SHOULD NOT ISSUE; MOTION FOR EXPEDITED DISCOVERY** |
| 19  Through 10, Inclusive, | Date:   ***TBD*** |
| 20  Defendant. | Time:   ***TBD***<br>Location:  Courtroom 2, 17th Floor |
| 21  | Hon. William H. Orrick |
| 22  RIPPLE LABS INC., a California Corporation, | ***IMMEDIATE ACTION REQUESTED*** |
| 23  Cross-Plaintiff, | |
| 24  v. | |
| 25  JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 | |
| 26  Through 10, Inclusive, | |
| 27  Cross-Defendants. | |
| 28 | |

DECLARATION OF FONDO IN SUPPORT OF RIPPLE LABS' *EX PARTE* APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION
SHOULD NOT ISSUE; MOTION FOR EXPEDITED DISCOVERY Case No. 15-cv-01503-WHO

I, Grant P. Fondo, declare as follows:

1. I am a partner at Goodwin Procter LLP, counsel of record for Defendant and Cross-Plaintiff Ripple Labs Inc. ("Ripple Labs"). I submit this declaration in support of Ripple Labs' Application for Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should Not Issue. I am over the age of 18 years. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify to them under oath.

2. I have spoken with Terry Gross. I am informed and believe that Mr. Gross is in contact with Jed McCaleb and Jacob Stephenson relating to this matter and may be representing one or more of them, and that he is aware that this action is pending. I am further informed and believe that Mr. Gross represents Mr. McCaleb and Stellar Development Foundation ("Stellar") in other litigation, and that Mr. Gross represents Stellar in regards to discussions relating to this action.

3. Bitstamp's counsel informed me and I believe that Mr. McCaleb and Stellar have threatened to sue Bitstamp unless Bitstamp dismisses this action and transfers the Disputed Funds to Stellar.

4. I am informed and believe that, on March 12, 2014, my colleague, Nicole L. Chessari, spoke with counsel for Bitstamp and that Bitstamp's counsel informed her that Bitstamp's Board of Directors passed a resolution that Bitstamp should transfer the Disputed Funds to Stellar and remove itself from this case as soon as possible. I am further informed that, during this call, Bitstamp's counsel informed Ms. Chessari that Bitstamp may not wait for a Court ruling and may instead decide to immediately transfer the Disputed Funds to Stellar.

5. It is my understanding and belief that the U.S. Department of Justice is investigating Mr. McCaleb, at least in part, for potential criminal wrong doing relating to financial transactions by Mr. McCaleb.

6. On May 14, 2015, I notified counsel for Bitstamp and Mr. Gross by email of Ripple Labs' intent to file this *ex parte* application and motion for expedited discovery.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed this on 14th day of May, 2015 in San Francisco, California.

   */s/ Grant P. Fondo*
   Grant P. Fondo