1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025-1105
   Tel.: 650.752.3100
5  Fax.: 650.853.1038

6  Richard M. Strassberg (*Pro Hac Vice*)
   *rstrassberg@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   353 East 72nd Street 36th Floor
8  New York, NY 10021
   Tel.: 212.813.8800
9  Fax.: 212.355.3333

10 Attorneys for Defendant/Cross-Plaintiff
   RIPPLE LABS INC.
11

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| 15           Plaintiff, | **[PROPOSED] ORDER GRANTING RIPPLE LABS INC.'S *EX PARTE* |
| 16       v. | APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO |
| 17  RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, | SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; |
| 18  NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 | [PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED |
| 19  Through 10, Inclusive, | DISCOVERY** |
| 20           Defendant. | Date:     *TBD*  <br> Time:     *TBD* |
| 21 | Location:  Courtroom 2, 17th Floor |
| 22  RIPPLE LABS INC., a California Corporation, | Hon. William H. Orrick |
| 23           Cross-Plaintiff, | ***IMMEDIATE ACTION REQUESTED*** |
| 24       v. | |
| 25  JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 | |
| 26  Through 10, Inclusive, | |
| 27           Cross-Defendants. | |

28

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; [PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY, Case No. 15-cv-01503-WHO

Before the Court is Defendant/Cross-Claimant Ripple Labs Inc.'s ("Ripple Labs") Motion for Temporary Restraining Order, an Order to Show Cause why a Preliminary Injunction Should Not Issue ("Application"), and Motion for Expedited Discovery ("Motion").  Having considered Ripple Labs' Application and Motion, the Memorandum of Points and Authorities in support thereof, the Declarations in Support in support thereof and any opposition and reply thereto, the Court finds that the Application and Motion should be GRANTED in their entirety.

IT IS HEREBY ORDERED:

(1) Bitstamp shall deposit the $1,038,172 (the "Disputed Funds") with the Court within 5 days of this order, and shall not transfer the Disputed Funds to any private party;

(2) Bitstamp is required to show cause by May 19, 2015 as to why a preliminary injunction should not issue;

(3) Ripple Labs shall effectuate the equivalent of a deposit of the 96,342,361.6 XRP purchased with the Disputed Funds with the Court within 5 days of this order; and

(4) Ripple Labs may immediately notice the depositions of Jed McCaleb and Jacob Stephenson and these depositions shall take place during the week of May 25, 2015, and June 1, 2015.  Ripple Labs may also immediately issue the document requests identified in the Motion, and within 10 days thereof Jed McCaleb and Jacobson Stephenson shall produce all responsive documents.

**IT IS SO ORDERED.**

Dated: _____, 2015

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE; [PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY, Case No. 15-cv-01503-WHO