Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No.  15-cv-01503-WHO<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare as follows:

I am a citizen of the United States and employed in San Francisco County.  My business address is 235 Montgomery Street, 17th Floor, San Francisco, California  94104.  My e-mail address is llaflamme@fbm.com.

On May 15, 2015, I served the following documents:

**CASE MANAGEMENT CONFERENCE ORDER**

**JUDGE ORRICK'S STANDING ORDER FOR CIVIL CASES**

by placing true and correct copies thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as follows:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PROOF OF SERVICE
Case No.  15-cv-01503-WHO

31652\4883561.1

1  Jacob Stephenson
509 South Hawk Place
2  Fayetteville, AR 72701

3  Nancy Harris
912 South Elmhurst Avenue
4  Fayetteville, AR 72701

5  Jed McCaleb
199 Tiffany Avenue, Apt. 304
6  San Francisco, CA 94110-4988

7  Grant P. Fondo
Nicole L. Chessari
8  GOODWIN PROCTER LLP
125 Commonwealth Drive
9  Menlo Park, CA 94025-1105

10 Terry Gross
Gross Belsky Alonso LLP
11 One Sansome Street, Suite 3670
San Francisco, CA 94104

12

13      I am readily familiar with the firm's practice of collection and processing correspondence

14 for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

15 day with postage thereon fully prepaid in the ordinary course of business.

16      I declare under penalty of perjury that the foregoing is true and correct.

17      Executed on May 15, 2015, at San Francisco, California.

18
                                       /s/ LouAnne Laflamme
19                                     LouAnne Laflamme

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PROOF OF SERVICE
Case No.  15-cv-01503-WHO           - 2 -                              31652\4883561.1