Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 15-cv-01503-WHO<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT NANCY HARRIS** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE OF SUMMONS AND COMPLAINT
Case No. 15-cv-01503-WHO

31652\4883405.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-1503

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NANCY HARRIS, an Individual was received by me on *(date)* 04/24/2015

☑ I personally served the summons on the individual at *(place)* 912 South Elmhurst Avenue, Fayetteville, Arkansas 72701 at 7:00 p.m. (CDT) on *(date)* 04/28/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 05/04/2015

*Debra Woodhouse* (signature)
*Server's signature*

Debra Woodhouse, Not a Registered California Process Server
*Printed name and title*

Ace Attorney Service, Inc.
1700 Carrie Place, Springdale, Arkansas 72762
Phone: 479-502-1452
*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: COMPLAINT; CIVIL COVER SHEET

Bitstamp Ltd. v. Ripple Labs Inc., et al.                                                                                    #1209200K