1  Jessica Nall (State Bar No. 215149)
   jnall@fbm.com
2  Christopher C. Wheeler (State Bar No. 224872)
   cwheeler@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Plaintiff
   BITSTAMP LTD.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO
13 |              Plaintiff,           | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT JACOB STEPHENSON**
14 |              v.                   |
15 | RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive, |
16 |                                   |
17 |                                   |
18 |              Defendants.          |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE OF SUMMONS AND
COMPLAINT
Case No. 15-cv-01503-WHO

31652\4883405.1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-1503

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JACOB STEPHENSON, an Individual

was received by me on *(date)* 04/24/2015 .

☑ I personally served the summons on the individual at *(place)* 509 South Hawk Place, Fayetteville, Arkansas 72701 at 7:25 p.m. (CDT) on *(date)* 04/28/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/04/2015

*Debra Woodhouse*
*Server's signature*

Debra Woodhouse, Not a Registered California Process Server
*Printed name and title*

Ace Attorney Service, Inc.
1700 Carrie Place, Springdale, Arkansas 72762
Phone: 479-502-1452
*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: COMPLAINT; CIVIL COVER SHEET

Bitstamp Ltd. v. Ripple Labs Inc., et al.                              #1209199K