MARK S. PARRIS (*pro hac vice forthcoming*)
PAUL F. RUGANI (*pro hac vice forthcoming*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:      +1-206-839-4300
Facsimile:       +1 206-839-4301
E-mail:            mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:      +1-415-773-5700
Facsimile:       +1 415-773-5759
E-mail:            gramsey@orrick.com

*Attorneys for Jed McCaleb, Nancy Harris and Jacob Stephenson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>         Plaintiff,<br><br>    v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 15-cv-01503-WHO<br><br>**NOTICE OF APPEARANCE OF GABRIEL RAMSEY** |
| RIPPLE LABS, INC., a California Corporation,<br><br>         Cross-Plaintiff,<br><br>    v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>         Cross-Defendants. | |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Gabriel M. Ramsey of Orrick, Herrington & Sutcliffe LLP hereby enters his appearance on behalf of Defendants Jed McCaleb, Nancy Harris and Jacob Stephenson and Cross-Defendants Jed McCaleb and Jacob Stephenson in the above-titled action and requests that notice of all further proceedings, except original process, be served upon the undersigned at his address stated below.

Dated: May 19, 2015

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Gabriel M. Ramsey*
Gabriel M. Ramsey (SBN 209218)
gramsey@orrick.com

The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone: +1-415-773-5700
Facsimile: +1 415-773-5759

*Attorneys for Jed McCaleb, Nancy Harris and Jacob Stephenson*