MARK S. PARRIS (*pro hac vice forthcoming*)
PAUL F. RUGANI (*pro hac vice forthcoming*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:     +1-206-839-4300
Facsimile:      +1 206-839-4301
E-mail:          mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1 415-773-5759
E-mail:          gramsey@orrick.com

*Attorneys for Jed McCaleb, Nancy Harris and Jacob Stephenson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>    Plaintiff,<br><br>  v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>RIPPLE LABS, INC., a California Corporation,<br><br>    Cross-Plaintiff,<br><br>  v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>    Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**NOTICE OF APPEARANCE OF ANDREW ARDINGER** |

1  TO:      THE CLERK OF THE COURT
2  AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

     PLEASE TAKE NOTICE that Andrew R. Ardinger of Orrick, Herrington & Sutcliffe LLP hereby enters his appearance on behalf of Defendants Jed McCaleb, Nancy Harris and Jacob Stephenson and Cross-Defendants Jed McCaleb and Jacob Stephenson in the above-titled action and requests that notice of all further proceedings, except original process, be served upon the undersigned at his address stated below.

Dated: May 19, 2015                    Respectfully submitted,

                                       ORRICK, HERRINGTON & SUTCLIFFE LLP

                                       By: */s/ Andrew R. Ardinger*
                                           Andrew R. Ardinger (SBN 267417)
                                           aardinger@orrick.com

                                           701 Fifth Avenue, Suite 5600
                                           Seattle, Washington  98104-7097
                                           Telephone: +1-206-839-4300
                                           Facsimile: +1-206-839-4301

                                       *Attorneys for Jed McCaleb, Nancy Harris and Jacob Stephenson*

- 1 -                                  NOTICE OF APPEARANCE
                                       15-CV-01503-WHO