MARK S. PARRIS (*pro hac vice forthcoming*)
PAUL F. RUGANI (*pro hac vice forthcoming*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:   +1-206-839-4300
Facsimile:    +1 206-839-4301
E-mail:         mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1 415-773-5759
E-mail:         gramsey@orrick.com

*Attorneys for Jed McCaleb, Jacob Stephenson and Nancy Harris*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants.<br><br>RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**DECLARATION OF TERRY GROSS IN SUPPORT OF DEFENDANTS AND CROSS-DEFENDANTS' MOTION TO DISSOLVE OR, IN THE ALTERNATIVE, MODIFY TEMPORARY RESTRAINING ORDER**<br><br>Date:　May 22, 2015<br>Time:　2:00 p.m.<br>Dept:　Courtroom 2, 17th Floor<br>Judge:　Hon. William H. Orrick |

I, Terry Gross, declare as follows:

1.  I am an attorney, duly licensed to practice law in the State of California and admitted to practice before this Court. I am counsel for Stellar Development Foundation ("Stellar") in connection with this action. I make this declaration in support of Defendants and Cross-Defendants' Motion to Dissolve or, in the Alternative, Modify Temporary Restraining Order. Except where otherwise noted, I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2.  On May 13, 2015, I spoke with Jessica Nall, counsel for Plaintiff Bitstamp, Ltd. ("Bitstamp"). Ms. Nall told me that Bitstamp would not release the funds identified in its Complaint for Interpleader as the "Disputed Funds" without a court order.

3.  I understand and believe that Bitstamp intends to retain the Disputed Funds until the Court rules on its Motion for an Order of Discharge or, in the Alternative, for Voluntary Dismissal, which is presently set for hearing on June 10, 2015.

4.  On May 14, 2015, I received an email from Grant P. Fondo, counsel for Ripple Labs, Inc. ("Ripple"). The email stated that Ripple intended to move *ex parte* for a temporary restraining order and to seek expedited discovery. The email did not provide the bases for those requests. A true and correct copy of that email is attached hereto as **Exhibit A**.

5.  Ripple's counsel did not provide a copy of the *ex parte* application and supporting papers to me. On information and belief, Ripple also did not serve those papers, by any means, on Cross-Defendants. Thus, on information and belief, Ripple did not serve the Cross-Defendants the *ex parte* application and supporting papers prior to the Court issuing its temporary restraining order, or at any time.

6.  On May 15, 2015, at 12:25 pm, Ripple's counsel emailed me a copy of the Order entered on that date on Ripple's *ex parte* motion for a temporary restraining order. He did not include a copy of the *ex parte* motion at that time. A true and correct copy of that email is attached hereto as **Exhibit B**.

7.  On May 16, Ripple's counsel also sent Cross-Defendants an electronic copy of the order and requests for production. Ripple's counsel copied me on those emails. In those emails,

- 1 -

GROSS DECLARATION IN SUPP. OF MOTION TO
DISSOLVE OR MODIFY TRO
15-CV-01503-WHO

1  Ripple purports to have served that order and requests for production on Cross-Defendants by
2  Federal Express, sending the order on May 15, 2015 for next-day delivery.  A true and correct
3  copy of the email to Jed McCaleb, including the attachments, is attached hereto as **Exhibit C**.  A
4  true and correct copy of the email to Jacob Stephenson, including the attachments, is attached
5  hereto as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th day of May, 2015, in San Francisco, California.

_____
Terry Gross

- 2 -

GROSS DECLARATION IN SUPP. OF MOTION TO
DISSOLVE OR MODIFY TRO
15-CV-01503-WHO