# <u>EXHIBIT A</u>

**Subject:** Bitstamp v. Ripple Labs, et al.: Notice of Ex Parte Application and TRO, Motion for Expedited Discovery
**From:** "Fondo, Grant P" <GFondo@goodwinprocter.com>
**Date:** 5/14/2015 11:49 AM
**To:** "Jessica K. Nall (jnall@fbm.com) (jnall@fbm.com)" <jnall@fbm.com>, "Terry Gross (terry@gba-law.com)" <terry@gba-law.com>
**CC:** "Chessari, Nicole L." <NChessari@goodwinprocter.com>

Counsel:  Please be aware that Ripple Labs, in the above-entitled matter, intends to file today an ex parte application for a TRO or in the alternative, an order to show cause, why a preliminary injunction should not issue, requesting the court not permit the transfer of the disputed funds to a private party, and that the funds be transferred to the court. Ripple Labs also seeks expedited discovery relating to the preliminary injunction.  Pursuant to our understanding of the Judge's rules, there is no date set yet for an actual hearing, and it will be up the Judge whether he sets a hearing date.  You should of course independently verify the rules.  Thank you.

Grant P. Fondo
**Goodwin Procter LLP**
135 Commonwealth Drive
Menlo Park, CA  94025
T:  650-752-3236
F:  650-853-1038
gfondo@goodwinprocter.com
www.goodwinprocter.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*