# **<u>EXHIBIT B</u>**

**Subject:** Bitstamp, Ltd v. Ripple Labs Inc. et al Order
**From:** "Fondo, Grant P" <GFondo@goodwinprocter.com>
**Date:** 5/15/2015 12:25 PM
**To:** "Terry Gross (terry@gba-law.com)" <terry@gba-law.com>
**CC:** "Chessari, Nicole L." <NChessari@goodwinprocter.com>

Terry:  Please see the attached order.  Please let me know whether you will accept service of the deposition notice and document demands for Mr. McCaleb and Mr. Stephenson and, if not, who their counsel is for this matter. I will try to get back to you today or Monday re the extensions for your client's responsive pleadings, to the extent the deadlines are not impacted by this order.

Thank you.

Grant P. Fondo
**Goodwin Procter LLP**
135 Commonwealth Drive
Menlo Park, CA  94025
T:  650-752-3236
F:  650-853-1038
gfondo@goodwinprocter.com
www.goodwinprocter.com

*************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*************************************************************

—Attachments:

Order Granting TRO and Expedited Discovery.pdf                         122 KB