MARK S. PARRIS (*pro hac vice forthcoming*)
PAUL F. RUGANI (*pro hac vice forthcoming*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:	+1-206-839-4300
Facsimile:	+1 206-839-4301
E-mail:	mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:	+1-415-773-5700
Facsimile:	+1 415-773-5759
E-mail:	gramsey@orrick.com

*Attorneys for Jed McCaleb, Jacob Stephenson and Nancy Harris*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 15-cv-01503-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AND CROSS-DEFENDANTS' MOTION TO DISSOLVE OR, IN THE ALTERNATIVE, MODIFY TEMPORARY RESTRAINING ORDER** |
| RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Cross-Defendants. | Date:　　　May 22, 2015<br>Time:　　　2:00 p.m.<br>Dept:　　　Courtroom 2, 17th Floor<br>Judge:　　　Hon. William H. Orrick |

1  Defendants and Cross-Defendants' Motion to Dissolve or, in the Alternative, Modify
2  Temporary Restraining Order came for hearing before this Court, the Honorable William H.
3  Orrick presiding, on May 22, 2015.  The Court having considered all papers filed in support of
4  and in opposition to the motion and the oral argument of counsel, and for good cause shown,
5      IT IS HEREBY ORDERED that Defendants and Cross-Defendants' Motion is
6  GRANTED.
7      The Temporary Restraining Order, Dkt. 24, issued on May 15, 2015 is HEREBY
8  DISSOLVED.  Ripple Labs, Inc. ("Ripple Labs") is NOT AUTHORIZED to engage in expedited
9  discovery of Cross-Defendants Jed McCaleb and Jacob Stephenson.
10     [or, in the alternative:
11     The Temporary Restraining Order, Dkt. 24, issued on May 15, 2015 is HEREBY
12 MODIFIED by the deletion of paragraphs 4, 5, and 6 thereof.  Ripple Labs is NOT
13 AUTHORIZED to engage in expedited discovery of Cross-Defendants Jed McCaleb and Jacob
14 Stephenson.]
15
16 **IT IS SO ORDERED.**
17
18
19 Dated:_____
20                                     WILLIAM H. ORRICK
                                    UNITED STATES DISTRICT COURT JUDGE