MARK S. PARRIS (*pro hac vice forthcoming*)
PAUL F. RUGANI (*pro hac vice forthcoming*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:      +1-206-839-4300
Facsimile:      +1 206-839-4301
E-mail:         mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:      +1-415-773-5700
Facsimile:      +1 415-773-5759
E-mail:         gramsey@orrick.com

*Attorneys for Defendants*
*JED MCCALEB, JACOB STEPHENSON, and*
*NANCY HARRIS*

Jessica Nall (SBN 215149)
jnall@fbm.com
Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiff*
*BITSTAMP, LTD.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:15-cv-01503-WHO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 6-1, BITSTAMP LTD. ("Plaintiff") and JACOB STEPHENSON, NANCY HARRIS, and JED MCCALEB ("the Individual Defendants"), through counsel, hereby stipulate and agree as follows:

WHEREAS, the Individual Defendants have requested an extension of time to file a response to Plaintiff's Complaint in Interpleader; and

WHEREAS, a hearing has been set for June 10, 2015 on Plaintiff's Motion for an Order of Discharge, or, in the Alternative, for Voluntary Dismissal and on Defendant Ripple Labs, Inc.'s Motion for a Preliminary Injunction;

IT IS HEREBY STIPULATED AND AGREED that the Individual Defendants' time to answer, move or otherwise respond to the Complaint in Interpleader is enlarged until June 1, 2015.

Dated: May 19, 2015        ORRICK, HERRINGTON & SUTCLIFFE LLP
                           The Orrick Building
                           405 Howard Street
                           San Francisco, California  94105-2669
                           Telephone:   +1-415-773-5700
                           Facsimile:   +1 415-773-5759

                           By:     */s/ Gabriel M. Ramsey*             .
                                   Gabriel M. Ramsey

                           *Attorneys for Defendants*
                           JACOB STEPHENSON, NANCY HARRIS,
                           and JED MCCALEB

Dated: May 19, 2015        FARELLA BRAUN + MARTELL LLP
                           235 Montgomery Street
                           San Francisco, CA 94014
                           Tel: (415) 954-4400
                           Fax: (415) 954-4480

                           By:    */s/ Jessica K. Nall*                .
                                  Jessica K. Nall

**2**

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
15-CV-01503-WHO

*Attorneys for Plaintiff*
BITSTAMP LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May __, 2015

_____
United States District Judge

## **ATTESTATION**

I, Gabriel M. Ramsey, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 19, 2015                              By:  */s/ Gabriel M. Ramsey*
                                                      GABRIEL M. RAMSEY