Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Proposed Intervenor-Defendant
STELLAR DEVELOPMENT FOUNDATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>    Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:15-cv-1503-WHO<br><br>**NOTICE OF APPEARANCE BY COUNSEL FOR PROPOSED INTERVENOR-DEFENDANT STELLAR DEVELOPMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby enters appearance on behalf of Proposed Defendant-Intervenor Stellar Development Foundation ("Stellar"), in the above-entitled action:

> TERRY GROSS (SBN 103878)
> GROSS BELSKY ALONSO LLP
> One Sansome Street, Suite 3670
> San Francisco, CA 94104
> Tel: (415) 544-0200
> Fax: (415) 544-0201
> terry@gba-law.com

1  Dated: May 22, 2015              GROSS BELSKY ALONSO LLP
2                                   One Sansome Street, Suite 3670
                                    San Francisco, CA 94104
3                                   Tel: (415) 544-0200
                                    Fax: (415) 544-0201
4
                                    By:    */s/ Terry Gross*            .
5                                           Terry Gross

6                                   Attorneys for Proposed Intervenor-Defendant
                                    STELLAR DEVELOPMENT FOUNDATION
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
**2**
**NOTICE OF APPEARANCE; Case No.: 3:15-cv-1503-WHO**

# PROOF OF SERVICE

RE:   *Bitstamp, Ltd., v. Ripple Labs, Inc., et al.*
      NDCA Case No: 15-cv-1503-WHO

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 1 Sansome Street, Suite 3670, San Francisco, CA 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **NOTICE OF APPEARANCE BY COUNSEL FOR PROPOSED INTERVENOR-DEFENDANT STELLAR DEVELOPMENT**

<u>XX</u>   **By ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

| | |
|---|---|
| Mark Steven Parris<br>Andrew Robert Ardinger<br>Paul Francis Rugani<br>Orrick, Herrington & Sutcliffe LLP<br>701 Fifth Ave., Suite 5700<br>Seattle, WA  98104<br>Tel: (206) 839-4300 | Attorneys for Defendant<br>Jed McCaleb |
| Gabriel M. Ramsey<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Tel: (650) 614-7400 | |
| Nicole Lynn Chessari<br>Grant P. Fondo<br>Richard M. Strassberg<br>Goodwin Procter LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>(650) 752-3281<br>Fax: (650) 853-1038 | Attorneys for Defendant Ripple Labs, Inc. |

Christopher C. Wheeler, Esq.              Attorneys for Plaintiff Bitstamp Ltd.
Jessica Koren Nall
Farella Braun & Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104
Tel: (415) 954-4400

George Frost
Law Office of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Tel: (510) 647-8863

    I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service, California that same day in the ordinary course of business.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2015 at San Francisco, California.

                                        */s/ Jessica Dean*          .
                                        JESSICA DEAN