Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Proposed Intervenor-Defendant
STELLAR DEVELOPMENT FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**DECLARATION OF JOYCE KIM IN SUPPORT OF PROPOSED INTERVENOR-DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S MOTION TO INTERVENE**<br><br>Date:　　July 1, 2015<br>Time:　　2:00 p.m.<br>Dept:　　Courtroom 2, 17th Floor<br>Judge:　　Hon. William H. Orrick |

KIM DECLARATION IN SUPPORT OF STELLAR'S
MOTION TO INTERVENE
15-CV-01503-WHO

I, JOYCE KIM, declare as follows:

1. I am the executive director of the Stellar Development Foundation ("Stellar"). I make this declaration in support of Stellar's Motion to Intervene. Except where otherwise noted, I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Stellar is a nonprofit organization, whose mission is to expand financial access and literacy worldwide. Stellar focuses on areas and geographies where access to financial services can significantly impact people's achievement of basic education, healthcare and other human rights.

3. Bitstamp in its Complaint For Interpleader states that defendant Jacob Stephenson ("Stephenson") engaged in a transaction with Ripple, in which Ripple purchased XRPs from Stephenson and then paid Stephenson the sum of $1,038,172. Complaint For Interpleader ¶¶ 15, 18-19 (Dkt. 1).

4. Stephenson then engaged in a subsequent transaction via a separate financial service company based in New Zealand, in which Stellar gave property (STRs) in exchange for a payment by Stephenson of $1,006,130.94, and these funds were subsequently transferred to an account owned by Stellar, account rPQB4rgmwoaCjdX4BeoWikeshWL3fLMLD7 ("rPQ"). Stellar is not only the owner of the rPQ account, but also the owner of the funds contained in this account.

5. Neither defendant Stephenson nor defendant Jed McCaleb ("McCaleb") have any claim to or interest in the funds in account rPQ.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of May, 2015, in New York, New York.

*/s/ Joyce Kim*
JOYCE KIM