Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Proposed Intervenor-Defendant
STELLAR DEVELOPMENT FOUNDATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>    Plaintiff,<br><br>  v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:15-cv-1503-WHO<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S MOTION TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24(a)(2)**<br><br>Date: July 1, 2015<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

The Motion to Intervene of Proposed Intervenor-Defendant Stellar Development Foundation ("Stellar"), pursuant to Federal Rule of Civil Procedure 24(a)(2), having come on for hearing before this Court, the Court having considered all papers filed in support of and opposition to the motion, the oral argument of counsel, and the record in this action, and good cause appearing, IT IS HEREBY ORDERED THAT:

  (1) Stellar's Motion to Intervene is GRANTED.

  (2) Stellar's proposed Motion to Dismiss Complaint for Interpleader, attached as Exhibit A to its Notice of Motion and Motion to Intervene, is deemed filed, any opposition to

Stellar's Motion to Dismiss shall be filed on or before _____, and any reply by Stellar shall be filed on or before _____.

(3) The Court will hear argument on Stellar's Motion to Dismiss on July 1, 2015 at 2:00 p.m, at the same time as the hearing on Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris's Motion to Dismiss Complaint for Interpleader.

**IT IS SO ORDERED**

Dated: _____, 2015

                                    _____.
                                    WILLIAM H. ORRICK
                                    United States District Judge

# PROOF OF SERVICE

**RE:** *Bitstamp, Ltd., v. Ripple Labs, Inc., et al.*
<u>NDCA Case No: 15-cv-1503-WHO</u>

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 1 Sansome Street, Suite 3670, San Francisco, CA 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S MOTION TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24(a)(2)**

<u>XX</u>   **By ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

| | |
|---|---|
| Mark Steven Parris<br>Andrew Robert Ardinger<br>Paul Francis Rugani<br>Orrick, Herrington & Sutcliffe LLP<br>701 Fifth Ave., Suite 5700<br>Seattle, WA  98104<br>Tel: (206) 839-4300 | Attorneys for Defendant<br>Jed McCaleb |
| Gabriel M. Ramsey<br>Orrick Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Tel: (650) 614-7400 | |
| Nicole Lynn Chessari<br>Grant P. Fondo<br>Richard M. Strassberg<br>Goodwin Procter LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel:(650) 752-3281<br>Fax: (650) 853-1038 | Attorneys for Defendant Ripple Labs, Inc. |
| Christopher C. Wheeler , Esq.<br>Jessica Koren Nall<br>Farella Braun & Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br>Tel: (415) 954-4400 | Attorneys for Plaintiff Bitstamp Ltd. |

George Frost
Law Office of George Frost
2930 Magnolia Street
Berkeley, CA 94705
Tel: (510) 647-8863

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2015 at San Francisco, California.

           */s/ Jessica Dean*          .
           JESSICA DEAN