MARK S. PARRIS (*pro hac vice pending*)
PAUL F. RUGANI (*pro hac vice pending*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:    +1-206-839-4300
Facsimile:     +1 206-839-4301
E-mail:          mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    +1-415-773-5700
Facsimile:     +1 415-773-5759
E-mail:          gramsey@orrick.com

*Attorneys for Cross-Defendants
Jed McCaleb and Jacob Stephenson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 15-cv-01503-WHO<br><br>**DECLARATION OF ANDREW ARDINGER IN SUPPORT OF CROSS-DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Cross-Defendants. | Date:     July 1, 2015<br>Time:    2:00 p.m.<br>Dept:     Courtroom 2, 17th Floor<br>Judge:   Hon. William H. Orrick |

I, Andrew Ardinger, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Cross-Defendants Jed McCaleb and Jacob Stephenson. I make this declaration in support of Cross-Defendants' Motion to Compel Arbitration and Stay Proceedings. Except where otherwise noted, I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the JAMS Comprehensive Arbitration Rules and Procedures, effective July 1, 2014 (the "JAMS Rules") that I downloaded from the JAMS website on May 21, 2015. The JAMS Rules are available at the following address: http://www.jamsadr.com/files/Uploads/Documents/JAMS-Rules/JAMS_comprehensive_arbitration_rules-2014.pdf. A non-PDF version of the Rules is available at: http://www.jamsadr.com/rules-comprehensive-arbitration/.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May, 2015, in Seattle, Washington.

*/s/ Andrew Ardinger*
Andrew Ardinger