MARK S. PARRIS (*pro hac vice pending*)
PAUL F. RUGANI (*pro hac vice pending*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:     +1-206-839-4300
Facsimile:     +1 206-839-4301
E-mail:        mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1 415-773-5759
E-mail:        gramsey@orrick.com

*Attorneys for Cross-Defendants*
*Jed McCaleb and Jacob Stephenson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 15-cv-01503-WHO<br><br>**[PROPOSED] ORDER GRANTING CROSS-DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Cross-Defendants. | Date:     July 1, 2015<br>Time:     2:00 p.m.<br>Dept:     Courtroom 2, 17th Floor<br>Judge:    Hon. William H. Orrick |

1  Cross-Defendants' Motion to Compel Arbitration and Stay Proceedings came for hearing
2  before this Court, the Honorable William H. Orrick presiding, on July 1, 2015.  The Court having
3  considered all papers filed in support of and in opposition to the motion and the oral argument of
4  counsel, and for good cause shown,

5  IT IS HEREBY ORDERED that Cross-Defendants' Motion to Compel Arbitration and
6  Stay Proceedings is GRANTED.

7  Cross-Plaintiff Ripple Labs, Inc. ("Ripple") is HEREBY ORDERED to arbitrate its claims
8  against Cross-Defendants, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, and this case is
9  HEREBY STAYED as to Ripple's Cross-Complaint, pursuant to 9 U.S.C. § 3, pending
10 completion of the arbitration.

12 **IT IS SO ORDERED.**

15 Dated:_____
16                                           WILLIAM H. ORRICK
                                              UNITED STATES DISTRICT COURT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING MOTION TO
COMPEL ARBITRATION AND STAY
PROCEEDINGS
15-CV-01503-WHO