MARK S. PARRIS (*pro hac vice pending*)
PAUL F. RUGANI (*pro hac vice pending*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:     +1-206-839-4300
Facsimile:     +1 206-839-4301
E-mail:        mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1 415-773-5759
E-mail:        gramsey@orrick.com

*Attorneys for Cross-Defendants
Jed McCaleb and Jacob Stephenson*

TERRY GROSS (SBN 103878)
ADAM C. BELSKY (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201
E-mail:  terry@gba-law.com

*Attorneys for Proposed Intervenor-
Defendant Stellar Development
Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>          Plaintiff,<br><br>     v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 15-cv-01503-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR INTERPLEADER** |
| RIPPLE LABS, INC., a California Corporation,<br><br>          Cross-Plaintiff,<br><br>     v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>          Cross-Defendants. | Date:     July 1, 2015<br>Time:     2:00 p.m.<br>Dept:     Courtroom 2, 17th Floor<br>Judge:    Hon. William H. Orrick |

1  Defendants' Motion to Dismiss Complaint for Interpleader came for hearing before this
2  Court, the Honorable William H. Orrick presiding, on July 1, 2015.  The Court having considered
3  all papers filed in support of and in opposition to the motion and the oral argument of counsel,
4  and for good cause shown,
5  IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Complaint for
6  Interpleader is GRANTED.  Plaintiff Bitstamp Ltd.'s Complaint for Interpleader is dismissed
7  with prejudice.

9  **IT IS SO ORDERED.**

12  Dated:_____
13  WILLIAM H. ORRICK
    UNITED STATES DISTRICT COURT JUDGE