UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: May 22, 2015 | Time: 21 minutes<br>3:07 p.m. to 3:28 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 15-cv-01503-WHO | Case Name: Bitstamp, Ltd v. Ripple Labs Inc. | |

| | |
|---|---|
| Attorney for Plaintiff: | Christopher Wheeler and Jessica Nall<br>(also present - George Frost, corporate representative) |
| Attorney for Defendant: | Grant P. Fondo and Nicole L. Chessari for Ripple<br>Adam C. Belsky for Stellar<br>Paul F. Rugani for McCaleb, et al. |

| | |
|---|---|
| **Deputy Clerk:** Jean Davis | **Court Reporter:** FTR Recording |

PROCEEDINGS

Parties are heard as to motion to dissolve or modify Temporary Restraining Order and related matters. Court initially provides tentative views on the papers. The parties appear to be in agreement that the plaintiff need not be an active participant in the litigation between the defendants in the interpleader so long as the funds remain secure pending an order directing their distribution.

Argument is heard regarding a dispute as to jurisdiction. McCaleb and Stephenson have filed a motion to compel arbitration and also assert that the parties are not diverse if Bitstamp is dismissed. Argument is also heard over whether discovery is appropriate at all and, if it is, how narrow it should be.

The motion to dissolve is DENIED. The first paragraph of the Order Granting Temporary Restraining Order shall remain in effect. Because the Court will need to assess the likelihood of success of Ripple Labs's case on the merits to determine if a preliminary injunction should issue, some discovery is appropriate. The parties are directed to meet and confer immediately after the hearing over a narrowed scope of discovery and a schedule for resolution of both the motion for a preliminary injunction and the motion to compel arbitration, which shall be heard at the same time. If parties are unable to come to a complete agreement, they shall file a joint five-page letter outlining disputed issues. The parties shall file a stipulation and proposed order with respect to the matters agreed upon.

The hearing for the motion for a preliminary injunction on June 10, 2015 is VACATED. Bitstamp's motion for an order of discharge or voluntary dismissal shall remain on calendar for June 10, 2015.