Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BITSTAMP, LTD., )
) Case No: 15-cv-01503
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
RIPPLE LABS, INC., et al., ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Mark S. Parris, an active member in good standing of the bar of Washington State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Jed McCaleb, Jacob Stephenson, and Nancy Harris in the above-entitled action. My local co-counsel in this case is Gabriel M. Ramsey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 701 Fifth Avenue, Suite 5600<br>Seattle, WA  98104 | 405 Howard Street<br>San Francisco, CA  94105 |
| MY TELEPHONE # OF RECORD:<br>(206) 839-4300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 773-5700 |
| MY EMAIL ADDRESS OF RECORD:<br>mparris@orrick.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gramsey@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 13870.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:                                                                                    Mark S. Parris
                                                                                            APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Mark S. Parris is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  May 26, 2015

                                                                        GRANTED
                                                                        W. H. Or
                                                                        Judge William H. Orrick
UNITED STATES MAGISTRATE JUDGE