Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
**RIPPLE LABS INC.**

[*Additional counsel on signature page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE FOR BITSTAMP LTD.'S MOTION FOR AN ORDER OF DISCHARGE OR, IN THE ALTERNATIVE, FOR VOLUNTARY DISMISSAL** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | |
| Defendant. | Date:     June 10, 2015<br>Time:    2:00 p.m.<br>Dept.:   Courtroom 2, 17th Floor |
| RIPPLE LABS INC., a California Corporation, | Judge:  Hon. William H. Orrick |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| Cross-Defendants. | |

1  Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2,
2  Defendants RIPPLE LABS INC., JED MCCALEB, JACOB STEPHENSON and NANCY
3  HARRIS ("Defendants") and Plaintiff BITSTAMP LTD. (together, with Defendants, the
4  "Parties"), through their undersigned counsel, hereby file the following stipulated request to
5  extend the briefing schedules with respect to Plaintiff's Motion For an Order of Discharge or, In
6  the Alternative for Voluntary Dismissal, Docket Entry No. 20 ("Motion"), so that Defendants'
7  responses to the Motion will be filed on or before May 28, 2015 and Plaintiff's reply will be filed
8  on or before June 4, 2015.  In support of this request, the Parties stipulate as follows:
9     WHEREAS, on May 13, 2015, Plaintiffs filed their Motion with this Court;
10    WHEREAS, Defendants responses to the Motion are currently due on May 27, 2015 and
11  Plaintiff's reply is due on June 3, 2015;
12    WHEREAS, the Parties agreed to extend Defendants' deadline to file their responses to the
13  Motion until Thursday, May 28, 2015;
14    WHEREAS, the Parties have further agreed to extend Plaintiff's deadline to file its reply to
15  the Motion until Thursday, June 4, 2015;
16    WHEREAS, no Party will be prejudiced by the relief requested in the stipulation;
17    WHEREAS, all parties' claims and defenses are expressly preserved and not waived by
18  entering into this stipulation;
19    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
20  parties hereto that:
21    1) Defendants shall have through and including **May 28, 2015**, to file responses to
22       Plaintiff's Motion For an Order of Discharge or, In the Alternative for Voluntary
23       Dismissal; and
24    2) Plaintiff shall have through and including **June 4, 2015**, to file its reply in support of
25       Plaintiff's Motion For an Order of Discharge or, In the Alternative for Voluntary
26       Dismissal.
27
28

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  May 28, 2015                      Respectfully submitted,

                                                  By:   /s/ Grant P. Fondo
                                                  Grant P. Fondo (SBN 181530)
                                                  *gfondo@goodwinprocter.com*
                                                  Nicole L. Chessari (SBN 259970)
                                                  *nchessari@goodwinprocter.com*
                                                  **GOODWIN PROCTER LLP**
                                                  135 Commonwealth Drive
                                                  Menlo Park, CA 94025-1105
                                                  Tel.:   650.752.3100
                                                  Fax.:  650.853.1038

                                                  Richard M. Strassberg (*Pro Hac Vice*)
                                                  *rstrassberg@goodwinprocter.com*
                                                  **GOODWIN PROCTER LLP**
                                                  The New York Times Building
                                                  620 Eighth Avenue
                                                  New York, NY 10018-1405
                                                  Tel.:   212.813.8800
                                                  Fax.:  212.355.3333

                                                  *Attorneys for Defendant/Cross-Plaintiff*
                                                  *Ripple Labs Inc.*

Dated:  May 28, 2015                      Respectfully submitted,

                                                  By:   /s/ Paul F. Rugani
                                                  Mark S. Parris (*pro hac vice*)
                                                  *mparris@orrick.com*
                                                  Paul F. Rugani (*pro hac vice)*
                                                  *prugani@orrick.com*
                                                  Andrew Ardinger (SBN 267417)
                                                  *aardinger@orrick.com*
                                                  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                                  701 Fifth Avenue
                                                  Suite 5600
                                                  Seattle, Washington 98104-7097
                                                  Telephone: 206.839.4300
                                                  Facsimile: 206.839.4301

                                                  Gabriel M. Ramsey (SBN 209218)
                                                  *gramsey@orrick.com*
                                                  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                                  The Orrick Building
                                                  405 Howard Street

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE ON BITSTAMP'S MOTION FOR
AN ORDER OF DISCHARGE OR, IN THE ALTERNATIVE, FOR VOLUNTARY DISMISSAL
Case No. 15-cv-01503-WHO

|   |   |
|---|---|
| | San Francisco, California 94105-2669 |
| | Telephone: 415.773.5700 |
| | Facsimile: 415.773.5759 |

*Attorneys for Defendants*
*Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated:  May 28, 2015                    Respectfully submitted,

By:   /s/ Jessica Nall
Jessica Nall (SBN 215149)
jnall@fbm.com
Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.954.4400
Facsimile: 415.954.4480

*Attorneys for Plaintiff*
*Bitstamp, Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE ON BITSTAMP'S MOTION FOR
AN ORDER OF DISCHARGE OR, IN THE ALTERNATIVE, FOR VOLUNTARY DISMISSAL
Case No. 15-cv-01503-WHO

**CIVIL L.R. 5-1 ATTESTATION**

I, Grant P. Fondo, am the ECF User whose ID and Password are being used to file this STIPULATION EXTENDING DEADLINES. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jessica Nall, counsel for Bitstamp Ltd., and Paul Rugani, counsel for Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris concurred to its filing.

Dated:  May 28, 2015

/s/  Grant P. Fondo
Grant P. Fondo

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE ON BITSTAMP'S MOTION FOR AN ORDER OF DISCHARGE OR, IN THE ALTERNATIVE, FOR VOLUNTARY DISMISSAL
Case No. 15-cv-01503-WHO

**CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on May 28, 2015.

/s/ Grant P. Fondo