1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025-1105
   Tel.:  650.752.3100
5  Fax.: 650.853.1038

6  Richard M. Strassberg (*Pro Hac Vice*)
   *rstrassberg@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   The New York Times Building
8  620 Eighth Avenue
   New York, NY 10018-1405
9  Tel.:  212.813.8800
   Fax.: 212.355.3333
10
   Attorneys for Defendant/Cross-Plaintiff
11 **RIPPLE LABS INC.**

12 [*Additional counsel on signature page*]

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15  BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| 16              Plaintiff, | **JOINT STIPULATION AND ORDER TO REVISE BRIEFING SCHEDULE FOR BITSTAMP LTD.'S MOTION FOR AN ORDER OF DISCHARGE OR, IN THE ALTERNATIVE, FOR VOLUNTARY DISMISSAL** |
| 17       v. | |
| 18  RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, | |
| 19  NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 | |
| 20  Through 10, Inclusive, | Date:     June 10, 2015<br>Time:    2:00 p.m.<br>Dept.:    Courtroom 2, 17th Floor |
| 21              Defendant. | Judge:  Hon. William H. Orrick |
| 22  RIPPLE LABS INC., a California Corporation, | |
| 23              Cross-Plaintiff, | |
| 24       v. | |
| 25  JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 | |
| 26  Through 10, Inclusive, | |
| 27              Cross-Defendants. | |
| 28 | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Defendants RIPPLE LABS INC., JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS ("Defendants") and Plaintiff BITSTAMP LTD. (together, with Defendants, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to extend the briefing schedules with respect to Plaintiff's Motion For an Order of Discharge or, In the Alternative for Voluntary Dismissal, Docket Entry No. 20 ("Motion"), so that Defendants' responses to the Motion will be filed on or before May 28, 2015 and Plaintiff's reply will be filed on or before June 4, 2015.  In support of this request, the Parties stipulate as follows:

WHEREAS, on May 13, 2015, Plaintiffs filed their Motion with this Court;

WHEREAS, Defendants responses to the Motion are currently due on May 27, 2015 and Plaintiff's reply is due on June 3, 2015;

WHEREAS, the Parties agreed to extend Defendants' deadline to file their responses to the Motion until Thursday, May 28, 2015;

WHEREAS, the Parties have further agreed to extend Plaintiff's deadline to file its reply to the Motion until Thursday, June 4, 2015;

WHEREAS, no Party will be prejudiced by the relief requested in the stipulation;

WHEREAS, all parties' claims and defenses are expressly preserved and not waived by entering into this stipulation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties hereto that:

1) Defendants shall have through and including **May 28, 2015**, to file responses to Plaintiff's Motion For an Order of Discharge or, In the Alternative for Voluntary Dismissal; and

2) Plaintiff shall have through and including **June 4, 2015**, to file its reply in support of Plaintiff's Motion For an Order of Discharge or, In the Alternative for Voluntary Dismissal.

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2

3  Dated:  May 28, 2015                                Respectfully submitted,

4                                              By:    /s/ Grant P. Fondo
                                                      Grant P. Fondo (SBN 181530)
5                                                     *gfondo@goodwinprocter.com*
                                                      Nicole L. Chessari (SBN 259970)
6                                                     *nchessari@goodwinprocter.com*
                                                      **GOODWIN PROCTER LLP**
7                                                     135 Commonwealth Drive
                                                      Menlo Park, CA 94025-1105
8                                                     Tel.:  650.752.3100
                                                      Fax.:  650.853.1038
9
                                                      Richard M. Strassberg (*Pro Hac Vice*)
10                                                    *rstrassberg@goodwinprocter.com*
                                                      **GOODWIN PROCTER LLP**
11                                                    The New York Times Building
                                                      620 Eighth Avenue
12                                                    New York, NY 10018-1405
                                                      Tel.:  212.813.8800
13                                                    Fax.:  212.355.3333

14                                                    *Attorneys for Defendant/Cross-Plaintiff*
                                                      *Ripple Labs Inc.*
15

16
    Dated:  May 28, 2015                               Respectfully submitted,
17
                                               By:    /s/ Paul F. Rugani
18                                                    Mark S. Parris (*pro hac vice*)
                                                      *mparris@orrick.com*
19                                                    Paul F. Rugani (*pro hac vice*)
                                                      *prugani@orrick.com*
20                                                    Andrew Ardinger (SBN 267417)
                                                      *aardinger@orrick.com*
21                                                    **ORRICK, HERRINGTON & SUTCLIFFE LLP**
22                                                    701 Fifth Avenue
                                                      Suite 5600
23                                                    Seattle, Washington 98104-7097
                                                      Telephone: 206.839.4300
24                                                    Facsimile: 206.839.4301

25
                                                      Gabriel M. Ramsey (SBN 209218)
26                                                    *gramsey@orrick.com*
                                                      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
27                                                    The Orrick Building
                                                      405 Howard Street
28

San Francisco, California 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

*Attorneys for Defendants*
*Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated:  May 28, 2015                    Respectfully submitted,

By:   /s/ Jessica Nall
Jessica Nall (SBN 215149)
jnall@fbm.com
Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.954.4400
Facsimile: 415.954.4480

*Attorneys for Plaintiff*
*Bitstamp, Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 28, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

- 3 -
JOINT STIPULATION AND ORDER TO REVISE BRIEFING SCHEDULE ON BITSTAMP'S MOTION FOR AN ORDER OF
DISCHARGE OR, IN THE ALTERNATIVE, FOR VOLUNTARY DISMISSAL
Case No. 15-cv-01503-WHO