MARK S. PARRIS (*pro hac vice granted*)
PAUL F. RUGANI (*pro hac vice granted)*
ANDREW ARDINGER (STATE BAR NO. 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:    +1-206-839-4300
Facsimile:     +1 206-839-4301
E-mail:    mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:    +1-415-773-5700
Facsimile:     +1 415-773-5759
E-mail:    gramsey@orrick.com

*Attorneys for Defendants*
*Jed McCaleb, Jacob Stephenson, and Nancy Harris*

TERRY GROSS (SBN 103878)
ADAM C. BELSKY (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201
E-mail:   terry@gba-law.com

*Attorneys for Proposed Intervenor-*
*Defendant Stellar Development*
*Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>    Plaintiff,<br><br>        v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 15-cv-01503-WHO<br><br>**DECLARATION OF JED MCCALEB IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER OF DISCHARGE OR, IN THE ALTERNATIVE, FOR VOLUNTARY DISMISSAL**<br><br>Date:      June 10, 2015<br>Time:      2:00 p.m.<br>Dept:      Courtroom 2, 17th Floor<br>Judge:     Hon. William H. Orrick |
| RIPPLE LABS, INC., a California Corporation,<br><br>    Cross-Plaintiff,<br><br>        v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>    Cross-Defendants. | |

I, JED MCCALEB, declare as follows:

1.      I am named as a defendant in this action.  I make this declaration in support of Defendants' Response to Plaintiff's Motion for an Order of Discharge or, in the alternative, for Voluntary Dismissal.  Except where otherwise noted, I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2.      I do not own or control the Ripple account referred to as rnj8.  I do not own or control Ripple accounts r3Q, rPQ or rvYA, and have no interest in any funds or accounts that comprise the Disputed Funds in this case (Dkt. 1, Complaint ¶ 23).

3.      In late April 2015, I communicated with two directors of Bitstamp, Dan Morehead and Steve Waterhouse, and they informed me that they had not been informed about the fact that Bitstamp filed this action for interpleader.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 28th day of May, 2015, in San Francisco, California.

_____
JED MCCALEB

MCCALEB DECLARATION IN SUPPORT OF RESPONSE TO
MOTION FOR DISCHARGE OR, IN THE ALTERNATIVE, FOR
VOLUNTARY DISMISSAL
15-CV-01503-WHO