# EXHIBIT A

ADRMOP

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:15−cv−01503−WHO

Bitstamp, Ltd v. Ripple Labs Inc. et al
Assigned to: Hon. William H. Orrick
Cause: 28:1332 Diversity−Interpleader Action

Date Filed: 04/01/2015
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Bitstamp Ltd.**  represented by  **Christopher C. Wheeler , Esq.**
Farella Braun & Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104
415−954−4400
Email: cwheeler@fbm.com
*ATTORNEY TO BE NOTICED*

**Jessica Koren Nall**
Farella Braun Martel LLP
235 Montgomery Street
18th Floor
San Francisco, CA 94104
415/954−4400
Email: jnall@fbm.com
*ATTORNEY TO BE NOTICED*

**George Frost**
Law Office of George Frost
2930 Magnolia St
Berkeley, CA 94705
510−647−8863
Email: geofrost@comcast.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ripple Labs Inc.**  represented by  **Grant P. Fondo**
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025−1105
650−752−3100
Fax: 650−853−1038
Email: gfondo@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Lynn Chessari**
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 752−3281
Fax: (650) 853−1038
Email: nchessari@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Richard M Strassberg**
Goodwin Procter LLP

The New York Times Building  
620 Eighth Avenue  
New York, NY 10018  
212−813−8800  
Email: rstrassberg@goodwinprocter.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mr. Jed McCaleb** represented by **Mark Steven Parris**  
Orrick, Herrington & Sutcliffe LLP  
701 Fifth Ave  
Suite 5700  
Seattle, WA 98104  
206−839−4300  
Email: mparris@orrick.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Andrew Robert Ardinger**  
Orrick, Herrington and Sutcliffe LLP  
701 Fifth Avenue  
Suite 5600  
Seattle, WA 98104−7097  
206−839−4306  
Email: aardinger@orrick.com  
*ATTORNEY TO BE NOTICED*

**Gabriel M. Ramsey**  
Orrick Herrington & Sutcliffe LLP  
1000 Marsh Road  
Menlo Park, CA 94025  
650−614−7400  
Email: gramsey@orrick.com  
*ATTORNEY TO BE NOTICED*

**Paul Francis Rugani**  
Orrick, Herrington Sutcliffe  
701 5th Ave., Suite 5600  
Seattle, WA 98104  
206−839−4300  
Fax: 206−839−4301  
Email: prugani@orrick.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jacob Stephenson** represented by **Mark Steven Parris**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Andrew Robert Ardinger**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Gabriel M. Ramsey**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Paul Francis Rugani**  
(See above for address)  
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Nancy Harris**     represented by     **Mark Steven Parris**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew Robert Ardinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabriel M. Ramsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Francis Rugani**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stellar Development Foundation**     represented by     **Adam C. Belsky**
Gross Belsky Alonso LLP
One Sansome Street
Suite 3670
San Francisco, CA 94104
415 554−0200
Fax: 415 544−0201
Email: adam@gba−law.com
*ATTORNEY TO BE NOTICED*

**Terry Gross**
Gross Belsky Alonso LLP
One Sansome Street
Suite 3670
San Francisco, CA 94104
415−544−0200
Fax: 415−544−0201
Email: terry@gba−law.com
*ATTORNEY TO BE NOTICED*

**Cross−claimant**

**Ripple Labs Inc.**     represented by     **Grant P. Fondo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Lynn Chessari**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard M Strassberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.
**Cross−defendant**

**Mr. Jed McCaleb**     represented by     **Andrew Robert Ardinger**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Gabriel M. Ramsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross−defendant**

