# EXHIBIT D

**Subject:** RE: Britto v. McCaleb, Conference Call Dial In
**From:** "Darrell R. Atkinson" <datkinson@hosielaw.com>
**Date:** 4/29/2015 4:07 PM
**To:** Spencer Hosie <shosie@hosielaw.com>, 'Terry Gross' <terry@gba-law.com>, Jessica Dean <jessica@gba-law.com>, "Anthony K. Lee" <alee@hosielaw.com>
**CC:** Adam Belsky <adam@gba-law.com>, Diane Rice <drice@hosielaw.com>, "Ardinger, Andrew" <aardinger@orrick.com>, "Parris, Mark S." <mparris@orrick.com>

Good afternoon again Terry,

Thanks for the call today. I just wanted to confirm the agreements reached. Please let me know if anything below is inaccurate.

1. The parties agreed that all depositions will be taken off-calendared and rescheduled after document productions have been made;
2. The parties agreed that when depositions are rescheduled priority will be maintained;
3. It is understood that no one was speaking for Ripple and that any issues in preserving priority with regard to Ripple's deposition would be discussed if the need arose when it arose;
4. Britto agreed to serve his response to Stellar's First RFP this Friday, May 1, 2015;
5. A meet and confer on Britto, Kidd and Frost's responses to document requests is scheduled for May 8, 2015 at 10:30 a.m.;
6. We will start to get documents out May 18, 2015;
7. We will get you dates with regards to Frost's representations;
8. You will consider our proposal regarding email service and get back to us; and
9. Britto has an extension to May 15, 2015 with regard to responding to the first set of form interrogatories.

Regards,

Darrell