Grant P. Fondo (SBN 181530)
gfondo@goodwinprocter.com
Nicole L. Chessari (SBN 259970)
nchessari@goodwinprocter.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
rstrassberg@goodwinprocter.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
**RIPPLE LABS INC.**

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>Defendant.<br><br>RIPPLE LABS INC., a California Corporation,<br><br>Cross-Plaintiff,<br><br>v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive,<br><br>Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DEPOSIT DISPUTED FUNDS WITH THE COURT, WITHDRAW MOTION FOR PRELIMINARY INJUNCTION, AND REVISE BRIEFING SCHEDULES FOR VARIOUS PENDING MOTIONS**<br><br>Dept.:    Courtroom 2, 17th Floor<br><br>Judge:  Hon. William H. Orrick |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS (collectively "Individual Defendants"), Ripple Labs Inc. (collectively with the Individual Defendants, "Defendants"), proposed intervenor STELLAR DEVELOPMENT FOUNDATION ("Stellar") and Plaintiff BITSTAMP LTD. (together, with Defendants and Stellar, the "Signatories"), through their undersigned counsel, hereby file the following stipulated request to: (1) Permit Bitstamp to deposit the $1,038,172 in disputed funds in Bitstamp's possession (the "Disputed Funds") with the Court, (2) withdraw Ripple Labs' Motion for Preliminary Injunction and request for expedited discovery (Dkt. No. 23), and (3) revise briefing schedules and hearing dates for Stellar's Motion to Intervene Pursuant to FRCP 24(a)(2) (Dkt. No 39) ("Motion to Intervene"); Individual Defendants' Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 40) ("Motion to Compel Arbitration"); and for Individual Defendants' and Stellar's Motion to Dismiss Complaint For Interpleader (Dkt. No. 41) ("Motion to Dismiss").  In support of this request, the Signatories stipulate as follows:

WHEREAS, on April 1, 2015, Bitstamp initiated this action with the Court, representing that there was an "issue in controversy over who is entitled to possess [ ] $1,038,172 (the "Disputed Funds")" in its possession derived from a March 20, 2015 sale of XRP (Dkt. No. 1, at ¶¶ 19, 22);

WHEREAS, multiple Signatories have claimed that they are entitled to the Disputed Funds;

WHEREAS, on May 14, 2015, Ripple Labs filed a Motion for Preliminary Injunction;

WHEREAS, on May 22, 2015, the hearing on the Preliminary Injunction Motion was rescheduled for July 1, 2015, and Defendants were directed to meet and confer and to submit revised due dates for opposition and reply briefs (Dkt. No. 42);

WHEREAS, on May 22, 2015, Stellar filed a Motion to Intervene in this action (Dkt. No. 39);

WHEREAS, on May 22, 2015, the Individual Defendants filed a Motion to Compel Arbitration (Dkt. No. 40);

1  WHEREAS, on May 22, 2015, the Individual Defendants and Stellar filed a Motion to
2  Dismiss Complaint for Interpleader (Dkt. No. 41);
3  WHEREAS, responses to the Motion to Intervene, Motion to Dismiss, Motion to Compel
4  Arbitration are currently due on June 5, 2015 and replies are due on June 12, 2015;
5  WHEREAS, Ripple Labs, the Individual Defendants, and Stellar have agreed to engage
6  in efforts to resolve their differences in this litigation as soon as possible;
7  WHEREAS, all Signatories' claims, defenses, and remedies are expressly preserved and
8  not waived by entering into this stipulation;
9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
10 Signatories hereto that:
11     1.   The preliminary injunctive relief requested by Ripple Labs to enjoin Bitstamp
12 from transferring the $1,038,172 in disputed funds to Stellar and requiring Bitstamp to instead
13 deposit the funds with the Court is granted, and Bitstamp shall, within five court days of this
14 Stipulation, or as soon thereafter as is practicable, transfer the Disputed Funds to the Court for
15 deposit with the Court, and the Disputed Funds shall remain deposited with the Court until the
16 final resolution of this case or further order of the Court;
17     2.   The Defendants and Stellar will assist Bitstamp and the Court as needed to
18 effectuate and implement the transfer of the Disputed Funds to the Court, including without
19 limitation thereby, transferring the Disputed Funds to an account designated by Bitstamp.
20 Should this action be dismissed in its entirety and the Court releases the Disputed Funds, the
21 parties agree to, if necessary, seek an Order from this Court directing Bitstamp to transfer the
22 funds into such accounts as may be necessary to restore the status quo that existed prior to
23 Bitstamp's filing the present Interpleader;
24     3.   Ripple Labs' pending Motion for Preliminary Injunction, currently scheduled to
25 be heard July 1, 2015, shall be taken off calendar upon the depositing of the Disputed Funds
26 with the Court;
27     4.   The Court's order granting expedited discovery as to McCaleb and Stephenson,
28 issued May 15, 2015 and modified on May 22, 2015, shall be vacated upon the depositing of the

1  Disputed Funds with the Court;

2      5.    All oppositions in response to the following motions shall now be due on or

3  before June 17, 2015, and all reply briefs on or before June 24, 2015:

4          a.    Individual Defendants' and Stellar's Motion to Dismiss Complaint For

5              Interpleader;

6          b.    Stellar's Motion to Intervene; and

7          c.    Individual Defendants' Motion to Compel Arbitration.

