# EXHIBIT C

**TO**
**REPLY DECLARATION OF JEAN-BAPTISTE GRAFTIEAUX IN SUPPORT OF BITSTAMP LTD.'S MOTION FOR AN ORDER OF DISCHARGE**

# GOODWIN | PROCTER

Grant P. Fondo
650.752.3236
GFondo@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
135 Commonwealth Drive
Menlo Park, CA 94025-1105
T: 650.752.3100
F: 650.853.1038

March 26, 2015

**VIA E-MAIL**

Nejc Kodric
CEO
BitStamp

Re:     **Demand to Return $75,000 to Ripple Labs Inc.**

Dear Nejc:

This firm represents Ripple Labs Inc. ("Ripple"). I am contacting you in regard to approximately $75,000 in Bitstamp's possession currently being claimed by Jacob Stephenson. This letter serves as a demand for Bitstamp not to release these funds to anyone other than Ripple.

On August 13, 2014, Ripple Labs and Jed McCaleb (and others) entered into a settlement agreement, whereby Mr. McCaleb agreed to limit his sales, and that of his family members, to $10,000 XRP per week. Ripple Labs has evidence that Mr. McCaleb recently violated that agreement by trying to and selling 89,999,900 XRP in his possession and control (and/or that of his family member), and is using Bitstamp to secretly funnel the proceeds of this sale.

These funds relate to a large XRP sale made through Ripple Account number r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX ("r3Q") purportedly controlled by Jacob Stephenson, but which Ripple has evidence is in fact being controlled by Mr. Stephenson's cousin, Mr. McCaleb, and is being used by Mr. McCaleb to funnel his XRP for sale. Between March 17, 2015 and March 20, 2015, we believe Mr. McCaleb directed approximately 89,999,900 XRP (the "McCaleb XRP") from an account controlled by him and/or his family member to r3Q, from which the McCaleb XRP was then offered for sale. We believe that this sale was at the direction of and for the benefit of Mr. McCaleb. Such sale was in direct contradiction to the terms of the Settlement Agreement, and pursuant to that contract, Mr. McCaleb agreed that a sale in violation of the Settlement Agreement would cause irreparable harm to Ripple.

In an effort to mitigate this immediate and irreparable harm that would have been caused to Ripple by Mr. McCaleb's breach of the aforementioned contract, Ripple was forced to purchase all of the XRP offered by r3Q, for approximately $1.1 million, and sent the purchase funds to the r3Q account on the Bitstamp gateway. Subsequently, r3Q moved the majority of the purchase funds to the Coinex gateway, but $75,000 of those proceeds remain in r3Q's account. Our understanding is that on March 20, 2015

GOODWIN | PROCTER

Nejc Kodric
March 26, 2015
Page 2

and through present date, r3Q is attempting to bridge out those funds to remove them from the Ripple Network.

Ripple hereby asserts its sole interest in the $75,000 that r3Q is attempting to remove from the Ripple Network and demands the immediate transfer of the $75,000 to Ripple's account, at which time it will return the equivalent amount of XRP to the account it originated from.  <u>Please advise us no later than Friday, March 27, 2015 at 8 a.m. PST, if you will abide by this demand</u>.  Should Bitstamp fail to respond by the specified time, or if it refuses to comply with this demand, Ripple will seek all legal remedies available to it against Bitstamp and others.

Sincerely,

Grant P. Fondo

GPF

ACTIVE/81494193.2