# EXHIBIT D

**TO**
**REPLY DECLARATION OF JEAN-BAPTISTE GRAFTIEAUX IN SUPPORT OF BITSTAMP LTD.'S MOTION FOR AN ORDER OF DISCHARGE**

**(DOCUMENT LODGED WITH COURT PENDING ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL)**