# EXHIBIT E

**TO**
**REPLY DECLARATION OF JEAN-BAPTISTE GRAFTIEAUX IN SUPPORT OF BITSTAMP LTD.'S MOTION FOR AN ORDER OF DISCHARGE**

GOODWIN | PROCTER

Grant P. Fondo
650.752.3236
GFondo@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
135 Commonwealth Drive
Menlo Park, CA 94025-1105
T: 650.752.3100
F: 650.853.1038

March 30, 2015

**VIA E-MAIL**

Nejc Kodric
CEO
BitStamp

Re:     **Demand to Return $1,038,172 to Ripple Labs Inc.**

Dear Nejc:

As a follow up to the letter I sent you on March 26, 2015 on behalf of our client, Ripple Labs Inc. ("Ripple Labs"), it is our understanding that there is approximately $963,000 of additional funds in Bitstamp's control currently being claimed by Jacob Stephenson or others. This letter serves as a demand for Bitstamp not to release these funds or the approximately $75,000 in funds referenced in my March 26th letter to you, totaling $1,038,172, to anyone other than Ripple Labs for the reasons set forth in my prior letter to you. Ripple Labs, upon receipt of those funds, will return the XRP sold from Ripple Account number r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX ( "r3Q") to its original account.

Sincerely,

*[signature]*

Grant P. Fondo

GPF