# EXHIBIT F

## TO
## REPLY DECLARATION OF JEAN-BAPTISTE GRAFTIEAUX IN SUPPORT OF BITSTAMP LTD.'S MOTION FOR AN ORDER OF DISCHARGE

De : **Jacob Stephenson** <tarsque@gmail.com>
Date : lundi 11 mai 2015
Objet : Bitstamp USD claim
À : jb.graftieaux@bitstamp.net, and <nejc.kodric@bitstamp.net>, and <dan@panteracapital.com>

Hi,

This is Jacob Stephenson. I don't have any claim over the Bitstamp USD.

I started with XRP and sold that XRP for USD. I then used that USD to purchase STR. I now own STR and have no claim on the USD. As far as I know, at this point the USD belongs to Stellar Development Foundation.

thanks,
Jacob Stephenson

```
Time | SDF     |  Haste | Jacob | Ripple Labs
-----------------------------------------------
1 | STR in S |  | XRP in R | USD in R
Jacob sells XRP
2 | STR in S |  | USD in R | XRP in R
Jacob moves to Haste
3 | STR in S | USD in R | USD in S | XRP in R
Jacob buys STR
4 | USD in S | USD in R | STR in S | XRP in R
             SDF cashes out from Haste
5 | USD in R |  | STR in S | XRP in R
SDF wants to cash out from Bitstamp
```


--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00