# EXHIBIT G

**TO
REPLY DECLARATION OF JEAN-BAPTISTE
GRAFTIEAUX IN SUPPORT OF BITSTAMP
LTD.'S MOTION FOR AN ORDER OF
DISCHARGE**

De : **Terry Gross** <terry@gba-law.com>
Date : lundi 11 mai 2015
Objet : Bitstamp
À : Jean-Baptiste Graftieaux <jb.graftieaux@bitstamp.net>

JB --
Stellar Development Fund is the owner of account rPQB4rgmwoaCjdX4BeoWikeshWL3fLMLD7 ("rPQ").  We believe that $1,006,130.94 is in this account.

Jacob Stephenson is the owner of account r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX ("r3Q").

Both of these accounts should be unfrozen.
Please let me know what the next steps are.

Thanks.

Terry


On 5/11/2015 10:39 AM, Jean-Baptiste Graftieaux wrote:

> Dear Terry,
>
> In order to progress with this matter, could you please provide us with the following information:
>
> -  reference of the impacted accounts that you represent (e.g. account number for instance);
> - name of the true owners of the accounts;
> - amount claimed.
>
> Once we have this information, I will be happy to sync again with you for agreeing on the next steps.
>
> Thank you,
>
> Best,
> Jean-Baptiste

1

On Mon, May 11, 2015 at 4:05 PM, Jean-Baptiste Graftieaux <jb.graftieaux@bitstamp.net> wrote:

Dear Terry,

We are coming back to you regarding our conversation last week. Could you please come back to us with your anwers so that we make progress here?

Thank you,

Kind regards,
Jean-Baptiste

On Wed, May 6, 2015 at 6:32 PM, Jean-Baptiste Graftieaux <jb.graftieaux@bitstamp.net> wrote:

Dear Terry,

Following our telephone conversation yesterday, unless I am mistaken, we have not received the email you were planning to send to us that summarises:

1. Information about the accounts that you believe Bitstamp has incorreclty frozen (as we need this information to move forward);
2. A short summary of your suggested course of action.

On a side note, could you please provide us with the following information:

- Evidence that Stellar is the owner of the disputed funds;
- Information about Stellar's registration with FinCEN as an SMB;
- Information about Stellar's AML/CTF programme

It would be great to receive this information in order to continue our dialogue on this matter.

Thank you,

Kind regards

Jean-Baptiste Graftieaux

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

2

> --
> Jean-Baptiste Graftieaux
> Chief Compliance Officer
> Mobile: +352 621 37 29 00

```
--
Terry Gross
Gross Belsky Alonso LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel:  415 544-0200 x101
Fax:  415 544-0201
www.gba-law.com
terry@gba-law.com
```

> --
> Jean-Baptiste Graftieaux
> Chief Compliance Officer
> Mobile: +352 621 37 29 00

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

3

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

--
Jean-Baptiste Graftieaux
Chief Compliance Officer
Mobile: +352 621 37 29 00

4