# EXHIBIT H

## TO
## REPLY DECLARATION OF JEAN-BAPTISTE GRAFTIEAUX IN SUPPORT OF BITSTAMP LTD.'S MOTION FOR AN ORDER OF DISCHARGE

# Support correspondence report

**Ticket #85863**
Client id: 207572
Deposit reference: 306207572215

**Benedikt Potisek - 02.4.2015 08:12:26**

Dear Colleen,

thank you for submitting your verification request.

Unfortunately, we had to deny your verification request as your proof of residence document
was not sent to your name.

If you should wish verify a corporate Bitstamp account, please let us know so that we can
proceed as some additional information and documentation are required.

Should you wish to verify this account as your personal account, please send us a proof of
residency (bank account statement, utility bill or a government issued document) sent to your
name and address.

If you should have any questions in the meantime, please don't hesitate to ask.

Best regards,
Benedikt Potisek

**Colleen McGarry - 02.4.2015 17:32:25**

Hi Benedikt,

Yes we do want to set up a corporate account. There was no option for me to designate that
from the start, except to enter a corporation name and FEIN on the initial information page. I
figured you would be able to identify that as a corporate account. What additional information
do you need for verification?

**Nejc Srečnik - 02.4.2015 19:01:42**

Dear Colleen,

To open a corporate account with us please do so by submitting the following documents:

(I) Certificate of incorporation and Memorandum & Articles of Association or any other

**1**

relevant founding documents

(II) Annual return which details who the directors and the beneficial shareholders of your company are as of the last fiscal year or any similar documents which confirm the ownership of the company

(III) Resolution of the Board of Directors to open an account with Bitstamp and identification of those who have authority to operate the account (if applicable)

(IV) Authorization for other persons to manage your account (if applicable)

(V) Copy of a company telephone landline bill or a recent company bank account statement addressed to your company name and office address

(VI) A high resolution image of the international passport and a proof of residency of at least two members of the board of directors, and any owners with a ownership share of 10% or more

A proof of residency can be a scanned image of one of the following paper documents:
• bank statement (no credit card statements)
• utility bill for utilities consumed at the home address
• tax return, council tax
• certificate of residency issued by a government or a local government authority
• you can also submit other documents to serve as proof of residency such as; government-issued documents, judicial authority-issued documents, documents issued by a public agency / authority, utility service company, or similar regulated service providing companies

These documents must be provided as high resolution images and proof of residency must be scanned images of paper documents.

Finally we would ask you to please help us better understand the nature of your business by answering the following questionnaire:

1. What is the name of the company and what is its Tax / VAT ID?

2. What is the company url? How do your customers typically reach you?

3. Is your business listed on a recognized stock exchange? If so, what is your unique membership ID?

4. Who is(are) the owner(s) of your company? Please provide the information of the beneficial share ownership including the percentage of shares each beneficiary owns. Please identify all parties with beneficial voting rights for trusts.

5. What is your company's business activity? Please provide a detailed description of company activity, what service you provide, who your typical customers are, what type of payments you accept and how your services are priced.

6. Is your business regulated for AML? If so, what is your specific policy? Specifically, how do you perform KYC for your customers? Please provide as many details of your AML policy as possible.

7. What is the purpose of your trading on Bitstamp? Please describe in as much detail as possible how you intend to use your trading account. Please also help us understand how the funds which will be sent to your Bitstamp account were acquired.

8. Which bank are you using? Please provide the complete address and SWIFT code.

9. Estimated amount that you would be depositing to your Bitstamp account per month (in USD and BTC)? Please help us better understand your intended frequency and volume of deposit/withdrawal bank transfers.

10. What type of trading will be conducted? Buying/selling/both?

11. Do you have an established relationship with any other bitcoin exchange?

12. Will your company provide Bitstamp's customers services by making use of their

**2**

Bitstamp accounts? If so, how?

If you should have any further questions, please feel free to ask.

Best regards,
Nejc Srečnik

**Colleen McGarry - 13.4.2015 19:11:45**

Hi Nejc,

I've attached a few documents here for the creation of our company Bitstamp account.

