1    Jessica Nall (State Bar No. 215149)
     jnall@fbm.com
2    Christopher C. Wheeler (State Bar No. 224872)
     cwheeler@fbm.com
3    Farella Braun + Martel LLP
     235 Montgomery Street, 17th Floor
4    San Francisco, CA  94104
     Telephone:  (415) 954-4400
5    Facsimile:  (415) 954-4480

6    Attorneys for Plaintiff
     BITSTAMP LTD.

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   BITSTAMP LTD., a foreign company,          Case No.  15-cv-01503-WHO

13                    Plaintiff,                 **DECLARATION OF CHRISTOPHER C.
                                                 WHEELER IN SUPPORT OF BITSTAMP
14             v.                                LTD.'S ADMINISTRATIVE MOTION FOR
                                                 LEAVE TO FILE UNDER SEAL (1)
15   RIPPLE LABS INC., a California              *EXHIBITS A* AND *D* TO THE REPLY
     corporation, JACOB STEPHENSON, an          DECLARATION OF JEAN-BAPTISTE
16   individual, NANCY HARRIS, an               GRAFTIEAUX; (2) PORTIONS OF ITS
     individual, JED MCCALEB, an individual,    REPLY BRIEF IN SUPPORT OF MOTION
17   and DOES 1-10, inclusive,                   FOR AN ORDER OF DISCHARGE; AND
                                                 (3) PORTIONS OF THE REPLY
18                    Defendants.                DECLARATION OF JEAN-BAPTISTE
                                                 GRAFTIEAUX IN SUPPORT OF THE
19                                               MOTION FOR AN ORDER OF
                                                 DISCHARGE**
20

21   RIPPLE LABS INC., a California              Date:       June 10, 2015
     corporation,                                Time:       2:00 p.m.
22                                               Judge:      Hon. William H. Orrick
                                                 Courtroom:  12, 19th Floor
23                    Cross-Plaintiff,

24             v.

25   JED MCCALEB, an individual, JACOB
     STEPHENSON, an individual, and DOES
26   1-10, inclusive,

27                    Cross-Defendants.

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor    WHEELER DECLARATION IN SUPPORT OF
San Francisco, CA  94104             MOTION FOR LEAVE TO FILE UNDER SEAL                    31652\4915311.2
(415) 954-4400                       Case No.  15-cv-01503-WHO

1    I, Christopher C. Wheeler, declare:

2    1.    I am a partner at the law firm Farella Braun + Martel LLP, counsel for Bitstamp

3    Ltd. ("Bitstamp") in this action.  I have personal knowledge of the facts stated herein, and could

4    and would testify competently to the matters stated.

5    2.    Exhibit A to the Reply Declaration of Jean-Baptiste Graftieaux ("Graftieaux Reply

6    Declaration") is Bitstamp Europe S.A.'s Anti-Money Laundering and Counter Terrorist

7    Financing Policy ("AML Policy").  I understand that the AML Policy constitutes sensitive

8    proprietary information, disclosure of which to another party or non-party would create a

9    substantial risk of serious harm.  Bad actors could attempt to exploit information disclosed in the

10   AML Policy to evade detection of illegal activities (and thus weaken Bitstamp's security), or

11   competitors could appropriate Bitstamp's AML Policy, either of which could put Bitstamp at a

12   competitive disadvantage.

13   3.    Attached to my declaration as **Exhibit 1** is a true and correct UNREDACTED

14   copy of Exhibit A to the Graftieaux Reply Declaration, which is submitted under seal for the

15   Court's review.

16   4.    Attached to my declaration as **Exhibit 2** is a true and correct UNREDACTED

17   copy of Exhibit D to the Graftieaux Declaration, which is a letter from the United States

18   Attorneys' Office for the Northern District of California related to issues presently before the

19   Court (the "Letter from the U.S. Attorneys' Office").

20   5.    Attached to my declaration as **Exhibit 3** is a true and correct UNREDACTED

21   version of Bitstamp's Reply Brief In Support Of Motion For An Order Of Discharge, which is

22   submitted under seal for the Court's review, and which has been highlighted to reflect portions

23   for which Bitstamp seeks sealing.  Attached to my declaration as **Exhibit 4** is a true and correct

24   copy of the REDACTED version of Bistamp's Reply brief.

25   6.    Attached to my declaration as **Exhibit 5** is a true and correct UNREDACTED

26   version of the Graftieaux Reply Declaration, which is submitted under seal for the Court's

27   review, and which has been highlighted to reflect portions for which Bitstamp seeks sealing.

28   Attached as **Exhibit 6** is a true and correct copy of the REDACTED version of the Graftieaux

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

WHEELER DECLARATION IN SUPPORT OF
MOTION FOR LEAVE TO FILE UNDER SEAL        - 2 -                              31652\4915311.2
Case No.  15-cv-01503-WHO

1   Reply Declaration.

2          I declare under penalty of perjury under the laws of the State of California and the United

3   States of America that the foregoing is true and correct.

4          Executed this 4th day of June, 2015, at San Francisco, California.

5                                                    */s/ Christopher C. Wheeler*

6                                                    Christopher C. Wheeler

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

WHEELER DECLARATION IN SUPPORT OF
MOTION FOR LEAVE TO FILE UNDER SEAL          - 3 -
Case No.  15-cv-01503-WHO

31652\4915311.2