UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01503-WHO<br><br>**STIPULATED ORDER TO DEPOSIT DISPUTED FUNDS WITH THE COURT, WITHDRAW MOTION FOR PRELIMINARY INJUNCTION, AND REVISE BRIEFING SCHEDULES FOR VARIOUS PENDING MOTIONS**<br><br>Re: Dkt. No. 55 |

Pursuant to the parties' stipulation, as modified with respect to the hearing date in paragraph 6 below, it is ordered that:

1. The preliminary injunctive relief requested by Ripple Labs to enjoin Bitstamp from transferring the $1,038,172 in disputed funds to Stellar and requiring Bitstamp to instead deposit the funds with the Court is granted, and Bitstamp shall, within five court days of this Stipulation, or as soon thereafter as is practicable, transfer the Disputed Funds to the Court for deposit with the Court, and the Disputed Funds shall remain deposited with the Court until the final resolution of this case or further order of the Court;

2. The Defendants and Stellar will assist Bitstamp and the Court as needed to effectuate and implement the transfer of the Disputed Funds to the Court, including without limitation thereby, transferring the Disputed Funds to an account designated by Bitstamp. Should this action be dismissed in its entirety and the Court releases the Disputed Funds, the parties agree to, if necessary, seek an Order from this Court directing Bitstamp to transfer the funds into such accounts as may be necessary to restore the status quo that existed prior to Bitstamp's filing the present Interpleader;

3. Ripple Labs' pending Motion for Preliminary Injunction, currently scheduled to be heard July 1, 2015, shall be taken off calendar upon the depositing of the Disputed Funds with the Court;

4. The Court's order granting expedited discovery as to McCaleb and Stephenson, issued May 15, 2015 and modified on May 22, 2015, shall be vacated upon the depositing of the Disputed Funds with the Court;

5. All oppositions in response to the following motions shall now be due on or before June 17, 2015, and all reply briefs on or before June 24, 2015:

   a. Individual Defendants' and Stellar's Motion to Dismiss Complaint For Interpleader;

   b. Stellar's Motion to Intervene; and

   c. Individual Defendants' Motion to Compel Arbitration;

6. The motions identified in Paragraph 5 shall be heard on **July 8**, 2015, at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: June 5, 2015



WILLIAM H. ORRICK
United States District Judge

2