# EXHIBIT G

**Subject:** RE: RE: RE: XRP
**From:** Ethan Jacobs <ejacobs@ksrh.com>
**Date:** 8/2/2014 9:01 PM
**To:** "Chessari, Nicole L." <NChessari@goodwinprocter.com>, "Fondo, Grant P" <GFondo@goodwinprocter.com>
**CC:** Stan Roman <sroman@ksrh.com>

Nicole,

Your understanding was correct. The number is approximately 7.5B, including the 2B gifted to Jed's children.

Thanks,
Ethan

---

**From:** Ethan Jacobs
**Sent:** Saturday, August 02, 2014 8:52 PM
**To:** Chessari, Nicole L.; Fondo, Grant P
**Cc:** Stan Roman
**Subject:** RE: RE: RE: XRP

Nicole,

I'll try to get a more precise number and get back to you. Has there been any progress on the other issues?

Thanks,
Ethan

---

**From:** Chessari, Nicole L. [mailto:NChessari@goodwinprocter.com]
**Sent:** Saturday, August 02, 2014 8:48 PM
**To:** Fondo, Grant P; Ethan Jacobs
**Cc:** Stan Roman
**Subject:** RE: RE: RE: XRP

Ethan – I think we are still a little confused about how much the approximation even is.  Is it 7.5B?  The 5.5 + 2B gifted to his kids?

Thanks,
Nicole

---

**From:** Fondo, Grant P
**Sent:** Saturday, August 02, 2014 8:45 PM
**To:** Ethan Jacobs; Chessari, Nicole L.
**Cc:** Stan Roman
**Subject:** RE: RE: RE: XRP

Yes, owned or controlled.

Grant P. Fondo
**Goodwin Procter LLP**
135 Commonwealth Drive

Menlo Park, CA  94025
T:  650-752-3236
F:  650-853-1038
gfondo@goodwinprocter.com
www.goodwinprocter.com

**From:** Ethan Jacobs [mailto:ejacobs@ksrh.com]
**Sent:** Saturday, August 02, 2014 8:32 PM
**To:** Chessari, Nicole L.
**Cc:** Fondo, Grant P; Stan Roman
**Subject:** RE: RE: RE: XRP

Nicole,

I assume that you mean the number of XRP owned or controlled by Jed, not owned and controlled?
We have not determined the exact number, only the approximate number. The exact number will go into Schedule A.

Thanks,
Ethan

**From:** Chessari, Nicole L. [mailto:NChessari@goodwinprocter.com]
**Sent:** Saturday, August 02, 2014 8:29 PM
**To:** Ethan Jacobs
**Cc:** Fondo, Grant P; Stan Roman
**Subject:** Re: RE: RE: XRP

Ethan,

Have you confirmed the exact amount of XRP owned and controlled by Jed?

Nicole L. Chessari
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025
T: (650) 752-3281
F: (650) 853-1038

Sent from Android.
Please excuse typos.


------ Original message------
**From:** Ethan Jacobs
**Date:** Sat, 8/2/2014 6:25 PM
**To:** Chessari, Nicole L.;
**Cc:** Fondo, Grant P;Stan Roman;
**Subject:** RE: RE: XRP

That's fine, thanks.

**From:** Chessari, Nicole L. [mailto:NChessari@goodwinprocter.com]
**Sent:** Saturday, August 02, 2014 6:24 PM
**To:** Ethan Jacobs
**Cc:** Fondo, Grant P; Stan Roman
**Subject:** Re: RE: XRP

We are still working through them. As we mentioned, Chris was travelling today and we need to check with him on the changes. We hope to have some answers soon.

Nicole L. Chessari
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025
T: (650) 752-3281
F: (650) 853-1038

Sent from Android.
Please excuse typos.


