MARK S. PARRIS (*admitted pro hac vice*)
PAUL F. RUGANI (*admitted pro hac vice*)
ANDREW ARDINGER (STATE BAR NO. 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:     +1-206-839-4300
Facsimile:     +1 206-839-4301
E-mail:        mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1 415-773-5759
E-mail:        gramsey@orrick.com

*Attorneys for Defendants
Jed McCaleb, Jacob Stephenson, and Nancy Harris*

TERRY GROSS (SBN 103878)
ADAM C. BELSKY (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201
E-mail:  terry@gba-law.com

*Attorneys for Proposed Intervenor-Defendant Stellar Development Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>    Plaintiff,<br><br>    v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br><br>RIPPLE LABS, INC., a California Corporation,<br><br>    Cross-Plaintiff,<br><br>    v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>    Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**DEFENDANTS MCCALEB, STEPHENSON, HARRIS'S AND INTERVENOR-DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT FOR INTERPLEADER**<br><br>Date:    July 8, 2015<br>Time:    2:00 p.m.<br>Dept:    Courtroom 2, 17th Floor<br>Judge:    Hon. William H. Orrick |

1  TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris and Proposed Intervenor-Defendant Stellar Development Foundation (collectively, "Defendants") hereby withdraw their Motion to Dismiss Complaint for Interpleader.

On June 8, 2015, this Court issued an order granting Plaintiff Bitstamp Ltd.'s Motion for an Order of Discharge. *See* Dkt. 63.  In that Order, the Court "d[id] not address the joint motion to dismiss at this point as the briefing on that motion is not yet complete," but did "note that at least some of the arguments in favor of the joint motion appear to be the same as the arguments I rejected here." *Id.* at 6.

Defendants continue to believe that the Motion to Dismiss Complaint for Interpleader is meritorious and that dismissal of the Complaint is warranted.  However, with the understanding that the Court's order has effectively disposed of many of the main arguments supporting the Motion to Dismiss, and without waiving any rights with respect to those arguments, in the interest of judicial economy and efficiency, Defendants withdraw the Motion to Dismiss.  Defendants McCaleb, Harris and Stephenson will answer the Complaint by July 1, or such other time as the Court may set.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: June 16, 2015

By: */s/ Mark S. Parris*
MARK S. PARRIS

*Attorneys for Defendants Jed McCaleb, Jacob Stephenson and Nancy Harris*

GROSS BELSKY ALONSO LLP

Dated: June 16, 2015

By: */s/ Terry Gross*
TERRY GROSS

*Attorneys for Proposed Intervenor-Defendant Stellar Development Foundation*

- 1 -   DEFTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT FOR INTERPLEADER
15-CV-01503-WHO

## **ATTESTATION**

I, Mark S. Parris, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 16, 2015                              By: */s/ Mark S. Parris*
                                                                         MARK S. PARRIS