| | |
|---|---|
| 1 | Grant P. Fondo (SBN 181530) |
|   | *gfondo@goodwinprocter.com* |
| 2 | Nicole L. Chessari (SBN 259970) |
|   | *nchessari@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER LLP** |
|   | 135 Commonwealth Drive |
| 4 | Menlo Park, CA 94025-1105 |
|   | Tel.: 650.752.3100 |
| 5 | Fax.: 650.853.1038 |
| 6 | Richard M. Strassberg (*Pro Hac Vice*) |
|   | *rstrassberg@goodwinprocter.com* |
| 7 | **GOODWIN PROCTER LLP** |
|   | The New York Times Building |
| 8 | 620 Eighth Avenue |
|   | New York, NY 10018-1405 |
| 9 | Tel.: 212.813.8800 |
|   | Fax.: 212.355.3333 |
| 10 | |
| 11 | Attorneys for Defendant/Cross-Plaintiff |
|    | RIPPLE LABS INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| Plaintiff, | **RIPPLE LABS INC.'S STATEMENT IN RESPONSE TO INTERVENOR-DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S MOTION TO INTERVENE** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | Date:  July 8, 2015<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 2, 17th Floor |
| Defendant. | Judge:  Hon. William H. Orrick |
| RIPPLE LABS INC., a California Corporation, | |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| Cross-Defendants. | |

1      Pursuant to Civil Local Rule 7-3(b), Defendant and Cross-Plaintiff Ripple Labs Inc. ("Ripple Labs") hereby provides this statement in response to Proposed Intervenor-Defendant Stellar Development Foundation's ("Stellar") Motion to Intervene filed on May 22, 2015 (the "Motion").  Dkt. No. 39.

       On June 16, 2015, Stellar informed Ripple Labs that it will be preparing a responsive pleading as an amended exhibit to the Motion and withdrawing its motion to dismiss currently attached as an exhibit to the Motion.  Stellar has not filed its amended exhibit nor has Stellar responded to Ripple Labs' inquiry as to the nature of the amended filing.  Consequently, Ripple Labs respectfully reserves its right to respond to the amended Motion after it is filed.  At this time, Ripple Labs believes the parties will be able to work out an amended briefing schedule so that the parties' July 8, 2015, hearing date will not need to be rescheduled.  By filing this statement, Ripple Labs does not concede to any factual or legal assertions contained in Stellar's Motion, and in fact disputes many of them.

Dated:  June 17, 2015                                  Respectfully submitted,

                                           By:   /s/ Grant P. Fondo
                                                 Grant P. Fondo (SBN 181530)
                                                 *gfondo@goodwinprocter.com*
                                                 Nicole L. Chessari (SBN 259970)
                                                 *nchessari@goodwinprocter.com*
                                                 **GOODWIN PROCTER LLP**
                                                 135 Commonwealth Drive
                                                 Menlo Park, CA 94025-1105
                                                 Tel.:  650.752.3100
                                                 Fax.:  650.853.1038

                                                 Richard M. Strassberg (*Pro Hac Vice*)
                                                 *rstrassberg@goodwinprocter.com*
                                                 **GOODWIN PROCTER LLP**
                                                 The New York Times Building
                                                 620 Eighth Avenue
                                                 New York, NY 10018-1405
                                                 Tel.:  212.813.8800
                                                 Fax.:  212.355.3333

                                                 Attorneys for Defendant/Cross-Plaintiff
                                                 **RIPPLE LABS INC.**

- 1 -

**CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on June 17, 2015.

/s/ Grant P. Fondo
Grant P. Fondo

- 2 -

RIPPLE LABS INC.'S STATEMENT IN RESPONSE TO INTERVENOR-DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S MOTION TO INTERVENE
Case No. 15-cv-01503-WHO