Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  15-cv-01503-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CLARIFYING THE TIME FOR THE FILING OF BITSTAMP LTD.'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Judge:     Hon. William H. Orrick |
| RIPPLE LABS INC., a California corporation,<br><br>Cross-Plaintiff,<br><br>v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1-10, inclusive,<br><br>Cross-Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP AND [PROPOSED] ORDER CLARIFYING
TIME FOR FILING MOTION FOR ATTORNEY'S FEES
Case No.  15-cv-01503-WHO

31652\4939676.1

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b), 6-2, and 7-12, Defendants Ripple Labs, Inc., Jed McCaleb, Jacob Stephenson and Nancy Harris, Proposed Intervenor Defendant Stellar Development Foundation, and Plaintiff Bitstamp Ltd. ("Bitstamp") (together, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to clarify that Bitstamp may have through and including Friday, June 26 to file its motion for attorney's fees and costs. In support of this request, the Parties stipulate as follows:

WHEREAS, on June 8, 2015, the Court entered its Order Granting Interpleader Plaintiff's Motion For An Order Of Discharge ("Order") (Docket No. 63);

WHEREAS, Local Rule 54-5(a) provides that "[u]nless otherwise ordered by the Court after a stipulation to enlarge time under Civil L.R. 6-2 or a motion under Civil L.R. 6-3, motions for awards of attorney's fees by the Court must be served and filed within 14 days of entry of judgment by the District Court";

WHEREAS, if entry of the Court's Order were deemed "entry of judgment" within the meaning of Local Rule 54-5(a), Bitstamp would have until Monday, June 22, 2015 to file its motion for attorney's fees and costs;

WHEREAS, in an abundance of caution, and in light of the travel schedule of counsel for Bitstamp and unanticipated developments on other matters, Bitstamp has requested that it may have through and including Friday, June 26 to file its motion for attorney's fees and costs;

WHEREAS, the Parties have agreed that Bitstamp may have through and including Friday, June 26 to file its motion for attorney's fees and costs;

WHEREAS, the Parties have further agreed that any response to Bitstamp's motion may be filed on or before Friday, July 17;

WHEREAS, the Parties have further agreed that any reply by Bitstamp may be filed on or before Friday, July 24;

WHEREAS, no Party will be prejudiced by the relief requested in the stipulation and the stipulation should not have an effect on the schedule for the case; and

WHEREAS, the Parties have previously stipulated to extend the time to respond to Bitstamp's complaint (Docket No. 33), to revise the briefing schedule for Bitstamp's motion for

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP AND [PROPOSED] ORDER CLARIFYING TIME FOR FILING MOTION FOR ATTORNEYS FEES
Case No. 15-cv-01503-WHO

- 2 -

31652\4939676.1

1  an order of discharge (Docket No. 48), and to revise the briefing schedules for various pending

2  motions (Docket No. 55).

3      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

4  Parties that:

5      1.    Bitstamp shall have through and including Friday, June 26, 2015 to file its motion

6  for attorney's fees and costs.

7      2.    Any response to Bitstamp's motion may be filed on or before Friday, July 17.

8      3.    Any reply by Bitstamp may be filed on or before Friday, July 24.

9  **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

10  Dated: June 18, 2015    By: /s/ Christopher C. Wheeler
    Jessica Nall (SBN 215149)
    jnall@fbm.com
    Christopher C. Wheeler (SBN 224872)
    cwheeler@fbm.com
    FARELLA BRAUN + MARTEL LLP
    235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
    Telephone:  (415) 954-4400
    Facsimile:  (415) 954-4480

    Attorneys for Plaintiff Bitstamp Ltd.

17  Dated: June 18, 2015    By: /s/ Nicole L. Chessari
    Grant P. Fondo (SBN 181530)
    gfondo@goodwinprocter.com
    Nicole L. Chessari (SBN 259970)
    nchessari@goodwinprocter.com
    GOODWIN PROCTER LLP
    135 Commonwealth Drive
    Menlo Park, CA 94025-1105
    Tel.: 650.752.3100
    Fax.: 650.853.1038

    Richard M. Strassberg (Pro Hac Vice)
    rstrassberg@goodwinprocter.com
    GOODWIN PROCTER LLP
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018-1405
    Tel.: 212.813.8800
    Fax.: 212.355.3333

    Attorneys for Defendant/Cross-Plaintiff Ripple Labs Inc.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP AND [PROPOSED] ORDER CLARIFYING
TIME FOR FILING MOTION FOR ATTORNEYS FEES
Case No.  15-cv-01503-WHO

- 3 -

31652\4939676.1

| | | |
|---|---|---|
| 1 | Dated: June 18, 2015 | By: /s/ Paul F. Rugani |
| | | Mark S. Parris (pro hac vice) |
| 2 | | mparris@orrick.com |
| | | Paul F. Rugani (pro hac vice) |
| 3 | | prugani@orrick.com |
| | | Andrew Ardinger (SBN 267417) |
| 4 | | aardinger@orrick.com |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 5 | | 701 Fifth Avenue, Suite 5600 |
| | | Seattle, Washington 98104-7097 |
| 6 | | Telephone: 206.839.4300 |
| | | Facsimile: 206.839.4301 |

Gabriel M. Ramsey (SBN 209218)
gramsey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

Attorneys for Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris

Dated: June 18, 2015          By:   /s/ Terry Gross
Terry Gross (SBN 103878)
terry@gba-law.com
Adam C. Belsky (SBN 147800)
adam@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

Attorneys for Proposed Intervenor-Defendant Stellar Development Foundation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June    , 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP AND [PROPOSED] ORDER CLARIFYING
TIME FOR FILING MOTION FOR ATTORNEYS FEES
Case No. 15-cv-01503-WHO

- 4 -

31652\4939676.1

## CIVIL L.R. 5-1 ATTESTATION

I, Christopher C. Wheeler, am the ECF User whose ID and Password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER CLARIFYING THE TIME FOR THE FILING OF BITSTAMP LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS**. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories hereto have concurred to its filing.

DATED:  June 18, 2015            /s/ Christopher C. Wheeler
                                 Christopher C. Wheeler

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP AND [PROPOSED] ORDER CLARIFYING
TIME FOR FILING MOTION FOR ATTORNEYS FEES
Case No.  15-cv-01503-WHO

- 5 -

31652\4939676.1