1  Jessica Nall (State Bar No. 215149)
   jnall@fbm.com
2  Christopher C. Wheeler (State Bar No. 224872)
   cwheeler@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Plaintiff
   BITSTAMP LTD.

7
   [*Additional counsel on signature page*]
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13  BITSTAMP LTD., a foreign company,          Case No.  15-cv-01503-WHO

14                 Plaintiff,                  **JOINT STIPULATION AND ORDER
                                               CLARIFYING THE TIME FOR THE
15          v.                                 FILING OF BITSTAMP LTD.'S MOTION
                                               FOR ATTORNEY'S FEES AND COSTS**
16  RIPPLE LABS INC., a California
    corporation, JACOB STEPHENSON, an
17  individual, NANCY HARRIS, an
    individual, JED MCCALEB, an individual,
18  and DOES 1-10, inclusive,
                                               Judge:      Hon. William H. Orrick
19                 Defendants.

20  RIPPLE LABS INC., a California
    corporation,
21
                   Cross-Plaintiff,
22
            v.
23
    JED MCCALEB, an individual, JACOB
24  STEPHENSON, an individual, and DOES
    1-10, inclusive,
25
                   Cross-Defendants.
26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP AND ORDER CLARIFYING TIME FOR
FILING MOTION FOR ATTORNEY'S FEES
Case No.  15-cv-01503-WHO

31652\4939676.1

1    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b), 6-2, and 7-12,

2   Defendants Ripple Labs, Inc., Jed McCaleb, Jacob Stephenson and Nancy Harris, Proposed

3   Intervenor Defendant Stellar Development Foundation, and Plaintiff Bitstamp Ltd. ("Bitstamp")

4   (together, the "Parties"), through their undersigned counsel, hereby file the following stipulated

5   request to clarify that Bitstamp may have through and including Friday, June 26 to file its motion

6   for attorney's fees and costs.  In support of this request, the Parties stipulate as follows:

7    WHEREAS, on June 8, 2015, the Court entered its Order Granting Interpleader Plaintiff's

8   Motion For An Order Of Discharge ("Order") (Docket No. 63);

9    WHEREAS, Local Rule 54-5(a) provides that "[u]nless otherwise ordered by the Court

10   after a stipulation to enlarge time under Civil L.R. 6-2 or a motion under Civil L.R. 6-3, motions

11   for awards of attorney's fees by the Court must be served and filed within 14 days of entry of

12   judgment by the District Court";

13    WHEREAS, if entry of the Court's Order were deemed "entry of judgment" within the

14   meaning of Local Rule 54-5(a), Bitstamp would have until Monday, June 22, 2015 to file its

15   motion for attorney's fees and costs;

16    WHEREAS, in an abundance of caution, and in light of the travel schedule of counsel for

17   Bitstamp and unanticipated developments on other matters, Bitstamp has requested that it may

18   have through and including Friday, June 26 to file its motion for attorney's fees and costs;

19    WHEREAS, the Parties have agreed that Bitstamp may have through and including

20   Friday, June 26 to file its motion for attorney's fees and costs;

21    WHEREAS, the Parties have further agreed that any response to Bitstamp's motion may

22   be filed on or before Friday, July 17;

23    WHEREAS, the Parties have further agreed that any reply by Bitstamp may be filed on or

24   before Friday, July 24;

25    WHEREAS, no Party will be prejudiced by the relief requested in the stipulation and the

26   stipulation should not have an effect on the schedule for the case; and

27    WHEREAS, the Parties have previously stipulated to extend the time to respond to

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP AND ORDER CLARIFYING TIME FOR
FILING MOTION FOR ATTORNEYS FEES        - 2 -                                      31652\4939676.1
Case No.  15-cv-01503-WHO

Bitstamp's complaint (Docket No. 33), to revise the briefing schedule for Bitstamp's motion for an order of discharge (Docket No. 48), and to revise the briefing schedules for various pending motions (Docket No. 55).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that:

1.     Bitstamp shall have through and including Friday, June 26, 2015 to file its motion for attorney's fees and costs.

2.     Any response to Bitstamp's motion may be filed on or before Friday, July 17.

3.     Any reply by Bitstamp may be filed on or before Friday, July 24.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: June 18, 2015          By:    /s/ Christopher C. Wheeler
                                            Jessica Nall (SBN 215149)
                                            jnall@fbm.com
                                            Christopher C. Wheeler (SBN 224872)
                                            cwheeler@fbm.com
                                            FARELLA BRAUN + MARTEL LLP
                                            235 Montgomery Street, 17th Floor
                                            San Francisco, CA  94104
                                            Telephone:  (415) 954-4400
                                            Facsimile:  (415) 954-4480

                                            Attorneys for Plaintiff Bitstamp Ltd.

Dated: June 18, 2015          By:    /s/ Nicole L. Chessari
                                            Grant P. Fondo (SBN 181530)
                                            gfondo@goodwinprocter.com
                                            Nicole L. Chessari (SBN 259970)
                                            nchessari@goodwinprocter.com
                                            GOODWIN PROCTER LLP
                                            135 Commonwealth Drive
                                            Menlo Park, CA 94025-1105
                                            Tel.: 650.752.3100
                                            Fax.: 650.853.1038

                                            Richard M. Strassberg (Pro Hac Vice)
                                            rstrassberg@goodwinprocter.com
                                            GOODWIN PROCTER LLP
                                            The New York Times Building
                                            620 Eighth Avenue
                                            New York, NY 10018-1405
                                            Tel.: 212.813.8800
                                            Fax.: 212.355.3333

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP AND ORDER CLARIFYING TIME FOR
FILING MOTION FOR ATTORNEYS FEES          - 3 -          31652\4939676.1
Case No.  15-cv-01503-WHO

Attorneys for Defendant/Cross-Plaintiff Ripple
Labs Inc.

Dated: June 18, 2015          By:    /s/ Paul F. Rugani
                                    Mark S. Parris (pro hac vice)
                                    mparris@orrick.com
                                    Paul F. Rugani (pro hac vice)
                                    prugani@orrick.com
                                    Andrew Ardinger (SBN 267417)
                                    aardinger@orrick.com
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                    701 Fifth Avenue, Suite 5600
                                    Seattle, Washington 98104-7097
                                    Telephone: 206.839.4300
                                    Facsimile: 206.839.4301

                                    Gabriel M. Ramsey (SBN 209218)
                                    gramsey@orrick.com
                                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                    The Orrick Building
                                    405 Howard Street
                                    San Francisco, California 94105-2669
                                    Telephone: 415.773.5700
                                    Facsimile: 415.773.5759

                                    Attorneys for Defendants Jed McCaleb, Jacob
                                    Stephenson, and Nancy Harris

Dated: June 18, 2015          By:    /s/ Terry Gross
                                    Terry Gross (SBN 103878)
                                    terry@gba-law.com
                                    Adam C. Belsky (SBN 147800)
                                    adam@gba-law.com
                                    GROSS BELSKY ALONSO LLP
                                    One Sansome Street, Suite 3670
                                    San Francisco, CA 94104
                                    Telephone: 415 554-0200
                                    Facsimile: 415 544-0201

                                    Attorneys for Proposed Intervenor-Defendant
                                    Stellar Development Foundation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  June 19, 2015          _____
                               HONORABLE WILLIAM H. ORRICK
                               United States District Judge

JOINT STIP AND ORDER CLARIFYING TIME FOR
FILING MOTION FOR ATTORNEYS FEES          - 4 -                          31652\4939676.1
Case No.  15-cv-01503-WHO