| | |
|---|---|
| 1 | TERRY GROSS (SBN 103878) |
|   | (terry@gba-law.com) |
| 2 | ADAM C. BELSKY (SBN 147800) |
|   | (adam@gba-law.com) |
| 3 | GROSS BELSKY ALONSO LLP |
|   | One Sansome Street, Suite 3670 |
| 4 | San Francisco, CA 94104 |
|   | Tel: (415) 544-0200 |
| 5 | Fax: (415) 544-0201 |

*Attorneys for Proposed Intervenor-Defendant Stellar Development Foundation*

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No.  15-cv-01503-WHO |
|  Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING PROPOSED INTERVENOR-DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S MOTION TO INTERVENE AND CROSS-DEFENDANTS' JED MCCALEB AND JACOB STEPHENSON'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| v. |  |
| RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive, |  |
|  Defendants. | Judge:    Hon. William H. Orrick |
| RIPPLE LABS INC., a California corporation, |  |
|  Cross-Plaintiff, |  |
| v. |  |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1-10, inclusive, |  |
|  Cross-Defendants. |  |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO INTERVENE AND MOTION TO COMPEL ARBITRATION , Case No.  15-cv-01503-WHO

1     WHEREAS, the hearing dates for Proposed Intervenor-Defendant Stellar Development Foundation's Motion to Intervene (the "Motion to Intervene") and Cross-Defendants' Jed McCaleb and Jacob Stephenson's Motion to Compel Arbitration and Stay Proceedings (the "Motion to Compel Arbitration") were initially set for July 1, 2015;

    WHEREAS, on June 5, 2015, the Court reset both hearing dates on the Motion to Intervene and the Motion to Compel Arbitration for July 8, 2015, *sua sponte*;

    WHEREAS, counsel for Proposed Intervenor-Defendant Stellar Development Foundation are unable to appear on July 8, 2015; and

    WHEREAS, the parties have agreed to continue the hearing on Stellar's Motion to Intervene and Cross-Defendants' Motion to Compel Arbitration to July 16, 2015, to be held concurrently with the case management conference already set for this date (*see* Dkt. No. 17).

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that the hearings on Proposed Intervenor-Defendant Stellar Development Foundation's Motion to Intervene and Cross-Defendants' Jed McCaleb and Jacob Stephenson's Motion to Compel Arbitration and Stay Proceedings may be continued to July 16, 2015 at 1:00 p.m., pending the Court's availability.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated: June 23, 2015 | By: /s/ Jessica Nall<br>Jessica Nall (SBN 215149)<br>jnall@fbm.com<br>Christopher C. Wheeler (SBN 224872)<br>cwheeler@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Plaintiff Bitstamp Ltd. |

| | | |
|---|---|---|
| 1 | Dated: June 23, 2015 | By: /s/ Grant P. Fondo |
| 2 | | Grant P. Fondo (SBN 181530)<br>gfondo@goodwinprocter.com<br>Nicole L. Chessari (SBN 259970) |
| 3 | | nchessari@goodwinprocter.com<br>GOODWIN PROCTER LLP |
| 4 | | 135 Commonwealth Drive<br>Menlo Park, CA 94025-1105 |
| 5 | | Tel.: 650.752.3100<br>Fax.: 650.853.1038 |
| 6 | | |
| 7 | | Richard M. Strassberg (pro hac vice)<br>rstrassberg@goodwinprocter.com<br>GOODWIN PROCTER LLP |
| 8 | | The New York Times Building<br>620 Eighth Avenue |
| 9 | | New York, NY 10018-1405<br>Tel.: 212.813.8800 |
| 10 | | Fax.: 212.355.3333 |
| 11 | | Attorneys for Defendant/Cross-Plaintiff<br>Ripple Labs Inc. |
| 12 | Dated: June 23, 2015 | By: /s/ Andrew Ardinger |
| 13 | | Mark S. Parris (pro hac vice)<br>mparris@orrick.com |
| 14 | | Paul F. Rugani (pro hac vice)<br>prugani@orrick.com |
| 15 | | Andrew Ardinger (SBN 267417)<br>aardinger@orrick.com |
| 16 | | ORRICK, HERRINGTON & SUTCLIFFE<br>LLP |
| 17 | | 701 Fifth Avenue, Suite 5600<br>Seattle, Washington 98104-7097 |
| 18 | | Telephone: 206.839.4300<br>Facsimile: 206.839.4301 |
| 19 | | |
| 20 | | Gabriel M. Ramsey (SBN 209218)<br>gramsey@orrick.com |
| 21 | | ORRICK, HERRINGTON & SUTCLIFFE<br>LLP |
| 22 | | The Orrick Building<br>405 Howard Street |
| 23 | | San Francisco, California 94105-2669<br>Telephone: 415.773.5700 |
| | | Facsimile: 415.773.5759 |
| 24 | | |
| 25 | | Attorneys for Defendants Jed McCaleb,<br>Jacob Stephenson, and Nancy Harris |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO INTERVENE AND MOTION TO COMPEL ARBITRATION, Case No. 15-cv-01503-WHO

- 3 -

| | | |
|---|---|---|
| 1 | Dated: June 23, 2015 | By: /s/ Terry Gross |
| 2 | | Terry Gross (SBN 103878) |
| | | terry@gba-law.com |
| 3 | | Adam C. Belsky (SBN 147800) |
| | | adam@gba-law.com |
| 4 | | GROSS BELSKY ALONSO LLP |
| | | One Sansome Street, Suite 3670 |
| 5 | | San Francisco, CA 94104 |
| | | Telephone: 415 554-0200 |
| 6 | | Facsimile: 415 544-0201 |

Attorneys for Proposed Intervenor-Defendant
Stellar Development Foundation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  June __, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO INTERVENE AND MOTION TO COMPEL ARBITRATION, Case No. 15-cv-01503-WHO

- 4 -

## CIVIL L.R. 5-1 ATTESTATION

I, Terry Gross, am the ECF User whose ID and Password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER CLARIFYING THE TIME FOR THE FILING OF BITSTAMP LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS**. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories hereto have concurred to its filing.

DATED: June 23, 2015             /s/ Terry Gross
                                 TERRY GROSS

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO INTERVENE AND MOTION TO COMPEL ARBITRATION, Case No. 15-cv-01503-WHO

- 5 -