| | |
|---|---|
| 1 | TERRY GROSS (SBN 103878) |
|   | (terry@gba-law.com) |
| 2 | ADAM C. BELSKY (SBN 147800) |
|   | (adam@gba-law.com) |
| 3 | GROSS BELSKY ALONSO LLP |
|   | One Sansome Street, Suite 3670 |
| 4 | San Francisco, CA 94104 |
|   | Tel: (415) 544-0200 |
| 5 | Fax: (415) 544-0201 |

*Attorneys for Proposed Intervenor-Defendant Stellar Development Foundation*

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| Plaintiff, | **JOINT STIPULATION AND ORDER CONTINUING PROPOSED INTERVENOR-DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S MOTION TO INTERVENE AND CROSS-DEFENDANTS' JED MCCALEB AND JACOB STEPHENSON'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
| v. | |
| RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive, | |
| Defendants. | |
| RIPPLE LABS INC., a California corporation, | Judge:   Hon. William H. Orrick |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1-10, inclusive, | |
| Cross-Defendants. | |

STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO INTERVENE AND MOTION TO COMPEL ARBITRATION , Case No. 15-cv-01503-WHO

1  WHEREAS, the hearing dates for Proposed Intervenor-Defendant Stellar Development Foundation's Motion to Intervene (the "Motion to Intervene") and Cross-Defendants' Jed McCaleb and Jacob Stephenson's Motion to Compel Arbitration and Stay Proceedings (the "Motion to Compel Arbitration") were initially set for July 1, 2015;

WHEREAS, on June 5, 2015, the Court reset both hearing dates on the Motion to Intervene and the Motion to Compel Arbitration for July 8, 2015, *sua sponte*;

WHEREAS, counsel for Proposed Intervenor-Defendant Stellar Development Foundation are unable to appear on July 8, 2015; and

WHEREAS, the parties have agreed to continue the hearing on Stellar's Motion to Intervene and Cross-Defendants' Motion to Compel Arbitration to July 16, 2015, to be held concurrently with the case management conference already set for this date (*see* Dkt. No. 17).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that the hearings on Proposed Intervenor-Defendant Stellar Development Foundation's Motion to Intervene and Cross-Defendants' Jed McCaleb and Jacob Stephenson's Motion to Compel Arbitration and Stay Proceedings may be continued to July 16, 2015 at 1:00 p.m., pending the Court's availability.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: June 23, 2015

By: /s/ Jessica Nall
Jessica Nall (SBN 215149)
jnall@fbm.com
Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff Bitstamp Ltd.

STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO INTERVENE AND MOTION TO COMPEL ARBITRATION, Case No. 15-cv-01503-WHO

- 2 -

| | | |
|---|---|---|
| 1 | Dated: June 23, 2015 | By: /s/ Grant P. Fondo |
| 2 | | Grant P. Fondo (SBN 181530)<br>gfondo@goodwinprocter.com |
| 3 | | Nicole L. Chessari (SBN 259970)<br>nchessari@goodwinprocter.com |
| 4 | | GOODWIN PROCTER LLP<br>135 Commonwealth Drive |
| 5 | | Menlo Park, CA 94025-1105<br>Tel.: 650.752.3100 |
| 6 | | Fax.: 650.853.1038 |
| 7 | | Richard M. Strassberg (pro hac vice)<br>rstrassberg@goodwinprocter.com |
| 8 | | GOODWIN PROCTER LLP<br>The New York Times Building |
| 9 | | 620 Eighth Avenue<br>New York, NY 10018-1405 |
| 10 | | Tel.: 212.813.8800<br>Fax.: 212.355.3333 |
| 11 | | Attorneys for Defendant/Cross-Plaintiff |
| 12 | | Ripple Labs Inc. |
| 13 | Dated: June 23, 2015 | By: /s/ Andrew Ardinger<br>Mark S. Parris (pro hac vice) |
| 14 | | mparris@orrick.com<br>Paul F. Rugani (pro hac vice) |
| 15 | | prugani@orrick.com<br>Andrew Ardinger (SBN 267417) |
| 16 | | aardinger@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 17 | | 701 Fifth Avenue, Suite 5600 |
| 18 | | Seattle, Washington 98104-7097<br>Telephone: 206.839.4300 |
| 19 | | Facsimile: 206.839.4301 |
| 20 | | Gabriel M. Ramsey (SBN 209218)<br>gramsey@orrick.com |
| 21 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 22 | | The Orrick Building<br>405 Howard Street |
| 23 | | San Francisco, California 94105-2669<br>Telephone: 415.773.5700 |
| 24 | | Facsimile: 415.773.5759 |
| 25 | | Attorneys for Defendants Jed McCaleb,<br>Jacob Stephenson, and Nancy Harris |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO INTERVENE AND MOTION TO COMPEL ARBITRATION, Case No. 15-cv-01503-WHO

- 3 -

1  Dated: June 23, 2015

By:  /s/ Terry Gross
Terry Gross (SBN 103878)
terry@gba-law.com
Adam C. Belsky (SBN 147800)
adam@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

Attorneys for Proposed Intervenor-Defendant
Stellar Development Foundation

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified here: the law and motion hearing calendar on July 16, 2015 starts at 2:00 pm, not 1 pm.**

DATED:  June 25, 2015

HONORABLE WILLIAM H. ORRICK
United States District Judge

STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO INTERVENE AND MOTION TO COMPEL ARBITRATION, Case No. 15-cv-01503-WHO

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CIVIL L.R. 5-1 ATTESTATION

I, Terry Gross, am the ECF User whose ID and Password are being used to file this **JOINT STIPULATION AND [PROPOSED] ORDER CLARIFYING THE TIME FOR THE FILING OF BITSTAMP LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS**. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories hereto have concurred to its filing.

DATED: June 23, 2015                     /s/ Terry Gross
                                         TERRY GROSS

STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO INTERVENE AND MOTION TO COMPEL ARBITRATION, Case No. 15-cv-01503-WHO                                              - 5 -