UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BITSTAMP, LTD.,

          Plaintiff(s),

v.

RIPPLE LABS INC., JED MCCALEB, JACOB STEPHENSON, AND NANCY HARRIS

          Defendant(s).
_____/

Case No. 3:15-cv-01503-WHO

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 06/25/2015

/s/ Norman Reed
[Party]
General Counsel, Ripple Labs Inc.

Dated: 06/25/2015

/s/ Nicole L. Chessari
[Counsel]
Goodwin Procter LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."


American Legal Net, Inc.
www.FormsWorkFlow.com

**CIVIL L.R. 5-1 ATTESTATION**

I, Nicole L. Chessari, am the ECF User whose ID and Password are being used to file this ADR CERTIFICATION BY PARTIES AND COUNSEL. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Norman Reed, General Counsel for Ripple Labs Inc. concurred to its filing.

Dated: June 25, 2015

/s/ Nicole L. Chessari
Nicole L. Chessari

**CERTIFICATE OF SERVICE**

1  
2       I, Nicole L. Chessari, hereby certify that a copy of the foregoing document and
3  attachments, filed through the CM/ECF system, will be sent electronically to the registered
4  participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served
5  by first class mail postage prepaid on all counsel who are not served through the CM/ECF system
6  on June 25, 2015.
7
8                                            /s/ Nicole L. Chessari