UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD.<br>　　　　Plaintiff(s), | CASE NO. 3:15-cv-01503-WHO |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| RIPPLE LABS INC., et al.<br>　　　　Defendant(s).<br>_____/ | |

Counsel report that they have met and conferred regarding ADR and that they:

X   have not yet reached an agreement to an ADR process, but are discussing private mediation.

☐   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   July 16, 2015

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-mail Address |
|---|---|---|---|
| Paul F. Rugani | McCaleb, Stephenson, Harris | 206-839-4300 | prugani@orrick.com |
| Grant P. Fondo | Ripple Labs Inc. | 650-752-3236 | gfondo@goodwinprocter.com |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 6/25/15            /s/ Grant P. Fondo
                          Attorney for Ripple Labs Inc.

Dated: 6/25/15            /s/ Paul F. Rugani
                          Attorney for Jed McCaleb, Nancy Harris and Jacob Stephenson

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

**CIVIL L.R. 5-1 ATTESTATION**

I, Nicole L. Chessari, am the ECF User whose ID and Password are being used to file this NOTICE OF NEED FOR ADR CONFERENCE. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Paul F. Rugani, counsel for Jed McCaleb, Jacob Stephenson, and Nancy Harris concurred to its filing.

Dated: June 25, 2015

/s/ Nicole L. Chessari
Nicole L. Chessari

**CERTIFICATE OF SERVICE**

I, Nicole L. Chessari, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on June 25, 2015.

/s/ Nicole L. Chessari