Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>            Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.  15-cv-01503-WHO<br><br>**DECLARATION OF JESSICA NALL IN SUPPORT OF BITSTAMP'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:      August 5, 2015<br>Time:     2:00 p.m.<br>Judge:    Hon. William H. Orrick<br>Courtroom:  2, 17th Floor |
| RIPPLE LABS INC., a California corporation,<br><br>            Cross-Plaintiff,<br><br>    v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1-10, inclusive,<br><br>            Cross-Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NALL DECL. ISO BITSTAMP'S FEE MOTION
Case No.  15-cv-01503-WHO

I, Jessica K. Nall, declare as follows:

1. I am a partner at the law firm Farella Braun + Martel LLP ("Farella"), counsel for Bitstamp Ltd. ("Bitstamp") in this action. I have personal knowledge of the facts stated herein, and could and would testify competently to the matters stated.

**THE FARELLA TEAM REPRESENTING BITSTAMP IN THIS MATTER**

2. Farella's representation of Bitstamp in this case was handled by three Farella attorneys: myself, my partner Christopher Wheeler, and my associate Christoffer Lee. In addition, senior paralegal Charity Van Dyke assisted in this matter. The background of each professional who worked on this matter and for whose time Bitstamp is seeking reimbursement of fees is as follows:

3. <u>Jessica Nall – Partner</u>: I am the chair of Farella's White Collar Crime and Corporate Investigations Practice. I graduated with highest honors, Phi Beta Kappa from University of California at Berkeley and received my law degree from Harvard Law School in 2001. Since joining Farella in 2001, I have practiced complex civil litigation and complex criminal defense in federal and state courts. My standard billing rate for 2015, and my billing rate for this matter, is $695 per hour.

4. <u>Christopher Wheeler – Partner</u>: Mr. Wheeler is a partner in Farella's Complex Litigation Department. He graduated *summa cum laude*, Phi Beta Kappa from Williams College and graduated from Harvard Law School in 2002. Prior to law school, Mr. Wheeler analyzed country risk at the Federal Reserve Bank of New York and, prior to joining Farella, he served as Deputy Director and Vice President of the Committee on Capital Markets Regulation. Mr. Wheeler's standard billing rate for 2015, and his billing rate for this matter, is $620 per hour.

5. <u>Christoffer Lee – Associate</u>: Mr. Lee earned his J.D. from the University of California Hastings College of the Law in 2011, where he graduated *magna cum laude*. He graduated from Santa Clara University Phi Beta Kappa and *summa cum laude*, earning a B.S. in Political Science and a B.A. in Philosophy. Mr. Lee served as a law clerk for the Honorable Thelton Henderson of the United States District Court, Northern District of California in San Francisco. Mr. Lee is an adjunct faculty member at the University of California Hastings College

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NALL DECL. ISO BITSTAMP'S FEE MOTION
Case No.  15-cv-01503-WHO
- 2 -

of the Law, where he teaches Legal Writing & Research and Moot Court. His standard billing rate for 2015, and his billing rate for this matter, is $430 per hour.

6.  <u>Charity Van Dyke—Senior Litigation Paralegal</u>: Ms. Van Dyke has over 22 years experience and has worked on all phases of litigation, from client interviews, discovery, depositions, to trial preparation. Ms. Van Dyke assists with internal department training, serves as a mentor, and supervises other paralegals and case clerks. She has spoken on topics such as case management, deposition preparation, and trial preparation. Ms. Van Dyke is a member of the San Francisco Paralegal Association. Her standard billing rate for 2015, and her billing rate for this matter, is $300 per hour.

