Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Bitstamp Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:15-cv-1503 WHO<br><br>**[PROPOSED] ORDER GRANTING BITSTAMP'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　　　August 5, 2015<br>Time:　　　2:00 p.m.<br>Judge:　　　Hon. William H. Orrick<br>Courtroom:　2, 17th Floor |
| RIPPLE LABS INC., a California Corporation,<br><br>　　　　　Cross-Plaintiff,<br><br>　　vs.<br><br>JED MCCALEB, an individual,  JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive,<br><br>　　　　　Cross-Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOTION FOR FEES
AND COSTS / Case No. 3:15-cv-1503 WHO

Plaintiff Bitstamp Ltd.'s ("Bitstamp") Motion for Attorneys' Fees and Costs ("Motion") came for hearing before this Court, the Honorable William H. Orrick presiding, on August 5, 2015. The Court having considered all papers filed in support of and in opposition to the Motion, the record in this action, and the oral argument of counsel, and for good cause shown,

IT IS HEREBY ORDERED THAT Bitstamp's Motion is GRANTED.

IT IS FURTHER ORDERED THAT:

[Bitstamp shall recover from the Disputed Funds that Bitstamp has deposited with the Court attorneys' fees in the amount of $_____ and costs in the amount $_____, for a total amount of $_____.]

[OR]

[Bitstamp shall recover from the XRP that Defendant Ripple Labs Inc. received as the result of sending the Disputed Funds to Defendant Stephenson attorneys' fees in the amount equivalent to $_____ (at the time of transfer to Bitstamp) and costs in the amount equivalent to $_____ (at the time of transfer to Bitstamp), for a total amount equivalent to $_____ (at the time of transfer to Bitstamp).]

[OR]

[Bitstamp shall recover from the Disputed Funds that Bitstamp has deposited with the Court attorneys' fees in the amount of $_____ and costs in the amount $_____, for a total amount of $_____. In addition, Bitstamp shall recover from the XRP that Defendant Ripple Labs Inc. received as the result of sending the Disputed Funds to Defendant Stephenson attorneys' fees in the amount equivalent to $_____ (at the time of transfer to Bitstamp) and costs in the amount equivalent to $_____ (at the time of transfer to Bitstamp), for a total amount equivalent to $_____ (at the time of transfer to Bitstamp).]

[OR]

[Bitstamp shall recover from the Disputed Funds Bitstamp has deposited with the Court attorneys' fees in the amount of $_____ and costs in the amount $_____, for a total amount of $_____.  In addition, Bitstamp shall recover from proposed intervenor Stellar Development Foundation ("Stellar") attorneys' fees in the amount of $_____ and costs in the amount $_____, for a total amount of $_____.  In addition, Bitstamp shall recover from Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris, jointly and severally, attorneys' fees in the amount of  $_____ and costs in the amount $_____, for a total amount of $_____.]

**IT IS SO ORDERED.**

Dated: _____                    _____
                                            WILLIAM H. ORRICK
                                            United States District Judge