UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BITSTAMP LTD.,

    Plaintiff-in-interpleader,

v.

RIPPLE LABS INC., et al.,

    Defendants.

Case No. 15-cv-01503-WHO

**ORDER REQUIRING SUBMISSION OF CONTEMPORANEOUS TIME RECORDS**

Re: Dkt. No. 78

Plaintiff-in-interpleader Bitstamp Ltd. has filed a motion for $182,948.01 in attorneys' fees and costs following its discharge from this matter. Dkt. No. 78. That is a lot of money for the work presented to me in this case. Bitstamp has not provided sufficient information to determine whether the request is in fact reasonable. *See* Civil L.R. 54-5(b)(2) (motion for attorney's fees must include "[a] statement of the services rendered by each person for whose services fees are claimed together with a summary of the time spent by each person").

In order to allow me and the defendants to assess the reasonableness of this fee request, Bitstamp shall, by July 2, 2015, provide the Court and the defendants with the contemporaneous time records of its timekeepers and a summary of the time spent by each timekeeper on the tasks identified by Bitstamp on pages 9 and 10 of its motion. *See id.* ("Depending on the circumstances, the Court may require production of an abstract of or the contemporary time records for inspection, including *in camera* inspection, as the Judge deems appropriate."). The records shall be lodged with the Court and served on the defendants. The billing records shall be treated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order governing this action. Dkt. No. 61.

**IT IS SO ORDERED**.

Dated: June 29, 2015



WILLIAM H. ORRICK
United States District Judge