Grant P. Fondo (SBN 181530)
gfondo@goodwinprocter.com
Nicole L. Chessari (SBN 259970)
nchessari@goodwinprocter.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
rstrassberg@goodwinprocter.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
**RIPPLE LABS INC.**

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>       Plaintiff,<br><br>       v.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>       Defendant.<br><br>RIPPLE LABS INC., a California Corporation,<br><br>       Cross-Plaintiff,<br><br>       v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive,<br><br>       Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**JOINT STIPULATION AND ORDER TO RESCHEDULE HEARING ON BITSTAMP'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Dept.:     Courtroom 2, 17th Floor<br><br>Judge:  Hon. William H. Orrick |

1  Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2,
2  Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS (collectively
3  "Individual Defendants"), Ripple Labs Inc. (collectively with the Individual Defendants,
4  "Defendants"), proposed intervenor STELLAR DEVELOPMENT FOUNDATION ("Stellar") and
5  Plaintiff BITSTAMP LTD. (together, with Defendants and Stellar, the "Parties"), through their
6  undersigned counsel, hereby file the following stipulated request to change the date of the hearing
7  on Bitstamp's Motion for Attorney's Fees and Costs (Dkt. No. 80) from August 5, 2015 to August
8  12, 2015 at 2:00 p.m.  In support of this request, the Signatories stipulate as follows:
9  WHEREAS, on June 26, 2015, Bitstamp filed its Motion for Attorneys' Fees and Costs
10 (Dkt. Nos. 77, 80);
11 WHEREAS, the hearing on Bitstamp's Motion for Attorney's Fees and Costs is currently
12 set for August 5, 2015 at 2:00 p.m.;
13 WHEREAS, counsel for Ripple Labs Inc. is unavailable on August 5, 2015, and that entire
14 week;
15 WHEREAS, the Parties agreed to reschedule the hearing on Bitstamp's Motion for
16 Attorney's Fees and Costs for August 12, 2015 at 2:00 p.m., or as soon as possible thereafter;
17 WHEREAS, no Party will be prejudiced by the relief requested in the stipulation and there
18 will be no changes to the briefing schedule in existence prior to the entry of this stipulation;
19 WHEREAS, all Parties' claims and defenses are expressly preserved and not waived by
20 entering into this stipulation;
21 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
22 Parties that the hearing on Bitstamp's Motion for Attorney's Fees and Costs shall be moved from
23 August 5, 2015 at 2:00 p.m. to August 12, 2015 at 2:00 p.m., or the soonest date thereafter that the
24 Court is available.
25 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**
26
27 Dated:  July 6, 2015                                    Respectfully submitted,
28                                                         By:   /s/ Grant P. Fondo

- 1 -

JOINT STIPULATION AND ORDER TO RESCHEDULE HEARING  ON BITSTAMP'S MOTION FOR
ATTORNEY'S FEES AND COSTS - Case No. 15-cv-01503-WHO

| | |
|---|---|
| 1 | Grant P. Fondo (SBN 181530) |
| | *gfondo@goodwinprocter.com* |
| 2 | Nicole L. Chessari (SBN 259970) |
| | *nchessari@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER LLP** |
| | 135 Commonwealth Drive |
| 4 | Menlo Park, CA 94025-1105 |
| | Tel.:  650.752.3100 |
| 5 | Fax.: 650.853.1038 |

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.:  212.813.8800
Fax.: 212.355.3333

*Attorneys for Defendant/Cross-Plaintiff Ripple Labs Inc.*

Dated:  July 6, 2015                              Respectfully submitted,

By:   /s/ Paul F. Rugani
Mark S. Parris (*pro hac vice*)
*mparris@orrick.com*
Paul F. Rugani (*pro hac vice*)
*prugani@orrick.com*
Andrew Ardinger (SBN 267417)
*aardinger@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue
Suite 5600
Seattle, Washington 98104-7097
Telephone: 206.839.4300
Facsimile: 206.839.4301

Gabriel M. Ramsey (SBN 209218)
*gramsey@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

*Attorneys for Defendants*
*Jed McCaleb, Jacob Stephenson, and Nancy Harris*

|     |                          |     |                                                      |
| --- | ------------------------ | --- | ---------------------------------------------------- |
| 1   |                          |     |                                                      |
| 2   |                          |     | Respectfully submitted,                              |
|     | Dated:  July 6, 2015     |     |                                                      |
| 3   |                          | By: | /s/ Jessica Nall                                     |
| 4   |                          |     | Jessica Nall (SBN 215149)                            |
|     |                          |     | *jnall@fbm.com*                                      |
| 5   |                          |     | Christopher C. Wheeler (SBN 224872)                  |
|     |                          |     | *cwheeler@fbm.com*                                   |
| 6   |                          |     | **Farella Braun + Martel LLP**                       |
|     |                          |     | 235 Montgomery Street, 17th Floor                    |
| 7   |                          |     | San Francisco, CA 94104                              |
|     |                          |     | Telephone: 415.954.4400                              |
| 8   |                          |     | Facsimile: 415.954.4480                              |
| 9   |                          |     |                                                      |
|     |                          |     | *Attorneys for Plaintiff*                            |
| 10  |                          |     | *Bitstamp, Ltd.*                                     |
| 11  |                          |     |                                                      |
| 12  | Dated:  July 6, 2015     |     | Respectfully submitted,                              |
| 13  |                          | By: | /s/ Terry Gross                                      |
|     |                          |     | Terry Gross (SBN 103878)                             |
| 14  |                          |     | *terry@gba-law.com*                                  |
|     |                          |     | Adam C. Belsky (SBN 147800)                          |
| 15  |                          |     | *adam@gba-law.com*                                   |
| 16  |                          |     | **Gross Belsky Alonso LLP**                          |
|     |                          |     | One Sansome Street, Suite 3670                       |
| 17  |                          |     | San Francisco, CA 94104                              |
|     |                          |     | Telephone: 415 554-0200                              |
| 18  |                          |     | Facsimile: 415 544-0201                              |
| 19  |                          |     |                                                      |
|     |                          |     | *Attorneys for Proposed Intervenor-Defendant*        |
| 20  |                          |     | *Stellar Development Foundation*                     |

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23  DATED:  July 6, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

- 3 -

JOINT STIPULATION AND ORDER TO RESCHEDULE HEARING  ON BITSTAMP'S MOTION FOR
ATTORNEY'S FEES AND COSTS - Case No. 15-cv-01503-WHO