| | |
|---|---|
| 1 | MARK S. PARRIS (*admitted pro hac vice*) |
| 2 | PAUL F. RUGANI (*admitted pro hac vice*)<br>ANDREW ARDINGER (SBN 267417) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>701 Fifth Avenue |
| 4 | Suite 5600<br>Seattle, Washington  98104-7097 |
| 5 | Telephone:    +1-206-839-4300<br>Facsimile:      +1 206-839-4301 |
| 6 | E-mail:          mparris@orrick.com |
| 7 | GABRIEL M. RAMSEY (SBN 209218)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | The Orrick Building<br>405 Howard Street |
| 9 | San Francisco, California  94105-2669<br>Telephone:    +1-415-773-5700 |
| 10 | Facsimile:      +1 415-773-5759<br>E-mail:          gramsey@orrick.com |
| 11 | *Attorneys for Defendant Nancy Harris* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 15-cv-01503-WHO<br><br>**DEFENDANT NANCY HARRIS'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
| RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Cross-Defendants. | Judge:    Hon. William H. Orrick |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Stellar Development Foundation ("SDF"):  SDF claims ownership to the funds frozen by Interpleader Plaintiff Bitstamp, Ltd. and has moved to intervene to assert that claim.

Dated: July 8, 2015                                     ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                        By:  */s/ Mark S. Parris*
                                                             MARK S. PARRIS

                                                        *Attorneys for Defendant Nancy Harris*