| | |
|---|---|
| 1 | MARK S. PARRIS (*admitted pro hac vice*) |
| 2 | PAUL F. RUGANI (*admitted pro hac vice*)<br>ANDREW ARDINGER (SBN 267417) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>701 Fifth Avenue |
| 4 | Suite 5600<br>Seattle, Washington  98104-7097 |
| 5 | Telephone:    +1-206-839-4300<br>Facsimile:    +1 206-839-4301 |
| 6 | E-mail:       mparris@orrick.com |
| 7 | GABRIEL M. RAMSEY (SBN 209218)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | The Orrick Building<br>405 Howard Street |
| 9 | San Francisco, California  94105-2669<br>Telephone:    +1-415-773-5700 |
| 10 | Facsimile:    +1 415-773-5759<br>E-mail:       gramsey@orrick.com |
| 11 | *Attorneys for Defendant Jacob Stephenson* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | BITSTAMP, LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| 17 | Plaintiff, | |
| 18 | v. | **DEFENDANT JACOB STEPHENSON'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |
| 19 | RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive, | |
| 20 | | |
| 21 | Defendants. | |
| 22 | RIPPLE LABS, INC., a California Corporation, | Judge:    Hon. William H. Orrick |
| 23 | Cross-Plaintiff, | |
| 24 | v. | |
| 25 | JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive, | |
| 26 | | |
| 27 | Cross-Defendants. | |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

- Stellar Development Foundation ("SDF"):  SDF claims ownership to the funds frozen by Interpleader Plaintiff Bitstamp, Ltd. and has moved to intervene to assert that claim.

Dated: July 8, 2015                     ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ Mark S. Parris*
MARK S. PARRIS

*Attorneys for Defendant Jacob Stephenson*