Grant P. Fondo (SBN 181530)
gfondo@goodwinprocter.com
Nicole L. Chessari (SBN 259970)
nchessari@goodwinprocter.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
rstrassberg@goodwinprocter.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
RIPPLE LABS INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>Defendant. | Case No. 15-cv-01503-WHO<br><br>**RIPPLE LABS INC.'S STATEMENT OF NON-OPPOSITION TO PROPOSED INTERVENOR-DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S MOTION TO INTERVENE**<br><br>Date:   July 16, 2015<br>Time:  1:00 p.m.<br>Dept.:  Courtroom 2, 17th Floor<br><br>Judge: Hon. William H. Orrick |
| RIPPLE LABS INC., a California Corporation,<br><br>Cross-Plaintiff,<br><br>v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive,<br><br>Cross-Defendants. | |

1   Pursuant to Civil Local Rule 7-3(b), Defendant and Cross-Plaintiff Ripple Labs Inc. ("Ripple Labs") hereby gives notice that it does not oppose Proposed Intervenor-Defendant Stellar Development Foundation's ("Stellar") Motion to Intervene filed on May 22, 2015, as amended on July 6, 2015 (the "Motion") (Dkt. Nos. 39, 88), but it would like to bring some matters to the Court's attention.

Ripple Labs filed its response to the Motion on June 17, 2015 (Dkt. No. 65). However, three weeks later, on July 6, 2015, Stellar filed a "Notice of Corrected Exhibit A" to its Motion, which is not a correction but the attachment of an entirely new and different pleading. *See* Dkt. No. 88. Stellar replaced its proposed Motion to Dismiss pleading with a proposed Answer, Counterclaim, and Crossclaim, alleging violations of the California Business & Professions Code § 17200 against Ripple Labs, George Frost (Bitstamp's Chief Legal Officer), and Bitstamp Ltd., whom this Court discharged from this case, and Interference with Economic Relations against Ripple Labs and Mr. Frost. The claims derive from the alleged collusion of Ripple Labs, George Frost, and Bitstamp Ltd. relating to the freezing of the disputed funds. The Court already rejected this collusion theory in the Court's June 8, 2015 Order discharging Bitstamp Ltd. from this action. (Dkt. No. 63). Ripple Labs reserves all its rights to object to and move to dismiss this proposed pleading.

Ripple Labs further notes that Stellar served and filed these new Counterclaims and Crossclaims *after* the briefing on the Motion to Compel Arbitration. The claims, for example, name two parties that were not signatories to the Settlement Agreement, the agreement at issue in the Motion to Compel Arbitration. Thus, Ripple Labs was not permitted to brief how this filing impacts the Court's consideration of the Motion to Compel Arbitration, and Ripple Labs reserves all its rights relating to this new information.

///
///
///
///
///

- 1 -

1   Notwithstanding the foregoing objections, Ripple Labs does not oppose Stellar's Motion to
2 Intervene in the Interpleader action due to Stellar's assertion that it has an interest in the Disputed
3 Funds.  Should this Court permit Stellar to intervene, and Stellar files its proposed pleading,
4 Ripple Labs intends to bring a separate motion to dismiss Stellar's Exhibit A pleading and may
5 seek additional relief from the Court.  By filing this statement of non-opposition, Ripple Labs does
6 not concede to any factual or legal assertions contained in Stellar's Motion, and in fact disputes
7 most of them.

Dated:  July 9, 2015                              Respectfully submitted,

                                        By:    /s/ Grant P. Fondo
                                              Grant P. Fondo (SBN 181530)
                                              *gfondo@goodwinprocter.com*
                                              Nicole L. Chessari (SBN 259970)
                                              *nchessari@goodwinprocter.com*
                                              **GOODWIN PROCTER LLP**
                                              135 Commonwealth Drive
                                              Menlo Park, CA 94025-1105
                                              Tel.:  650.752.3100
                                              Fax.:  650.853.1038

                                              Richard M. Strassberg (*Pro Hac Vice*)
                                              *rstrassberg@goodwinprocter.com*
                                              **GOODWIN PROCTER LLP**
                                              The New York Times Building
                                              620 Eighth Avenue
                                              New York, NY 10018-1405
                                              Tel.:  212.813.8800
                                              Fax.:  212.355.3333

                                              Attorneys for Defendant/Cross-Plaintiff
                                              RIPPLE LABS INC.

- 2 -

RIPPLE LABS' STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE
Case No. 15-cv-01503-WHO

1 **CERTIFICATE OF SERVICE**

2     I, Grant P. Fondo, hereby certify that a copy of the foregoing document and attachments,

3 filed through the CM/ECF system, will be sent electronically to the registered participants as

4 identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class

5 mail postage prepaid on all counsel who are not served through the CM/ECF system on July _,

6 2015.

                                         /s/ Grant P. Fondo
                                                     Grant P. Fondo