UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** July 16, 2015 | **Time:** 31 minutes<br>3:31 p.m. to 4:02 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 15-cv-01503-WHO | **Case Name:** Bitstamp, Ltd v. Ripple Labs Inc. | |

**Attorney for Bitstamp:**               Jessica Nall
**Attorneys for Ripple:**                Grab Fondo and Nicole L. Chessari
**Attorney for McCaleb & Stephenson:**   Paul Rugani
**Attorney for Stellar:**                Terry Gross

**Deputy Clerk:** Jean Davis                **Court Reporter:** Rhonda Aquilina

PROCEEDINGS

Counsel for Ripple, McCaleb and Stephenson heard as to motion to compel arbitration (Fondo and Rugani).  Bitstamp and Stellar heard as to motion to intervene (Nall and Gross).  Motions taken under submission; written orders to follow.

Case Management Conference will be continued to September 15, 2015 at 2:00 p.m. to allow for ruling on the motions.

Counsel for Stellar raises issue as to control of the xrp funds.  The funds will be deposited with the Court's Registry by July 24, 2015.  The proper amount of funds deposited with the Court Registry is in dispute; and the parties are working together in an attempt to verify the amount of funds and will either submit a stipulated order or joint letter outlining any dispute.