1  MARK S. PARRIS (*pro hac vice granted*)
   PAUL F. RUGANI (*pro hac vice granted*)
2  ANDREW ARDINGER (STATE BAR NO. 267417)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  701 Fifth Avenue
   Suite 5600
4  Seattle, Washington  98104-7097
   Telephone:     +1-206-839-4300
5  Facsimile:     +1 206-839-4301
   E-mail:        mparris@orrick.com
6
   GABRIEL M. RAMSEY (SBN 209218)
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, California  94105-2669
9  Telephone:     +1-415-773-5700
   Facsimile:     +1 415-773-5759
10 E-mail:        gramsey@orrick.com

11 *Attorneys for Defendants*
   *Jed McCaleb, Jacob Stephenson, and Nancy Harris*
12

TERRY GROSS (SBN 103878)
ADAM C. BELSKY (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201
E-mail:  terry@gba-law.com

*Attorneys for Proposed Intervenor-Defendant Stellar Development Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>    Plaintiff,<br><br>  v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>RIPPLE LABS, INC., a California Corporation,<br><br>    Cross-Plaintiff,<br><br>  v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>    Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF BITSTAMP, LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Pursuant to Federal Rule of Civil Procedure 6-1(b) and 6-2, Intervenor-Defendant Stellar Development Foundation ("Stellar"), Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS (collectively "Individual Defendants"), Ripple Labs, Inc. (collectively with the Individual Defendants, "Defendants"), and Plaintiff Bitstamp, Ltd. (together with Defendants and Stellar, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to modify the briefing schedule on Bitstamp's Motion for Attorneys' Fees and Costs (Dkt. 80) as follows:

WHEREAS, on June 26, 2015, Bitstamp filed its Motion for Attorneys' Fees and Costs;

WHEREAS, the hearing on Bitstamp Motion for Attorney's Fees and Costs is currently set for August 12, 2015 at 2:00 p.m.;

WHEREAS, oppositions and/or responses to Bitstamp's Motion for Attorneys' Fees and Costs are currently due on July 17, 2015;

WHEREAS, Bitstamp's reply is currently due on July 24, 2015;

WHEREAS, due to an unexpected illness counsel for Stellar has been unable to work on the oppositions on July 16-17, 2015;

WHEREAS, all Parties' claims and defenses are expressly preserved and not waived by entering into this stipulation;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that the briefing schedule on Bitstamp's Motion for Attorney's Fees and Costs shall be as follows:

1. Oppositions and/or responses are due on Monday, July 20, 2015; and,
2. Bitstamp's reply is due on Monday, July 27, 2015.

Dated: July 17, 2015

Respectfully submitted,

By: /s/ Terry Gross
Terry Gross (SBN 103878)
*terry@gba-law.com*
Adam C. Belsky (SBN 147800)

- 1 -

STIPULATION AND [PROPOSED] ORDER TO MODIFY
BRIEFING SCHEDULE ON PLAINTIFF BITSTAMP, LTD.'S
MOTION FOR ATTORNEYS' FEES AND COSTS
15-CV-01503-WHO

*adam@gba-law.com*
**Gross Belsky Alonso LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

*Attorneys for Proposed Intervenor-Defendant
Stellar Development Foundation*

Dated:  July 17, 2015                Respectfully submitted,

By:  /s/ Paul F. Rugani
Mark S. Parris (*pro hac vice*)
*mparris@orrick.com*
Paul F. Rugani (*pro hac vice*)
*prugani@orrick.com*
Andrew Ardinger (SBN 267417)
*aardinger@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue
Suite 5600
Seattle, Washington 98104-7097
Telephone: 206.839.4300
Facsimile: 206.839.4301

Gabriel M. Ramsey (SBN 209218)
*gramsey@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

*Attorneys for Defendants
Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated:  July 17, 2015                Respectfully submitted,

By:  /s/ Jessica Nall
Jessica Nall (SBN 215149)
*jnall@fbm.com*
Christopher C. Wheeler (SBN 224872)
*cwheeler@fbm.com*

- 2 -

STIPULATION AND [PROPOSED] ORDER TO MODIFY
BRIEFING SCHEDULE ON PLAINTIFF BITSTAMP, LTD.'S
MOTION FOR ATTORNEYS' FEES AND COSTS
15-CV-01503-WHO

|   |   |   |
|---|---|---|
| 1 | | **Farella Braun + Martel LLP** |
| 2 | | 235 Montgomery Street, 17th Floor |
| | | San Francisco, CA 94104 |
| 3 | | Telephone: 415.954.4400 |
| | | Facsimile: 415.954.4480 |
| 4 | | |
| 5 | | *Attorneys for Plaintiff* |
| | | *Bitstamp, Ltd.* |
| 6 | | |
| 7 | Dated:  July 17, 2015 | Respectfully submitted, |
| 8 | | By: /s/ Grant P. Fondo |
| | | Grant P. Fondo (SBN 181530) |
| 9 | | *gfondo@goodwinprocter.com* |
| | | Nicole L. Chessari (SBN 259970) |
| 10 | | *nchessari@goodwinprocter.com* |
| | | **GOODWIN PROCTER LLP** |
| 11 | | 135 Commonwealth Drive |
| | | Menlo Park, CA 94025-1105 |
| 12 | | Tel.:    650.752.3100 |
| | | Fax.:    650.853.1038 |
| 13 | | |
| | | Richard M. Strassberg (*Pro Hac Vice*) |
| 14 | | *rstrassberg@goodwinprocter.com* |
| | | **GOODWIN PROCTER LLP** |
| 15 | | The New York Times Building |
| | | 620 Eighth Avenue |
| 16 | | New York, NY 10018-1405 |
| | | Tel.:    212.813.8800 |
| 17 | | Fax.:    212.355.3333 |
| 18 | | *Attorneys for Defendant/Cross-Plaintiff* |
| | | *Ripple Labs Inc.* |
| 19 | | |

**IT IS SO ORDERED.**

Dated:_____, 2015                    _____
                                           Hon. William H. Orrick
                                           United States District Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER TO MODIFY
BRIEFING SCHEDULE ON PLAINTIFF BITSTAMP, LTD.'S
MOTION FOR ATTORNEYS' FEES AND COSTS
15-CV-01503-WHO