MARK S. PARRIS (*admitted pro hac vice*)
PAUL F. RUGANI (*admitted pro hac vice*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:     +1-206-839-4300
Facsimile:     +1 206-839-4301
E-mail:        mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1 415-773-5759
E-mail:        gramsey@orrick.com

*Attorneys for Defendants Jed McCaleb, Jacob Stephenson and Nancy Harris*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>             Plaintiff,<br><br>     v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 15-cv-01503-WHO<br><br>**DEFENDANTS JED McCALEB, JACOB STEPHENSON AND NANCY HARRIS'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE PORTIONS OF OPPOSITION TO BITSTAMP LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |
| RIPPLE LABS, INC., a California Corporation,<br><br>             Cross-Plaintiff,<br><br>     v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>             Cross-Defendants. | Judge:     Hon. William H. Orrick |

## NOTICE OF MOTION AND MOTION

Pursuant to Civil Local Rule 79-5, and the Court's Standing Order on Administrative Motions to File Under Seal ("Standing Order on Sealing"), Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris (collectively, "Individual Defendants") respectfully move for an order authorizing the filing under seal of certain portions of Individual Defendants' Opposition to Bitstamp Ltd.'s ("Bitstamp") Motion for Attorneys' Fees and Costs (the "Opposition") that contain information designated by Bitstamp as Highly Confidential – Attorneys' Eyes Only under the Protective Order. Accordingly, pursuant to the Court's Standing Order on Sealing, counsel for Individual Defendants state the following:

1. Counsel for Individual Defendants, the filing party, certifies that they have reviewed and complied with the "Standing Order on Sealing";

2. Counsel for Individual Defendants, the filing party, certifies that they have reviewed and complied with Civil Local Rule 79-5;

3. The portions of the Individual Defendants' Opposition proposed to be redacted are, as marked: page 6:2-4; 14:18-19; 14:23-24; 15:1; 15:2; 15:19-21; 15:23-16:7; 16:23-24; 16:25-27; 17:16-26; 18:9-15: 18:17-19; 18:21-25; 18:27-28; 19:1-7; 19:9-11; 19:23-26; and 19:27-28.

4. Bitstamp has designated its time records as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order, Dkt. 61. The Opposition contains information from those time records.

5. This Administrative Motion is made on the basis that Bitstamp has designated its time records as Highly Confidential – Attorneys' Eyes Only, and the Opposition contains information from those time records. **Pursuant to Local Civil Rule 79-5(e)(1), Bitstamp must submit a declaration as required by subsection 79-5(d)(1)(A) establishing that the material designated for redaction in the Opposition is sealable.** Individual Defendants note that in its Order Requiring Submission of Contemporaneous Time Records, Dkt. 81, the Court ordered that "[t]he billing records shall be treated as 'HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY' under the Stipulated Protective Order governing this action.'" In accordance with the

1 | Court's guidance and Ninth Circuit law, the redactions in the Opposition are narrowly tailored to
2 | seek only the sealing of information contained in the time records.
3 |       6.      All other materials required by Local Rule 79-5, including courtesy copies to the
4 | Court in the correct format, have been or will be provided. An unredacted version of the
5 | Opposition is being filed under seal along with this Motion, pursuant to Civil Local Rule 79-
6 | 5(d)(1)(D).
7 |      For these reasons, Individual Defendants respectfully request that the Court grant this
8 | Administrative Motion.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: July 20, 2015

By: */s/ Mark S. Parris*
MARK S. PARRIS

*Attorneys for Defendants Jed McCaleb, Jacob Stephenson and Nancy Harris*

OHSUSA:762677272.1

- 2 -

DEF'TS MCCALEB, STEPHENSON AND HARRIS'S
ADMIN. MOT. TO UNDER SEAL
15-CV-01503-WHO