MARK S. PARRIS (*admitted pro hac vice*)
PAUL F. RUGANI (*admitted pro hac vice*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:   +1-206-839-4300
Facsimile:   +1 206-839-4301
E-mail:   mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1 415-773-5759
E-mail:   gramsey@orrick.com

*Attorneys for Defendants Jed McCaleb, Jacob Stephenson and Nancy Harris*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**DECLARATION OF MARK S. PARRIS IN SUPPORT OF INDIVIDUAL DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE PORTIONS OF OPPOSITION TO BITSTAMP LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:   Hon. William H. Orrick |

1  I, Mark S. Parris, declare as follows:

2  1. I am an attorney, duly licensed to practice law in the State of Washington and admitted to practice before this Court *pro hac vice*. I am a partner at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Jed McCaleb, Jacob Stephenson, and Nancy Harris (collectively, the "Individual Defendants"). I make this declaration in support of Individual Defendants' Administrative Motion for Leave to File Portions of Opposition to Bitstamp Ltd.'s Motion for Attorneys' Fees and Costs Under Seal Pursuant to Civil Local Rule 79-5. Except where otherwise noted, I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the UNREDACTED copy of the Individual Defendants' Opposition to Bitstamp Ltd.'s Motion for Attorneys' Fees and Costs (the "Opposition").

3. Attached here to as **Exhibit B** is a true and correct copy of the REDACTED copy of the Opposition.

4. Pursuant to Civil Local Rule 79-5(e), the Opposition contains information from the time records that Bitstamp Ltd. designated as "Highly Confidential – Attorneys' Eyes Only," lodged with the Court, and served on counsel for the parties to this action, pursuant to the Court's Order Requiring Submission of Contemporaneous Time Records, Dkt. 81. The Court ordered that "[t]he billing records shall be treated as 'HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY' under the Stipulated Protective Order governing this action'" in its Order. Dkt. 81. The portions of the Individual Defendants' Opposition proposed to be redacted are, as marked: page 6:2-4; 14:18-19; 14:23-24; 15:1; 15:2; 15:19-21; 15:23-16:7; 16:23-24; 16:25-27; 17:16-26; 18:9-15: 18:17-19; 18:21-25; 18:27-28; 19:1-7; 19:9-11; 19:23-26; and 19:27-28.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of July, 2015, in Seattle, Washington.

*/s/ Mark S. Parris*
Mark S. Parris