MARK S. PARRIS (*admitted pro hac vice*)
PAUL F. RUGANI (*admitted pro hac vice*)
ANDREW ARDINGER (SBN 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:     +1-206-839-4300
Facsimile:     +1 206-839-4301
E-mail:        mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:     +1 415-773-5759
E-mail:        gramsey@orrick.com

*Attorneys for Defendants Jed McCaleb, Jacob Stephenson and Nancy Harris*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS JED McCALEB, JACOB STEPHENSON AND NANCY HARRIS'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE PORTIONS OF OPPOSITION TO BITSTAMP LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Judge:     Hon. William H. Orrick |

1  This matter comes before the Court on Defendants Jed McCaleb, Jacob Stephenson and
2  Nancy Harris's (collectively, the "Individual Defendants") Administrative Motion for Leave to
3  File Portions of Opposition to Bitstamp Ltd.'s Motion for Attorneys' Fees and Costs Under Seal
4  Pursuant to Civil Local Rule 79-5 (the "Motion").

5  Having considered the Motion and supporting papers, as well as the pleadings and
6  materials lodged in this matter, the Motion is **GRANTED**.

7  **IT IS HEREBY ORDERED** that the following documents or designated portions thereof
8  should be sealed and that counsel for Individual Defendants may file the following under seal:

- The following portions of the Individual Defendants' Opposition to Bitstamp Ltd.'s Motion for Attorneys' Fees and Costs (the "Opposition"), as marked: page 6:2-4; 14:18-19; 14:23-24; 15:1; 15:2; 15:19-21; 15:23-16:7; 16:23-24; 16:25-27; 17:16-26; 18:9-15: 18:17-19; 18:21-25; 18:27-28; 19:1-7; 19:9-11; 19:23-26; and 19:27-28; and

- The unredacted version of the Opposition.

**IT IS SO ORDERED.**

Dated:_____            _____
                                   WILLIAM H. ORRICK
                                   UNITED STATES DISTRICT COURT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING DEF'TS
MCCALEB, STEPHENSON AND HARRIS'S
ADMIN. MOT. TO UNDER SEAL
15-CV-01503-WHO