1  MARK S. PARRIS (*admitted pro hac vice*)
   PAUL F. RUGANI (*admitted pro hac vice*)
2  ANDREW ARDINGER (SBN 267417)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  701 Fifth Avenue
   Suite 5600
4  Seattle, Washington  98104-7097
   Telephone:    +1-206-839-4300
5  Facsimile:    +1 206-839-4301
   E-mail:       mparris@orrick.com
6
   GABRIEL M. RAMSEY (SBN 209218)
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, California  94105-2669
9  Telephone:    +1-415-773-5700
   Facsimile:    +1 415-773-5759
10 E-mail:       gramsey@orrick.com

11 *Attorneys for Defendants Jed McCaleb, Jacob Stephenson and Nancy Harris*
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 15-cv-01503-WHO<br><br>**DEFENDANTS JED McCALEB, JACOB STEPHENSON AND NANCY HARRIS'S PROOF OF ELECTRONIC SERVICE OF DECLARATION OF MARK PARRIS IN SUPPORT OF ADMINISTRATIVE MOTION AND CONFIDENTIAL EXHIBIT THERETO FILED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5(e)** |
| RIPPLE LABS, INC., a California Corporation,<br><br>Cross-Plaintiff,<br><br>v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>Cross-Defendants. | Judge:    Hon. William H. Orrick |

**PROOF OF SERVICE**

I am over the age of eighteen years, and not a party to the within action. My place of business is Orrick, Herrington & Sutcliffe LLP, 701 Fifth Avenue, Suite 5600, Seattle, Washington 98104, Telephone 206-839-4300. On July 20, 2015, I served the below listed document(s):

- DECLARATION OF MARK S. PARRIS IN SUPPORT OF INDIVIDUAL DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE PORTIONS OF OPPOSITION TO BITSTAMP LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5; and

- EXHIBIT A THERETO (UNREDACTED COPY OF DEFENDANTS JED McCALEB, JACOB STEPHENSON, AND NANCY HARRIS'S OPPOSITION TO BITSTAMP LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS)

- EXHIBIT B THERETO (REDACTED COPY OF DEFENDANTS JED McCALEB, JACOB STEPHENSON, AND NANCY HARRIS'S OPPOSITION TO BITSTAMP LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS)

**X**  By transmitting via electronic mail the document(s) listed above to the email addresses set forth below on July 20, 2015:

> Jessica Nall (State Bar No. 215149)
> jnall@fbm.com
> Christopher C. Wheeler (State Bar No. 224872)
> cwheeler@fbm.com
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, CA  94104
>
> George Frost
> geofrost@comcast.net
> Law Office of George Frost
> 2930 Magnolia St
> Berkeley, CA  94705
>
> *Attorneys for*
> *BITSTAMP LTD.*
>
> Grant P. Fondo (SBN 181530)
> gfondo@goodwinprocter.com
> Nicole L. Chessari (SBN 259970)
> nchessari@goodwinprocter.com
> Goodwin Procter LLP
> 135 Commonwealth Drive
> Menlo Park, CA  94025-1105

|   |   |
|---|---|
| 1 | Richard M. Strassberg (*Pro Hac Vice*) |
| 2 | rstrassberg@goodwinprocter.com |
|   | Goodwin Procter LLP |
|   | The New York Times Building |
| 3 | 620 Eighth Avenue |
|   | New York, NY  10018-1405 |
| 4 |   |
|   | *Attorneys for* |
| 5 | RIPPLE LABS INC. |

Richard M. Strassberg (*Pro Hac Vice*)
rstrassberg@goodwinprocter.com
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405

*Attorneys for*
RIPPLE LABS INC.

Terry Gross
terry@gba-law.com
Adam C. Belsky
adam@gba-law.com
Gross Belsky Alonso LLP
One Sansome Street, Suite 3670
San Francisco, CA  94104

*Attorneys for*
STELLAR DEVELOPMENT FOUNDATION

I am readily familiar with my firm's practice for collecting and processing correspondence for electronically mailing to recipients, to wit, that correspondence sent via our e-mail system be electronically delivered this same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on July 20, 2015.

*/s/ Andrew Ardinger*
ANDREW ARDINGER