1  Terry Gross, terry@gba-law.com (SBN 103878)
2  Adam C. Belsky, adam@gba-law.com (SBN 147800)
   GROSS BELSKY ALONSO LLP
3  One Sansome Street, Suite 3670
   San Francisco, CA 94104
4  Tel: (415) 544-0200
   Fax: (415) 544-0201
5

6  Attorneys for Defendant
   STELLAR DEVELOPMENT FOUNDATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>       Plaintiff,<br><br>   v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 15-cv-01503-WHO<br><br>**DECLARATION OF JOYCE KIM IN SUPPORT OF DEFENDANT STELLAR DEVELOPMENT FOUNDATION'S OPPOSITION TO BITSTAMP'S MOTION FOR ATTORNEY'S FEES** |
| RIPPLE LABS, INC., a California Corporation,<br><br>       Cross-Plaintiff,<br><br>   v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>       Cross-Defendants. | Date:    August 12, 2015<br>Time:   2:00 p.m.<br>Dept:   Courtroom 2, 17th Floor<br>Judge:  Hon. William H. Orrick |

I, JOYCE KIM, declare as follows:

1. I am the executive director of the Stellar Development Foundation ("SDF"). I make this declaration in opposition to Bitstamp's Motion for Attorney's Fees. Except where otherwise noted, I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. SDF is a nonprofit organization, whose mission is to expand financial access and literacy worldwide. SDF focuses on areas and geographies where access to financial services can significantly impact people's achievement of basic education, healthcare and other human rights.

3. Bitstamp filed its Complaint For Interpleader on April 1, 2015. The next day, April 2, 2015, I had a telephone conversation with Dan Morehead, the Chairman of Bitstamp's Board of Directors, and informed him that SDF was the owner of funds that had been frozen by Bitstamp.

4. At the same time that Bitstamp froze SDF's rPQ account, Bitstamp also froze my personal account at Bitstamp. On April 2, 2015, I wrote an email to Bitstamp's Chairman, asking why my personal account had been frozen. I never received any response from him or from anyone at Bitstamp about why my personal account had been frozen.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of July, 2015, in San Francisco, California.

                                                        /s/ Joyce Kim
                                                         JOYCE KIM