1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025-1105
   Tel.: 650.752.3100
5  Fax.: 650.853.1038

6  Richard M. Strassberg (*Pro Hac Vice*)
   *rstrassberg@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   The New York Times Building
8  620 Eighth Avenue
   New York, NY 10018-1405
9  Tel.: 212.813.8800
   Fax.: 212.355.3333
10
   Attorneys for Defendant/Cross-Plaintiff
11 **RIPPLE LABS INC.**

   [*Additional counsel on signature page*]
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15  BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| 16         Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EFFECTUATE DEPOSIT OF XRP THROUGH THE FILING UNDER SEAL OF THE PRIVATE KEY** |
| 17         v. | |
| 18  RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, | |
| 19  NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 | Dept.:    Courtroom 2, 17th Floor |
| 20  Through 10, Inclusive, | Judge: Hon. William H. Orrick |
| 21         Defendant. | |
| 22 | |
| 23  RIPPLE LABS INC., a California Corporation, | |
|        Cross-Plaintiff, | |
| 24 | |
| 25         v. | |
| 26  JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| 27 | |
| 28         Cross-Defendants. | |

Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris (collectively "Individual Defendants"), Ripple Labs Inc. (collectively with the Individual Defendants, "Defendants"), proposed intervenor STELLAR DEVELOPMENT FOUNDATION ("Stellar") and Plaintiff BITSTAMP LTD. (together, with Defendants and Stellar, the "Parties"), through their undersigned counsel, hereby file the following stipulated request for leave to effectuate a deposit of the 96,342,361.6 XRP that is, in part, at issue in this matter (the "XRP") through the filing under seal of the private key to an account holding the XRP (the "Account").

WHEREAS, Ripple Labs Inc. previously offered to effectuate the deposit of the XRP with the Court;

WHEREAS, at the July 16, 2015 hearing, counsel for Stellar requested the deposit of the XRP with the Court, and counsel for Ripple Labs Inc. represented to the Court that Ripple Labs Inc. remained willing to have the Court take control of the XRP;

WHEREAS, the Court then directed Ripple Labs Inc. to deposit the XRP with the Court's Registry by July 24, 2015;

WHEREAS, the XRP can only be deposited through use of a private key which gives the Court access to and control of the Account;

WHEREAS, the private key is a long string of alphanumeric characters that allows a person access to the XRP;

WHEREAS, there is no other manner by which a person can gain access to the XRP except through the private key;

WHEREAS, the private key is highly confidential as it provides access to and control over the XRP;

WHEREAS, if the private key is misplaced, there is no other way to access the XRP;

WHEREAS, to minimize risk of loss of access to the XRP, the Parties agree that Ripple Labs Inc. shall maintain a duplicate of the private key in order to provide a fail-safe method of accessing the XRP should the Court's private key be misplaced;

WHEREAS, the Parties agree that Ripple Labs Inc. shall not transfer the private key or any of the XRP without prior approval from the Court;

WHEREAS, no Party will be prejudiced by the relief requested in the stipulation;

WHEREAS, all Parties' claims and defenses are expressly preserved and not waived by entering into this stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that:

1. The Court shall grant Ripple Labs Inc. leave to file with the Court under seal in a sealed envelope, the private key allowing access to the XRP;

2. Ripple Labs Inc. shall maintain a duplicate of the private key allowing access to the XRP;

3. Ripple Labs Inc. shall not transfer the private key or any of the XRP without prior Court approval.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 24, 2015    Respectfully submitted,

By: /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.:  650.752.3100
Fax.:  650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.:  212.813.8800
Fax.:  212.355.3333

