MARK S. PARRIS (*pro hac vice granted*)
PAUL F. RUGANI (*pro hac vice granted*)
ANDREW ARDINGER (STATE BAR NO. 267417)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue
Suite 5600
Seattle, Washington  98104-7097
Telephone:     +1-206-839-4300
Facsimile:      +1 206-839-4301
E-mail:           mparris@orrick.com

GABRIEL M. RAMSEY (SBN 209218)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1 415-773-5759
E-mail:           gramsey@orrick.com

*Attorneys for Defendants*
*Jed McCaleb, Jacob Stephenson, and Nancy Harris*

TERRY GROSS (SBN 103878)
ADAM C. BELSKY (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201
E-mail:  terry@gba-law.com

*Attorneys for Proposed Intervenor-Defendant Stellar Development Foundation*

Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Bitstamp Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF BITSTAMP, LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Pursuant to Federal Rule of Civil Procedure 6-1(b) and 6-2, Intervenor-Defendant Stellar Development Foundation ("Stellar"), Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS (collectively "Individual Defendants"), Ripple Labs, Inc. (collectively with the Individual Defendants, "Defendants"), and Plaintiff Bitstamp, Ltd. (together with Defendants and Stellar, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to modify the briefing schedule on Bitstamp's Motion for Attorneys' Fees and Costs (Dkt. 80) as follows:

WHEREAS, on June 26, 2015, Bitstamp filed its Motion for Attorneys' Fees and Costs;

WHEREAS, the hearing on Bitstamp Motion for Attorney's Fees and Costs is currently set for August 12, 2015 at 2:00 p.m.;

WHEREAS, pursuant to stipulation, Ripple, Stellar and the Individual Defendants filed their oppositions and/or responses to Bitstamp's Motion for Attorneys' Fees and Costs on July 20, 2015;

WHEREAS, Bitstamp's reply is currently due on July 27, 2015;

WHEREAS, due to an unexpected staffing issues Bitstamp requires an additional several days to complete the briefing for the reply;

WHEREAS, all Parties' claims and defenses are expressly preserved and not waived by entering into this stipulation;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that the briefing schedule on Bitstamp's Motion for Attorney's Fees and Costs shall be as follows:

1. Bitstamp's reply shall be due on Thursday, July 30, 2015.

Dated: July 27, 2015

Respectfully submitted,

By: /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)

- 1 -

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF BITSTAMP, LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS
15-CV-01503-WHO
31652\4987750.1

| | |
|---|---|
| 1 | *nchessari@goodwinprocter.com* |
| | **GOODWIN PROCTER LLP** |
| 2 | 135 Commonwealth Drive |
| | Menlo Park, CA 94025-1105 |
| 3 | Tel.:   650.752.3100 |
| | Fax.:  650.853.1038 |
| 4 | |
| | Richard M. Strassberg (*Pro Hac Vice*) |
| 5 | *rstrassberg@goodwinprocter.com* |
| | **GOODWIN PROCTER LLP** |
| 6 | The New York Times Building |
| | 620 Eighth Avenue |
| 7 | New York, NY 10018-1405 |
| | Tel.:   212.813.8800 |
| 8 | Fax.:   212.355.3333 |
| 9 | *Attorneys for Defendant/Cross-Plaintiff* |
| | *Ripple Labs Inc.* |
| 10 | |
| 11 | Dated:  July 27, 2015                    Respectfully submitted, |
| 12 |                                                    By:  /s/ Paul F. Rugani |
| | Mark S. Parris (*pro hac vice*) |
| 13 | *mparris@orrick.com* |
| | Paul F. Rugani (*pro hac vice*) |
| 14 | *prugani@orrick.com* |
| 15 | Andrew Ardinger (SBN 267417) |
| | *aardinger@orrick.com* |
| 16 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | 701 Fifth Avenue |
| 17 | Suite 5600 |
| | Seattle, Washington 98104-7097 |
| 18 | Telephone: 206.839.4300 |
| 19 | Facsimile: 206.839.4301 |
| 20 | Gabriel M. Ramsey (SBN 209218) |
| | *gramsey@orrick.com* |
| 21 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | The Orrick Building |
| 22 | 405 Howard Street |
| 23 | San Francisco, California 94105-2669 |
| | Telephone: 415.773.5700 |
| 24 | Facsimile: 415.773.5759 |
| 25 | |
| | *Attorneys for Defendants* |
| 26 | *Jed McCaleb, Jacob Stephenson, and Nancy Harris* |
| 27 | |
| 28 | STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF BITSTAMP, LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS |

- 2 -

15-CV-01503-WHO
31652\4987750.1

| | |
|---|---|
| Dated:  July 27, 2015 | Respectfully submitted, |
| | By:  /s/ Jessica Nall<br>Jessica Nall (SBN 215149)<br>*jnall@fbm.com*<br>Christopher C. Wheeler (SBN 224872)<br>*cwheeler@fbm.com*<br>**Farella Braun + Martel LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: 415.954.4400<br>Facsimile: 415.954.4480<br><br>*Attorneys for Plaintiff*<br>*Bitstamp, Ltd.* |
| Dated:  July 27, 2015 | Respectfully submitted, |
| | By:  /s/ Terry Gross<br>Terry Gross (SBN 103878)<br>*terry@gba-law.com*<br>Adam C. Belsky (SBN 147800)<br>*adam@gba-law.com*<br>**Gross Belsky Alonso LLP**<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104<br>Telephone: 415 554-0200<br>Facsimile: 415 544-0201<br><br>*Attorneys for Proposed Intervenor-Defendant*<br>*Stellar Development Foundation* |

**IT IS SO ORDERED.**

Dated:_____, 2015

_____
Hon. William H. Orrick
United States District Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER TO MODIFY
BRIEFING SCHEDULE ON PLAINTIFF BITSTAMP, LTD.'S
MOTION FOR ATTORNEYS' FEES AND COSTS
15-CV-01503-WHO
31652\4987750.1