Grant P. Fondo (SBN 181530)
gfondo@goodwinprocter.com
Nicole L. Chessari (SBN 259970)
nchessari@goodwinprocter.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
rstrassberg@goodwinprocter.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
**RIPPLE LABS INC.**

[*Additional counsel on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EFFECTUATE DEPOSIT OF XRP THROUGH THE FILING UNDER SEAL OF THE PRIVATE KEY** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | Dept.: Courtroom 2, 17th Floor |
| | Judge: Hon. William H. Orrick |
| Defendant. | |
| RIPPLE LABS INC., a California Corporation, | |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| Cross-Defendants. | |

Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris (collectively "Individual Defendants"), Ripple Labs Inc. (collectively with the Individual Defendants, "Defendants"), proposed intervenor STELLAR DEVELOPMENT FOUNDATION ("Stellar") and Plaintiff BITSTAMP LTD. (together, with Defendants and Stellar, the "Parties"), through their undersigned counsel, hereby file the following stipulated request for leave to effectuate a deposit of the 96,342,361.6 XRP that is, in part, at issue in this matter (the "XRP") through the filing under seal of the private key to an account holding the XRP (the "Account").

WHEREAS, Ripple Labs Inc. previously offered to effectuate the deposit of the XRP with the Court;

WHEREAS, at the July 16, 2015 hearing, counsel for Stellar requested the deposit of the XRP with the Court, and counsel for Ripple Labs Inc. represented to the Court that Ripple Labs Inc. remained willing to have the Court take control of the XRP;

WHEREAS, the Court then directed Ripple Labs Inc. to deposit the XRP with the Court's Registry by July 24, 2015;

WHEREAS, the XRP can only be deposited through use of a private key which gives the Court access to and control of the Account;

WHEREAS, the private key is a long string of alphanumeric characters that allows a person access to the XRP;

WHEREAS, there is no other manner by which a person can gain access to the XRP except through the private key;

WHEREAS, the private key is highly confidential as it provides access to and control over the XRP;

WHEREAS, if the private key is misplaced, there is no other way to access the XRP;

WHEREAS, to minimize risk of loss of access to the XRP, the Parties agree that Ripple Labs Inc. shall maintain a duplicate of the private key in order to provide a fail-safe method of accessing the XRP should the Court's private key be misplaced;

WHEREAS, the Parties agree that Ripple Labs Inc. shall not transfer the private key or any of the XRP without prior approval from the Court;

WHEREAS, no Party will be prejudiced by the relief requested in the stipulation;

WHEREAS, all Parties' claims and defenses are expressly preserved and not waived by entering into this stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that:

1. The Court shall grant Ripple Labs Inc. leave to file with the Court under seal in a sealed envelope, the private key allowing access to the XRP;

2. Ripple Labs Inc. shall maintain a duplicate of the private key allowing access to the XRP;

3. Ripple Labs Inc. shall not transfer the private key or any of the XRP without prior Court approval.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  July 24, 2015                                             Respectfully submitted,

By:  /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.:  650.752.3100
Fax.:  650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.:  212.813.8800
Fax.:  212.355.3333

*Attorneys for Defendant/Cross-Plaintiff Ripple Labs Inc.*

Dated: July 24, 2015                    Respectfully submitted,

By: /s/ Paul F. Rugani
Mark S. Parris (*pro hac vice*)
mparris@orrick.com
Paul F. Rugani (*pro hac vice*)
prugani@orrick.com
Andrew Ardinger (SBN 267417)
aardinger@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue
Suite 5600
Seattle, Washington 98104-7097
Telephone: 206.839.4300
Facsimile: 206.839.4301

Gabriel M. Ramsey (SBN 209218)
gramsey@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

*Attorneys for Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated: July 24, 2015                    Respectfully submitted,

By: /s/ Jessica Nall
Jessica Nall (SBN 215149)
jnall@fbm.com
Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.954.4400

- 3 -
JOINT STIPULATION AND ORDER TO EFFECTUATE A DEPOSIT OF THE XRP
THROUGH THE FILING UNDER SEAL OF THE PRIVATE KEY
Case No. 15-cv-01503-WHO

                                                    Facsimile: 415.954.4480

*Attorneys for Plaintiff*
*Bitstamp, Ltd.*

Dated: July 24, 2015                    Respectfully submitted,

                            By:   /s/ Terry Gross
                                    Terry Gross (SBN 103878)
                                    *terry@gba-law.com*
                                    Adam C. Belsky (SBN 147800)
                                    *adam@gba-law.com*
                                    **Gross Belsky Alonso LLP**
                                    One Sansome Street, Suite 3670
                                    San Francisco, CA 94104
                                    Telephone: 415.554.0200
                                    Facsimile: 415.544.0201

                                    *Attorneys for Proposed Intervenor-Defendant*
                                    *Stellar Development Foundation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 29, 2015

                                HONORABLE WILLIAM H. ORRICK
                                United States District Judge