Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Kelly A. Woodruff (State Bar No. 160235)
kwoodruff@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>    Plaintiff,<br><br>  v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>RIPPLE LABS INC., a California corporation,<br><br>    Cross-Plaintiff,<br><br>  v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1-10, inclusive,<br><br>    Cross-Defendants. | Case No.  15-cv-01503-WHO<br><br>**DECLARATION OF KELLY WOODRUFF IN SUPPORT OF BITSTAMP'S REPLY TO OPPOSITION TO MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:  August 12, 2015<br>Time:  2:00 p.m.<br>Judge:  Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

WOODRUFF DECL. ISO REPLY TO FEE MOTION
Case No.  15-cv-01503-WHO

I, Kelly A. Woodruff, declare as follows:

1. I am a partner at the law firm Farella Braun + Martel LLP ("Farella"), counsel for Bitstamp Ltd. ("Bitstamp") in this action. I have personal knowledge of the facts stated herein, and could and would testify competently to the matters stated.

2. I graduated *magna cum laude* and Order of the Coif from University of California, Hastings College of the Law in 1992. While at Hastings, I received the Milton D. Green Award (first in class) and was Senior Executive Editor of the *Hastings Law Journal*. After law school, I served as a judicial law clerk to the Honorable David A. Ezra, United States District Court for the District of Hawaii, and the Honorable James R. Browning, Ninth Circuit Court of Appeals. I am admitted to practice in the State of California, each of the federal District Courts in California, the Ninth Circuit and Federal Circuit Court of Appeals, and the United States Supreme Court. My standard billing rate is $790 per hour, but for my work in this matter, we have agreed to charge the client a substantially reduced hourly rate of $640.

3. I joined the team and began preparing Bitstamp's Reply in support of its attorneys' fees motion on July 20, 2015, upon receipt of the parties' responses and oppositions. I met with Ms. Nall to learn the background of the case and the procedural posture, and then began reviewing both Bitstamp's Motion and the responses and oppositions of Ripple, Stellar and the individual defendants.

4. Because many of the arguments made by Stellar and the individual defendants in their oppositions appeared to be the same as those raised in opposition to Bitstamp's discharge motion, which I knew had been granted, I also spent substantial time reviewing the pleadings by the parties in connection with earlier motion practice, as well as the Court's order granting Bitstamp discharge.

5. In preparing the Reply, I conducted legal research into law of the case, collateral estoppel and res judicata, as well as reviewed and analyzed all of the cases cited by Stellar and the individual defendants in their briefs, many of which were unpublished opinions that were difficult to locate. I also had to confer with Ms. Nall on a number of issues regarding the history of the action and, in particular, communications between the parties and opposing counsel in order to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WOODRUFF DECL. ISO REPLY TO FEE MOTION
Case No. 15-cv-01503-WHO
- 2 -

respond to defendants' arguments.

6. I worked as efficiently as I could under the tight timeline and in light of the complexity of the matter and the voluminous oppositions to the motion. In total, I spent approximately 50 hours over the last week reviewing and analyzing the oppositions, conducting legal research, reviewing earlier pleadings and correspondence, conferring with Ms. Nall regarding background and strategy and drafting the Reply, the Supplemental Nall Declaration and this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of July, 2015 at San Francisco, California.

*/s/ Kelly A. Woodruff*
Kelly A. Woodruff

31652\4993295.2

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WOODRUFF DECL. ISO REPLY TO FEE MOTION
Case No. 15-cv-01503-WHO
- 3 -