| | |
|---|---|
| 1 | Grant P. Fondo (SBN 181530) |
| | *gfondo@goodwinprocter.com* |
| 2 | Nicole L. Chessari (SBN 259970) |
| | *nchessari@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER LLP** |
| | 135 Commonwealth Drive |
| 4 | Menlo Park, California 94025-1105 |
| | Tel.: 650.752.3100 |
| 5 | Fax.: 650.853.1038 |
| 6 | Richard M. Strassberg (*Pro Hac Vice*) |
| | *rstrassberg@goodwinprocter.com* |
| 7 | **GOODWIN PROCTER LLP** |
| | The New York Times Building |
| 8 | 620 Eighth Avenue |
| | New York, NY 10018-1405 |
| 9 | Tel.: 212.813.8800 |
| | Fax.: 212.355.3333 |
| 10 | |
| | Attorneys for Defendant/Cross-Plaintiff |
| 11 | **RIPPLE LABS INC.** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| Plaintiff, | |
| v. | **DEFENDANT/CROSS-PLAINTIFF RIPPLE LAB INC.'S NOTICE OF FILING SEALED PRIVATE KEY FOR IN CAMERA REVIEW** |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | **[PURSUANT TO JULY 29, 2015 ORDER TO EFFECTUATE DEPOSIT OF XRP THROUGH THE FILING UNDER SEAL OF THE PRIVATE KEY [DKT. 110]]** |
| Defendant. | Dept.: Courtroom 2, 17th Floor |
| | Judge: Hon. William H. Orrick |
| RIPPLE LABS INC., a California Corporation, | (Concurrently filed with Private Key Regarding XRP Deposit) |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| Cross-Defendants. | |

DEFENDANT/CROSS-PLAINTIFF RIPPLE LABS INC.'S
NOTICE OF FILING SEALED PRIVATE KEY FOR IN CAMERA REVIEW
Case No. 15-cv-01503-WHO

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant and Cross-Plaintiff Ripple Labs Inc. hereby files this Notice of Filing the Private Key Sealed for in camera review, pursuant to the Court's July 29, 2015 Order to Effectuate Deposit of XRP Through the Filing Under Seal of the Private Key [Dkt. 110]. The Sealed Private Key is being concurrently filed under seal for in camera review.

Dated:  July 31, 2015

Respectfully submitted,

By:   /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.:  212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
RIPPLE LABS INC.

- 1 -
DEFENDANT/CROSS-PLAINTIFF RIPPLE LABS INC.'S
NOTICE OF FILING SEALED PRIVATE KEY FOR IN CAMERA REVIEW
Case No. 15-cv-01503-WHO

## **CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a true and correct copy of the above and foregoing document has been served on July 31, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil L.R. 5-1(h).  Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by first class mail, facsimile and/or overnight delivery.

/s/ Grant P. Fondo
Grant P. Fondo

DEFENDANT/CROSS-PLAINTIFF RIPPLE LABS INC.'S
NOTICE OF FILING SEALED PRIVATE KEY FOR IN CAMERA REVIEW
Case No. 15-cv-01503-WHO