1  Jessica Nall (State Bar No. 215149)
   jnall@fbm.com
2  Christopher C. Wheeler (State Bar No. 224872)
   cwheeler@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Plaintiff
   BITSTAMP LTD.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | BITSTAMP LTD., a foreign company, | Case No.  15-cv-01503-WHO
13 | Plaintiff, | **PROOF OF SERVICE**
14 | v. |
15 | RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive, |
18 | Defendants. |

20     I, Sharon M. Villalobos, declare:

21     I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 235 Montgomery Street, 17th Floor, San Francisco, California  94104.  My e-mail address is bheuss@fbm.com.  On July 31, 2015, I served a copy of the within document(s):

25     FARELLA BRAUN + MARTEL LLP INVOICE NO. 277471, DATED JULY 30, 2015

26  [X]  by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below on this date before 5:00 p.m.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PROOF OF SERVICE
Case No.  15-cv-01503-WHO

31652\4993685.1

| | |
|---|---|
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery. |
| ☐ | by arranging for personal delivery via messenger of the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |

Paul F. Rugani, Esq.
Orrick
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
Email: prugani@orrick.com

George Frost
Email: geofrost@comcast.net

Terry Gross
Gross Belsky Alonso LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Email: terry@gba-law.com

Grant P. Fondo
Nicole L. Chessari
Goodwin Procter LLP
125 Commonwealth Drive
Menlo Park, CA 94025-1105
Email: gfondo@goodwinprocter.com;
nchessari@goodwinprocter.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 31, 2015, at San Francisco, California.

*Sharon M. Villalobos*
SHARON M. VILLALOBOS

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
Case No. 15-cv-01503-WHO

- 2 -

31652\4993685.1