Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
**RIPPLE LABS INC.**

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO RETURN A PORTION OF THE DISPUTED FUNDS DEPOSITED WITH THE COURT** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | Dept.: Courtroom 2, 17th Floor |
| | Judge: Hon. William H. Orrick |
| Defendant. | |
| RIPPLE LABS INC., a California Corporation, | |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| Cross-Defendants. | |

1    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2,
2    Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS (collectively
3    "Individual Defendants"), Ripple Labs Inc. (collectively with the Individual Defendants,
4    "Defendants"), proposed intervenor STELLAR DEVELOPMENT FOUNDATION ("SDF") and
5    Plaintiff BITSTAMP LTD. (together, with Defendants and SDF, the "Parties"), through their
6    undersigned counsel, hereby file the following stipulated request for the Court to return
7    $63,991.76 of the Interpleader funds deposited with the Court back to Bitstamp, for delivery to
8    SDF.
9        WHEREAS, on March 31, 2015, Bitstamp acted to freeze certain accounts containing
10   $1,038,172;
11       WHEREAS, on April 1, 2015, Bitstamp initiated this action with the Court, representing
12   that there was an "issue in controversy over who is entitled to possess that $1,038,172" (Dkt. No.
13   1, at ¶ 22);
14       WHEREAS, on June 4, 2015, the Parties stipulated that Bitstamp would deposit
15   $1,038,172 (the "Disputed Funds") with the Court, which would be held until final adjudication of
16   this action;
17       WHEREAS, Bitstamp deposited $1,006,130.94 with the Court;
18       WHEREAS, Bitstamp, upon the deposit of these funds with the Court, released any freeze
19   it had placed on Ripple account r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX ("r3Q");
20       WHEREAS, the Parties agree to reduce the amount deposited with and held by the Court
21   in connection with the Interpleader action to $942,138.24;
22       WHEREAS, the Parties agree that Stephenson still retains $502.00 of the funds paid to him
23   by Ripple Labs for the XRP;
24       WHEREAS, the Parties agree to the release, by the Court, of $63,992.70 of the funds
25   deposited with the Court and that these funds should be transferred from the Court to Stellar
26   Development Foundation;
27       WHEREAS, no Party will be prejudiced by the relief requested in this Stipulation;
28

1     WHEREAS, all Parties' claims (including damages) and defenses are expressly preserved
2  and not waived by entering into this stipulation; and
3     WHEREAS, Stephenson agrees that rather than deposit with the Court the $502.00 he still
4  possesses from the funds transferred to him by Ripple Labs, he shall ensure that a balance of, at
5  least, $502.00 is retained in Ripple account r3Q  for the duration of this litigation and shall
6  constitute part of the Disputed Funds;
7     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
8  Parties that:
9     1.     The Court shall transfer $63,992.70 of the Interpleader funds to Stellar
10 Development Foundation by check or wire transfer as soon as reasonably practicable; and
11    2.     Stephenson shall ensure a balance of, at least, $502.00 is retained in Ripple
12 account r3Q for the duration of this litigation and shall constitute part of the Disputed Funds.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  August 5, 2015              Respectfully submitted,

                            By:  /s/ Grant P. Fondo
                                 Grant P. Fondo (SBN 181530)
                                 *gfondo@goodwinprocter.com*
                                 Nicole L. Chessari (SBN 259970)
                                 *nchessari@goodwinprocter.com*
                                 **GOODWIN PROCTER LLP**
                                 135 Commonwealth Drive
                                 Menlo Park, CA 94025-1105
                                 Tel.:  650.752.3100
                                 Fax.:  650.853.1038

                                 Richard M. Strassberg (*Pro Hac Vice*)
                                 *rstrassberg@goodwinprocter.com*
                                 **GOODWIN PROCTER LLP**
                                 The New York Times Building
                                 620 Eighth Avenue
                                 New York, NY 10018-1405
                                 Tel.:  212.813.8800
                                 Fax.:  212.355.3333

                                 *Attorneys for Defendant/Cross-Plaintiff*
                                 *Ripple Labs Inc.*

Dated: August 5, 2015					Respectfully submitted,

							By:	/s/ Paul F. Rugani
								Mark S. Parris (*pro hac vice*)
								*mparris@orrick.com*
								Paul F. Rugani (*pro hac vice)*
								*prugani@orrick.com*
								Andrew Ardinger (SBN 267417)
								*aardinger@orrick.com*
								**ORRICK, HERRINGTON & SUTCLIFFE LLP**
								701 Fifth Avenue
								Suite 5600
								Seattle, Washington 98104-7097
								Telephone: 206.839.4300
								Facsimile: 206.839.4301

								Gabriel M. Ramsey (SBN 209218)
								*gramsey@orrick.com*
								**ORRICK, HERRINGTON & SUTCLIFFE LLP**
								The Orrick Building
								405 Howard Street
								San Francisco, California 94105-2669
								Telephone: 415.773.5700
								Facsimile: 415.773.5759

								*Attorneys for Defendants*
								*Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated: August 5, 2015					Respectfully submitted,

							By:	/s/ Jessica Nall
								Jessica Nall (SBN 215149)
								*jnall@fbm.com*
								Christopher C. Wheeler (SBN 224872)
								*cwheeler@fbm.com*
								**Farella Braun + Martel LLP**
								235 Montgomery Street, 17th Floor
								San Francisco, CA 94104
								Telephone: 415.954.4400
								Facsimile: 415.954.4480

								*Attorneys for Plaintiff*
								*Bitstamp, Ltd.*

JOINT STIPULATION AND [PROPOSED] ORDER TO RETURN A PORTION OF THE DISPUTED FUNDS
DEPOSITED WITH THE COURT - Case No. 15-cv-01503-WHO

1  Dated: August 5, 2015                    Respectfully submitted,

2
                                     By:   /s/ Terry Gross
3                                          Terry Gross (SBN 103878)
                                           *terry@gba-law.com*
4                                          Adam C. Belsky (SBN 147800)
                                           *adam@gba-law.com*
5                                          **Gross Belsky Alonso LLP**
                                           One Sansome Street, Suite 3670
6                                          San Francisco, CA 94104
                                           Telephone: 415 554-0200
7                                          Facsimile: 415 544-0201
8
                                           *Attorneys for Proposed Intervenor-Defendant*
9                                          *Stellar Development Foundation*

10
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
11

12
    DATED:
13
                                           _____
14                                         HONORABLE WILLIAM H. ORRICK
                                           United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER TO RETURN A PORTION OF THE DISPUTED FUNDS
DEPOSITED WITH THE COURT - Case No. 15-cv-01503-WHO

**CIVIL L.R. 5-1 ATTESTATION**

I, Grant P. Fondo, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO RETURN A PORTION OF THE DISPUTED FUNDS DEPOSITED WITH COURT. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jessica Nall, counsel for Bitstamp Ltd., Paul Rugani, counsel for Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris, and Terry Gross, counsel for Stellar Development Foundation concurred to its filing.

Dated:  August 5, 2015         /s/  Grant P. Fondo
                                Grant P. Fondo

**CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on August 5, 2015.

/s/ Grant P. Fondo_____