UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BITSTAMP LTD.,
    Plaintiff,

v.

RIPPLE LABS INC., et al.,
    Defendants.

Case No. 15-cv-01503-WHO

**ORDER GRANTING STELLAR MOTION TO INTERVENE**

Re: Dkt. No. 39

Proposed intervenor-defendant Stellar Development Foundation moves to intervene in this matter pursuant to Federal Rule of Civil Procedure 24(a)(2), arguing that Ripple Labs's claims against Jed McCaleb and Jacob Stephenson has prevented it from using funds that it rightfully owns.[1] Dkt. No. 39. Rule 24(a)(2) provides that "[o]n timely motion, the court must permit anyone to intervene who . . . claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." FED. R. CIV. P. 24(a)(2). The parties do not oppose Stellar's motion to intervene, *see* Dkt. Nos. 92, 94, and there is no dispute that Stellar claims an interest in funds at issue in this action and otherwise satisfies Rule 24(a)(2). Stellar's motion to intervene is therefore GRANTED.

Bitstamp LTD. filed a response stating that while it does not oppose Stellar's motion to intervene, it opposes Stellar's proposed counterclaims against Bitstamp which, it argues, violate my order discharging Bitstamp from this interpleader action. Dkt. No. 94. Similarly, Ripple Labs

---

[1] The background of this matter is set forth in my orders at docket numbers 24 and 63.

1 filed a response stating that it does not oppose Stellar's motion to intervene but intends to move to
2 dismiss Stellar's counterclaims against it. Dkt. No. 92. As I stated at the oral argument, the
3 allegations in Stellar's proposed counterclaims and crossclaims are more developed and more
4 extensive than those which I addressed in connection with Bitstamp's motion for discharge.
5 Moreover, Stellar was not a party when Bitstamp was discharged and its allegations were therefore
6 not before me. Stellar is now a party and Bitstamp and Ripple Labs will need to respond to its
7 allegations in the regular course.

## CONCLUSION

Stellar's motion to intervene is GRANTED. Dkt. No. 39. Stellar shall file its answer, counterclaim and crossclaim as one separate docket entry within 7 days of this order.

**IT IS SO ORDERED**.

Dated: August 6, 2015



WILLIAM H. ORRICK
United States District Judge