1  Grant P. Fondo (SBN 181530)
   gfondo@goodwinprocter.com
2  Nicole L. Chessari (SBN 259970)
   nchessari@goodwinprocter.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025-1105
   Tel.: 650.752.3100
5  Fax.: 650.853.1038

6  Richard M. Strassberg (*Pro Hac Vice*)
   rstrassberg@goodwinprocter.com
7  **GOODWIN PROCTER LLP**
   The New York Times Building
8  620 Eighth Avenue
   New York, NY 10018-1405
9  Tel.: 212.813.8800
   Fax.: 212.355.3333
10
   Attorneys for Defendant/Cross-Plaintiff
11 **RIPPLE LABS INC.**

12 [*Additional counsel on signature page*]

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 15  BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| 16          Plaintiff, | **JOINT STIPULATION AND ORDER TO RETURN A PORTION OF THE DISPUTED FUNDS DEPOSITED WITH THE COURT** |
| 17     v. | |
| 18  RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, | Dept.:  Courtroom 2, 17th Floor |
| 19  NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 | Judge: Hon. William H. Orrick |
| 20  Through 10, Inclusive, | |
| 21          Defendant. | |
| 22 | |
| 23  RIPPLE LABS INC., a California Corporation, | |
|          Cross-Plaintiff, | |
| 24 | |
| 25     v. | |
| 26  JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| 27 | |
| 28          Cross-Defendants. | |

JOINT STIPULATION AND [PROPOSED] ORDER TO RETURN A PORTION OF THE DISPUTED FUNDS
DEPOSITED WITH THE COURT - Case No. 15-cv-01503-WHO

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS (collectively "Individual Defendants"), Ripple Labs Inc. (collectively with the Individual Defendants, "Defendants"), proposed intervenor STELLAR DEVELOPMENT FOUNDATION ("SDF") and Plaintiff BITSTAMP LTD. (together, with Defendants and SDF, the "Parties"), through their undersigned counsel, hereby file the following stipulated request for the Court to return $63,991.76 of the Interpleader funds deposited with the Court back to Bitstamp, for delivery to SDF.

WHEREAS, on March 31, 2015, Bitstamp acted to freeze certain accounts containing $1,038,172;

WHEREAS, on April 1, 2015, Bitstamp initiated this action with the Court, representing that there was an "issue in controversy over who is entitled to possess that $1,038,172" (Dkt. No. 1, at ¶ 22);

WHEREAS, on June 4, 2015, the Parties stipulated that Bitstamp would deposit $1,038,172 (the "Disputed Funds") with the Court, which would be held until final adjudication of this action;

WHEREAS, Bitstamp deposited $1,006,130.94 with the Court;

WHEREAS, Bitstamp, upon the deposit of these funds with the Court, released any freeze it had placed on Ripple account r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX ("r3Q");

WHEREAS, the Parties agree to reduce the amount deposited with and held by the Court in connection with the Interpleader action to $942,138.24;

WHEREAS, the Parties agree that Stephenson still retains $502.00 of the funds paid to him by Ripple Labs for the XRP;

WHEREAS, the Parties agree to the release, by the Court, of $63,992.70 of the funds deposited with the Court and that these funds should be transferred from the Court to Stellar Development Foundation;

WHEREAS, no Party will be prejudiced by the relief requested in this Stipulation;

1    WHEREAS, all Parties' claims (including damages) and defenses are expressly preserved
2  and not waived by entering into this stipulation; and
3    WHEREAS, Stephenson agrees that rather than deposit with the Court the $502.00 he still
4  possesses from the funds transferred to him by Ripple Labs, he shall ensure that a balance of, at
5  least, $502.00 is retained in Ripple account r3Q for the duration of this litigation and shall
6  constitute part of the Disputed Funds;
7    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
8  Parties that:
9    1.   The Court shall transfer $63,992.70 of the Interpleader funds to Stellar
10  Development Foundation by check or wire transfer as soon as reasonably practicable; and
11   2.   Stephenson shall ensure a balance of, at least, $502.00 is retained in Ripple
12  account r3Q for the duration of this litigation and shall constitute part of the Disputed Funds.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  August 5, 2015                    Respectfully submitted,

                                By:  /s/ Grant P. Fondo
                                     Grant P. Fondo (SBN 181530)
                                     *gfondo@goodwinprocter.com*
                                     Nicole L. Chessari (SBN 259970)
                                     *nchessari@goodwinprocter.com*
                                     **GOODWIN PROCTER LLP**
                                     135 Commonwealth Drive
                                     Menlo Park, CA 94025-1105
                                     Tel.:  650.752.3100
                                     Fax.:  650.853.1038

                                     Richard M. Strassberg (*Pro Hac Vice*)
                                     *rstrassberg@goodwinprocter.com*
                                     **GOODWIN PROCTER LLP**
                                     The New York Times Building
                                     620 Eighth Avenue
                                     New York, NY 10018-1405
                                     Tel.:  212.813.8800
                                     Fax.:  212.355.3333

                                     *Attorneys for Defendant/Cross-Plaintiff
                                     Ripple Labs Inc.*

| | |
|---|---|
| Dated: August 5, 2015 | Respectfully submitted, |
| | By: /s/ Paul F. Rugani |
| | Mark S. Parris (*pro hac vice*) |
| | *mparris@orrick.com* |
| | Paul F. Rugani (*pro hac vice)* |
| | *prugani@orrick.com* |
| | Andrew Ardinger (SBN 267417) |
| | *aardinger@orrick.com* |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | 701 Fifth Avenue |
| | Suite 5600 |
| | Seattle, Washington 98104-7097 |
| | Telephone: 206.839.4300 |
| | Facsimile: 206.839.4301 |
| | |
| | Gabriel M. Ramsey (SBN 209218) |
| | *gramsey@orrick.com* |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | The Orrick Building |
| | 405 Howard Street |
| | San Francisco, California 94105-2669 |
| | Telephone: 415.773.5700 |
| | Facsimile: 415.773.5759 |
| | |
| | *Attorneys for Defendants* |
| | *Jed McCaleb, Jacob Stephenson, and Nancy Harris* |
| | |
| Dated: August 5, 2015 | Respectfully submitted, |
| | By: /s/ Jessica Nall |
| | Jessica Nall (SBN 215149) |
| | *jnall@fbm.com* |
| | Christopher C. Wheeler (SBN 224872) |
| | *cwheeler@fbm.com* |
| | **Farella Braun + Martel LLP** |
| | 235 Montgomery Street, 17th Floor |
| | San Francisco, CA 94104 |
| | Telephone: 415.954.4400 |
| | Facsimile: 415.954.4480 |
| | |
| | *Attorneys for Plaintiff* |
| | *Bitstamp, Ltd.* |

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO RETURN A PORTION OF THE DISPUTED FUNDS
DEPOSITED WITH THE COURT - Case No. 15-cv-01503-WHO

1 | Dated:  August 5, 2015

Respectfully submitted,

By:  /s/ Terry Gross
Terry Gross (SBN 103878)
*terry@gba-law.com*
Adam C. Belsky (SBN 147800)
*adam@gba-law.com*
**Gross Belsky Alonso LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

*Attorneys for Proposed Intervenor-Defendant Stellar Development Foundation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 7, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge