UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BITSTAMP LTD.,

        Plaintiff,

    v.

RIPPLE LABS INC., et al.,

        Defendants.

Case No.  15-cv-01503-WHO

**ORDER REGARDING SEALED FILING**

Pursuant to my order of July 29, 2015 (Dkt. No. 110), on July 31, 2015, Ripple Labs submitted to the Court for in camera review a sealed envelope containing the private key allowing access to the XRP. This filing shall be referenced as "sealed document" on the Court docket and deemed filed as of the date of this order. The unopened envelope shall be maintained in the sealed files of the Clerk's Office and shall not be accessed, except as future order of this Court regarding its transfer or return may direct. If no order regarding the disposition of the key should prove necessary, the key shall be returned to lead counsel for Ripple Labs by the Clerk of Court upon the disposition of the case, or as soon thereafter as practicable.

**IT IS SO ORDERED**.

Dated: August 19, 2015

                                              WILLIAM H. ORRICK
United States District Judge