Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>           Plaintiff,<br><br>    v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br><br>           Defendants.<br><br>RIPPLE LABS INC., a California corporation,<br><br>           Cross-Plaintiff,<br><br>    v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1-10, inclusive,<br><br>           Cross-Defendants. | Case No.  15-cv-01503-WHO<br><br>**ORDER GRANTING BITSTAMP LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL (1)** *EXHIBITS A* **AND** *D* **TO THE REPLY DECLARATION OF JEAN-BAPTISTE GRAFTIEAUX; (2) PORTIONS OF ITS REPLY BRIEF IN SUPPORT OF MOTION FOR AN ORDER OF DISCHARGE; AND (3) PORTIONS OF THE GRAFTIEAUX REPLY DECLARATION IN SUPPORT OF THE MOTION FOR AN ORDER OF DISCHARGE** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ORDER GRANTING ADMIN MOTION TO FILE
UNDER SEAL
Case No.  15-cv-01503-WHO

31652\4919078.1

This matter comes before the Court on Plaintiff Bitstamp Ltd.'s ("Bitstamp") Administrative Motion for Leave to File Under Seal (1) *EXHIBITS A* and *D* to the Reply Declaration of Jean-Baptiste Graftieaux; (2) Portions of its Reply Brief in Support of Motion for an Order of Discharge; and (3) Portions of the Graftieaux Reply Declaration in Support of the Motion for an Order of Discharge.

Having considered Bitstamp's motion and supporting papers, as well as the pleadings and materials lodged in this matter, the Court finds Bitstamp has satisfied the applicable "compelling reasons" standard to justify sealing, *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-82 (9th Cir. 2006), and **GRANTS** the motion to seal as follow:

**IT IS HEREBY ORDERED** that the following documents or designated portions thereof should be sealed and Bitstamp may file the following under seal:

| Portion of Document Sought To Be Sealed | Justification |
| --- | --- |
| Exhibit A to the Graftieaux Declaration (Wheeler Decl. Ex. 1) is Bitstamp Europe S.A.'s Anti-Money Laundering and Counter Terrorist Financing Policy ("AML Policy"). Exhibit A shall be sealed in its entirety. | Exhibit A – Bitstamp's AML Policy – is a trade secret, and additionally, if disclosed, this information would provide the general public insight into Bitstamp's anti-money laundering and counter-terrorism financing efforts. |
| Exhibit D to the Graftieaux Declaration (Wheeler Decl. Ex. 2) is a letter from the United States Attorneys' Office for the Northern District of California related to issues presently before the Court (the "Letter from the U.S. Attorneys' Office"). Exhibit D shall be sealed in its entirety. | Exhibit D – the "Letter from the U.S. Attorneys' Office" – reflects communications from the government and public disclosure of this information could hinder the government's ability to conduct pre-indictment investigations. |
| Reply Brief at 1:17-19; 1:20; 1:21-23; 5:6-10; 6:19; 7:5-14. These identified redacted portions of the Reply Brief shall be sealed. | These sections quote from, summarize, or relate to the contents of Exhibit A or D and should thus be sealed. These redactions reflect the narrowest possible tailoring to protect sealable material. |
| Graftieaux Reply Declaration at 1:18-23; 1:25-2:11; 2:14; 2:27-3:7. These identified redacted portions of the Graftieaux Reply Declaration shall be sealed. | *Id.* |

**IT IS SO ORDERED.**

Dated:  August 24, 2015

_____
William H. Orrick
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ORDER GRANTING ADMIN MOTION TO FILE UNDER SEAL
Case No.  15-cv-01503-WHO

- 2 -

31652\4919078.1