Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Kelly A. Woodruff (State Bar No. 160235)
kwoodruff@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Bitstamp Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>    Defendants. | Case No. 15-cv-01503-WHO<br><br>**BITSTAMP LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS SPECIAL MOTION TO STRIKE COUNTERCLAIM**<br><br>**(L.R. 79-5)** |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>    Counterclaimant and Crossclaimant,<br><br>    vs.<br><br>RIPPLE LABS INC., a California Corporation, GEORGE FROST, an individual, BITSTAMP LTD., a foreign company, and DOES 1 Through 20, inclusive,<br><br>    Cross-Defendants and Counter-Defendants. | Date:     October 7, 2015<br>Time:    2:00 p.m.<br>Judge:   Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL
Case No. 15-cv-01503-WHO

31652\5030152.1

# NOTICE OF MOTION AND MOTION

Pursuant to Civil Local Rule 79-5(d) and the Court's Standing Order on Administrative Motions to File Under Seal ("Standing Order on Sealing"), Plaintiff Bitstamp Ltd. ("Bitstamp") respectfully moves for an order authorizing the filing under seal certain portions of Bitstamp's Special Motion to Strike Counterclaim.  Accordingly, pursuant to the Court's Standing Order on Sealing, Counsel for Bitstamp states the following:

1. Counsel for Bitstamp, the filing party, certifies that they have reviewed and complied with the "Standing Order on Sealing;"

2. Counsel for Bitstamp, the filing party, certifies that they have reviewed and complied with Civil Local Rule 79-5;

3. Counsel for Bitstamp has identified the portions of the Special Motion to Strike Counterclaim proposed to be sealed;

4. Bitstamp previously designated all of the materials sought to be sealed as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," pursuant to the Stipulated Protective Order agreed to by the parties.

5. Bitstamp provides the following bases for sealing portions thereof:

**Special Motion to Strike at 3:6-15, 3:25-26.**

The Special Motion to Strike references documents for which the Court previously granted Bitstamp leave to file under seal.  *See* Docket No. 126 at 2 (Order granting leave to file under seal Exhibit A to the Graftieaux Declaration (Docket No. 57-1) (Bitstamp Europe S.A.'s Anti-Money Laundering and Counter Terrorist Financing Policy ("AML Policy")) and Exhibit D thereto (Docket No. 57-4) ("Letter from the U.S. Attorney's Office")).  *See also* Docket No. 58 (Bitstamp's Administrative Motion for Leave to File Under Seal Exs. A and D, which further explains the original compelling justifications for sealing these exhibits).

On August 24, 2015, the Court granted Bitstamp leave to file the AML Policy under seal as it constitutes a trade secret, that if disclosed, would provide the general public insight into Bitstamp's anti-money laundering and counter-terrorism financing efforts.  The Court also granted Bitstamp leave to file the Letter from the U.S. Attorneys' Office under seal as it reflects

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADMINISTRATIVE MOTION FOR LEAVE TO
FILE UNDER SEAL                                       - 1 -
Case No.  15-cv-01503-WHO

31652\5030152.1

communications from the government and public disclosure of this information could hinder the government's ability to conduct pre-indictment investigations.

The Special Motion to Strike at page 3:6-15 references content from Exhibit A – Bitstamp's AML policy.  The Special Motion to Strike at page 3:25-26 references content from Exhibit D – the Letter from the U.S. Attorneys' Office.  Accordingly, for the same "compelling reasons" that justified sealing in Bitstamp's previous administrative motion for leave to file under seal, *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), Bitstamp should be granted leave to file under seal the above-identified portions of the Special Motion to Strike.  These redactions reflect the narrowest possible tailoring to protect sealable material.

6. All other materials required by the Local Rule, including courtesy copies to the Court in the correct format, have or will be provided.  *See* CIVIL L.R. 79-5(d).  Unredacted versions of Bitstamp's Special Motion to Strike Counterclaim have been filed under seal along with this Motion, pursuant to Civil Local Rule 79-5(d)(1)(D).

For the foregoing reasons, the Court should grant Bitstamp's Administrative Motion for Leave to File Portions of Bitstamp's Special Motion to Strike Counterclaim under seal.

Dated: September 1, 2015                                FARELLA BRAUN + MARTEL LLP

By: */s/ Kelly A. Woodruff*
Kelly A. Woodruff
Attorneys for Plaintiff BITSTAMP LTD.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADMINISTRATIVE MOTION FOR LEAVE TO
FILE UNDER SEAL
Case No.  15-cv-01503-WHO

- 2 -

31652\5030152.1