Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Kelly A. Woodruff (State Bar No. 160235)
kwoodruff@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>　　　　　　Defendants. | Case No.  15-cv-01503-WHO<br><br>**DECLARATION OF KELLY A. WOODRUFF IN SUPPORT OF BITSTAMP LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS SPECIAL MOTION TO STRIKE COUNTERCLAIM**<br><br>**(L.R. 79-5)**<br><br>Date:　　　　October 7, 2015<br>Time:　　　　2:00 p.m.<br>Judge:　　　　Hon. William H. Orrick<br>Courtroom:　2, 17th Floor |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>　　　　Counterclaimant and Crossclaimant,<br><br>　　vs.<br><br>RIPPLE LABS INC., a California Corporation, GEORGE FROST, an individual,  BITSTAMP LTD., a foreign company, and DOES 1 Through 20, inclusive,<br><br>　　　　Cross-Defendants and Counter-Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

WOODRUFF DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO FILE UNDER SEAL
Case No.  15-cv-01503-WHO

31652\5030211.1

I, Kelly A. Woodruff, declare:

1. I am a partner at the law firm Farella Braun + Martel LLP, counsel for Bitstamp Ltd. ("Bitstamp") in this action. I have personal knowledge of the facts stated herein, and could and would testify competently to the matters stated.

2. I have reviewed Bitstamp's Special Motion to Strike, and it references documents for which the Court previously granted Bitstamp leave to file under seal on August 24, 2015. *See* Docket No. 126 at 2 (Order granting leave to file under seal Exhibit A to the Graftieaux Declaration (Docket No. 57-1) (Bitstamp Europe S.A.'s Anti-Money Laundering and Counter Terrorist Financing Policy ("AML Policy")) and Exhibit D thereto (Docket No. 57-4) ("Letter from the U.S. Attorney's Office")). The compelling justifications for this sealing are discussed in Bitstamp's Administrative Motion for Leave to File Under Seal Exs. A and D. *See also* Docket No. 58.

3. Specifically, the Special Motion to Strike at page 3:6-15 references content from Exhibit A – Bitstamp's AML policy. The Special Motion to Strike at page 3:25-26 references content from Exhibit D – the Letter from the U.S. Attorneys' Office.

4. By the Administrative Motion for Leave to File Under Seal, Bitstamp requests that the sealing of an unredacted version of Bitstamp's Motion to Strike, which contains the previously sealed information.

5. These redactions reflect the narrowest possible tailoring to protect sealable material.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 1st day of September, 2015, at San Francisco, California.

*/s/ Kelly A. Woodruff*

Kelly A. Woodruff

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

WOODRUFF DECLARATION IN SUPPORT OF
MOTION FOR LEAVE TO FILE UNDER SEAL       - 2 -
Case No. 15-cv-01503-WHO

31652\5030211.1