| | |
|---|---|
| 1 | Jessica Nall (State Bar No. 215149) |
|   | jnall@fbm.com |
| 2 | Kelly A. Woodruff (State Bar No. 160235) |
|   | kwoodruff@fbm.com |
| 3 | Christopher C. Wheeler (State Bar No. 224872) |
|   | cwheeler@fbm.com |
| 4 | Farella Braun + Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 5 | San Francisco, CA  94104 |
|   | Telephone:  (415) 954-4400 |
| 6 | Facsimile:  (415) 954-4480 |
| 7 | Attorneys for Plaintiff |
|   | BITSTAMP LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No.  15-cv-01503-WHO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING BITSTAMP LTD.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS SPECIAL MOTION TO STRIKE COUNTERCLAIM** |
| v. | |
| RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive, | **(L.R. 79-5)** |
| Defendants. | |
| RIPPLE LABS INC., a California corporation, | Date:       October 7, 2015 |
|   | Time:       2:00 p.m. |
| Cross-Plaintiff, | Judge:      Hon. William H. Orrick |
|   | Courtroom:  2, 17th Floor |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1-10, inclusive, | |
| Cross-Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ADMIN
MOTION TO FILE UNDER SEAL
Case No.  15-cv-01503-WHO

31652\5030236.1

1   This matter comes before the Court on Plaintiff Bitstamp Ltd.'s ("Bitstamp")
2   Administrative Motion for Leave to File Under Seal Portions of its Special Motion to Strike
3   Counterclaim.  Having considered Bitstamp's motion and supporting papers, as well as the
4   pleadings and materials lodged in this matter, the Court finds Bitstamp has satisfied the applicable
5   "compelling reasons" standard to justify sealing, *see Kamakana v. City & Cnty. of Honolulu*, 447
6   F.3d 1172, 1178-82 (9th Cir. 2006), and **GRANTS** the motion to seal as follow:

**IT IS HEREBY ORDERED** that the following designated portions of the Special
Motion to Strike Counterclaim should be sealed and Bitstamp may file the following under seal:

| Portion of Document Sought To Be Sealed | Justification |
|---|---|
| Special Motion to Strike Counterclaim at 3:6-15, 3:25-26.<br><br>These identified redacted portions of the Special Motion to Strike Counterclaim shall be sealed. | These sections quote from, summarize, or relate to the contents of Exhibit A to the Grafieaux Declaration (Docket No. 57-1) (Bitstamp Europe S.A.'s Anti-Money Laundering and Counter Terrorist Financing Policy ("AML Policy")) and Exhibit D thereto (Docket No. 57-4) ("Letter from the U.S. Attorney's Office")).  Exhibit A or D were sealed by the Court on August 24, 2015. *See* Docket No. 126 at 2.  The same compelling justifications that warranted sealing of the underlying exhibits warrants sealing of the portions of the Special Motion to Strike that summarize the contents thereof.  These redactions reflect the narrowest possible tailoring to protect sealable material. |

**IT IS SO ORDERED.**

Dated: _____

_____
William H. Orrick
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ADMIN
MOTION TO FILE UNDER SEAL                - 2 -
Case No.  15-cv-01503-WHO

31652\5030236.1