Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Kelly A. Woodruff (State Bar No. 160235)
kwoodruff@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., a California corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No.  15-cv-01503-WHO<br><br>**DECLARATION OF KELLY WOODRUFF IN SUPPORT OF BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM**<br><br>Date:　　　October 7, 2015<br>Time:　　　2:00 p.m.<br>Judge:　　　Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |
| RIPPLE LABS INC., a California corporation,<br><br>　　　　　　　Cross-Plaintiff,<br><br>　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　　Cross-Defendants. | |

WOODRUFF DECL. ISO MOTION TO STRIKE
Case No.  15-cv-01503-WHO

I, Kelly A. Woodruff, declare as follows:

1. I am a partner at the law firm Farella Braun + Martel LLP ("Farella"), counsel for Bitstamp Ltd. ("Bitstamp") in this action. I have personal knowledge of the facts stated herein, and could and would testify competently to the matters stated.

2. I am the Farella attorney primarily responsible for researching and drafting Bitstamp's Special Motion to Strike Counterclaim ("Motion"), with assistance as needed by my associate Christoffer Lee.

3. I graduated *magna cum laude* and Order of the Coif from University of California, Hastings College of the Law in 1992. While at Hastings, I received the Milton D. Green Award (first in class) and was Senior Executive Editor of the *Hastings Law Journal*. After law school, I served as a judicial law clerk to the Honorable David A. Ezra, United States District Court for the District of Hawaii, and the Honorable James R. Browning, Ninth Circuit Court of Appeals. I am admitted to practice in the State of California, each of the federal District Courts in California, the Ninth Circuit and Federal Circuit Court of Appeals, and the United States Supreme Court. My standard billing rate is $790 per hour, but for my work in this matter, we have agreed to charge the client a substantially reduced hourly rate of $640.

4. Christoffer Lee earned his J.D. from the University of California Hastings College of the Law in 2011, where he graduated *magna cum laude*. He graduated from Santa Clara University Phi Beta Kappa and *summa cum laude*, earning a B.S. in Political Science and a B.A. in Philosophy. Mr. Lee served as a law clerk for the Honorable Thelton Henderson of the United States District Court, Northern District of California in San Francisco. Mr. Lee is an adjunct faculty member at the University of California Hastings College of the Law, where he teaches Legal Writing & Research and Moot Court. His standard billing rate for 2015, and his billing rate for this matter, is $430 per hour.

5. Farella's work in preparing Bitstamp's Motion involved: reviewing Stellar Development Foundation's ("SDF") Counterclaim against Bitstamp, and comparing the allegations in the Counterclaim with those made by SDF in its Motion to Dismiss and its Opposition to Bitstamp's Motion for Discharge, as well as comparing them to this Court's Order

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

WOODRUFF DECL. ISO MOTION TO STRIKE
Case No.  15-cv-01503-WHO
- 2 -

on Discharge; conducting legal research on collateral estoppel, res judicata and law of the case; conducting legal research on the California litigation privilege; drafting the Motion, including reviewing and incorporating evidence from earlier declarations filed in the case; and drafting the Administrative Motion to Seal and accompanying papers.

6. I have reviewed each time entry for attorneys and paralegals spent working on the Motion during the month of August. To date, Bitstamp has incurred the following fees in connection with researching and drafting the Motion:

| Name | Position | Hours | Rate | Fees |
| --- | --- | --- | --- | --- |
| Kelly Woodruff | Partner | 26.3 | $640 | $16,832.00 |
| Christoffer Lee | Associate | 6.8 | $430 | $2,924.00 |
| Charity Van Dyke | Senior Paralegal | 2.8 | $300 | $840.00 |
| Dianne Marengio | Senior Paralegal | 3.2 | $295 | $944.00 |
| **TOTAL ATTORNEYS' FEES** | | | | **$21,540.00** |

7. In addition, Bitstamp incurred $1,295.50 in computerized research and $13.20 in printing and photocopying charges. Therefore, the costs incurred by Bitstamp to date in researching and preparing this Motion and accompanying papers amount to **$1,308.70**.

8. In total, the fees and costs Bitstamp incurred for Farella researching and drafting the Motion and accompanying papers is **$22,848.70.**

9. I will prepare an additional declaration in connection with Bitstamp's Reply Brief to support any fees and costs incurred in preparing that brief and preparing for and attending the hearing.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

WOODRUFF DECL. ISO MOTION TO STRIKE
Case No.  15-cv-01503-WHO

- 3 -

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed this 1st day of September, 2015 at San Francisco, California.

*/s/ Kelly A. Woodruff*
Kelly A. Woodruff

31652\5031215.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

WOODRUFF DECL. ISO MOTION TO STRIKE
Case No.  15-cv-01503-WHO
- 4 -