Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Kelly A. Woodruff (State Bar No. 160235)
kwoodruff@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>          Plaintiff,<br><br>   vs.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>          Defendants. | CASE NO. 3:15-cv-1503 WHO<br><br>**[PROPOSED] ORDER GRANTING BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM**<br><br>Date:        October 7, 2015<br>Time:       2:00 p.m.<br>Judge:      Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>         Counterclaimant and Crossclaimant,<br><br>   vs.<br><br>RIPPLE LABS INC., a California Corporation, GEORGE FROST, an individual, BITSTAMP LTD., a foreign company, and DOES 1 Through 20, inclusive,<br><br>         Cross-Defendants and Counter-Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOT. TO
STRIKE COUNTERCLAIM
Case No. 3:15-cv-1503 WHO

31652\5029879.1

1  Plaintiff and Counter-Defendant Bitstamp Ltd.'s ("Bitstamp") Special Motion to Strike
2  Counterclaim ("Motion") came for hearing before this Court, the Honorable William H. Orrick
3  presiding, on October 7, 2015.  The Court having considered all papers filed in support of and in
4  opposition to the Motion, the record in this action, and the oral argument of counsel, and for good
5  cause shown,

6  IT IS HEREBY ORDERED THAT Bitstamp's Motion is GRANTED, and Stellar
7  Development Foundation's First Claim for Relief Against Bitstamp is stricken from the
8  Counterclaim.

9  IT IS FURTHER ORDERED THAT Bitstamp is entitled to recover attorneys' fees in the
10 amount of  $_____ and costs in the amount $_____, for a total amount of
11 $_____.

12 **IT IS SO ORDERED.**

15 Dated: _____

WILLIAM H. ORRICK
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOT. TO
STRIKE COUNTERCLAIM
Case No. 3:15-cv-1503 WHO

31652\5029879.1