Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Kelly A. Woodruff (State Bar No. 160235)
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company, <br><br> Plaintiff, <br><br> vs. <br><br> RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, <br><br> Defendants. | CASE NO. 3:15-cv-1503 WHO <br><br> **PROOF OF SERVICE OF BITSTAMP'S UNREDACTED & REDACTED SPECIAL MOTION TO STRIKE COUNTERCLAIM** <br><br> Date: October 7, 2015 <br> Time: 2:00 p.m. <br> Judge: Hon. William H. Orrick <br> Courtroom: 2, 17th Floor |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation, <br><br> Counterclaimant and Crossclaimant, <br><br> vs. <br><br> RIPPLE LABS INC., a California Corporation, GEORGE FROST, an individual, BITSTAMP LTD., a foreign company, and DOES 1 Through 20, inclusive, <br><br> Cross-Defendants and Counter-Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
Case No. 15-cv-01503-WHO

31652\5031778.1

I, Sharon M. Villalobos, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. My e-mail address is svillalobos@fbm.com. On September 1, 2015, I caused to be served a copy of the within document(s):

BITSTAMP'S [UNREDACTED] SPECIAL MOTION TO STRIKE COUNTERCLAIM; and
BITSTAMP'S [REDACTED] SPECIAL MOTION TO STRIKE COUNTERCLAIM

[X] by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below on this date.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

[ ] by arranging for personal delivery via messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

| | |
|---|---|
| Paul F. Rugani<br>Orrick<br>701 5th Avenue, Suite 5600<br>Seattle, WA 98104-7097<br>Email: prugani@orrick.com | Spencer Hosie<br>Hosie Rice LLP<br>Transamerica Pyramid, 34th Floor<br>600 Montgomery Street<br>San Francisco, CA 94111<br>Email: shosie@hosielaw.com |
| Terry Gross<br>Gross Belsky Alonso LLP<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104<br>Email: terry@gba-law.com | Grant P. Fondo<br>Nicole L. Chessari<br>Goodwin Procter LLP<br>125 Commonwealth Drive<br>Menlo Park, CA 94025-1105<br>Email: gfondo@goodwinprocter.com;<br>nchessari@goodwinprocter.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
Case No. 15-cv-01503-WHO

- 2 -

31652\5031778.1

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3  Executed on September 1, 2015 at San Francisco, California.

*[signature]*
Sharon M. Villalobos

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PROOF OF SERVICE
Case No.  15-cv-01503-WHO

- 3 -

31652\5031778.1