SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
ANTHONY K. LEE (CA Bar No. 156018)
alee@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Cross-Defendant George Frost*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　Plaintiff,<br>　v.<br><br>RIPPLE LABS, Inc., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br>　　　　Defendants.<br><br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>　　　　Counterclaimant and<br>　　　　Crossclaimant<br>　v.<br><br>RIPPLE LABS, INC, a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20 inclusive,<br><br>　　　　Cross-Defendants and<br>　　　　Counter-Defendant. | Case No. 15-CV-01503-WHO<br><br>**NOTICE OF APPEARANCE OF DIANE S. RICE** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Diane S. Rice (CA Bar No. 118303) of Hosie Rice LLP hereby appears in the above-entitled action as counsel for Cross-Defendant George Frost.  The undersigned requests that copies of all briefs, motions, orders, correspondence and other papers be served upon Ms. Rice at her address listed below:

Diane S. Rice
drice@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

Dated:  September 10, 2015            HOSIE RICE LLP


By: */s/ Diane S. Rice*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
ANTHONY K. LEE (CA Bar No. 156018)
alee@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Cross-Defendant George Frost*