SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
ANTHONY K. LEE (CA Bar No. 156018)
alee@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Cross-Defendant George Frost*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-CV-01503-WHO |
| Plaintiff, | |
| v. | |
| RIPPLE LABS, Inc., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive, | **NOTICE OF APPEARANCE OF DARRELL R. ATKINSON** |
| Defendants. | |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation, | |
| Counterclaimant and Crossclaimant | |
| v. | |
| RIPPLE LABS, INC, a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20 inclusive, | |
| Cross-Defendants and Counter-Defendant. | |

1    TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE THAT Darrell R. Atkinson (CA Bar No. 280564) of

3    Hosie Rice LLP hereby appears in the above-entitled action as counsel for Cross-

4    Defendant George Frost.  The undersigned requests that copies of all briefs, motions,

5    orders, correspondence and other papers be served upon Mr. Atkinson at his address

6    listed below:

7

8                          Darrell R. Atkinson
                          datkinson@hosielaw.com
9                          HOSIE RICE LLP
                          Transamerica Pyramid
10                        600 Montgomery Street, 34th Floor
                          San Francisco, CA 94111
11                         (415) 247-6000 Tel.
                          (415) 247-6001 Fax
12

13   Dated:  September 10, 2015          HOSIE RICE LLP

14

15                                       By: */s/ Darrell R. Atkinson*
                                         SPENCER HOSIE (CA Bar No. 101777)
16                                       shosie@hosielaw.com
                                         DIANE S. RICE (CA Bar No. 118303)
17                                       drice@hosielaw.com
                                         ANTHONY K. LEE (CA Bar No. 156018)
18                                       alee@hosielaw.com
                                         DARRELL R. ATKINSON (CA Bar No. 280564)
19                                       datkinson@hosielaw.com
                                         HOSIE RICE LLP
20                                       Transamerica Pyramid, 34th Floor
                                         600 Montgomery Street
21                                       San Francisco, CA 94111
                                         (415) 247-6000 Tel.
22                                       (415) 247-6001 Fax
23
                                         *Attorneys for Cross-Defendant George Frost*
24

25

26

27

28
     NOTICE OF APPEARANCE OF              1              CASE NO. 15-CV-01503-WHO
     DARRELL R. ATKINSON