Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
Monique Alonso, monique@gba-law.com (SBN 127078)
Gross Belsky Alonso LLP
1 Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Plaintiff
Maurice Caldwell

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS, INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 15-cv-01503-WHO<br><br>**EMERGENCY ADMINISTRATIVE MOTION BY DEFENDANT STELLAR DEVELOPMENT FOUNDATION TO CONTINUE DEADLINE FOR OPPOSITION TO BITSTAMP, LTD.'S SPECIAL MOTION TO STRIKE COUNTERCLAIM AND ASSOCIATED DEADLINES; [PROPOSED] ORDER** |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation, RIPPLE LABS, INC., a California Corporation,<br><br>　　　　　Counterclaimant and<br>　　　　　Crossclaimant,<br><br>　　v.<br><br>RIPPLE LABS INC., a California Corporation, GEORGE FROST, an individual, BITSTAMP LTD., a foreign company, and DOES 1 through 20, inclusive,<br><br>　　　　　Cross-Defendants and<br>　　　　　Counter-Defendants. | Dept:　　Courtroom 2, 17th Floor<br>Judge:　Hon. William H. Orrick<br><br>[Local Rules 6-1, 6-3 and 7-11] |

**INTRODUCTION**

Due to counsel's severe illness, Stellar Development Foundation ("SDF") makes this Emergency Administrative Motion pursuant to Local Rules 6-1, 6-3 and 7-11, requesting a one-week extension of the deadline to oppose the Special Motion to Strike Counterclaim, Docket 130, ("Special Motion") filed by Bitstamp Ltd. ("Bitstamp").  Despite its best efforts, and opposing counsel's knowledge of the illness of SDF's counsel, SDF has been unable to obtain a stipulation from Bitstamp's counsel to move the opposition deadline.  Due to the approaching deadline to oppose the Special Motion, SDF makes this request on an emergency basis, requesting that the Court rule prior to the current opposition deadline of Tuesday, September 15, 2015.

SDF is represented by a small law firm and during the pendency of Bitstamp's Special Motion, the attorney primarily responsible for responding to this motion, Adam Belsky, has been severely ill.  The other attorney at the firm involved in this matter, Terry Gross, has been out of the office on vacation.  Declaration of Terry Gross in Support of Emergency Administrative Motion by Defendant Stellar Development Foundation to Continue Deadline for Opposition to Bitstamp Ltd.'s Special Motion to Strike Counterclaim and Associated Hearing Date ("Gross Decl."), ¶¶ 3, 6-7.  An extension could not have been previously sought because Mr. Belsky has been ill and unable to do any work since September 5 and, as was known to Bitstamp when filing its Special Motion, both Mr. Belsky and Mr. Gross were out of the office on vacation. *Id*. ¶¶ 4, 6-7.  Absent an extension it will be very difficult for SDF to meet the current deadline of September 15, 2015 to file its opposition. *Id*. ¶ 10.

SDF requested a one-week extension from Bitstamp due to Mr. Belsky's illness.  SDF also informed Bitstamp that it would be filing a motion for discovery in order to oppose Bitstamp's special motion to strike.  Bitstamp responded that it could agree to an extension for SDF to respond to the special motion to strike due to counsel's illness, but only if SDF "guarantees us that you won't use the time to seek discovery." *Id*. ¶¶ 8-9 and Ex. A.  SDF's

counsel was unable to waive its client's rights to seek discovery, and thus could not agree to this condition.

Accordingly, SDF requests a one-week extension to file its opposition until Tuesday, September 22, 2015. To allow this Court sufficient time to review the parties' papers prior to the hearing, SDF requests a corresponding one-week extension to the hearing date – moving the hearing to Wednesday, October 14, 2015.

## ARGUMENT

### I. SDF HAS SHOWN GOOD CAUSE FOR A ONE-WEEK EXTENSION TO FILE AN OPPOSITION TO BITSTAMP'S SPECIAL MOTION TO STRIKE

On August 12, 2015, SDF filed its Answer and Counterclaim and Crossclaim, Docket 122, ("counterclaim").

On September 1, 2015, Bitstamp and SDF engaged in a telephonic Rule 26(f) conference. SDF's counsel, Mr. Belsky, informed Bitstamp's counsel that both he and Mr. Gross were out of the office on vacation and work, and that Mr. Belsky would not return until September 8, 2015. Gross Decl. ¶ 4.

Later on September 1, 2015, at 5:15 pm, Bitstamp filed its Special Motion, seeking "an order striking SDF's counterclaim against it and awarding its attorneys' fees and costs incurred in making the motion, pursuant to California's anti-SLAPP statute, California Code of Civil Procedure § 425.16." Special Motion at 10:8-10 (Dkt. 130).

SDF is represented by a small law firm, Gross Belsky Alonso LLP. The attorneys primarily representing SDF in this matter are Terry Gross and Adam Belsky, and Mr. Belsky had primary responsibility for responding to Bitstamp's Special Motion. Gross Decl. ¶ 3. Mr. Gross has been out of the office on other litigation matters and for a vacation, and had planned to return on September 14, 2015. *Id*. ¶ 3.

