Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Kelly A. Woodruff (State Bar No. 160235)
kwoodruff@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>　　　　　　Defendants.<br><br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>　　　　　　Counterclaimant and Crossclaimant,<br><br>　vs.<br><br>RIPPLE LABS INC., a California Corporation, GEORGE FROST, an individual, BITSTAMP LTD., a foreign company, and DOES 1 Through 20, inclusive,<br><br>　　　　　　Cross-Defendants and Counter-Defendants. | CASE NO. 3:15-cv-1503 WHO<br><br>**BITSTAMP'S RESPONSE TO STELLAR DEVELOPMENT FOUNDATION'S EMERGENCY ADMINISTRATIVE MOTION TO CONTINUE DEADLINE**<br><br>Date:　　　October 7, 2015<br>Time:　　　2:00 p.m.<br>Judge:　　 Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

BITSTAMP'S RESPONSE TO STELLAR DEV. FOUNDATION'S EMERGENCY ADMIN. MOTION TO CONTINUE DEADLINE - Case No. 3:15-cv-1503 WHO

1    Counter-Defendant Bitstamp Ltd. ("Bitstamp") does not oppose Stellar Development
2  Foundation's ("SDF") request to continue the hearing on Bitstamp's anti-SLAPP motion to
3  October 14, 2015, and to extend SDF's deadline to oppose the motion to September 22, 2015 due
4  to counsel's illness.  Indeed, counsel for Bitstamp already offered to stipulate to the extension and
5  allow SDF the time it needs to oppose the anti-SLAPP motion.  Gross Decl. ¶ 9, Ex. A.

6    However, that is not what SDF is requesting in its Emergency Administrative Motion.
7  SDF has no intent to file its opposition to Bitstamp's anti-SLAPP motion on September 22.
8  Rather, SDF is asking the Court for an extra week to further harass Bitstamp with its frivolous
9  SLAPP suit by making a meritless motion to stay the hearing on Bitstamp's anti-SLAPP motion
10 pending unnecessary discovery.  *See* Admin. Mot. at 4 n. 1 ("SDF also intends to file a motion
11 seeking to postpone the hearing on Bitstamp's Special Motion…").  Presumably, SDF will file its
12 separate motion again on an "Emergency" basis in order to avoid the deadline it is purportedly
13 asking the Court to set by *this* Emergency Administrative Motion.

14   Bitstamp will oppose any follow-on motion by SDF for discovery if and when it is made.
15 But for purposes of SDF's current Emergency Administrative Motion, Bitstamp respectfully
16 requests that the Court grant SDF only the specific relief requested, namely that the hearing be
17 reset to October 14 and the deadline to oppose the anti-SLAPP motion be extended to September
18 22, but order that those dates will not be further moved.  In other words, if SDF genuinely
19 believes it needs discovery to oppose the anti-SLAPP motion, which it does not, then it should be
20 required to file its motion for discovery along with its opposition to the anti-SLAPP motion, as a
21 party opposing a motion for summary judgment would do with a Rule 56(d) motion.  Only then
22 could the Court determine whether the discovery requested is in fact necessary to oppose the
23 motion or whether it is merely being sought to delay and further harass Bitstamp.

24 Dated: September 14, 2015                FARELLA BRAUN + MARTEL LLP

26                                          By: /s/ *Kelly A. Woodruff*
                                                Kelly A. Woodruff
27                                          Attorneys for Bitstamp Ltd.
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

BITSTAMP'S RESPONSE. TO STELLAR DEV. FOUNDATION'S EMERGENCY ADMIN. MOTION TO CONTINUE DEADLINE - Case No. 3:15-cv-1503 WHO

2