Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Defendant
STELLAR DEVELOPMENT FOUNDATION

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BITSTAMP, LTD., a foreign company, <br><br> Plaintiff, <br><br> vs. <br><br> RIPPLE LABS INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. <br> STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation, <br><br> Counterclaimant and Crossclaimant, <br><br> vs. <br><br> RIPPLE LABS, INC. a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20, inclusive, <br><br> Cross-Defendants and Counter-Defendant. | Case No.: CGC-15-544133 <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND MODIFY BREIFING SCHEDULE ON BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM** |

WHEREAS, on September 1, 2015, Bitstamp Ltd. ("Bitstamp") filed a Special Motion to Strike Counterclaim, setting a hearing date of October 7, 2015 (Docket #130);

---

**1**
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE ON BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM; CASE No.: CGC-15-544133**

1   WHEREAS, on September 11, 2015, Stellar Development Foundation ("Stellar") filed an
2 Emergency Administrative Motion seeking to continue the opposition date and the hearing date on
3 Bitstamp's Special Motion to Strike (Docket #139); and
4   WHEREAS, the parties have met and conferred and reached agreement on a hearing date and
5 modified briefing schedule, subject to the Court's approval,
6   NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that, subject to the Court's
7 approval, the following briefing schedule shall apply to Bitstamp's Special Motion to Strike
8 Counterclaim:

- Stellar's opposition shall be filed no later than September 22, 2015;
- Bitstamp's reply shall be filed no later than September 29, 2015;
- The hearing will be held on October 14, 2015, at 2:00 p.m.; and
- Any motion or request by Stellar for discovery in connection with the special motion to strike shall be filed with or as a part of Stellar's opposition, and no separate motion for discovery shall be filed by Stellar prior to the filing of Stellar's opposition.
- Stellar's Emergency Administrative Motion to Extend Time (Dkt. 139) is hereby withdrawn.

**IT IS SO STIPULATED.**

Dated: September 14, 2015         By: /s/ Jessica Nall
                                  Jessica Nall (SBN 215149)
                                  jnall@fbm.com
                                  Christopher C. Wheeler (SBN 224872)
                                  cwheeler@fbm.com
                                  FARELLA BRAUN + MARTEL LLP
                                  235 Montgomery Street, 17th Floor
                                  San Francisco, CA  94104
                                  Telephone:  (415) 954-4400
                                  Facsimile:  (415) 954-4480

                                  Attorneys for Plaintiff Bitstamp Ltd.

Dated: September 14, 2015         By: /s/ Terry Gross

Terry Gross (SBN 103878)
terry@gba-law.com
Adam C. Belsky (SBN 147800)
adam@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

Attorneys for Proposed Intervenor-Defendant
Stellar Development Foundation

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September __, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge