| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com<br>DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com<br>ANTHONY K. LEE (CA Bar No. 156018)<br>alee@hosielaw.com<br>DARRELL RAE ATKINSON (CA Bar No. 280564)<br>datkinson@hosielaw.com<br>HOSIE RICE LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax<br><br>*Attorneys for Cross-Defendant George Frost* | TERRY GROSS (SBN 103878)<br>terry@gba-law.com<br>ADAM C. BELSKY (SBN 147800)<br>adam@gba-law.com<br>GROSS BELSKY ALONSO LLP<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104<br>Tel:  (415) 544-0200<br>Fax:  (415) 544-0201<br><br>*Attorneys for Defendant/Counterclaimant and Crossclaimant Stellar Development Foundation* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>            Plaintiff,<br>      v.<br><br>RIPPLE LABS, Inc., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br>            Defendants.<br><br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>      Counterclaimant and<br>      Crossclaimant<br>      v.<br><br>RIPPLE LABS, INC, a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20 inclusive,<br>      Cross-Defendants and<br>      Counter-Defendant. | Case No. 15-CV-01503-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CROSS-DEFENDANT GEORGE FROST'S TIME TO RESPOND TO CROSSCLAIMANT STELLAR DEVELOPMENT FOUNDATION'S COUNTERCLAIM AND CROSSCLAIM** |

| | |
|---|---|
| STIPULATION AND [PROPOSED] ORDER EXTENDING FROST'S TIME TO RESPOND TO STELLAR'S COUNTERCLAIM AND CROSSCLAIM | CASE NO. 15-CV-01503-WHO |

Cross-Defendant George Frost ("Frost") and Defendant/Counterclaimant and Crossclaimant Stellar Development Foundation ("Stellar), hereby stipulate as follows:

WHEREAS, on August 27, 2015, Stellar served its Answer and Counterclaim and Crossclaim ("Crossclaim") upon Frost;

WHEREAS, pursuant to FED. R. CIV. P. 12(a)(1)(B) Frost's answer to the Crossclaim is due on September 17, 2015 (within 21 days of service of the Crossclaim on him);

WHEREAS, Frost intends to file a CAL. CIV. PROC. CODE § 425.16 Motion to Strike in response to the Crossclaim;

WHEREAS, under CAL. CIV. PROC. CODE § 425.16(f) the "special motion may be filed within 60 days of the service of the complaint;"

WHEREAS, 60 days from service of the Crossclaim is October 17, 2015;

WHEREAS, given Frost's intent to file a CAL. CIV. PROC. CODE § 425.16 Motion to Strike, Frost requests additional time to respond to the Crossclaim, and Stellar has agreed that the due date for Frost's answer, CAL. CIV. PROC. CODE § 425.16 Motion to Strike, and/or otherwise response to the Crossclaim will be October 16, 2015;

WHEREAS, no trial date has yet been set in this action; and

WHEREAS, Frost has received no previous extension of time in this action, and it is not believed by Frost or Stellar that this extension will affect or change the other dates currently scheduled by the Court.

IT IS HEREBY STIPULATED by and between Cross-Defendant Frost and Crossclaimant Stellar that Frost will have to and including October 16, 2015, to serve and file an answer, a Cal. Civ. Proc. Code § 425.16 Motion to Strike, and/or other response, to Stellar's Crossclaim.

STIPULATION AND [PROPOSED] ORDER EXTENDING FROST'S TIME TO RESPOND TO STELLAR'S COUNTERCLAIM AND CROSSCLAIM          1          CASE NO. 15-CV-01503-WHO

Dated:  September 16, 2015				HOSIE RICE LLP

							By: */s/ Spencer Hosie*

							      Spencer Hosie

							*Attorneys for Cross-Defendant*

							George Frost


							GROSS BELSKY ALONSO LLP

							By: */s/ Terry Gross*

							      Terry Gross

							*Attorneys for Defendant/Counterclaimant and Crossclaimant Stellar Development Foundation*

    I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been attained from the other signatories.

Dated:  September 16, 2015				By: */s/ Spencer Hosie*
							      Spencer Hosie

STIPULATION AND [PROPOSED] ORDER EXTENDING FROST'S TIME TO RESPOND TO STELLAR'S COUNTERCLAIM AND CROSSCLAIM     2     CASE NO. 15-CV-01503-WHO

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION IT IS ORDERED THAT:

Cross-Defendant George Frost will have to and including October 16, 2015, to serve and file an answer, a CAL. CIV. PROC. CODE § 425.16 Motion to Strike, and/or other response, to Stellar Development Foundation's Counterclaim and Crossclaim.

IT IS SO ORDERED.

Dated:_____      _____
                            HON. WILLIAM H. ORRICK
                            UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING FROST'S TIME TO RESPOND TO STELLAR'S COUNTERCLAIM AND CROSSCLAIM     3     CASE NO. 15-CV-01503-WHO