SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
ANTHONY K. LEE (CA Bar No. 156018)
alee@hosielaw.com
DARRELL RAE ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Cross-Defendant George Frost*

TERRY GROSS (SBN 103878)
terry@gba-law.com
ADAM C. BELSKY (SBN 147800)
adam@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

*Attorneys for Defendant/Counterclaimant and Crossclaimant Stellar Development Foundation*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BITSTAMP LTD., a foreign company,

Plaintiff,

v.

RIPPLE LABS, Inc., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,

Defendants.

STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,

Counterclaimant and Crossclaimant

v.

RIPPLE LABS, INC, a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20 inclusive,

Cross-Defendants and Counter-Defendant.

Case No. 15-CV-01503-WHO

**DECLARATION OF SPENCER HOSIE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER EXTENDING CROSS-DEFENDANT GEORGE FROST'S TIME TO RESPOND TO CROSSCLAIMANT STELLAR DEVELOPMENT FOUNDATION'S COUNTERCLAIM AND CROSSCLAIM**

I, Spencer Hosie, declare as follows:

1. I am one of the attorneys of record in this matter for Cross-Defendant George Frost ("Frost"). I make this declaration of my own personal knowledge. If called upon to do so I could and would testify competently to the matters stated herein.

2. Frost requests additional time in which to answer and/or otherwise respond to Defendant/Counterclaimant and Crossclaimant Stellar Development Foundation's Answer and Countercalim and Crossclaim, as Frost intends to file a CAL. CIV. PROC. CODE § 425.16 Motion to Strike.

3. Frost has received no previous extensions of time in this action.

4. Frost's counsel does not believe that granting the requested extension will otherwise affect the schedule for this action.

I declare under penalty of perjury that the foregoing is true and correct, and this declaration is executed at San Francisco, California on September 16, 2015.

*/s/ Spencer Hosie*
Spencer Hosie