Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Defendant
STELLAR DEVELOPMENT FOUNDATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP, LTD., a foreign company, | Case No.: 3:15cv1503-WHO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING AND MODIFY BREIFING SCHEDULE ON BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM** |
| vs. | |
| RIPPLE LABS INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

WHEREAS, on September 1, 2015, Bitstamp Ltd. ("Bitstamp") filed a Special Motion to Strike Counterclaim, setting a hearing date of October 7, 2015 (Docket #130);

---

**1**
**STIPULATION AND ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE ON BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM; CASE No.: CGC-15-544133**

1  WHEREAS, on September 11, 2015, Stellar Development Foundation ("Stellar") filed an
2  Emergency Administrative Motion seeking to continue the opposition date and the hearing date on
3  Bitstamp's Special Motion to Strike (Docket #139); and

4  WHEREAS, the parties have met and conferred and reached agreement on a hearing date and
5  modified briefing schedule, subject to the Court's approval,

6  NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that, subject to the Court's
7  approval, the following briefing schedule shall apply to Bitstamp's Special Motion to Strike
8  Counterclaim:

- Stellar's opposition shall be filed no later than September 22, 2015;
- Bitstamp's reply shall be filed no later than September 29, 2015;
- The hearing will be held on October 14, 2015, at 2:00 p.m.; and
- Any motion or request by Stellar for discovery in connection with the special motion to strike shall be filed with or as a part of Stellar's opposition, and no separate motion for discovery shall be filed by Stellar prior to the filing of Stellar's opposition.
- Stellar's Emergency Administrative Motion to Extend Time (Dkt. 139) is hereby withdrawn.

**IT IS SO STIPULATED.**

Dated: September 14, 2015        By: /s/ Jessica Nall
                                 Jessica Nall (SBN 215149)
                                 jnall@fbm.com
                                 Christopher C. Wheeler (SBN 224872)
                                 cwheeler@fbm.com
                                 FARELLA BRAUN + MARTEL LLP
                                 235 Montgomery Street, 17th Floor
                                 San Francisco, CA  94104
                                 Telephone:  (415) 954-4400
                                 Facsimile:  (415) 954-4480

                                 Attorneys for Plaintiff Bitstamp Ltd.

Dated: September 14, 2015        By: /s/ Terry Gross

Terry Gross (SBN 103878)
terry@gba-law.com
Adam C. Belsky (SBN 147800)
adam@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

Attorneys for Proposed Intervenor-Defendant
Stellar Development Foundation

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September 16, 2015          _____
                                   HONORABLE WILLIAM H. ORRICK
                                   United States District Judge