1  Terry Gross, terry@gba-law.com (SBN 103878)
   Adam C. Belsky, adam@gba-law.com (SBN 147800)
2  GROSS BELSKY ALONSO LLP
   One Sansome Street, Suite 3670
3  San Francisco, CA 94104
   Tel: (415) 544-0200
4  Fax: (415) 544-0201

5
   Attorneys for Defendant
6  STELLAR DEVELOPMENT FOUNDATION

7

8
                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
                               SAN FRANCISCO DIVISION
10

11 BITSTAMP, LTD., a foreign company,            )   Case No.: 3:15-cv-1503-WHO
                                                 )
12                 Plaintiff,                    )   **STIPULATION AND [PROPOSED]**
           vs.                                   )   **ORDER TO CONTINUE HEARING AND**
                                                 )   **MODIFY BRIEFING SCHEDULE ON**
13 RIPPLE LABS INC., a Delaware Corporation,     )   **BITSTAMP'S SPECIAL MOTION TO**
   JACOB STEPHENSON, an individual,              )   **STRIKE COUNTERCLAIM**
14 NANCY HARRIS, an individual, and DOES 1      )
   through 10, inclusive,                        )
15                                               )
                   Defendants.                   
16 STELLAR DEVELOPMENT                           )
   FOUNDATION, a Delaware Nonprofit              )
17 Corporation,                                  )
                   Counterclaimant and           )
18                 Crossclaimant,                )
                                                 )
19         vs.                                   )
                                                 )
20 RIPPLE LABS, INC. a Delaware Corporation,     )
   GEORGE FROST, an individual, BITSTAMP,        )
21 LTD., a foreign company, and DOES 1-20,       )
   inclusive,                                    )
22                                               )
                   Cross-Defendants and          )
23                 Counter-Defendant.            )

24

25

26         WHEREAS, on September 1, 2015, Bitstamp Ltd. ("Bitstamp") filed a Special Motion to Strike

27 Counterclaim, setting a hearing date of October 7, 2015 (Docket #130);

28 
                                              1
   **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE ON**
   **BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM; CASE No.: 3:15-cv-1503-WHO**

WHEREAS, on September 14, 2015, Bitstamp and Stellar Development Foundation ("Stellar") stipulated to continue the briefing schedule and hearing date on (Docket #141) by one week based on the illness of Stellar's counsel, and on September 16, 2015, the Court entered an Order granting the stipulation (Docket #143);

WHEREAS, the parties are currently discussing a resolution, and have agreed to continue the briefing schedule and hearing by one week, to see if they can reach agreement on a settlement;

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that, subject to the Court's approval, the following briefing schedule shall apply to Bitstamp's Special Motion to Strike Counterclaim:

- Stellar's opposition shall be filed no later than September 29, 2015;
- Bitstamp's reply shall be filed no later than October 6, 2015;
- The hearing will be held on October 21, 2015, at 2:00 p.m.; and
- Any motion or request by Stellar for discovery in connection with the special motion to strike shall be filed with or as a part of Stellar's opposition, and no separate motion for discovery shall be filed by Stellar prior to the filing of Stellar's opposition.

**IT IS SO STIPULATED.**

Dated: September 18, 2015

By: /s/ Jessica Nall
Jessica Nall (SBN 215149)
jnall@fbm.com
Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff Bitstamp Ltd.

| | |
|---|---|
| Dated: September 18, 2015 | By: /s/ Terry Gross<br>Terry Gross (SBN 103878)<br>terry@gba-law.com<br>Adam C. Belsky (SBN 147800)<br>adam@gba-law.com<br>GROSS BELSKY ALONSO LLP<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104<br>Telephone: 415 554-0200<br>Facsimile: 415 544-0201<br><br>Attorneys for Proposed Intervenor-Defendant<br>Stellar Development Foundation |

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September __, 2015            _____
                                                              HONORABLE WILLIAM H. ORRICK
                                                              United States District Judge