Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Defendant
STELLAR DEVELOPMENT FOUNDATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>                Plaintiff,<br><br>    vs.<br><br>RIPPLE LABS INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, and DOES 1 through 10, inclusive,<br><br>                Defendants.<br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>          Counterclaimant and<br>          Crossclaimant,<br><br>    vs.<br><br>RIPPLE LABS, INC. a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20, inclusive,<br><br>          Cross-Defendants and<br>          Counter-Defendant. | Case No.: 3:15-cv-1503-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE ON BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM** |

      WHEREAS, on September 1, 2015, Bitstamp Ltd. ("Bitstamp") filed a Special Motion to Strike Counterclaim, setting a hearing date of October 7, 2015 (Docket #130);

---
**1**
**STIPULATION AND ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE ON BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM; CASE No.: 3:15-cv-1503-WHO**

1  WHEREAS, on September 14, 2015, Bitstamp and Stellar Development Foundation ("Stellar")
2  stipulated to continue the briefing schedule and hearing date on (Docket #141) by one week based on the
3  illness of Stellar's counsel, and on September 16, 2015, the Court entered an Order granting the
4  stipulation (Docket #143);

5  WHEREAS, the parties are currently discussing a resolution, and have agreed to continue the
6  briefing schedule and hearing by one week, to see if they can reach agreement on a settlement;

7  NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that, subject to the Court's
8  approval, the following briefing schedule shall apply to Bitstamp's Special Motion to Strike
9  Counterclaim:

- Stellar's opposition shall be filed no later than September 29, 2015;
- Bitstamp's reply shall be filed no later than October 6, 2015;
- The hearing will be held on ~~October 21, 2015, at 2:00 p.m.~~; and
- Any motion or request by Stellar for discovery in connection with the special motion to strike shall be filed with or as a part of Stellar's opposition, and no separate motion for discovery shall be filed by Stellar prior to the filing of Stellar's opposition.

**IT IS SO STIPULATED.**

Dated: September 18, 2015

By: /s/ Jessica Nall
Jessica Nall (SBN 215149)
jnall@fbm.com
Christopher C. Wheeler (SBN 224872)
cwheeler@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff Bitstamp Ltd.

| | |
|---|---|
| Dated: September 18, 2015 | By: /s/ Terry Gross<br>Terry Gross (SBN 103878)<br>terry@gba-law.com<br>Adam C. Belsky (SBN 147800)<br>adam@gba-law.com<br>GROSS BELSKY ALONSO LLP<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104<br>Telephone: 415 554-0200<br>Facsimile: 415 544-0201<br><br>Attorneys for Proposed Intervenor-Defendant<br>Stellar Development Foundation |

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED, except that the hearing will be held on November 3, 2015 at 3:00 p.m.**

Dated: September 21, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge