SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
ANTHONY K. LEE (CA Bar No. 156018)
alee@hosielaw.com
DARRELL RAE ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Cross-Defendant George Frost*

TERRY GROSS (SBN 103878)
terry@gba-law.com
ADAM C. BELSKY (SBN 147800)
adam@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel:  (415) 544-0200
Fax:  (415) 544-0201

*Attorneys for Defendant/Counterclaimant and Crossclaimant Stellar Development Foundation*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　Plaintiff,<br>　　v.<br><br>RIPPLE LABS, Inc., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br>　　　　Defendants.<br><br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>　　　　Counterclaimant and Crossclaimant<br>　　v.<br><br>RIPPLE LABS, INC, a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20 inclusive,<br>　　　　Cross-Defendants and Counter-Defendant. | Case No. 15-CV-01503-WHO<br><br>**STIPULATION AND ORDER EXTENDING CROSS-DEFENDANT GEORGE FROST'S TIME TO RESPOND TO CROSSCLAIMANT STELLAR DEVELOPMENT FOUNDATION'S COUNTERCLAIM AND CROSSCLAIM** |

Cross-Defendant George Frost ("Frost") and Defendant/Counterclaimant and Crossclaimant Stellar Development Foundation ("Stellar), hereby stipulate as follows:

WHEREAS, on August 27, 2015, Stellar served its Answer and Counterclaim and Crossclaim ("Crossclaim") upon Frost;

WHEREAS, pursuant to FED. R. CIV. P. 12(a)(1)(B) Frost's answer to the Crossclaim is due on September 17, 2015 (within 21 days of service of the Crossclaim on him);

WHEREAS, Frost intends to file a CAL. CIV. PROC. CODE § 425.16 Motion to Strike in response to the Crossclaim;

WHEREAS, under CAL. CIV. PROC. CODE § 425.16(f) the "special motion may be filed within 60 days of the service of the complaint;"

WHEREAS, 60 days from service of the Crossclaim is October 17, 2015;

WHEREAS, given Frost's intent to file a CAL. CIV. PROC. CODE § 425.16 Motion to Strike, Frost requests additional time to respond to the Crossclaim, and Stellar has agreed that the due date for Frost's answer, CAL. CIV. PROC. CODE § 425.16 Motion to Strike, and/or otherwise response to the Crossclaim will be October 16, 2015;

WHEREAS, no trial date has yet been set in this action; and

WHEREAS, Frost has received no previous extension of time in this action, and it is not believed by Frost or Stellar that this extension will affect or change the other dates currently scheduled by the Court.

IT IS HEREBY STIPULATED by and between Cross-Defendant Frost and Crossclaimant Stellar that Frost will have to and including October 16, 2015, to serve and file an answer, a Cal. Civ. Proc. Code § 425.16 Motion to Strike, and/or other response, to Stellar's Crossclaim.

Dated:  September 16, 2015            HOSIE RICE LLP

                                      By: */s/ Spencer Hosie*

                                          Spencer Hosie

                                      *Attorneys for Cross-Defendant*

                                      George Frost


                                      GROSS BELSKY ALONSO LLP

                                      By: */s/ Terry Gross*

                                          Terry Gross

                                      *Attorneys for Defendant/Counterclaimant and Crossclaimant Stellar Development Foundation*

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been attained from the other signatories.

Dated:  September 16, 2015            By: */s/ Spencer Hosie*
                                          Spencer Hosie

**ORDER**

PURSUANT TO STIPULATION IT IS ORDERED THAT:

Cross-Defendant George Frost will have to and including October 16, 2015, to serve and file an answer, a Cal. Civ. Proc. Code § 425.16 Motion to Strike, and/or other response, to Stellar Development Foundation's Counterclaim and Crossclaim.

IT IS SO ORDERED.

Dated: September 21, 2015



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE