Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
**RIPPLE LABS INC.**

TERRY GROSS (SBN 103878)
*terry@gba-law.com*
ADAM C. BELSKY (SBN 147800)
*adam@gba-law.com*
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201
E-mail:

Attorneys for Crossclaimant
**STELLAR DEVELOPMENT FOUNDATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>    Plaintiff,<br><br> v.<br><br>RIPPLE LABS, INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation, RIPPLE LABS, INC., a California Corporation,<br><br>    Counterclaimant and<br>    Crossclaimant,<br><br> v.<br><br>RIPPLE LABS INC., a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP LTD., a foreign company, and DOES 1 through 20, inclusive,<br><br>    Cross-Defendants and<br>    Counter-Defendants. | Case No. 15-cv-01503-WHO<br><br>**STIPULATION BY RIPPLE LABS INC. AND STELLAR DEVELOPMENT FOUNDATION TO STAY PROCEEDINGS ON STELLAR'S CROSSCLAIM; [PROPOSED] ORDER** |

Pursuant to Local Rule 7, Intervenor-Defendant/Crossclaimant Stellar Development Foundation ("Stellar") and Defendant/Cross-Defendant Ripple Labs, Inc. ("Ripple"), through their undersigned counsel, hereby file the following stipulated request to stay proceedings on Stellar's crossclaim against Ripple (Dkt. 122), as follows:

WHEREAS, on August 12, 2015, Stellar filed crossclaims against Ripple (the "Stellar Crossclaim"), filed crossclaims against George Frost ("Frost"), and filed a counterclaim against interpleader plaintiff Bitstamp, Ltd. ("Bitstamp"), which are currently pending before this Court (Dkt. 119);

WHEREAS, on September 9, 2015, Ripple filed an Answer to the Stellar Crossclaim (Dkt. 132), and the Stellar Crossclaim is currently pending in this Court;

WHEREAS, on April 29, 2015, Ripple filed a crossclaim (the "Ripple Crossclaim") against defendants Jed McCaleb and Jacob Stephenson (the "Individual Defendants") (Dkt. 9); on May 22, 2015, the Individual Defendants filed a Motion to Compel Arbitration and Stay Proceedings on the Ripple Crossclaim (Dkt. 40); on August 7, 2015 the Court entered an Order granting the motion to compel arbitration and stayed all proceedings on the Ripple Crossclaim (Dkt. 119); and on September 1, 2015, Ripple filed a Demand for Arbitration against the Individual Defendants and Stellar at JAMS (the "Arbitration") and the arbitration is proceeding;

WHEREAS, Ripple, Stellar, Jed McCaleb, and Jacob Stephenson have commenced settlement discussions, have decided to mediate their disputes including the issues raised by the Stellar Crossclaim and have agreed to stay all proceedings in the Arbitration and in this Court pertaining to the Stellar Crossclaim as of September 22, 2015;

WHEREAS, the counterclaim by Stellar against Bitstamp and crossclaims by Stellar against Frost are not a subject of this stipulation;

WHEREAS, all Parties' claims and defenses are expressly preserved and not waived by entering into this stipulation;

//

//

1     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

2   Parties as follows:

3       1.  All proceedings on the Stellar Crossclaim are stayed, pending mediation proceedings

4           between Ripple and Stellar, and deadlines, including discovery deadlines, are tolled

5           from September 22, 2015, through the date of the mediation, if unsuccessful, or until

6           the stay is terminated by one of the parties.

7       2.  Any party to this stipulation can terminate the stay upon ten days' written notice to

8           the other parties and the Court.

9       3.  The parties shall provide notice to the Court within ten days after the conclusion of the

10          mediation regarding the outcome and, if unsuccessful, to lift the stay and schedule a

11          case management conference.

12      4.  This stay does not affect any proceedings between Stellar, Bitstamp, and George Frost.

13

14  Dated:  September 29, 2015              Respectfully submitted,

15
                                    By:   /s/ Grant P. Fondo
16                                        Grant P. Fondo (SBN 181530)
                                          *gfondo@goodwinprocter.com*
17                                        Nicole L. Chessari (SBN 259970)
                                          *nchessari@goodwinprocter.com*
18                                        **GOODWIN PROCTER LLP**
                                          135 Commonwealth Drive
19                                        Menlo Park, CA 94025-1105
                                          Tel.:  650.752.3100
20                                        Fax.:  650.853.1038

21                                        Richard M. Strassberg (*Pro Hac Vice*)
                                          *rstrassberg@goodwinprocter.com*
22                                        **GOODWIN PROCTER LLP**
                                          The New York Times Building
23                                        620 Eighth Avenue
                                          New York, NY 10018-1405
24                                        Tel.:  212.813.8800
                                          Fax.:  212.355.3333
25
                                          *Attorneys for Defendant/Cross-Defendant*
26                                        *Ripple Labs Inc.*

27

28

                                                    STIPULATION AND [PROPOSED] ORDER TO STAY
                                                    PROCEEDINGS ON STELLAR'S CROSSCLAIM
                                                    15-CV-01503-WHO

1

2

Dated:  September 29, 2015                        Respectfully submitted,

3                                            By:   /s/ Terry Gross
                                                   Terry Gross (SBN 103878)
4                                                  *terry@gba-law.com*
                                                   Adam C. Belsky (SBN 147800)
5                                                  *adam@gba-law.com*
                                                   **GROSS BELSKY ALONSO LLP**
6                                                  One Sansome Street, Suite 3670
                                                   San Francisco, CA 94104
7                                                  Telephone: 415 554-0200
                                                   Facsimile: 415 544-0201
8

9                                                  *Attorneys for Intervenor-Defendant/Cross-*
                                                   *Claimant Stellar Development Foundation*
10

11   **IT IS SO ORDERED.**

12   Dated:_____, 2015

13                                                  _____
                                                   Hon. William H. Orrick
14                                                  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28