1  Jessica Nall (State Bar No. 215149)
   jnall@fbm.com
2  Kelly A. Woodruff (State Bar No. 160235)
   kwoodruff@fbm.com
3  Christopher C. Wheeler (State Bar No. 224872)
   cwheeler@fbm.com
4  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
   Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Plaintiff
   BITSTAMP LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>    Plaintiff,<br><br>    vs.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>    Defendants. | CASE NO. 3:15-cv-1503 WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR REPLY ON BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM**<br><br>Date:  November 3, 2015<br>Time:  3:00 p.m.<br>Judge:  Hon. William H. Orrick<br>Courtroom:  2, 17th Floor |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>    Counterclaimant and Crossclaimant,<br><br>    vs.<br><br>RIPPLE LABS INC., a California Corporation, GEORGE FROST, an individual, BITSTAMP LTD., a foreign company, and DOES 1 Through 20, inclusive,<br><br>    Cross-Defendants and Counter-Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME FOR REPLY / Case No. 3:15-cv-1503 WHO

1  WHEREAS, on September 1, 2015, Bitstamp Ltd. ("Bitstamp") filed a Special Motion to Strike Counterclaim, setting a hearing date of October 7, 2015 (Docket #130);

WHEREAS, on September 14, 2015, Bitstamp and Stellar Development Foundation ("Stellar") stipulated to continue the briefing schedule and hearing date on (Docket #141) by one week based on the illness of Stellar's counsel, and on September 16, 2015, the Court entered an Order granting the stipulation (Docket #143);

WHEREAS, on September 18, 2015, the parties agreed to extend the briefing schedule and hearing by an additional week (Docket #144), and on September 21, 2015, the Court entered an Order granting the stipulation and setting the hearing for November 3, 2015 (Docket #145);

WHEREAS, the parties have met and conferred and reached agreement that extending the deadline for Bitstamp's Reply in support of its Special Motion to Strike Counterclaim by eight days will still allow the Court to have all the briefs on the motion almost three weeks in advance of the hearing;

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that, subject to the Court's approval, the following briefing schedule shall apply to Bitstamp's Special Motion to Strike Counterclaim:

- Bitstamp's reply shall be filed no later than October 14, 2015.

**IT IS SO STIPULATED.**

Dated: October 6, 2015                By:   */s/ Kelly A. Woodruff*

Kelly A. Woodruff (SBN 160235)
kwoodruff@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff Bitstamp Ltd.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME FOR REPLY / Case No. 3:15-cv-1503 WHO

| | |
|---|---|
| Dated: October 6, 2015 | By: /s/ Terry Gross |

Terry Gross (SBN 103878)
terry@gba-law.com
Adam C. Belsky (SBN 147800)
adam@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

Attorneys for Defendant and Counterclaimant
Stellar Development Foundation

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October __, 2015

HONORABLE WILLIAM H. ORRICK
United States District Judge

31652\5075009.1

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME FOR REPLY / Case No. 3:15-cv-1503 WHO

- 2 -