1   Grant P. Fondo (SBN 181530)
    *gfondo@goodwinprocter.com*

2   Nicole L. Chessari (SBN 259970)
    *nchessari@goodwinprocter.com*

3   **GOODWIN PROCTER LLP**
    135 Commonwealth Drive

4   Menlo Park, CA 94025-1105
    Tel.:  650.752.3100

5   Fax.: 650.853.1038

6   Richard M. Strassberg (*Pro Hac Vice*)
    *rstrassberg@goodwinprocter.com*

7   **GOODWIN PROCTER LLP**
    The New York Times Building

8   620 Eighth Avenue
    New York, NY 10018-1405

9   Tel.:  212.813.8800
    Fax.: 212.355.3333

10
    Attorneys for Defendant/Cross-Plaintiff
11  **RIPPLE LABS INC.**

TERRY GROSS (SBN 103878)
*terry@gba-law.com*
ADAM C. BELSKY (SBN 147800)
*adam@gba-law.com*
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201
E-mail:

Attorneys for Crossclaimant
**STELLAR DEVELOPMENT
FOUNDATION**

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14
    BITSTAMP, LTD., a foreign company,
15
                    Plaintiff,
16
          v.
17  RIPPLE LABS, INC., a Delaware Corporation,
    JACOB STEPHENSON, an individual, NANCY
18  HARRIS, an individual, JED MCCALEB, an
    individual, and DOES 1 through 10, inclusive,
19
                    Defendants.
20

21  STELLAR DEVELOPMENT FOUNDATION,
    a Delaware Nonprofit Corporation, RIPPLE
22  LABS, INC., a California Corporation,

                    Counterclaimant and
23                  Crossclaimant,

24        v.

25  RIPPLE LABS INC., a Delaware Corporation,
    GEORGE FROST, an individual, BITSTAMP
26  LTD., a foreign company, and DOES 1 through
    20, inclusive,

27                  Cross-Defendants and
                    Counter-Defendants.
28

Case No. 15-cv-01503-WHO

**STIPULATION BY RIPPLE LABS INC.
AND STELLAR DEVELOPMENT
FOUNDATION TO STAY
PROCEEDINGS ON STELLAR'S
CROSSCLAIM; ORDER**

1   Pursuant to Local Rule 7, Intervenor-Defendant/Crossclaimant Stellar Development

2   Foundation ("Stellar") and Defendant/Cross-Defendant Ripple Labs, Inc. ("Ripple"), through

3   their undersigned counsel, hereby file the following stipulated request to stay proceedings on

4   Stellar's crossclaim against Ripple (Dkt. 122), as follows:

5   WHEREAS, on August 12, 2015, Stellar filed crossclaims against Ripple (the "Stellar

6   Crossclaim"), filed crossclaims against George Frost ("Frost"), and filed a counterclaim against

7   interpleader plaintiff Bitstamp, Ltd. ("Bitstamp"), which are currently pending before this Court

8   (Dkt. 119);

9   WHEREAS, on September 9, 2015, Ripple filed an Answer to the Stellar Crossclaim

10   (Dkt. 132), and the Stellar Crossclaim is currently pending in this Court;

11   WHEREAS, on April 29, 2015, Ripple filed a crossclaim (the "Ripple Crossclaim")

12   against defendants Jed McCaleb and Jacob Stephenson (the "Individual Defendants") (Dkt. 9); on

13   May 22, 2015, the Individual Defendants filed a Motion to Compel Arbitration and Stay

14   Proceedings on the Ripple Crossclaim (Dkt. 40); on August 7, 2015 the Court entered an Order

15   granting the motion to compel arbitration and stayed all proceedings on the Ripple Crossclaim

16   (Dkt. 119); and on September 1, 2015, Ripple filed a Demand for Arbitration against the

17   Individual Defendants and Stellar at JAMS (the "Arbitration") and the arbitration is proceeding;

18   WHEREAS, Ripple, Stellar, Jed McCaleb, and Jacob Stephenson have commenced

19   settlement discussions, have decided to mediate their disputes including the issues raised by the

20   Stellar Crossclaim and have agreed to stay all proceedings in the Arbitration and in this Court

21   pertaining to the Stellar Crossclaim as of September 22, 2015;

22   WHEREAS, the counterclaim by Stellar against Bitstamp and crossclaims by Stellar

23   against Frost are not a subject of this stipulation;

24   WHEREAS, all Parties' claims and defenses are expressly preserved and not waived by

25   entering into this stipulation;

26   //

27   //

28

STIPULATION AND ORDER TO STAY
PROCEEDINGS ON STELLAR'S CROSSCLAIM
15-CV-01503-WHO

1    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

2  Parties as follows:

3       1.  All proceedings on the Stellar Crossclaim are stayed, pending mediation proceedings

4           between Ripple and Stellar, and deadlines, including discovery deadlines, are tolled

5           from September 22, 2015, through the date of the mediation, if unsuccessful, or until

6           the stay is terminated by one of the parties.

7       2.   Any party to this stipulation can terminate the stay upon ten days' written notice to

8           the other parties and the Court.

9       3.  The parties shall provide notice to the Court within ten days after the conclusion of the

10          mediation regarding the outcome and, if unsuccessful, to lift the stay and schedule a

11          case management conference.

12      4.  This stay does not affect any proceedings between Stellar, Bitstamp, and George Frost.

13

14  Dated:  September 29, 2015                    Respectfully submitted,

15
                                         By:    /s/ Grant P. Fondo
16                                              Grant P. Fondo (SBN 181530)
                                                *gfondo@goodwinprocter.com*
17                                              Nicole L. Chessari (SBN 259970)
                                                *nchessari@goodwinprocter.com*
18                                              **GOODWIN PROCTER LLP**
                                                135 Commonwealth Drive
19                                              Menlo Park, CA 94025-1105
                                                Tel.:  650.752.3100
20                                              Fax.:  650.853.1038

21                                              Richard M. Strassberg (*Pro Hac Vice*)
                                                *rstrassberg@goodwinprocter.com*
22                                              **GOODWIN PROCTER LLP**
                                                The New York Times Building
23                                              620 Eighth Avenue
                                                New York, NY 10018-1405
24                                              Tel.:  212.813.8800
                                                Fax.:  212.355.3333
25
                                                *Attorneys for Defendant/Cross-Defendant*
26                                              *Ripple Labs Inc.*

27

28

1

2

Dated:  September 29, 2015

Respectfully submitted,

By:   /s/ Terry Gross

3

Terry Gross (SBN 103878)
*terry@gba-law.com*

4

Adam C. Belsky (SBN 147800)
*adam@gba-law.com*

5

**GROSS BELSKY ALONSO LLP**

6

One Sansome Street, Suite 3670
San Francisco, CA 94104

7

Telephone: 415 554-0200
Facsimile: 415 544-0201

8

9

*Attorneys for Intervenor-Defendant/Cross-Claimant Stellar Development Foundation*

10

11

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13

Dated: <u>October 6</u>, 2015

Hon. William H. Orrick
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO STAY
PROCEEDINGS ON STELLAR'S CROSSCLAIM
15-CV-01503-WHO