Jessica Nall (State Bar No. 215149)
jnall@fbm.com
Kelly A. Woodruff (State Bar No. 160235)
kwoodruff@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
BITSTAMP LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>　　　　　　Defendants. | CASE NO. 3:15-cv-1503 WHO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR REPLY ON BITSTAMP'S SPECIAL MOTION TO STRIKE COUNTERCLAIM**<br><br>Date:　　　November 3, 2015<br>Time:　　　3:00 p.m.<br>Judge:　　　Hon. William H. Orrick<br>Courtroom:　2, 17th Floor |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>　　　　　　Counterclaimant and<br>　　　　　　Crossclaimant,<br><br>　　vs.<br><br>RIPPLE LABS INC., a California Corporation, GEORGE FROST, an individual,  BITSTAMP LTD., a foreign company, and DOES 1 Through 20, inclusive,<br><br>　　　　　　Cross-Defendants and<br>　　　　　　Counter-Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND ORDER TO EXTEND TIME FOR
REPLY / Case No. 3:15-cv-1503 WHO

WHEREAS, on September 1, 2015, Bitstamp Ltd. ("Bitstamp") filed a Special Motion to Strike Counterclaim, setting a hearing date of October 7, 2015 (Docket #130);

WHEREAS, on September 14, 2015, Bitstamp and Stellar Development Foundation ("Stellar") stipulated to continue the briefing schedule and hearing date on (Docket #141) by one week based on the illness of Stellar's counsel, and on September 16, 2015, the Court entered an Order granting the stipulation (Docket #143);

WHEREAS, on September 18, 2015, the parties agreed to extend the briefing schedule and hearing by an additional week (Docket #144), and on September 21, 2015, the Court entered an Order granting the stipulation and setting the hearing for November 3, 2015 (Docket #145);

WHEREAS, the parties have met and conferred and reached agreement that extending the deadline for Bitstamp's Reply in support of its Special Motion to Strike Counterclaim by eight days will still allow the Court to have all the briefs on the motion almost three weeks in advance of the hearing;

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that, subject to the Court's approval, the following briefing schedule shall apply to Bitstamp's Special Motion to Strike Counterclaim:

- Bitstamp's reply shall be filed no later than October 14, 2015.

**IT IS SO STIPULATED.**

Dated: October 6, 2015              By:   /s/ Kelly A. Woodruff

Kelly A. Woodruff (SBN 160235)
kwoodruff@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff Bitstamp Ltd.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. AND ORDER TO EXTEND TIME FOR
REPLY / Case No. 3:15-cv-1503 WHO

| | |
|---|---|
| Dated: October 6, 2015 | By:   */s/ Terry Gross* |

                        Terry Gross (SBN 103878)
                        terry@gba-law.com
                        Adam C. Belsky (SBN 147800)
                        adam@gba-law.com
                        GROSS BELSKY ALONSO LLP
                        One Sansome Street, Suite 3670
                        San Francisco, CA 94104
                        Telephone: 415 554-0200
                        Facsimile: 415 544-0201

                        Attorneys for Defendant and Counterclaimant
                        Stellar Development Foundation

       Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 6, 2015                  _____
                                                 HONORABLE WILLIAM H. ORRICK
                                                   United States District Judge

31652\5075009.1