SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
ANTHONY K. LEE (CA Bar No. 156018)
alee@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Cross-Defendant George Frost*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>        Plaintiff,<br><br>  v.<br><br>RIPPLE LABS, Inc., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1-10, inclusive,<br><br>        Defendants.<br><br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>        Counterclaimant and Crossclaimant<br><br>  v.<br><br>RIPPLE LABS, INC, a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20 inclusive,<br><br>        Cross-Defendants and Counter-Defendant. | Case No. 15-CV-01503-WHO<br><br>**[PROPOSED] ORDER GRANTING CROSS-DEFENDANT GEORGE FROST'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS STELLAR DEVELOPMENT FOUNDATION'S CROSS-CLAIMS**<br><br>Date:   November 10, 2015<br>Time:  3:00 p.m.<br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |

Cross-Defendant George Frost moves for an order (i) striking the first claim for relief asserted against him in Stellar Development Foundation's Answer and Counterclaim and Crossclaim ("Cross-Claim") (Dkt. No. 122), under California Code of Civil Procedure section 425.16; and (ii) dismissing the first, second, and third claims for failure to state a claim, under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Having evaluated the motion, reviewed the parties' papers in support of and in opposition to the motion, and considered the oral argument presented by counsel at the hearing on the motion, the Court hereby rules as follows:

Mr. Frost's motion is GRANTED. The first claim for relief asserted against him in Stellar Development Foundation's Cross-Claim is stricken under California Code of Civil Procedure section 425.16, with prejudice, and Mr. Frost is entitled to recover his attorneys' fees and costs. In addition, the first, second, and third claims asserted against Mr. Frost in the Cross-Claim are dismissed for failure to state a claim, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice.

**IT IS SO ORDERED.**

Dated:_____

_____
WILLIAM H. ORRICK
United States District Judge