Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Defendant
STELLAR DEVELOPMENT FOUNDATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RIPPLE LABS INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants.<br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>　　　　Counterclaimant and<br>　　　　Crossclaimant,<br><br>　vs.<br><br>RIPPLE LABS, INC. a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20, inclusive,<br><br>　　　　Cross-Defendants and<br>　　　　Counter-Defendant. | Case No.: CGC-15-544133<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE ON CROSS-DEFENDANT GEORGE FROST'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS STELLAR DEVELOPMENT FOUNDATION'S CROSS-CLAIMS (DOCKET #157)** |

WHEREAS, on October 16, 2015, Cross-Defendant George Frost ("Frost") filed a Special Motion to Strike and Motion to Dismiss Stellar Development Foundation's Cross-Claims, setting a hearing date of November 10, 2015 (Docket #157);

1  WHEREAS, the noticed hearing date is less than 35 days from the date of filing of the motion;

2  WHEREAS, counsel for Stellar Development Foundation needs additional time to file its
3  opposition to the motion; and

4  WHEREAS, the parties have met and conferred and reached agreement on a hearing date and
5  modified briefing schedule, subject to the Court's approval,

6  NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that, subject to the Court's
7  approval, the following briefing and hearing schedule shall apply to Frost's Motion to Strike and Motion
8  to Dismiss Stellar Development Foundation's Cross-Claims:

9  • Stellar's opposition shall be filed no later than November 11, 2015;

10  • Frost's reply shall be filed no later than November 18, 2015; and

11  • The hearing will be held on December 2, 2015, at 2:00 p.m.

12  **IT IS SO STIPULATED.**

14  Dated: October 29, 2015                    By: /s/ Spencer Hosie
15                                              Spencer Hosie
                                                HOSIE RICE LLP
16                                              600 Montgomery Street, 34th Floor
                                                San Francisco, CA  94111

17                                              Attorneys for Cross-Defendant George Frost

19  Dated: October 29, 2015                    By: /s/ Terry Gross
                                                Terry Gross (SBN 103878)
20                                              GROSS BELSKY ALONSO LLP
                                                One Sansome Street, Suite 3670
21                                              San Francisco, CA 94104

22                                              Attorneys for Counterclaimant and Crossclaimant
                                                Stellar Development Foundation

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October __, 2015

HONORABLE WILLIAM H. ORRICK
United States District Judge

---

**3**
**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE ON GEORGE FROST'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS CROSS-CLAIMS; CASE No.: CGC-15-544133**