Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Defendant
STELLAR DEVELOPMENT FOUNDATION

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>    Plaintiff,<br><br>vs.<br><br>RIPPLE LABS INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>    Counterclaimant and Crossclaimant,<br><br>vs.<br><br>RIPPLE LABS, INC. a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20, inclusive,<br><br>    Cross-Defendants and Counter-Defendant. | Case No.: 3:15cv1503-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE ON CROSS-DEFENDANT GEORGE FROST'S SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS STELLAR DEVELOPMENT FOUNDATION'S CROSS-CLAIMS (DOCKET #157)** |

WHEREAS, on October 16, 2015, Cross-Defendant George Frost ("Frost") filed a Special Motion to Strike and Motion to Dismiss Stellar Development Foundation's Cross-Claims, setting a hearing date of November 10, 2015 (Docket #157);

---

**1**
**STIPULATION AND ORDER TO MODIFY SCHEDULE ON GEORGE FROST'S SPECIAL MOTION TO STRIKE AND
MOTION TO DISMISS CROSS-CLAIMS; CASE No.: CGC-15-544133**

WHEREAS, the noticed hearing date is less than 35 days from the date of filing of the motion;

WHEREAS, counsel for Stellar Development Foundation needs additional time to file its opposition to the motion; and

WHEREAS, the parties have met and conferred and reached agreement on a hearing date and modified briefing schedule, subject to the Court's approval,

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that, subject to the Court's approval, the following briefing and hearing schedule shall apply to Frost's Motion to Strike and Motion to Dismiss Stellar Development Foundation's Cross-Claims:

- Stellar's opposition shall be filed no later than November 11, 2015;
- Frost's reply shall be filed no later than November 18, 2015; and
- The hearing will be held on December 2, 2015, at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated: October 29, 2015
By: /s/ Spencer Hosie
Spencer Hosie
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA  94111

Attorneys for Cross-Defendant George Frost

Dated: October 29, 2015
By: /s/ Terry Gross
Terry Gross (SBN 103878)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104

Attorneys for Counterclaimant and Crossclaimant
Stellar Development Foundation

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 2, 2015

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge