1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025-1105
   Tel.: 650.752.3100
5  Fax.: 650.853.1038

6  Richard M. Strassberg (*Pro Hac Vice*)
   *rstrassberg@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   The New York Times Building
8  620 Eighth Avenue
   New York, NY 10018-1405
9  Tel.: 212.813.8800
   Fax.: 212.355.3333

10
   Attorneys for Defendant/Cross-Defendant
11 RIPPLE LABS INC.

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14
   BITSTAMP, LTD., a foreign company,              Case No. 15-cv-01503-WHO
15
                       Plaintiff,                  **RIPPLE LABS INC.'S NOTICE AND**
16                                                 **REQUEST TO TERMINATE STAY OF**
               v.                                  **STELLAR DEVELOPMENT**
17                                                 **FOUNDATION'S CROSSCLAIM**
   RIPPLE LABS INC., a Delaware Corporation,       **AGAINST RIPPLE LABS**
   JACOB STEPHENSON, an individual, NANCY
18 HARRIS, an individual, JED MCCALEB, an
   individual, and DOES 1 through 10, inclusive,
19
                       Defendants.
20
   ────────────────────────────────
21 STELLAR DEVELOPMENT FOUNDATION,
   a Delaware Nonprofit Corporation, RIPPLE
22 LABS, INC., a California Corporation,

23                     Counterclaimant and
                       Crossclaimant,
24
               v.
25 RIPPLE LABS INC., a Delaware Corporation,
   GEORGE FROST, an individual, BITSTAMP
26 LTD., a foreign company, and DOES 1 through
   20, inclusive,
27
                       Cross-Defendants and
28                     Counter-Defendants.

Pursuant to the Court's October 6, 2015 Order Granting Stipulation to Stay the Stellar Development Foundation ("Stellar") Crossclaim Against Defendant/Cross-Defendant Ripple Labs Inc. ("Ripple Labs") (collectively, the "Parties") ("Stellar's Crossclaim") (Dkt. 153), Ripple Labs hereby gives notice and requests that the Court terminate the stay of Stellar's Crossclaim, effective November 15, 2015.

On September 29, 2015, the Parties filed a stipulation requesting that the Court (1) stay all proceedings on Stellar's Crossclaim, pending mediation proceedings between Ripple Labs and Stellar, and order that all deadlines, including discovery deadlines, are tolled from September 22, 2015, through the date of the mediation, if unsuccessful, or until the stay is terminated by one of the parties; (2) allow either of the Parties to the stipulation to terminate the stay upon ten days' notice to the other parties and the Court; and (3) require that the Parties provide notice to the Court within ten days after the conclusion of the mediation regarding the outcome and, if unsuccessful, to lift the stay and schedule a case management conference (the "Stipulation") (Dkt. 147). The Court entered an order granting the Stipulation on October 6, 2015 (Dkt. 153).

The Parties participated in mediation on October 30, 2015 and November 4, 2015, but were unable to reach a resolution. On November 5, 2015, Ripple Labs notified respective counsel for Stellar, Jed McCaleb and Jacob Stephenson that Ripple Labs was terminating the stay, effective November 15, 2015, and that all discovery-related and other deadlines shall resume as of that date. *See* Declaration of Nicole L. Chessari in Support of Request to Terminate Stay ¶ 2, Ex. A. Pursuant to the foregoing, Ripple Labs hereby requests that the Court terminate the stay of Stellar's Crossclaim. A case management conference is currently scheduled for December 2, 2015, which Ripple Labs respectfully submits would satisfy the obligation set forth in the Stipulation and Order pertaining to scheduling a case management conference post mediation.

1

2    Dated:  November 5, 2015

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

By:   /s/ Nicole L. Chessari
        Grant P. Fondo (SBN 181530)
        *gfondo@goodwinprocter.com*
        Nicole L. Chessari (SBN 259970)
        *nchessari@goodwinprocter.com*
        **GOODWIN PROCTER LLP**
        135 Commonwealth Drive
        Menlo Park, CA 94025-1105
        Tel.:  650.752.3100
        Fax.:  650.853.1038

        Richard M. Strassberg (*Pro Hac Vice*)
        *rstrassberg@goodwinprocter.com*
        **GOODWIN PROCTER LLP**
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018-1405
        Tel.:  212.813.8800
        Fax.:  212.355.3333

        Attorneys for Defendant/Cross-Defendant
        RIPPLE LABS INC.

1

**PROOF OF SERVICE**

2

I hereby certify that this document filed through the ECF system will be sent

3 electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

4 and paper copies will be sent to those indicated as nonregistered participants on November 5,

5 2015.

6

/s/ Nicole L. Chessari
Nicole L. Chessari

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28