1  GRANT P. FONDO (SBN 181530)
   gfondo@goodwinprocter.com
2  NICOLE L. CHESSARI (SBN 259970)
   nchessari@goodwinprocter.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025
   Telephone: 650.752.3100
5  Facsimile: 650.853.1038

6  RICHARD M. STRASSBERG (*Pro Hac Vice*)
   rstrassberg@goodwinprocter.com
7  **GOODWIN PROCTER LLP**
   The New York Times Building
8  620 Eighth Avenue
   New York, NY 10018-1405
9  Telephone: 212.813.8800
   Facsimile: 212.355.3333

10 Attorneys for Defendant/Cross-Defendant
   RIPPLE LABS INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>        Plaintiff,<br><br>   v.<br><br>RIPPLE LABS INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:15-cv-01503-WHO<br><br>**DECLARATION OF NICOLE L. CHESSARI IN SUPPORT OF REQUEST TO TERMINATE STAY OF STELLAR DEVELOPMENT FOUNDATION'S CROSSCLAIM AGAINST RIPPLE LABS**<br><br>Department: 2, 17th Floor<br>Judge: Hon. William H. Orrick<br>Action Filed: April 1, 2015 |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>        Counterclaimant and Crossclaimant,<br><br>   v.<br><br>RIPPLE LABS INC., a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20, inclusive,<br><br>        Cross-Defendants and Counter-Defendant. | |

I, Nicole L. Chessari, hereby declare:

1. I am an active member in good standing of the State Bar of California, and I am admitted to practice before this Court. I am an associate at the law firm of Goodwin Procter LLP and counsel of record for Ripple Labs Inc. ("Ripple Labs").  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to the truth of the statements herein.

2. On November 5, 2015, I sent an email to respective counsel for Jed McCaleb, Jacob Stephenson, and Stellar Development Foundation, informing them that Ripple Labs was terminating the stay of Stellar's Crossclaim against Ripple Labs and intended to notify the Court that the mediation sessions on October 30, 2015, and November 4, 2015, were unsuccessful, and request that the Court terminate the stay.  Attached as Exhibit A is a true and correct copy of the email to counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 5th day of November, 2015 in Menlo Park, California.

/s/ Nicole L. Chessari
Nicole L. Chessari

DECLARATION OF NICOLE CHESSARI IN SUPPORT OF REQUEST TO TERMINATE STAY OF STELLAR'S CROSSCLAIM   1
CASE NO. 3:15-CV-01503-WHO

**PROOF OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this November 5, 2015.

/s/ Nicole L. Chessari
Nicole L. Chessari