# EXHIBIT A

**From:** Chessari, Nicole L.
**Sent:** Thursday, November 05, 2015 11:26 AM
**To:** prugani@orrick.com; terry@gba-law.com; mparris@orrick.com; aardinger@orrick.com; gramsey@orrick.com; adam@grossbelsky.com
**Cc:** Fondo, Grant P
**Subject:** Bitstamp v. Ripple et al, Case No. 3:15-cv-01503-WHO (ND Cal) - Notice of Termination of Stay

Counsel,

Pursuant to the stipulation and order staying Stellar's cross claims in the federal action (Dkt. #153), we hereby provide notice on behalf of Ripple Labs that we are terminating the stay, effective November 15, 2015.  We intend to notify the court today that the mediation was unsuccessful, that we are lifting the stay, that discovery deadlines and other deadlines will resume on November 15th, and that we intend to participate in the CMC currently scheduled for December 2, 2015.

Regards,
Nicole

Nicole L. Chessari, Esq.
**Goodwin Procter LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
T:  (650) 752-3281
F:  (650) 853-1038
NChessari@goodwinprocter.com
www.goodwinprocter.com