1  GRANT P. FONDO (SBN 181530)
   gfondo@goodwinprocter.com
2  NICOLE L. CHESSARI (SBN 259970)
   nchessari@goodwinprocter.com
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025
   Telephone:  650.752.3100
5  Facsimile:  650.853.1038

6  RICHARD M. STRASSBERG (*Pro Hac Vice*)
   rstrassberg@goodwinprocter.com
7  **GOODWIN PROCTER LLP**
   The New York Times Building
8  620 Eighth Avenue
   New York, NY 10018-1405
9  Telephone:  212.813.8800
   Facsimile:  212.355.3333

10 Attorneys for Defendant/Cross-Defendant
   RIPPLE LABS INC.
11

12                      **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
13                          **SAN FRANCISCO DIVISION**

14

| | |
|---|---|
| 15  BITSTAMP, LTD., a foreign company,<br><br>16             Plaintiff,<br><br>        v.<br>17<br>    RIPPLE LABS INC., a Delaware Corporation,<br>18  JACOB STEPHENSON, an individual,<br>    NANCY HARRIS, an individual, JED<br>19  MCCALEB, an individual, and DOES 1<br>    through 10, inclusive,<br>20<br>             Defendants.<br>21  STELLAR DEVELOPMENT FOUNDATION,<br>    a Delaware Nonprofit Corporation,<br>22<br>             Counterclaimant and<br>23           Crossclaimant,<br><br>        v.<br>24<br>    RIPPLE LABS INC., a Delaware Corporation,<br>25  GEORGE FROST, an individual, BITSTAMP,<br>    LTD., a foreign company, and DOES 1-20,<br>26  inclusive,<br><br>             Cross-Defendants and<br>27           Counter-Defendant. | Case No.  3:15-cv-01503-WHO<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO TERMINATE STAY OF STELLAR DEVELOPMENT FOUNDATION'S CROSSCLAIM AGAINST RIPPLE LABS**<br><br>Department:  2, 17th Floor<br>Judge:          Hon. William H. Orrick<br>Action Filed:  April 1, 2015 |

28

[PROPOSED] ORDER GRANTING REQUEST TO TERMINATE STAY OF STELLAR'S CROSSCLAIM
CASE NO. 3:15-cv-01503-WHO

1  Pursuant to this Court's October 6, 2015 Order, Ripple Labs Inc.'s Notice and Request to
2  Terminate the Stay of Stellar's Crossclaim, and the accompanying declaration, this Court hereby
3  GRANTS Defendant/Cross-Defendant Ripple Labs Inc.'s ("Ripple Labs") request to terminate the
4  stay of proceedings for Intervenor/Cross-Claimant Stellar Development Foundation's Crossclaim
5  against Ripple Labs ("Stellar's Crossclaim").  This stay is terminated as of November 15, 2015.
6  All discovery and all other deadlines in Stellar's Crossclaim shall resume effective November 15,
7  2015.

9  IT IS SO ORDERED.

11  Dated: _____, 2015

12  The Honorable William H. Orrick
    United States District Judge