UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RIPPLE LABS INC., et al.,<br><br>　　　　　　Defendants. | Case No. 15-cv-01503-WHO<br><br>**ORDER TERMINATING STAY OF STELLAR DEVELOPMENT FOUNDATION'S CROSSCLAIM AGAINST RIPPLE LABS**<br><br>Re: Dkt. Nos. 153, 161 |

Pursuant to the Court's Order of October 6, 2015 granting a stay of Stellar Development Foundation's Crossclaim against Ripple Labs, Inc. so that the parties could mediate their dispute, (Dkt. No. 153), the apparently unsuccessful mediation, and Ripple Labs's notice on November 5, 2015 to terminate the stay in accordance with the Court's Order, (Dkt. No. 161), the stay is terminated as of November 15, 2015.  A case management conference is scheduled for December 2, 2015.  The parties shall file a Joint Case Management Statement by November 25, 2015.

**IT IS SO ORDERED**.

Dated: November 10, 2015

WILLIAM H. ORRICK
United States District Judge