Terry Gross, terry@gba-law.com (SBN 103878)
Adam C. Belsky, adam@gba-law.com (SBN 147800)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Tel: (415) 544-0200
Fax: (415) 544-0201

Attorneys for Defendant, Counterclaimant, and Crossclaimant
STELLAR DEVELOPMENT FOUNDATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BITSTAMP, LTD., a foreign company,<br><br>           Plaintiff,<br><br>    vs.<br><br>RIPPLE LABS INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, and DOES 1 through 10, inclusive,<br><br>           Defendants.<br>STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>           Counterclaimant and Crossclaimant,<br><br>    vs.<br><br>RIPPLE LABS, INC. a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20, inclusive,<br><br>           Cross-Defendants and Counter-Defendant. | Case No.: 3:15-cv-1503 WHO<br><br>**STELLAR DEVELOPMENT FOUNDATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15 AND FED. R. CIV. P. 7.1**<br><br>Judge:    Hon. William H. Orrick |

**STELLAR DEVELOPMENT FOUNDATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Counterclaimant, and Crossclaimant Stellar Development Foundation ("SDF"), files this corporate disclosure statement, and hereby discloses, by and through its undersigned counsel, that SDF does not have any parent corporation and no publicly-held corporation owns 10% or more of SDF's stock.

Dated: November 19, 2015

By: /s/ Adam Belsky
Terry Gross (SBN 103878)
terry@gba-law.com
Adam C. Belsky (SBN 147800)
adam@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

Attorneys for Defendant, Counterclaimant, and Crossclaimant Stellar Development Foundation

**STELLAR DEVELOPMENT FOUNDATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Adam C. Belsky, hereby certify that a true and correct copy of the above and foregoing document has been served on November 19, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECEF system per Civil L.R. 5-1(h).  Any counsel of record who have not consented to electronic serve through the Court's CM/ECF system will be served by first class mail, facsimile, and/or overnight delivery.

Dated: November 19, 2015

By: /s/ Adam Belsky
Terry Gross (SBN 103878)
terry@gba-law.com
Adam C. Belsky (SBN 147800)
adam@gba-law.com
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

Attorneys for Defendant, Counterclaimant, and Crossclaimant Stellar Development Foundation