# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: December 2, 2015 | Time: 1 hour, 4 minutes 3:06 p.m. to 4:10 | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 15-cv-01503-WHO | Case Name: Bitstamp, Ltd v. Ripple Labs Inc. | |

**Attorneys for Plaintiff:** Kelly Woodruff and Jessica K. Nall
**Attorneys for Defendants:** Terry Gross, Adam C. Belsky, Grant P. Fondo, Nicole L. Chessari, Spencer Hosie, and (Paul Rugani appearing telephonically)

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

## PROCEEDINGS

Parties heard as to Motions to Strike and Motion to Dismiss. Motions taken under submission; written order to follow.

Case Management Conference conducted. Counsel have continued settlement discussions independently following an unsuccessful mediation with Judge Garcia. The parties are amenable to returning to Judge Garcia for a further settlement conference but may wish a more directive approach. An ADR call is scheduled for December 17, 2015. By that time the parties should agree upon a plan to return to Judge Garcia or request placement through the ADR office at the time of the ADR call, with the mediation to be completed within 45 days. Bitstamp will not be required to personally attend the mediation but should make counsel available on telephonic standby. Counsel shall meet and confer and agree upon a case management schedule within ten days, terminating with the trial set for February 6, 2017.

If the Court grants Bitstamp's motion with prejudice, Stellar asks that Bitstamp maintain its party status for purposes of discovery. The Court urges that the parties be reasonable and cooperate as to the appropriate scope of discovery. If Bitstamp is dismissed and Stellar determines through discovery that there are material topics related to allegations in an amended cross-complaint regarding Bitstamp that defendant Frost is unable to address, the Court orders that Stellar may serve a 30(b)(6) notice on Bitstamp as if it was a party. If there are disputes about the appropriate scope of that deposition, after meeting and conferring in person lead counsel may send a five-page joint letter to the Court as outlined in the Court's Standing Civil Order.

Further Case Management Conference set for **February 23, 2016 at 2:00 p.m.**

**Deadline to amend/add parties:** May 1, 2016
**Trial:** February 6, 2017 at 8:30 a.m. by Jury