1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025-1105
   Tel.:  650.752.3100
5  Fax.: 650.853.1038

6  Richard M. Strassberg (*Pro Hac Vice*)
   *rstrassberg@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   The New York Times Building
8  620 Eighth Avenue
   New York, NY 10018-1405
9  Tel.:  212.813.8800
   Fax.: 212.355.3333

10 Attorneys for Defendant/Cross-Plaintiff/Cross-Defendant
11 **RIPPLE LABS INC.**

12 [*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | |
| Defendant. | |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation, | |
| Counterclaimant and Crossclaimant, | |
| v. | |
| RIPPLE LABS INC. a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20, inclusive, | |
| Cross-Defendants and Counter-Defendant. | |

JOINT STATUS REPORT
Case No. 15-cv-01503-WHO

1    Pursuant to this Court's August 6, 2015 Order Granting Motion to Compel Arbitration
2  (Dkt. No. 119), Jed McCaleb, Jacob Stephenson, Stellar Development Foundation ("SDF") and
3  Ripple Labs Inc. ("Ripple Labs") (the "Parties"), through their undersigned counsel, file this joint
4  report to apprise the Court regarding the status of arbitration.
5    On September 1, 2015, Ripple Labs filed an arbitration demand with the Judicial
6  Arbitration and Mediation Services in San Francisco, California, seeking damages against SDF,
7  McCaleb and Stephenson.  SDF, McCaleb and Stephenson filed answers to Ripple Labs'
8  arbitration demand.  McCaleb also filed counterclaims against Ripple Labs.
9    In early October, the Parties agreed to mediate SDF's crossclaim against Ripple Labs
10 pending in this Court, along with the arbitration claims between Ripple Labs, McCaleb, and
11 Stephenson.  Mediation sessions with the Hon. David A. Garcia (Ret.) of JAMS were held on
12 October 30, 2015, November 4, 2015, and December 9, 2015.  The Parties agreed to stay
13 arbitration during settlement discussions.  The Parties are still in settlement discussions to resolve
14 all claims against one another and against certain third-parties, including Bitstamp Ltd. and
15 George Frost.

Dated:  February 8, 2016          Respectfully submitted,

By:  /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.:  650.752.3100
Fax.:  650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.:  212.813.8800
Fax.:  212.355.3333

*Attorneys for Defendant/Cross-Plaintiff/Cross-Defendant*

JOINT STATUS REPORT                    1
Case No. 15-cv-01503-WHO

*Ripple Labs Inc.*

Dated: February 8, 2016                Respectfully submitted,

By:  /s/ Paul F. Rugani
Mark S. Parris (*pro hac vice*)
*mparris@orrick.com*
Paul F. Rugani (*pro hac vice*)
*prugani@orrick.com*
Andrew Ardinger (SBN 267417)
*aardinger@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue
Suite 5600
Seattle, Washington 98104-7097
Telephone: 206.839.4300
Facsimile: 206.839.4301

Gabriel M. Ramsey (SBN 209218)
*gramsey@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

*Attorneys for Defendants*
*Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated: February 8, 2016                Respectfully submitted,

By:  /s/ Terry Gross
Terry Gross (SBN 103878)
*terry@gba-law.com*
Adam C. Belsky (SBN 147800)
*adam@gba-law.com*
**Gross Belsky Alonso LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

*Attorneys for Proposed Intervenor-Defendant /*
*Cross and Counter Plaintiff Stellar Development*
*Foundation*

JOINT STATUS REPORT                 2
Case No. 15-cv-01503-WHO

**CIVIL L.R. 5-1 ATTESTATION**

I, Grant P. Fondo, am the ECF User whose ID and Password are being used to file this JOINT STATUS REPORT.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Terry Gross, counsel for Stellar Development Foundation and Paul Rugani, counsel for Defendants Jed McCaleb and Jacob Stephenson, concurred to its filing.

Dated:  February 8, 2016                    /s/  Grant P. Fondo
                                                               Grant P. Fondo

*Counsel for Defendant/Cross-Plaintiff/Cross-Defendant Ripple Labs Inc*

## **CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on February 8, 2016.

/s/ Grant P. Fondo
Grant P. Fondo
