1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025-1105
   Tel.: 650.752.3100
5  Fax.: 650.853.1038

6  Attorneys for Defendant/Cross-Plaintiff
   **RIPPLE LABS INC.**
7
   [*Additional counsel on signature page*]
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>        Plaintiff,<br>   v.<br><br>RIPPLE LABS INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>        Defendant. | Case No. 15-cv-01503-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Dept.:    Courtroom 2, 17th Floor<br><br>Judge:  Hon. William H. Orrick |
| RIPPLE LABS INC., a Delaware Corporation,<br><br>        Cross-Plaintiff,<br>   v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive,<br><br>        Cross-Defendants. | |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>Counterclaimant and Crossclaimant,<br><br>v.<br><br>RIPPLE LABS, INC., a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20, inclusive,<br><br>Cross-Defendants and Counter Defendant. | |

- 1 -

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Defendants and Cross-Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS, Defendant, Cross-Claimant, and Cross-Defendant RIPPLE LABS INC. ("Ripple"), Intervenor-Defendant, Cross-Claimant and Counterclaimant STELLAR DEVELOPMENT FOUNDATION ("SDF"), Plaintiff and Cross-Defendant BITSTAMP LTD. ("Bitstamp"), and Cross-Defendant GEORGE FROST (collectively, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to postpone the Case Management Conference scheduled for February 23, 2016 at 2:00 p.m. for forty-five (45) days until April 8, 2016 at 2:00 p.m., or the Court's earliest available date thereafter. In support of this request, the Parties stipulate as follows:

WHEREAS, on December 2, 2015, the Court issued an order scheduling a case management conference for February 23, 2016 at 2:00 p.m. (Dkt. 167);

WHEREAS, the Parties have agreed to settle their disputes, intend to file a stipulation for dismissal, and therefore believe a case management conference is not necessary at this time;

WHEREAS, no Party will be prejudiced by the relief requested in the stipulation and there will be no changes to the case schedule in existence prior to the entry of this stipulation; and

WHEREAS, all Parties' claims and defenses are expressly preserved and not waived by entering into this stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that the Case Management Conference shall be moved from February 23, 2016 at 2:00 p.m. to April 8, 2016 at 2:00 p.m., or the soonest date thereafter that the Court is available.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  February 22, 2016

Respectfully submitted,

By:  /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive

| | |
|---|---|
| 1 | Menlo Park, CA 94025-1105 |
| 2 | Tel.:   650.752.3100<br>Fax.:  650.853.1038 |
| 3 | Richard M. Strassberg (*Pro Hac Vice*) |
| 4 | *rstrassberg@goodwinprocter.com*<br>**GOODWIN PROCTER LLP** |
| 5 | The New York Times Building<br>620 Eighth Avenue |
| 6 | New York, NY 10018-1405<br>Tel.:   212.813.8800 |
| 7 | Fax.:  212.355.3333 |
| 8 | *Attorneys for Defendant/Cross-Plaintiff*<br>*Ripple Labs Inc.* |

Dated: February 22, 2016                          Respectfully submitted,

By:  /s/ Paul F. Rugani
Mark S. Parris (*pro hac vice*)
*mparris@orrick.com*
Paul F. Rugani (*pro hac vice*)
*prugani@orrick.com*
Andrew Ardinger (SBN 267417)
*aardinger@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue
Suite 5600
Seattle, Washington 98104-7097
Telephone: 206.839.4300
Facsimile: 206.839.4301

Gabriel M. Ramsey (SBN 209218)
*gramsey@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

*Attorneys for Defendants/Cross-Defendants*
*Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated: February 22, 2016                          Respectfully submitted,

By:  /s/ Terry Gross
Terry Gross (SBN 103878)
*terry@gba-law.com*

- 3 -

Adam C. Belsky (SBN 147800)
*adam@gba-law.com*
**Gross Belsky Alonso LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

*Attorneys for Intervenor-Defendant/Cross-Plaintiff/ Counter-Plaintiff Stellar Development Foundation*

Dated:  February 22, 2016                    Respectfully submitted,

By:   /s/ Kelly Woodruff
Kelly Woodruff (SBN 160235)
*kwoodruff@fbm.com*
Jessica Nall (SBN 215149)
*jnall@fbm.com*
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.954.4400
Facsimile: 415.954.4480

*Attorneys for Plaintiff/Cross-Defendant Bitstamp, Ltd.*

Dated:  February 22, 2016                    Respectfully submitted,

By:   /s/ Spencer Hosie
Spencer Hosie (SBN 101777)
*shosie@hosielaw.com*
**Hosie Rice LLP**
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, California 94111
Telephone: 415-247-6000
Facimile: 415-247-6001

*Attorneys for Cross-Defendant George Frost*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 DATED:

HONORABLE WILLIAM H. ORRICK
United States District Judge

**CIVIL L.R. 5-1 ATTESTATION**

I, Grant P. Fondo, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO CASE MANAGEMENT CONFERENCE. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Paul F. Rugani, counsel for Jed McCaleb, Nancy Harris, and Jacob Stephenson; Terry Gross, counsel for Stellar Development Foundation; Kelly Woodruff, counsel for Bitstamp Ltd.; and Spencer Hosie, counsel for George Frost concurred to its filing.

Dated: February 22, 2016                    /s/  Grant P. Fondo
                                            Grant P. Fondo

**CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on February 22, 2016.

/s/  Grant P. Fondo