1  Grant P. Fondo (SBN 181530)
   *gfondo@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, CA 94025-1105
   Tel.: 650.752.3100
5  Fax.: 650.853.1038

6  Attorneys for Defendant/Cross-Plaintiff
   **RIPPLE LABS INC.**
7
   [*Additional counsel on signature page*]
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>　　　　　Plaintiff,<br>　　　v.<br><br>RIPPLE LABS INC., a Delaware Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>　　　　　Defendant. | Case No. 15-cv-01503-WHO<br><br>**JOINT STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Dept.:　　Courtroom 2, 17th Floor<br><br>Judge:　Hon. William H. Orrick |
| RIPPLE LABS INC., a Delaware Corporation,<br><br>　　　　　Cross-Plaintiff,<br>　　　v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive,<br><br>　　　　　Cross-Defendants. | |
| STELLAR DEVELOPMENT FOUNDATION, a Delaware Nonprofit Corporation,<br><br>Counterclaimant and Crossclaimant,<br><br>v.<br><br>RIPPLE LABS, INC., a Delaware Corporation, GEORGE FROST, an individual, BITSTAMP, LTD., a foreign company, and DOES 1-20, inclusive,<br><br>Cross-Defendants and Counter Defendant. | |

　　　　Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Defendants

and Cross-Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS, Defendant, Cross-Claimant, and Cross-Defendant RIPPLE LABS INC. ("Ripple"), Intervenor-Defendant, Cross-Claimant and Counterclaimant STELLAR DEVELOPMENT FOUNDATION ("SDF"), Plaintiff and Cross-Defendant BITSTAMP LTD. ("Bitstamp"), and Cross-Defendant GEORGE FROST (collectively, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to postpone the Case Management Conference scheduled for February 23, 2016 at 2:00 p.m. for forty-five (45) days until April 8, 2016 at 2:00 p.m., or the Court's earliest available date thereafter.  In support of this request, the Parties stipulate as follows:

WHEREAS, on December 2, 2015, the Court issued an order scheduling a case management conference for February 23, 2016 at 2:00 p.m. (Dkt. 167);

WHEREAS, the Parties have agreed to settle their disputes, intend to file a stipulation for dismissal, and therefore believe a case management conference is not necessary at this time;

WHEREAS, no Party will be prejudiced by the relief requested in the stipulation and there will be no changes to the case schedule in existence prior to the entry of this stipulation; and

WHEREAS, all Parties' claims and defenses are expressly preserved and not waived by entering into this stipulation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that the Case Management Conference shall be moved from February 23, 2016 at 2:00 p.m. to April 8, 2016 at 2:00 p.m., or the soonest date thereafter that the Court is available.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  February 22, 2016

Respectfully submitted,

By: /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.:   650.752.3100
Fax.:  650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
rstrassberg@goodwinprocter.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.:   212.813.8800
Fax.:  212.355.3333

*Attorneys for Defendant/Cross-Plaintiff Ripple Labs Inc.*

Dated:  February 22, 2016         Respectfully submitted,

By:   /s/ Paul F. Rugani
Mark S. Parris (*pro hac vice*)
*mparris@orrick.com*
Paul F. Rugani (*pro hac vice*)
*prugani@orrick.com*
Andrew Ardinger (SBN 267417)
*aardinger@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue
Suite 5600
Seattle, Washington 98104-7097
Telephone: 206.839.4300
Facsimile: 206.839.4301

Gabriel M. Ramsey (SBN 209218)
*gramsey@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

*Attorneys for Defendants/Cross-Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated:  February 22, 2016         Respectfully submitted,

By:   /s/ Terry Gross
Terry Gross (SBN 103878)
*terry@gba-law.com*
Adam C. Belsky (SBN 147800)
*adam@gba-law.com*
**Gross Belsky Alonso LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104

Telephone: 415 554-0200
Facsimile: 415 544-0201

*Attorneys for Intervenor-Defendant/Cross-Plaintiff/
Counter-Plaintiff Stellar Development Foundation*

Dated: February 22, 2016                Respectfully submitted,

By: /s/ Kelly Woodruff
Kelly Woodruff (SBN 160235)
*kwoodruff@fbm.com*
Jessica Nall (SBN 215149)
*jnall@fbm.com*
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.954.4400
Facsimile: 415.954.4480

*Attorneys for Plaintiff/Cross-Defendant
Bitstamp, Ltd.*

Dated: February 22, 2016                Respectfully submitted,

By: /s/ Spencer Hosie
Spencer Hosie (SBN 101777)
*shosie@hosielaw.com*
**Hosie Rice LLP**
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, California 94111
Telephone: 415-247-6000
Facimile: 415-247-6001

*Attorneys for Cross-Defendant
George Frost*

**PURSUANT TO STIPULATION, IT IS ORDERED AS MODIFIED BELOW:**

**Case Management Conference is continued to April 5, 2016 at 2:00 p.m.**

DATED: February 22, 2016

_____
HONORABLE WILLIAM H. ORRICK