GOODWIN | PROCTER

Nicole L. Chessari
650.752.3281
NChessari@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
135 Commonwealth Drive
Menlo Park, CA 94025-1105
T: 650.752.3100
F: 650.853.1038

April 1, 2016

**VIA ELECTRONIC FILING**

The Honoable Judge William H. Orrick
United States District Court
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**    *Bitstamp Ltd. v. Ripple Labs, Inc., et al.*; **Case No. 15-cv-01503-WHO**

Dear Judge Orrick:

    Pursuant to the Joint Stipulation and [Proposed] Order to Dismiss this Action with Prejudice and Return the Disputed Funds and XRP Deposited with the Court, filed March 31, 2016 (Dkt. No. 176), and specifically pursuant to Paragraph 5 on page 2, please be advised that counsel for Ripple Labs Inc. will pick up the Private Key from the Court in person within five (5) business days of the Court's Order approving the Stipulation.

                                              Sincerely,

                                              Nicole L. Chessari

NLC:dk

    cc:    All Counsel