| | |
|---|---|
| 1 | Grant P. Fondo (SBN 181530) |
|   | *gfondo@goodwinprocter.com* |
| 2 | Nicole L. Chessari (SBN 259970) |
|   | *nchessari@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER LLP** |
|   | 135 Commonwealth Drive |
| 4 | Menlo Park, CA 94025-1105 |
|   | Tel.: 650.752.3100 |
| 5 | Fax.: 650.853.1038 |
| 6 | Richard M. Strassberg (*Pro Hac Vice*) |
|   | *rstrassberg@goodwinprocter.com* |
| 7 | **GOODWIN PROCTER LLP** |
|   | The New York Times Building |
| 8 | 620 Eighth Avenue |
|   | New York, NY 10018-1405 |
| 9 | Tel.: 212.813.8800 |
|   | Fax.: 212.355.3333 |
| 10 | |
|    | Attorneys for Defendant/Cross-Plaintiff |
| 11 | **RIPPLE LABS INC.** |
| 12 | [*Additional counsel on signature page*] |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., a foreign company, | Case No. 15-cv-01503-WHO |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO DISMISS THIS ACTION WITH PREJUDICE AND RETURN THE DISPUTED FUNDS AND XRP DEPOSITED WITH THE COURT** |
| v. | |
| RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive, | |
|  | Dept.:    Courtroom 2, 17th Floor |
|  | Judge:  Hon. William H. Orrick |
| Defendant. | |
| RIPPLE LABS INC., a California Corporation, | |
| Cross-Plaintiff, | |
| v. | |
| JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive, | |
| Cross-Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 7-12 Defendants and Cross-Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS, Defendant, Cross-Claimant, and Cross-Defendant RIPPLE LABS INC. ("Ripple"), Intervenor-Defendant, Cross-Claimant and Counterclaimant STELLAR DEVELOPMENT FOUNDATION ("SDF"), Plaintiff and Cross-Defendant BITSTAMP LTD. ("Bitstamp"), and Cross-Defendant GEORGE FROST (collectively, the "Parties"), through their undersigned counsel, hereby file the following stipulated request for the Court to dismiss the Parties' claims, counterclaims and cross-claims against one another, with prejudice, and release the Interpleaded funds and XRP deposited with the Court to SDF and Ripple, respectively.

WHEREAS, on April 1, 2015, Bitstamp initiated this interpleader action with the Court naming Ripple, McCaleb, Stephenson, and Harris as defendants (the "Interpleader Action");

WHEREAS, on April 29, 2015, Ripple filed cross-claims against McCaleb and Stephenson ("Ripple's Cross-claims");

WHEREAS, SDF intervened in the Interpleader Action and, on August 12, 2015, filed cross-claims against Ripple and Frost and filed a counterclaim against Bitstamp ("SDF's Counterclaims");

WHEREAS, on or around June 5, 2015 Bitstamp deposited funds into Court's registry, and the Court is currently holding the sum of $942,138.24 (the "Interpleaded Funds");

WHEREAS, on or around July 29, 2013 Ripple deposited the private key to a Ripple account containing 96,342,361.6 XRP, which the Court is currently holding ("Interpleaded XRP");

WHEREAS, on or around August 5, 2015 the Parties stipulated and the Court subsequently ordered that Stephenson shall maintain $502.00 in Ripple account r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX ("r3Q"); and

WHEREAS, the Parties have reached settlements as to the claims, cross-claims, and counterclaims against one another in the Interpleader Action, Ripple's Cross-claims, SDF's Counterclaims, and the Arbitration (the "Settlement Agreements") and wish to dismiss all claims

against one another with prejudice, with each Party to bear its own fees and costs, except as otherwise set forth in the Settlement Agreements.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that:

1. The Court shall dismiss, with prejudice, Bitstamp's Interpleader Action, with no fees or costs awarded to any Party;

2. The Court shall dismiss, with prejudice, Ripple's Cross-claims, with no fees or costs awarded to any Party;

3. The Court shall dismiss, with prejudice, SDF's Counterclaims, with no fees or and costs awarded to any Party;

4. The Court shall deliver the $942,138.24 Interpleaded Funds currently in the Court's registry to SDF by sending a check payable to Stellar Development Foundation to SDF's counsel, Gross Belsky Alonso LLP;

