FILED

APR - 7 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITSTAMP LTD., <br><br> Plaintiff, <br><br> v. <br><br> RIPPLE LABS INC., et al., <br><br> Defendants. | Case No. 15-cv-01503-WHO <br><br> **RECEIPT** |

I, Rosemarie Escalante, counsel for Ripple Labs, Inc., acknowledge receipt of private key to the 96,342,361.6 Interpleaded XRP previously filed on August 19, 2015, as Document 125, "sealed document."

Dated: 4/7/16

_____