Grant P. Fondo (SBN 181530)
gfondo@goodwinprocter.com
Nicole L. Chessari (SBN 259970)
nchessari@goodwinprocter.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
rstrassberg@goodwinprocter.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
**RIPPLE LABS INC.**

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>     Plaintiff,<br><br>     v.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>     Defendant.<br><br>RIPPLE LABS INC., a California Corporation,<br><br>     Cross-Plaintiff,<br><br>     v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive,<br><br>     Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS THIS ACTION WITH PREJUDICE AND RETURN THE DISPUTED FUNDS AND XRP DEPOSITED WITH THE COURT**<br><br>Dept.:     Courtroom 2, 17th Floor<br><br>Judge:  Hon. William H. Orrick |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 7-12 Defendants and Cross-Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS, Defendant, Cross-Claimant, and Cross-Defendant RIPPLE LABS INC. ("Ripple"), Intervenor-Defendant, Cross-Claimant and Counterclaimant STELLAR DEVELOPMENT FOUNDATION ("SDF"), Plaintiff and Cross-Defendant BITSTAMP LTD. ("Bitstamp"), and Cross-Defendant GEORGE FROST (collectively, the "Parties"), through their undersigned counsel, hereby file the following amended stipulated request for the Court to dismiss the Parties' claims, counterclaims and cross-claims against one another, with prejudice, and release the Interpleaded funds and XRP deposited with the Court to SDF and Ripple, respectively.

WHEREAS, on April 1, 2015, Bitstamp initiated this interpleader action with the Court naming Ripple, McCaleb, Stephenson, and Harris as defendants (the "Interpleader Action");

WHEREAS, on April 29, 2015, Ripple filed cross-claims against McCaleb and Stephenson ("Ripple's Cross-claims");

WHEREAS, SDF intervened in the Interpleader Action and, on August 12, 2015, filed cross-claims against Ripple and Frost and filed a counterclaim against Bitstamp ("SDF's Counterclaims");

WHEREAS, on or around June 5, 2015 Bitstamp deposited funds into Court's registry, and the Court is currently holding the sum of $942,138.24 (the "Interpleaded Funds");

WHEREAS, on or around July 29, 2013 Ripple deposited the private key to a Ripple account containing 96,342,361.6 XRP, which the Court is currently holding ("Interpleaded XRP");

WHEREAS, on or around August 5, 2015 the Parties stipulated and the Court subsequently ordered that Stephenson shall maintain $502.00 in Ripple account r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX ("r3Q"); and

WHEREAS, the Parties have reached settlements as to the claims, cross-claims, and counterclaims against one another in the Interpleader Action, Ripple's Cross-claims, SDF's Counterclaims, and the Arbitration (the "Settlement Agreements") and wish to dismiss all claims

against one another with prejudice, with each Party to bear its own fees and costs, except as otherwise set forth in the Settlement Agreements.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties that:

1. The Court shall dismiss, with prejudice, Bitstamp's Interpleader Action, with no fees or costs awarded to any Party;

2. The Court shall dismiss, with prejudice, Ripple's Cross-claims, with no fees or costs awarded to any Party;

3. The Court shall dismiss, with prejudice, SDF's Counterclaims, with no fees or and costs awarded to any Party;

4. The Court shall deliver the $942,138.24 Interpleaded Funds and any accrued interest currently in the Court's registry to SDF by sending a check payable to Stellar Development Foundation to SDF's counsel, Gross Belsky Alonso LLP;

5. The Court shall deliver the private key to the 96,342,361.6 Interpleaded XRP previously deposited with the Court to Ripple at an address specified by Ripple in a letter to the Court with copies to counsel for the other parties; and

6. Stephenson is immediately relieved of his obligation to maintain a minimum balance of $502.00 in Ripple account r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 12, 2016                                    Respectfully submitted,

By:  /s/ Grant P. Fondo
Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.:   650.752.3100
Fax.:   650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*

**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

*Attorneys for Defendant/Cross-Plaintiff Ripple Labs Inc.*

Dated: April 12, 2016                     Respectfully submitted,

By: /s/ Paul F. Rugani
Mark S. Parris (*pro hac vice*)
*mparris@orrick.com*
Paul F. Rugani (*pro hac vice*)
*prugani@orrick.com*
Andrew Ardinger (SBN 267417)
*aardinger@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue
Suite 5600
Seattle, Washington 98104-7097
Telephone: 206.839.4300
Facsimile: 206.839.4301

Gabriel M. Ramsey (SBN 209218)
*gramsey@orrick.com*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

*Attorneys for Defendants/Cross-Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris*

Dated: April 12, 2016                     Respectfully submitted,

By: /s/ Terry Gross
Terry Gross (SBN 103878)
*terry@gba-law.com*
Adam C. Belsky (SBN 147800)
*adam@gba-law.com*
**Gross Belsky Alonso LLP**
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone: 415 554-0200

| | |
|---|---|
| | Facsimile: 415 544-0201 |
| | *Attorneys for Intervenor-Defendant/Cross-Plaintiff/ Counter-Plaintiff Stellar Development Foundation* |

Dated:  April 12, 2016                           Respectfully submitted,

By:   /s/ Jessica Nall
Kelly Woodruff (SBN 160235)
*kwoodruff@fbm.com*
Jessica Nall (SBN 215149)
*jnall@fbm.com*
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: 415.954.4400
Facsimile: 415.954.4480

*Attorneys for Plaintiff/Cross-Defendant Bitstamp, Ltd.*

Dated:  April 12, 2016                           Respectfully submitted,

By:   /s/ Spencer Hosie
Spencer Hosie (SBN 101777)
*shosie@hosielaw.com*
**Hosie Rice LLP**
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, California 94111
Telephone: 415-247-6000
Facimile: 415-247-6001

*Attorneys for Cross-Defendant George Frost*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

**CIVIL L.R. 5-1 ATTESTATION**

I, Grant P. Fondo, am the ECF User whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS THIS ACTION WITH PREJUDICE AND RETURN THE DISPUTED FUNDS AND XRP DEPOSITED WITH THE COURT. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Paul Rugani, counsel for Defendants Jed McCaleb, Jacob Stephenson, and Nancy Harris, Terry Gross, counsel for Stellar Development Foundation, Jessica Nall, counsel for Bitstamp Ltd., and Spencer Hosie, counsel for George Frost concurred to its filing.

Dated:  April 12, 2016                                         /s/  Grant P. Fondo
                                                                              Grant P. Fondo

**CERTIFICATE OF SERVICE**

I, Grant P. Fondo, hereby certify that a copy of the foregoing document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on April 12, 2016.

/s/ Grant P. Fondo
Grant P. Fondo