**Jacob Stephenson**  represented by  **Andrew Robert Ardinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabriel M. Ramsey**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2015 | 1 | COMPLAINT *Complaint for Interpleader* against All Defendants ( Filing fee $ 400, receipt number 0971−9409396.). Filed byBitstamp Ltd.. (Attachments: # 1 Civil Cover Sheet)(Frost, George) (Filed on 4/1/2015) (Entered: 04/01/2015) |
| 04/01/2015 | 2 | Case assigned to Magistrate Judge Maria−Elena James.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (bwS, COURT STAFF) (Filed on 4/1/2015) (Entered: 04/02/2015) |
| 04/01/2015 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/2/2015. Case Management Conference set for 7/9/2015 10:00 AM. (hdjS, COURT STAFF) (Filed on 4/1/2015) (Entered: 04/02/2015)** |
| 04/02/2015 | 3 | **Amended** Civil Cover Sheet by Bitstamp Ltd. (bwS, COURT STAFF) (Filed on 4/2/2015) (Entered: 04/02/2015) |
| 04/02/2015 | 5 | Summons Issued as to Nancy Harris, Jed McCaleb, Ripple Labs Inc., Jacob Stephenson. (hdjS, COURT STAFF) (Filed on 4/2/2015) (Entered: 04/02/2015) |
| 04/29/2015 | 6 | NOTICE of Appearance by Grant P. Fondo (Fondo, Grant) (Filed on 4/29/2015) (Entered: 04/29/2015) |
| 04/29/2015 | 7 | NOTICE of Appearance by Nicole Lynn Chessari (Chessari, Nicole) (Filed on 4/29/2015) (Entered: 04/29/2015) |
| 04/29/2015 | 8 | Certificate of Interested Entities by Ripple Labs Inc. (Fondo, Grant) (Filed on 4/29/2015) (Entered: 04/29/2015) |
| 04/29/2015 | 9 | ANSWER to Complaint with Jury Demand , CROSSCLAIM against Jed McCaleb, Jacob Stephenson byRipple Labs Inc.. (Attachments: # 1 Exhibit 1)(Fondo, Grant) (Filed on 4/29/2015) (Entered: 04/29/2015) |
| 04/30/2015 | 10 | Administrative Motion to File Under Seal filed by Ripple Labs Inc.. (Attachments: # 1 Declaration of Grant P. Fondo in Support of Motion for Administrative Relief to File Documents Under Seal, # 2 Redacted Version of Answer and Cross−Complaint, # 3 Unredacted Version of Answer and Cross−Complaint, # 4 Redacted Version of Exhibit 1, # 5 Unredacted Version of Exhibit 1, # 6 Proposed Order)(Fondo, Grant) (Filed on 4/30/2015) (Entered: 04/30/2015) |

| 04/30/2015 | 11 | **CLERK'S NOTICE Re: Consent or Declination: Plaintiffs/Defendants shall file a consent or declination to proceed before a magistrate judge by 5/7/2015. The forms are available at: http://cand.uscourts.gov/civilforms. (Party/parties were also notified via telephone or email.) (cdnS, COURT STAFF) (Filed on 4/30/2015) (Entered: 04/30/2015)** |
|---|---|---|
| 05/04/2015 | 12 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−9493373.) filed by Ripple Labs Inc.. (Attachments: # 1 Certificate of Good Standing)(Strassberg, Richard) (Filed on 5/4/2015) (Entered: 05/04/2015) |
| 05/04/2015 | 13 | **ORDER by Magistrate Judge Maria−Elena James granting 12 Motion for Pro Hac Vice re Richard M. Strassberg. (rmm2S, COURT STAFF) (Filed on 5/4/2015) (Entered: 05/04/2015)** |
| 05/06/2015 | 14 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Ripple Labs Inc... (Fondo, Grant) (Filed on 5/6/2015) (Entered: 05/06/2015) |
| 05/06/2015 | 15 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (rmm2S, COURT STAFF) (Filed on 5/6/2015) (Entered: 05/06/2015) |
| 05/07/2015 | 16 | **ORDER, Case reassigned to Hon. William H. Orrick. Magistrate Judge Maria−Elena James no longer assigned to the case.. Signed by Executive Committee on 5/7/15. (haS, COURT STAFF) (Filed on 5/7/2015) (Entered: 05/07/2015)** |
| 05/12/2015 | 17 | **CASE MANAGEMENT CONFERENCE ORDER: Case Management Conference set for 7/16/2015 01:00 PM in Courtroom 2, 17th Floor, San Francisco. Case Management Statement due by 7/9/2015. Signed by Judge William H. Orrick on 05/12/2015. (jmdS, COURT STAFF) (Filed on 5/12/2015) (Entered: 05/12/2015)** |
| 05/13/2015 | 18 | NOTICE of Appearance by Jessica Koren Nall *Notice of Association of Counsel From Farella Braun + Martel LLP for Plaintiff Bitstamp, Ltd.* (Nall, Jessica) (Filed on 5/13/2015) (Entered: 05/13/2015) |
| 05/13/2015 | 19 | NOTICE of Appearance by Christopher C. Wheeler, Esq (Wheeler, Christopher) (Filed on 5/13/2015) (Entered: 05/13/2015) |
| 05/13/2015 | 20 | MOTION For an Order of Discharge or, In the Alternative, for Voluntary Dismissal filed by Bitstamp Ltd.. Motion Hearing set for 6/10/2015 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Responses due by 5/27/2015. Replies due by 6/3/2015. (Attachments: # 1 Proposed Order)(Nall, Jessica) (Filed on 5/13/2015) (Entered: 05/13/2015) |
| 05/13/2015 | 21 | Declaration of George Frost in Support of 20 MOTION For an Order of Discharge or, In the Alternative, for Voluntary Dismissal filed byBitstamp Ltd.. (Related document(s) 20 ) (Nall, Jessica) (Filed on 5/13/2015) (Entered: 05/13/2015) |
| 05/14/2015 | 22 | CERTIFICATE OF SERVICE by Ripple Labs Inc. re 9 Answer to Complaint, Crossclaim (Fondo, Grant) (Filed on 5/14/2015) (Entered: 05/14/2015) |
| 05/14/2015 | 23 | Ex Parte Application *for Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should Not Issue; Motion for Expedited Discovery; Memorandum of Points and Authorities in Support Thereof* filed by Ripple Labs Inc.. (Attachments: # 1 Declaration of Grant P. Fondo in Support of Ex Parte Application for Temporary Restraining Order and an Order to Show Cause Why a Preliminary |

| | | |
|---|---|---|
| | | Injunction Should Not Issue, # 2 Declaration of Rebecca Schwartz in Support of Ex Parte Application for Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should Not Issue; Motion for Expedited Discovery, # 3 Copy of Complaint filed by Bitstamp Ltd. pursuant to Local Rule 65−1(a)(1), # 4 Proposed Order)(Fondo, Grant) (Filed on 5/14/2015) (Entered: 05/14/2015) |
| 05/15/2015 | 24 | **ORDER GRANTING TEMPORARY RESTRAINING ORDER; SETTING HEARING AND BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION; AUTHORIZING EXPEDITED DISCOVERY − Bitstamp is TEMPORARILY ENJOINED from transferring the $1,038,172 in disputed funds to Stellar, Stephenson, McCaleb, Ripple Labs, or any other person or entity. Response in opposition to 23 Ex Parte Application due by 5/27/2015. Reply due by 6/4/2015. Oral argument set for 6/10/2015 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Assuming proper service, Ripple Labs may immediately notice and take the depositions of Jed McCaleb and Jacob Stephenson. These depositions shall take place during the week of May 25 − 29, 2015. Assuming proper service, McCaleb and Stephenson shall provide discovery, as detailed in the attached order, to Ripple Labs within 10 days. Signed by Judge William H. Orrick on 05/15/2015. (jmdS, COURT STAFF) (Filed on 5/15/2015) (Entered: 05/15/2015)** |
| 05/15/2015 | 25 | CERTIFICATE OF SERVICE by Bitstamp Ltd. *(Case Management Conference Order and Judge Orrick's Standing Order for Civil Cases)* (Nall, Jessica) (Filed on 5/15/2015) (Entered: 05/15/2015) |
| 05/15/2015 | 26 | CERTIFICATE OF SERVICE by Bitstamp Ltd. re 1 Complaint, 5 Summons Issued *(Nancy Harris)* (Nall, Jessica) (Filed on 5/15/2015) (Entered: 05/15/2015) |
| 05/15/2015 | 27 | CERTIFICATE OF SERVICE by Bitstamp Ltd. re 1 Complaint, 5 Summons Issued *(Jacob Stephenson)* (Nall, Jessica) (Filed on 5/15/2015) (Entered: 05/15/2015) |
| 05/15/2015 | 28 | CERTIFICATE OF SERVICE by Bitstamp Ltd. re 1 Complaint, 5 Summons Issued *(Jed McCaleb)* (Nall, Jessica) (Filed on 5/15/2015) (Entered: 05/15/2015) |
| 05/20/2015 | 29 | NOTICE of Appearance by Gabriel M. Ramsey (Ramsey, Gabriel) (Filed on 5/20/2015) (Entered: 05/20/2015) |
| 05/20/2015 | 30 | NOTICE of Appearance by Andrew Robert Ardinger (Ardinger, Andrew) (Filed on 5/20/2015) (Entered: 05/20/2015) |
| 05/20/2015 | 31 | MOTION to Dissolve or, in the Alternative, Modify Temporary Restraining Order re 24 Order,,,, Set Motion and Deadlines/Hearings,,, filed by Nancy Harris, Jed McCaleb, Jacob Stephenson. Motion Hearing set for 5/22/2015 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick Jr.. Responses due by 6/3/2015. Replies due by 6/10/2015. (Attachments: # 1 Declaration of Terry Gross, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Ramsey, Gabriel) (Filed on 5/20/2015) (Entered: 05/20/2015) |
| 05/20/2015 | 32 | Proposed Order re 31 MOTION to Dissolve or, in the Alternative, Modify Temporary Restraining Order re 24 Order,,,, Set Motion and Deadlines/Hearings,,, by Nancy Harris, Jed McCaleb, Jacob Stephenson. (Ramsey, Gabriel) (Filed on 5/20/2015) (Entered: 05/20/2015) |
| 05/20/2015 | 33 | STIPULATION WITH PROPOSED ORDER *TO EXTEND TIME TO RESPOND TO COMPLAINT* filed by Nancy Harris, Jed McCaleb, Jacob Stephenson. (Ramsey, Gabriel) (Filed on 5/20/2015) (Entered: 05/20/2015) |
| 05/21/2015 | 34 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−9539469.) filed by Nancy Harris, Jed McCaleb, Jacob Stephenson. (Parris, Mark) (Filed on 5/21/2015) Modified on 5/22/2015 (aaaS, COURT STAFF). (Entered: 05/21/2015) |
| 05/21/2015 | 35 | MOTION & [PROPOSED] ORDER for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971−9539568.) filed by Nancy Harris, Jed McCaleb, Jacob Stephenson. (Rugani, Paul) (Filed on 5/21/2015) Modified on 5/22/2015 (aaaS, COURT STAFF). (Entered: 05/21/2015) |

| | | |
|---|---|---|
| 05/21/2015 | 36 | CLERK'S NOTICE − Set/Reset Deadlines as to 31 MOTION to Dissolve or, in the Alternative, Modify Temporary Restraining Order re 24 Order. Motion Hearing reset for 5/22/2015 03:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Response/Reply dates VACATED. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jmdS, COURT STAFF) (Filed on 5/21/2015) (Entered: 05/21/2015) |
| 05/22/2015 | 37 | NOTICE of Appearance by Terry Gross *for Proposed Intervenor−Defendant Stellar Development Foundation* (Gross, Terry) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 05/22/2015 | 38 | RESPONSE (re 31 MOTION to Dissolve or, in the Alternative, Modify Temporary Restraining Order re 24 Order,,,, Set Motion and Deadlines/Hearings,,, ) *[Memorandum in Opposition to Defendants and Cross Defendants' Motion to Dissolve or Modify Temporary Restraining Order]* filed byRipple Labs Inc.. (Attachments: # 1 Declaration of Grant P. Fondo in Support Ripple Lab Inc.'s Memorandum in Opposition)(Fondo, Grant) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 05/22/2015 | 39 | MOTION to Intervene filed by Stellar Development Foundation. Motion Hearing set for 7/1/2015 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Responses due by 6/5/2015. Replies due by 6/12/2015. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration Terry Gross, # 3 Declaration Joyce Kim, # 4 Proposed Order)(Gross, Terry) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 05/22/2015 | 40 | MOTION to Compel *Arbitration and Stay Proceedings* filed by Jed McCaleb, Jacob Stephenson. Motion Hearing set for 7/1/2015 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Responses due by 6/5/2015. Replies due by 6/12/2015. (Attachments: # 1 Declaration of Andrew Andinger, # 2 Exhibit A, # 3 Proposed Order)(Ramsey, Gabriel) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 05/22/2015 | 41 | MOTION to Dismiss *Complaint for Interpleader* filed by Nancy Harris, Jed McCaleb, Jacob Stephenson. Motion Hearing set for 7/1/2015 02:00 PM in Courtroom 2, 17th Floor, San Francisco before Hon. William H. Orrick. Responses due by 6/5/2015. Replies due by 6/12/2015. (Attachments: # 1 Proposed Order to Motion to Dismiss)(Ramsey, Gabriel) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 05/22/2015 | 42 | **Minute Entry for proceedings held before Hon. William H. Orrick: Hearing held on 5/22/2015. 31 Motion to dissolve is DENIED. The parties are directed to meet and confer immediately after the hearing over a narrowed scope of discovery and a schedule for resolution of both the motion for a preliminary injunction and the motion to compel arbitration, which shall be heard at the same time. If parties are unable to come to a complete agreement, they shall file a joint five−page letter outlining disputed issues. The parties shall file a stipulation and proposed order with respect to the matters agreed upon. The hearing for the motion for a preliminary injunction on June 10, 2015 is VACATED. FTR Time 3:07−3:28. Plaintiff Attorneys Christopher Wheeler and Jessica Nall. Defendant Attorneys Grant P. Fondo and Nicole L. Chessari for Ripple; Adam C. Belsky for Stellar; and Paul F. Rugani for McCaleb, et al. (jmdS, COURT STAFF) (Date Filed: 5/22/2015) (Entered: 05/26/2015)** |
| 05/26/2015 | 43 | **Order by Hon. William H. Orrick granting 34 Motion for Pro Hac Vice by Mark S. Parris. (jmdS, COURT STAFF) (Filed on 5/26/2015) (Entered: 05/26/2015)** |
| 05/26/2015 | 44 | **Order by Hon. William H. Orrick granting 35 Motion for Pro Hac Vice by Paul F. Rugari. (jmdS, COURT STAFF) (Filed on 5/26/2015) (Entered: 05/26/2015)** |
| 05/26/2015 | 45 | TRANSCRIPT ORDER by Bitstamp Ltd. for Court Reporter FTR − San Francisco. (Wheeler, Christopher) (Filed on 5/26/2015) (Entered: 05/26/2015) |
| 05/26/2015 | 46 | TRANSCRIPT ORDER by Nancy Harris, Jed McCaleb, Jacob Stephenson for Court Reporter FTR − San Francisco. (Ardinger, Andrew) (Filed on 5/26/2015) (Entered: 05/26/2015) |
| 05/27/2015 | 47 | TRANSCRIPT ORDER by Ripple Labs Inc. for Court Reporter FTR − San Francisco. (Chessari, Nicole) (Filed on 5/27/2015) (Entered: 05/27/2015) |
| 05/28/2015 | 48 | STIPULATION WITH PROPOSED ORDER *to Revise Briefing Schedule for Bitstamp Ltd.'s Motion for an Order of Discharge or, in the Alternative, for Voluntary Dismissal* |

| | | |
|---|---|---|
| | | filed by Ripple Labs Inc.. (Fondo, Grant) (Filed on 5/28/2015) (Entered: 05/28/2015) |
| 05/28/2015 | 49 | **Order by Hon. William H. Orrick granting 33 Stipulation. The Individual Defendants' time to answer, move or otherwise respond to the Complaint in Interpleader is enlarged until June 1, 2015. (jmdS, COURT STAFF) (Filed on 5/28/2015) (Entered: 05/28/2015)** |
| 05/28/2015 | 50 | **ORDER granting 48 Stipulation extending briefing deadlines as to 20 MOTION For an Order of Discharge or, In the Alternative, for Voluntary Dismissal. Responses due by 5/28/2015. Replies due by 6/4/2015. Signed by Judge William H. Orrick on 05/28/2015. (jmdS, COURT STAFF) (Filed on 5/28/2015) (Entered: 05/28/2015)** |
| 05/28/2015 | 51 | Transcript of Proceedings of the official sound recording held on 05/22/15, before Judge William H. Orrick. FTR/Transcriber Echo Reporting, Inc., Telephone number (858) 453−7590.;echoreporting@yahoo.com. Tape Number: FTR 3:07 − 3:38. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 45 Transcript Order ) Redaction Request due 6/18/2015. Redacted Transcript Deadline set for 6/29/2015. Release of Transcript Restriction set for 8/26/2015. (Related documents(s) 45 ) (tgb, COURT STAFF) (Filed on 5/28/2015) (Entered: 05/28/2015) |