8      6.    The motions identified in Paragraph 4 shall be heard on July 1, 2015, at 2:00

9  p.m.

10

11 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

12

13 Dated:  June 4, 2015                      Respectfully submitted,

14                                     By:  /s/ Grant P. Fondo
                                            Grant P. Fondo (SBN 181530)

15                                             *gfondo@goodwinprocter.com*
                                            Nicole L. Chessari (SBN 259970)

16                                             *nchessari@goodwinprocter.com*
                                            **GOODWIN PROCTER LLP**

17                                             135 Commonwealth Drive
                                            Menlo Park, CA 94025-1105

18                                             Tel.:   650.752.3100
                                            Fax.:  650.853.1038

19

20                                             Richard M. Strassberg (*Pro Hac Vice*)
                                            *rstrassberg@goodwinprocter.com*

21                                             **GOODWIN PROCTER LLP**
                                            The New York Times Building

22                                             620 Eighth Avenue
                                            New York, NY 10018-1405

23                                             Tel.:   212.813.8800
                                            Fax.:  212.355.3333

24                                             *Attorneys for Defendant/Cross-Plaintiff*
                                            *Ripple Labs Inc.*

25

26

27

28

| | |
|---|---|
| Dated:  June 4, 2015 | Respectfully submitted, |
| | By: /s/ Paul F. Rugani |

                                      Mark S. Parris (*pro hac vice*)
                                      *mparris@orrick.com*
                                      Paul F. Rugani (*pro hac vice*)
                                      *prugani@orrick.com*
                                      Andrew Ardinger (SBN 267417)
                                      *aardinger@orrick.com*
                                      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                      701 Fifth Avenue
                                      Suite 5600
                                      Seattle, Washington 98104-7097
                                      Telephone: 206.839.4300
                                      Facsimile: 206.839.4301

                                      Gabriel M. Ramsey (SBN 209218)
                                      *gramsey@orrick.com*
                                      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
                                      The Orrick Building
                                      405 Howard Street
                                      San Francisco, California 94105-2669
                                      Telephone: 415.773.5700
                                      Facsimile: 415.773.5759

                                      *Attorneys for Defendants*
                                      *Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated:  June 4, 2015                         Respectfully submitted,

                               By:  /s/ Jessica Nall
                                      Jessica Nall (SBN 215149)
                                      *jnall@fbm.com*
                                      Christopher C. Wheeler (SBN 224872)
                                      *cwheeler@fbm.com*
                                      **Farella Braun + Martel LLP**
                                      235 Montgomery Street, 17th Floor
                                      San Francisco, CA 94104
                                      Telephone: 415.954.4400
                                      Facsimile: 415.954.4480

                                      *Attorneys for Plaintiff*
                                      *Bitstamp, Ltd.*

JOINT STIPULATION AND [PROPOSED] ORDER TO DEPOSIT DISPUTED FUNDS WITH THE COURT, WITHDRAW MOTION FOR PRELIMINARY INJUNCTION, AND REVISE BRIEFING SCHEDULES FOR VARIOUS PENDING MOTIONS - Case No. 15-cv-01503-WHO

Dated: June 4, 2015								Respectfully submitted,

By: /s/ Terry Gross
Terry Gross (SBN 103878)
*terry@gba-law.com*
Adam C. Belsky (SBN 147800)
*adam@gba-law.com*
**Gross Belsky Alonso LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

*Attorneys for Proposed Intervenor-Defendant Stellar Development Foundation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

- 5 -

JOINT STIPULATION AND [PROPOSED] ORDER TO DEPOSIT DISPUTED FUNDS WITH THE COURT, WITHDRAW MOTION FOR PRELIMINARY INJUNCTION, AND REVISE BRIEFING SCHEDULES FOR VARIOUS PENDING MOTIONS - Case No. 15-cv-01503-WHO

**CIVIL L.R. 5-1 ATTESTATION**

I, Grant P. Fondo, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO DEPOSIT DISPUTED FUNDS WITH THE COURT, WITHDRAW MOTION FOR PRELIMINARY INJUNCTION, AND REVISE BRIEFING SCHEDULES FOR VARIOUS PENDING MOTIONS. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jessica Nall, counsel for Bitstamp Ltd., Paul Rugani, counsel for Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris, and Terry Gross, counsel for Stellar Development Foundation concurred to its filing.

Dated:  June 4, 2015         /s/  Grant P. Fondo
                             Grant P. Fondo

**CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on June 4, 2015.

/s/ Grant P. Fondo_____