Our FEIN is 465281503.
Our url is www.stellar.org
We are not listed on any stock exchanges.
Our company has no owners; it is a non-stock non-profit corporation.
We are a non-profit financial literacy and services organization. We do not accept payments;
our service is free for anyone to use. We intend to accept donations only.
We will not be trading on Bitstamp. We are accepting donations.

Thanks.
FILED STELLAR DEVELOPMENT FOUNDATION (00594674).PDF

**Jure Bežan - 14.4.2015 06:33:36**

Dear Colleen,

apologies for not getting back to you sooner. Thank you for providing information and
documentation regarding your company.

In addition, we kindly ask you to provide the following information:

(I) Please list all members/directors/officers with voting rights along with their residential
address, date of birth and SSN in a response to this ticket.
(II) Please describe your non-profit activities.
(III) From who do you intend to accept donations?
(IV) How do you intend to use your Bitstamp account (describe the money flow)?
(V) Which bank are you using? Please provide the complete address and SWIFT code.

Thank you for your cooperation.

Should you have any questions, please feel free to ask.

Looking forward to your reply.

**3**

Best regards,
Jure Bežan

**Colleen McGarry - 05.5.2015 20:28:47**

HI Jure,

I've attached the passports for both of our co-founders.

Thanks.
SDF_Jed McCaleb_Passport.pdf
SDF_Joyce Kim_Passport.pdf

**Jure Bežan - 06.5.2015 07:16:31**

Dear Colleen,

thank for getting back to us and providing additional documentation.

We kindly ask you to provide additional information regarding your organization:

(I) Please describe your non-profit activities.
(II) From who do you intend to accept donations?
(III) How do you intend to use your Bitstamp account (describe the money flow)? Please
provide your monthly deposit/withdrawal estimations (fiat and BTC).
(IV) Which bank are you using? Please provide the complete address and SWIFT code.

Thank you for your cooperation.

Should you have any questions or require any assistance, please feel free to ask.

Looking forward to your reply.

Best regards,
Jure Bežan

**Colleen McGarry - 11.5.2015 19:03:59**

Hi Jure,

(I) Please describe your non-profit activities.

From our mandate:
Our mission is to expand financial access and literacy worldwide.
When individuals have access to financial services and the confidence that those services are

**4**

working in their best interest, those individuals can independently improve their lives. Yet the current financial system is too costly and complicated, leaving millions of people on the sidelines.

(II) From who do you intend to accept donations?

We have decided to use another service for acceptance of donations.

(III) How do you intend to use your Bitstamp account (describe the money flow)? Please provide your monthly deposit/withdrawal estimations (fiat and BTC).

We intend to withdraw approximately $1m in USD.

(IV) Which bank are you using? Please provide the complete address and SWIFT code.

Wells Fargo Bank
16th & Mission Office l SF Metro District
3027 16th St. l San Francisco, CA 94103

SWIFT: WFBIUS6S


**Jure Bežan - 12.5.2015 07:07:39**


Dear Colleen,

thank you for your reply and provided information.

In addition, we kindly ask you to explain the following with more details:

"We have decided to use another service for acceptance of donations."
How do you intend to accept donations now?

"We intend to withdraw approximately $1m in USD."
How do you intend to fund you Bitstamp account that your withdrawals will sum up to the provided figure?

Thank you for your cooperation.

Should you have any additional questions or require any assistance, please do not hesitate to ask.

Looking forward to your reply.

Best regards,
Jure Bežan

**Colleen McGarry - 12.5.2015 19:03:48**

Hi Jure,

How do you intend to accept donations now?

We will be using PayPal for any donations to our nonprofit (but we do not understand why this is at all relevant to the verification of our Bitstamp account).

How do you intend to fund you Bitstamp account that your withdrawals will sum up to the provided figure?

Our Ripple account already has USD$1M in Bitstamp credits. We will use that to fund the Bitstamp account and then withdraw the funds.

**Jure Bežan - 13.5.2015 08:20:14**

Dear Colleen,

thank you for providing additional explanation. Since the estimated volume that you have provided is rather high, we kindly ask you to additionally clarify the following:

1) Please provide the ripple addresses that you intend to use
2) Do you have to register with FinCEN, if not, please explain why

Thank you for your cooperation and additional clarifications.

Should you have any questions or require any assistance, please do not hesitate to ask.

Looking forward to your reply and additional information.

Best regards,
Jure Bežan

**6**