------ Original message------
**From:** Ethan Jacobs
**Date:** Sat, 8/2/2014 5:44 PM
**To:** Chessari, Nicole L.;
**Cc:** Fondo, Grant P;Stan Roman;
**Subject:**RE: XRP

Grant, Nicole,
Is there any news on the outstanding issues?
Thanks,
Ethan

-----Original Message-----
From: Ethan Jacobs
Sent: Saturday, August 02, 2014 2:14 PM
To: Chessari, Nicole L.
Cc: Fondo, Grant P; Stan Roman
Subject: Re: XRP

Nicole,
Joyce doesn't have a copy. She thinks it was emailed to her Ripple email account. It is referred to in an unsigned copy of her consulting agreement, however, so it probably exists somewhere.
Thanks,
Ethan

> On Aug 2, 2014, at 1:46 PM, "Chessari, Nicole L." <NChessari@goodwinprocter.com> wrote:
>
> Ethan,
>
> Can you send me Joyce's PIIA?  Grant has seen it and I thought we had all of the agreements relating to Joyce and Jed, but I can't find it at the moment.
>
> Thanks,
> Nicole
>
> -----Original Message-----
> From: Ethan Jacobs [mailto:ejacobs@ksrh.com]
> Sent: Saturday, August 02, 2014 11:42 AM
> To: Chessari, Nicole L.; Fondo, Grant P

> Cc: Stan Roman; Ethan Jacobs
> Subject: RE: XRP
>
> Grant, Nicole,
>
> Good news on the XRP. I talked to Jed, and the discrepancy between the 7B and 5.5B figures is due to the fact that, some time ago, Jed gave some XRP to his children (minors who will still be minors for a number of years). Only Jed has the account keys for those XRP, and he agrees that they'll still be covered by the transfer limitations on McCaleb XRP.
>
> There is one other issue that I hope is also easily addressed: Joyce signed a PIIIA, and should get the same release as Jed.
>
> Please let me know Ripple's position on the other outstanding issues, and we can try to get this signed soon.
>
> Regards,
> Ethan
>
> -----Original Message-----
> From: Ethan Jacobs
> Sent: Saturday, August 02, 2014 11:03 AM
> To: 'Chessari, Nicole L.'; Fondo, Grant P
> Cc: Stan Roman
> Subject: RE: XRP
>
> Nicole,
>
> I understand, and I'm planning to speak with Jed shortly.
>
> Regarding the first issue below, I acknowledge that I only raised the issue of future claims w/r/t the PIIA since you proposed changing the language about future claims, but nondisparagement should be addressed. I propose that we address it in the same way as we did with the PIIA. We could even add a phrase to the end of that sentence: "..., as are any future duties or obligations that might otherwise be owed by McCaleb pursuant to Section 5.2 ("NonDisparagement") of the Settlement Agreement (executed July 2013)".
>
> Regarding the second issue below, I explained this on Wednesday:  Jed used some kind of automated process to effect his sales, so there are a large number of small transactions, and I don't know that he maintained records of every one. I'll check with him when we talk in a few minutes, but I don't think identifying each sale will be feasible. If he identifies the accounts, my understanding is that all the transactions from them can be viewed on the "public ledger." Is there a reason that's not sufficient?
>
> Thanks,
> Ethan
>
> -----Original Message-----
> From: Chessari, Nicole L. [mailto:NChessari@goodwinprocter.com]
> Sent: Saturday, August 02, 2014 10:49 AM
> To: Ethan Jacobs; Fondo, Grant P
> Cc: Stan Roman
> Subject: RE: XRP
>
> Ethan,
>
> As Grant expressed last night, the most important thing at this point is knowing where the 1.5B missing XRP went.  Please get us an answer on that as soon as possible.
>
> Re #1, I'll need to confer with Grant and the client, but I want to make sure I understand your request.  Paragraph 16 states that the parties waive any claims under prior agreements, including the prior settlement agreement.  As for future claims, the only ones you have raised to this point are future claims for breach of fiduciary duty and for claims under the PIIA.  Are you now trying to insert a waiver/release of additional future claims here?  If so, please send us back a redline with your proposed language and we will pass it along to our client for consideration.
>
> For #2, Jed can simply write "unknown" in the name and address column in section 2 for each transaction where he does not

know the counterparty.  He should still specifically identify each transfer on the exhibit, including account number, date and amount of XRP transferred.
>
> Best,
> Nicole
>
> -----Original Message-----
> From: Ethan Jacobs [mailto:ejacobs@ksrh.com]
> Sent: Saturday, August 02, 2014 10:31 AM
> To: Chessari, Nicole L.; Fondo, Grant P
> Cc: Stan Roman
> Subject: RE: XRP
>
> Thanks, Nicole.
>
> I haven't talked to Jed yet this morning, but I notice two things:
>
> 1. Because this no agreement does not discharge any obligations under the prior settlement agreement and does not explicitly address nondisparagement, Jed, Chris, and Ripple could both be vulnerable to litigation for talking about each other. We should probably carve out the old nondisparagement clause or discharge their obligations under it.
>
> 2. Exhibit A looks fine, but as we discussed, we'll need to separately address Ripple Network sales with unknown counterparties. I propose something like this: "In addition, [___] McCaleb XRP were sold on the Ripple Network with unknown third parties from the following accounts / wallets:"
>
> Regards,
> Ethan
>
> -----Original Message-----
> From: Chessari, Nicole L. [mailto:NChessari@goodwinprocter.com]
> Sent: Saturday, August 02, 2014 12:11 AM
> To: Fondo, Grant P; Ethan Jacobs
> Cc: Stan Roman
> Subject: RE: XRP
>
> Ethan,
>
> Please see the attached draft settlement agreement (with Exhibit A) and the draft voting agreement, with redlines reflecting changes from the prior versions we sent to you.
>
> Nicole
>
> -----Original Message-----
> From: Fondo, Grant P
> Sent: Saturday, August 02, 2014 12:04 AM
> To: Ethan Jacobs
> Cc: Chessari, Nicole L.; Stan Roman
> Subject: RE: XRP
>
> We will send you the latest version shortly to keep things moving and to get this resolved tomorrow as I said.  So review and get back to me.  However, we have to deal with the missing XRP, which is a very important issue, before we could agree to the deal on these terms. Thanks
>
> Grant P. Fondo
> Goodwin Procter LLP
> 135 Commonwealth Drive
> Menlo Park, CA  94025
> T:  650-752-3236
> F:  650-853-1038
> gfondo@goodwinprocter.com

> www.goodwinprocter.com
>
>
> -----Original Message-----
> From: Ethan Jacobs [mailto:ejacobs@ksrh.com]
> Sent: Friday, August 01, 2014 10:56 PM
> To: Fondo, Grant P
> Cc: Chessari, Nicole L.; Stan Roman
> Subject: Re: XRP
>
> Grant,
>
> Jed's gone to sleep, but I'll talk to him and get back to you in the morning.
>
> If there's a deadline, please let me know what it is and send the markup in the meantime.
>
> Thanks,
> Ethan
>
>> On Aug 1, 2014, at 10:45 PM, "Fondo, Grant P" <GFondo@goodwinprocter.com> wrote:
>>
>> Ethan:  What happened to the 7 billion XRP Jed had as of July 18?  Obviously he has sold some since then, but nowhere near 1.5 billion.  We need an explanation of the missing nearly 1.5 billion.
>>
>> Grant P. Fondo
>> Goodwin Procter LLP
>> 135 Commonwealth Drive
>> Menlo Park, CA  94025
>> T:  650-752-3236
>> F:  650-853-1038
>> gfondo@goodwinprocter.com
>> www.goodwinprocter.com
>>
>>
>> -----Original Message-----
>> From: Ethan Jacobs [mailto:ejacobs@ksrh.com]
>> Sent: Friday, August 01, 2014 9:23 PM
>> To: Fondo, Grant P
>> Cc: Chessari, Nicole L.; Stan Roman
>> Subject: Re: XRP
>>
>> Approximately 5.5B.
>>
>> On Aug 1, 2014, at 8:55 PM, "Fondo, Grant P" <GFondo@goodwinprocter.com<mailto:GFondo@goodwinprocter.com>> wrote:
>>
>>
>>
>> Let us know the amount of XRP he currently has so we may add it into the agreement.  Thx
>>
>> Grant P. Fondo
>> Goodwin Procter LLP
>> 135 Commonwealth Drive
>> Menlo Park, CA  94025
>> T:  650-752-3236
>> F:  650-853-1038
>> gfondo@goodwinprocter.com<mailto:gfondo@goodwinprocter.com>
>> www.goodwinprocter.com<http://www.goodwinprocter.com>
>>
>>

\>\>
\>\> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\>\>
\>\> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\>\>
\>\> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\>
\>
\>
\>

Attachments:

| | |
|---|---|
| image001.png | 17179869184 GB |
| image002.jpg | 17179869184 GB |