7.  Attached as Exhibit A is a report containing data from Valeo Partners of rates charged in publicly-filed fee applications for San Francisco attorneys. As can be seen by the report, Farella's standard hourly billing rates—and the rates charged to Bitstamp in this matter—are reasonable and well within the rates charged for lawyers in San Francisco with comparable skills and experience. In fact, Farella's rates are lower than the average for the comparison groups below.

| TIMEKEEPER | 2015 BILLED RATE | GRADUATION YEAR | COMPARISON GRADUATION YEARS[1] | 2014-2015 RATE RANGE | 2014-2015 RATE AVERAGE |
|---|---|---|---|---|---|
| J. Nall | $695 | 2001 | 2000 – 2003 (Partners) | $575 - $1,050 | $757 |
| C. Wheeler | $620 | 2002 | 2000 – 2003 (Partners) | $575 - $1,050 | $757 |
| C. Lee | $430 | 2011 | 2000 – 2003 (Associates) | $284 - $665 | $491 |

---

[1] The Nall and Wheeler comparisons exclude a partner at Husch Blackwell who graduated in 2001 and whose 2014 rate was recorded as $130.00.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NALL DECL. ISO BITSTAMP'S FEE MOTION
Case No.  15-cv-01503-WHO
- 3 -

## OVERVIEW OF FARELLA'S REPRESENTATION OF BITSTAMP

8. Farella's representation of Bitstamp in connection with pursuing Bitstamp's release from liability included: reviewing background materials and the case file; preparing and filing notices of appearance; negotiating a stipulation to extend time to respond to Bitstamp's complaint; researching, preparing, and filing Bitstamp's motion for discharge, including the supporting Frost declaration; reviewing and analyzing Ripple's *ex parte* TRO application; reviewing and analyzing McCaleb/Stellar's motion to dismiss, motion to intervene, and motion to dissolve or, in the alternative, modify the TRO; preparing for and attending the May 22 hearing, including reviewing and analyzing Ripple's opposition to McCaleb/Stellar's motion to dissolve; negotiating the joint stipulation to revise the briefing schedule for Bitstamp's discharge motion; reviewing and analyzing McCaleb/Stellar's opposition to Bitstamp's discharge motion, including McCaleb/Stellar's "collusion"/duty of loyalty theory; reviewing and analyzing Ripple's response to Bitstamp's discharge motion; negotiating the joint stipulation to deposit the Disputed Funds with the Court; researching, preparing and filing redacted and unredacted versions of Bitstamp's reply in support of its discharge motion, including the supporting declaration of Jean-Baptiste Graftieaux and Bitstamp's administrative motion to seal; negotiating, preparing and filing a protective order in connection with Bitstamp's reply brief in support of its motion for discharge; securing an agreement from the parties to honor the stipulated protective order prior to its entry by the Court; beginning to prepare an opposition to McCaleb/Stellar's motion to dismiss prior to McCaleb/Stellar agreeing to withdraw their motion; requesting that McCaleb/Stellar withdraw their motion to dismiss in light of the Court's June Order and confirming with the parties that the Court's June 8 Order barred any future claim or action against Bitstamp in connection with the subject matter of this action; and working to transfer the Disputed Funds to the Court.

9. In light of Bitstamp's lack of interest in either the Disputed Funds or this litigation, Farella was required to immediately get up to speed on the case and to expeditiously file and pursue Bitstamp's discharge motion. I maintained responsibility for the overall litigation strategy, coordinated briefing strategy, handled the client relationship, and negotiated with the other parties regarding issues such as the deposit with the Court of the Disputed Funds and the

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NALL DECL. ISO BITSTAMP'S FEE MOTION
Case No. 15-cv-01503-WHO

- 4 -

various scheduling stipulations. Mr. Wheeler worked on the briefs, including Bitstamp's discharge briefs and the supporting declarations, and prepared and negotiated the stipulated protective order. Mr. Lee assisted with legal research in connection with the briefing of Bitstamp's discharge motion and handled the administrative motion to file under seal and related sealing/redaction issues. Ms. Van Dyke assisted in preparing Bitstamp's discharge motion, reply brief, and supporting papers for filing.

**SUMMARY OF FEES AND COSTS**

10. I have reviewed every time entry for which Farella has billed Bitstamp and for which Bitstamp seeks reimbursement. Farella's time records were maintained consistent with Farella's standard billing practice; time was entered by each timekeeper in Farella's timekeeping system and billed to the client following my review of all the time entries. Consistent with Local Rule 54-5(b)(2), Bitstamp is willing to produce its billing statement for *in camera* review if necessary.

11. The hours and fees (excluding this Motion) of the Farella team members in Paragraphs 3-6 for whose time Bitstamp is seeking reimbursement are as follows:

| Name | Position | Hours | Fees |
| --- | --- | --- | --- |
| Jessica Nall | Partner | 86.50 | $60,117.50 |
| Christopher Wheeler | Partner | 148.40 | $92,008.00 |
| Christoffer Lee | Associate | 44.90 | $19,307.00 |
| Charity Van Dyke | Senior Paralegal | 34.20 | $10,260.00 |

12. In connection with Farella's representation of Bitstamp in this matter, the fees of the Farella team members in Paragraphs 3-6 for which Bitstamp is seeking reimbursement (excluding this Motion) amount to $**181,692.50**.

13. In addition, Bitstamp incurred $151.25 in court reporter costs for the May 22 hearing, $704.26 in costs for service of process, and $400 in filing fees. Therefore, the costs for which Bitstamp seeks reimbursement (excluding this Motion) amount to **$1,255.51**.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NALL DECL. ISO BITSTAMP'S FEE MOTION
Case No. 15-cv-01503-WHO
- 5 -

14. In total, the fees and costs for which Bitstamp is seeking reimbursement (excluding this Motion) amount to **$182,948.01**.

15. The fees and costs for which Bitstamp seeks reimbursement are underinclusive in four significant respects.

16. First, Bitstamp does not seek reimbursement of any fees in connection with the April 1, 2015 filing of its Complaint by George Frost or any other matter that preceded Farella's involvement in this case.

17. Second, Bitstamp does not seek reimbursement for any fees (unrelated to this Motion) subsequent to the Court's entry of the Order Granting Interpleader Plaintiff's Motion For An Order Of Discharge on June 8, including fees Bitstamp incurred in connection with the transfer of the Disputed Funds to the Court and communications with the parties regarding such transfer.

18. Third, Bitstamp does not seek reimbursement of any fees that Farella has written off. I wrote off and/or reduced Farella's fees by $12,846.50 to account for potentially inefficient work and to ensure that Farella's fees were reasonable and represented competitive value. Bitstamp does not seek to recover any of the $12,846.50 in fees I wrote off.

19. Fourth, Bitstamp does not seek reimbursement of any costs that Farella has written off. I wrote off $7,692.18 in costs, largely representing charges for computerized research. Bitstamp does not seek to recover any of the $7,692.18 in costs I wrote off.

**MOTION FOR ATTORNEYS' FEES AND COSTS**

20. In addition to the above fees and costs, Bitstamp incurred and continues to incur additional attorneys' fees and costs in connection with this Motion, including for researching and drafting the Motion, reviewing the relevant records of timekeeper fees and costs, researched the prevailing market rates for San Francisco attorneys with comparable skill and experience to Farella attorneys, and preparing this supporting declaration in accordance with Local Rule 54-5(b)(2). Bitstamp intends to submit with its the reply brief a supplemental declaration identifying the number of hours and amount of fees and costs incurred in connection with preparing this Motion.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NALL DECL. ISO BITSTAMP'S FEE MOTION
Case No. 15-cv-01503-WHO

- 6 -

21. Pursuant to Local Rule 54-5(b)(1), my partner Mr. Wheeler sent the emails attached as Exhibit B to counsel for Ripple, Stellar, and the McCaleb Defendants. Also included in Exhibit B is Bitstamp's email to the McCaleb Defendants urging them not to further increase Bitstamp's fees by opposing Bitstamp's Motion.

22. Attached as Exhibit C are excerpts from the transcript from the May 22, 2015 hearing on the McCaleb Defendants' motion to dissolve the temporary restraining order entered by the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of June, 2015 at San Francisco, California.

*/s/ Jessica K. Nall*
Jessica K. Nall

31652\4931631.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NALL DECL. ISO BITSTAMP'S FEE MOTION
Case No. 15-cv-01503-WHO

- 7 -