- 2 -
JOINT STIPULATION AND [PROPOSED] ORDER TO EFFECTUATE A DEPOSIT OF THE
XRP THROUGH THE FILING UNDER SEAL OF THE PRIVATE KEY
Case No. 15-cv-01503-WHO

|   |   |   |
|---|---|---|
| 1 |   | *Attorneys for Defendant/Cross-Plaintiff Ripple Labs Inc.* |
| 2 |   |   |
| 3 |   |   |
| 4 | Dated:  July 24, 2015 | Respectfully submitted, |
| 5 | By: | /s/ Paul F. Rugani |
|   |   | Mark S. Parris (*pro hac vice*) |
| 6 |   | mparris@orrick.com |
| 7 |   | Paul F. Rugani (*pro hac vice*) |
|   |   | prugani@orrick.com |
| 8 |   | Andrew Ardinger (SBN 267417) |
|   |   | aardinger@orrick.com |
| 9 |   | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 10 |   | 701 Fifth Avenue |
|   |   | Suite 5600 |
| 11 |   | Seattle, Washington 98104-7097 |
|   |   | Telephone: 206.839.4300 |
| 12 |   | Facsimile: 206.839.4301 |
| 13 |   |   |
| 14 |   | Gabriel M. Ramsey (SBN 209218) |
|   |   | gramsey@orrick.com |
| 15 |   | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
|   |   | The Orrick Building |
| 16 |   | 405 Howard Street |
|   |   | San Francisco, California 94105-2669 |
| 17 |   | Telephone: 415.773.5700 |
| 18 |   | Facsimile: 415.773.5759 |
| 19 |   | *Attorneys for Defendants* |
|   |   | *Jed McCaleb, Jacob Stephenson, and Nancy Harris* |
| 20 |   |   |
| 21 |   |   |
|   | Dated:  July 24, 2015 | Respectfully submitted, |
| 22 |   |   |
| 23 | By: | /s/ Jessica Nall |
|   |   | Jessica Nall (SBN 215149) |
| 24 |   | jnall@fbm.com |
|   |   | Christopher C. Wheeler (SBN 224872) |
| 25 |   | cwheeler@fbm.com |
|   |   | **Farella Braun + Martel LLP** |
| 26 |   | 235 Montgomery Street, 17th Floor |
|   |   | San Francisco, CA 94104 |
| 27 |   | Telephone: 415.954.4400 |
| 28 |   |   |

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO EFFECTUATE A DEPOSIT OF THE XRP THROUGH THE FILING UNDER SEAL OF THE PRIVATE KEY
Case No. 15-cv-01503-WHO

```
                                        Facsimile: 415.954.4480

                                        Attorneys for Plaintiff
                                        Bitstamp, Ltd.


Dated: July 24, 2015                    Respectfully submitted,

                                   By:  /s/ Terry Gross
                                        Terry Gross (SBN 103878)
                                        terry@gba-law.com
                                        Adam C. Belsky (SBN 147800)
                                        adam@gba-law.com
                                        Gross Belsky Alonso LLP
                                        One Sansome Street, Suite 3670
                                        San Francisco, CA 94104
                                        Telephone: 415.554.0200
                                        Facsimile: 415.544.0201

                                        Attorneys for Proposed Intervenor-Defendant
                                        Stellar Development Foundation
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

- 4 -
JOINT STIPULATION AND [PROPOSED] ORDER TO EFFECTUATE A DEPOSIT OF THE
XRP THROUGH THE FILING UNDER SEAL OF THE PRIVATE KEY
Case No. 15-cv-01503-WHO

**CIVIL L.R. 5-1 ATTESTATION**

I, Grant P. Fondo, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO EFFECTUATE A DEPOSIT OF THE XRP THROUGH THE FILING UNDER SEAL OF THE PRIVATE KEY.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jessica Nall, counsel for Bitstamp Ltd., Paul Rugani, counsel for Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris, and Terry Gross, counsel for Stellar Development Foundation concurred to its filing.

Dated:  July 24, 2015                                    /s/  Grant P. Fondo
                                                                        Grant P. Fondo

- 5 -
JOINT STIPULATION AND [PROPOSED] ORDER TO EFFECTUATE A DEPOSIT OF THE XRP THROUGH THE FILING UNDER SEAL OF THE PRIVATE KEY
Case No. 15-cv-01503-WHO

**CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on July 24, 2015.

/s/ Grant P. Fondo_____