On September 5, 2015, while still out of the office, Mr. Belsky became ill with a serious illness stemming from an as-yet undiagnosed infection, which has caused internal bleeding, blood

in his urine, fever, nausea, dizziness, and cramps. The cause of his illness has not yet been diagnosed, but laboratory tests are continuing. Mr. Belsky attempted to work on the opposition to the Special Motion on September 9, 2015, but realized that he was incapable of work due to his illness. *Id*. ¶ 6.

On September 10, 2015, Mr. Gross, while still out of the office, contacted Bistamp's counsel to request "a short continuance of the hearing and corresponding briefing schedule" of one week due to Mr. Belsky's illness. Bistamp's counsel responded that "If you simply need more time to respond to the motion . . . then we will recommend to our client to grant you the additional time you need" but *only if* SDF "guarantee[s] us that you won't use the time to seek discovery" to oppose the evidence raised in Bitstamp's Special Motion.[1] Gross Decl. ¶¶ 8-9 and Ex. A thereto (underlining in original). Mr. Gross explained that "[t]hat one-week extension is not 'to allow Stellar to move for discovery,' [but] is due to Adam[ Belsky]'s unexpected and difficult medical condition." Gross Dec. Ex. A. Despite Mr. Gross' request that Bistamp's counsel "reconsider this request for a one-week extension," Bitstamp's counsel has not agreed to stipulate. *Id.* ¶ 9.

There is good cause for the requested one-week extension because SDF will not otherwise be able adequately to oppose the Special Motion prior to the deadline and because the reasons for

---

[1] Separately, SDF also intends to file a motion seeking to postpone the hearing on Bitstamp's Special Motion because it is "a motion to strike under the anti-SLAPP statute based on a failure of proof or evidence, [and thus] must be treated as though it is a motion for summary judgment and discovery must be 'developed sufficiently to permit summary judgment under Rule 56.'" *Restaino v. Bah (In re Bah)*, 321 B.R. 41, 45 n.6 (B.A.P. 9th Cir. 2005) (citing *Rogers v. Home Shopping Network, Inc.*, 57 F. Supp. 2d 973, 982 (C.D. Cal. 1999) and *Metabolife Int'l, Inc. v. Wornick*, 264 F.3d 832, 846 (9th Cir. 2001)); see also *Rogers*, 57 F. Supp. 2d at 982 ("Once the nonmoving party has been given the opportunity to conduct discovery, the special motion can be heard….") (citation omitted). As Mr. Gross explained to Bitstamp's counsel, that motion to seek discovery (and his request that Bitstamp's counsel stipulate "to continue the hearing date an additional week, as SDF was going to bring a motion for discovery, and the extra week would provide the Court sufficient time for briefing and ruling on that motion") was separate from Mr. Gross' request that Bitstamp's counsel stipulate "to continue the hearing date for a week, due to Adam's illness and my absence from the office." Gross Dec. Ex. A. As Mr. Gross informed Bitstamp's counsel, "SDF will be filing a motion for discovery no matter what, so Bitstamp's refusal to provide the courtesy of a one-week extension will not prevent a motion for discovery." *Id*.

its failure to meet the current deadline are out of SDF's control.  As discussed above, Bitstamp indicated willingness to agree to this extension, but only if SDF waived its right to seek discovery in order to oppose the anti-SLAPP motion.  Thus, it is clear that a one-week extension of the briefing schedule and hearing date will not have any prejudicial impact on Bitstamp.

As discussed above, and in the Gross Declaration filed herewith, counsel's good faith efforts to obtain a stipulation have failed.

Apart from the proposed change in the deadline to oppose Bitstamp's Special Motion and the date of the hearing on that Special Motion, the requested one-week extension will not impact the case schedule.

## **CONCLUSION**

Good cause exists to grant the requested one-week extension because SDF is otherwise unable to meet the deadline to oppose Bitstamp's Opposition due to circumstances outside of its control.  Accordingly, SDF requests, on an emergency basis, that this Court extend the deadline to oppose Bitstamp's Special Motion to September 22, 2015 and, for the Court's convenience, correspondingly move the hearing on Bitstamp's Special Motion to October 14, 2015.

Dated: September 11, 2015             GROSS BELSKY ALONSO LLP


By:     */s/ Terry Gross*             .
       Terry Gross

Attorneys for Defendant
STELLAR DEVELOPMENT FOUNDATION

# [PROPOSED] ORDER

For good cause shown, the Emergency Administrative Motion by Defendant Stellar Development Foundation to Continue Deadline for Opposition to Bitstamp, Ltd.'s Special Motion to Strike Counterclaim and Associated Deadlines IS HEREBY GRANTED and:

The deadline to oppose Bitstamp, Ltd.'s Special Motion to Strike Counterclaim (Docket 130) is continued until September 22, 2015; and

The hearing on Bitstamp, Ltd.'s Special Motion to Strike Counterclaim (Docket 130) is continued until October 14, 2015.

IT IS SO ORDERED.

Dated: _____, 2015

Honorable William H. Orrick
United States District Court Judge