5. The Clerk of the Court is directed to deliver to a representative of Ripple, the private key to the 96,342,361.6 Interpleaded XRP previously filed on August 19, 2015, Dkt. 125, and referenced as "sealed document" in the Court docket. The sealed document will no longer be a part of the docket record in this case. The representative and method of transfer shall be designated by Ripple in a letter to the Court with copies to counsel for the other parties.; and

6. Stephenson is immediately relieved of his obligation to maintain a minimum balance of $502.00 in Ripple account r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 31, 2016                    Respectfully submitted,

                              By:  /s/ Grant P. Fondo
                                   Grant P. Fondo (SBN 181530)
                                   *gfondo@goodwinprocter.com*
                                   Nicole L. Chessari (SBN 259970)
                                   *nchessari@goodwinprocter.com*
                                   **GOODWIN PROCTER LLP**
                                   135 Commonwealth Drive
                                   Menlo Park, CA 94025-1105
                                   Tel.:  650.752.3100

|   |   |   |
|---|---|---|
| 1 | | Fax.:  650.853.1038 |
| 2 | | Richard M. Strassberg (*Pro Hac Vice*) |
| | | *rstrassberg@goodwinprocter.com* |
| 3 | | **GOODWIN PROCTER LLP** |
| | | The New York Times Building |
| 4 | | 620 Eighth Avenue |
| | | New York, NY 10018-1405 |
| 5 | | Tel.:   212.813.8800 |
| | | Fax.:  212.355.3333 |
| 6 | | |
| | | *Attorneys for Defendant/Cross-Plaintiff* |
| 7 | | *Ripple Labs Inc.* |

Dated:  March 31, 2016       Respectfully submitted,

By:   /s/ Paul F. Rugani
      Mark S. Parris (*pro hac vice*)
      *mparris@orrick.com*
      Paul F. Rugani (*pro hac vice*)
      *prugani@orrick.com*
      Andrew Ardinger (SBN 267417)
      *aardinger@orrick.com*
      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
      701 Fifth Avenue
      Suite 5600
      Seattle, Washington 98104-7097
      Telephone: 206.839.4300
      Facsimile: 206.839.4301

      Gabriel M. Ramsey (SBN 209218)
      *gramsey@orrick.com*
      **ORRICK, HERRINGTON & SUTCLIFFE LLP**
      The Orrick Building
      405 Howard Street
      San Francisco, California 94105-2669
      Telephone: 415.773.5700
      Facsimile: 415.773.5759

      *Attorneys for Defendants/Cross-Defendants*
      *Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated:  March 31, 2016       Respectfully submitted,

By:   /s/ Terry Gross
      Terry Gross (SBN 103878)
      *terry@gba-law.com*
      Adam C. Belsky (SBN 147800)

- 4 -

JOINT STIPULATION AND ORDER TO DISMISS THIS ACTION WITH PREJUDICE AND RETURN THE
DISPUTED FUNDS AND XRP DEPOSITED WITH THE COURT - Case No. 15-cv-01503-WHO

*adam@gba-law.com*
**Gross Belsky Alonso LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200
Facsimile: 415 544-0201

*Attorneys for Intervenor-Defendant/Cross-Plaintiff/ Counter-Plaintiff Stellar Development Foundation*

Dated: March 31, 2016                    Respectfully submitted,

By:   /s/ Kelly Woodruff
Kelly Woodruff (SBN 160235)
*kwoodruff@fbm.com*
Jessica Nall (SBN 215149)
*jnall@fbm.com*
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.954.4400
Facsimile: 415.954.4480

*Attorneys for Plaintiff/Cross-Defendant Bitstamp, Ltd.*

Dated: March 31, 2016                    Respectfully submitted,

By:   /s/ Spencer Hosie
Spencer Hosie (SBN 101777)
*shosie@hosielaw.com*
**Hosie Rice LLP**
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, California 94111
Telephone: 415-247-6000
Facimile: 415-247-6001

*Attorneys for Cross-Defendant George Frost*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | DATED: April 1, 2016

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge