Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

Richard M. Strassberg (*Pro Hac Vice*)
*rstrassberg@goodwinprocter.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel.: 212.813.8800
Fax.: 212.355.3333

Attorneys for Defendant/Cross-Plaintiff
**RIPPLE LABS INC.**

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITSTAMP LTD., a foreign company,<br><br>                    Plaintiff,<br><br>          v.<br><br>RIPPLE LABS INC., a California Corporation, JACOB STEPHENSON, an individual, NANCY HARRIS, an individual, JED MCCALEB, an individual, and DOES 1 Through 10, Inclusive,<br><br>                    Defendant.<br><hr>RIPPLE LABS INC., a California Corporation,<br><br>                    Cross-Plaintiff,<br><br>          v.<br><br>JED MCCALEB, an individual, JACOB STEPHENSON, an individual, and DOES 1 Through 10, Inclusive,<br><br>                    Cross-Defendants. | Case No. 15-cv-01503-WHO<br><br>**AMENDED JOINT STIPULATION AND ORDER TO DISMISS THIS ACTION WITH PREJUDICE AND RETURN THE DISPUTED FUNDS AND XRP DEPOSITED WITH THE COURT**<br><br>Dept.:      Courtroom 2, 17th Floor<br><br>Judge:  Hon. William H. Orrick |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 7-12 Defendants and

2    Cross-Defendants JED MCCALEB, JACOB STEPHENSON and NANCY HARRIS, Defendant,

3    Cross-Claimant, and Cross-Defendant RIPPLE LABS INC. ("Ripple"), Intervenor-Defendant,

4    Cross-Claimant and Counterclaimant STELLAR DEVELOPMENT FOUNDATION ("SDF"),

5    Plaintiff and Cross-Defendant BITSTAMP LTD. ("Bitstamp"), and Cross-Defendant GEORGE

6    FROST (collectively, the "Parties"), through their undersigned counsel, hereby file the following

7    amended stipulated request for the Court to dismiss the Parties' claims, counterclaims and cross-

8    claims against one another, with prejudice, and release the Interpleaded funds and XRP deposited

9    with the Court to SDF and Ripple, respectively.

10    WHEREAS, on April 1, 2015, Bitstamp initiated this interpleader action with the Court

11    naming Ripple, McCaleb, Stephenson, and Harris as defendants (the "Interpleader Action");

12    WHEREAS, on April 29, 2015, Ripple filed cross-claims against McCaleb and Stephenson

13    ("Ripple's Cross-claims");

14    WHEREAS, SDF intervened in the Interpleader Action and, on August 12, 2015, filed

15    cross-claims against Ripple and Frost and filed a counterclaim against Bitstamp ("SDF's

16    Counterclaims");

17    WHEREAS, on or around June 5, 2015 Bitstamp deposited funds into Court's registry, and

18    the Court is currently holding the sum of $942,138.24 (the "Interpleaded Funds");

19    WHEREAS, on or around July 29, 2013 Ripple deposited the private key to a Ripple

20    account containing 96,342,361.6 XRP, which the Court is currently holding ("Interpleaded XRP");

21    WHEREAS, on or around August 5, 2015 the Parties stipulated and the Court subsequently

22    ordered that Stephenson shall maintain $502.00 in Ripple account

23    r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX ("r3Q"); and

24    WHEREAS, the Parties have reached settlements as to the claims, cross-claims, and

25    counterclaims against one another in the Interpleader Action, Ripple's Cross-claims, SDF's

26    Counterclaims, and the Arbitration (the "Settlement Agreements") and wish to dismiss all claims

27

28

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS THIS ACTION WITH
PREJUDICE AND RETURN THE DISPUTED FUNDS AND XRP DEPOSITED WITH THE COURT
Case No. 15-cv-01503-WHO

1  against one another with prejudice, with each Party to bear its own fees and costs, except as

2  otherwise set forth in the Settlement Agreements.

3      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

4  Parties that:

5      1.   The Court shall dismiss, with prejudice, Bitstamp's Interpleader Action, with no

6  fees or costs awarded to any Party;

7      2.   The Court shall dismiss, with prejudice, Ripple's Cross-claims, with no fees or

8  costs awarded to any Party;

9      3.   The Court shall dismiss, with prejudice, SDF's Counterclaims, with no fees or

10  and costs awarded to any Party;

11      4.   The Court shall deliver the $942,138.24 Interpleaded Funds and any accrued

12  interest currently in the Court's registry to SDF by sending a check payable to Stellar

13  Development Foundation to SDF's counsel, Gross Belsky Alonso LLP;

14      5.   The Court shall deliver the private key to the 96,342,361.6 Interpleaded XRP

15  previously deposited with the Court to Ripple at an address specified by Ripple in a letter to the

16  Court with copies to counsel for the other parties; and

17      6.   Stephenson is immediately relieved of his obligation to maintain a minimum

18  balance of $502.00 in Ripple account r3Q3B6A2giHDMef83AztzBStBm1JBmxUKX.

19  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

20

21  Dated:  April 12, 2016                 Respectfully submitted,

22                          By:   /s/ Grant P. Fondo
                                  Grant P. Fondo (SBN 181530)
23                                *gfondo@goodwinprocter.com*
                                  Nicole L. Chessari (SBN 259970)
24                                *nchessari@goodwinprocter.com*
                                  **GOODWIN PROCTER LLP**
25                                135 Commonwealth Drive
                                  Menlo Park, CA 94025-1105
26                                Tel.:  650.752.3100
                                  Fax.:  650.853.1038
27
                                  Richard M. Strassberg (*Pro Hac Vice*)
28                                *rstrassberg@goodwinprocter.com*

1

**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue

2

New York, NY 10018-1405
Tel.:  212.813.8800

3

Fax.:  212.355.3333

4

*Attorneys for Defendant/Cross-Plaintiff*

5

*Ripple Labs Inc.*

6

Dated:  April 12, 2016                    Respectfully submitted,

7

                          By:   /s/ Paul F. Rugani
                                Mark S. Parris (*pro hac vice*)

8

                                *mparris@orrick.com*

9

                                Paul F. Rugani (*pro hac vice*)
                                *prugani@orrick.com*

10

                                Andrew Ardinger (SBN 267417)
                                *aardinger@orrick.com*

11

                                **ORRICK, HERRINGTON & SUTCLIFFE LLP**

12

                                701 Fifth Avenue
                                Suite 5600

13

                                Seattle, Washington 98104-7097
                                Telephone: 206.839.4300

14

                                Facsimile: 206.839.4301

15

                                Gabriel M. Ramsey (SBN 209218)

16

                                *gramsey@orrick.com*
                                **ORRICK, HERRINGTON & SUTCLIFFE LLP**

17

                                The Orrick Building
                                405 Howard Street

18

                                San Francisco, California 94105-2669
                                Telephone: 415.773.5700

19

                                Facsimile: 415.773.5759

20

                                *Attorneys for Defendants/Cross-Defendants*

21

                                *Jed McCaleb, Jacob Stephenson, and Nancy Harris*

22

Dated:  April 12, 2016                    Respectfully submitted,

23

                          By:   /s/ Terry Gross
                                Terry Gross (SBN 103878)

24

                                *terry@gba-law.com*
                                Adam C. Belsky (SBN 147800)

25

                                *adam@gba-law.com*

26

                                **Gross Belsky Alonso LLP**
                                One Sansome Street, Suite 3670

27

                                San Francisco, CA 94104
                                Telephone: 415 554-0200

28

- 3 -

AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS THIS ACTION WITH
PREJUDICE AND RETURN THE DISPUTED FUNDS AND XRP DEPOSITED WITH THE COURT
Case No. 15-cv-01503-WHO

Facsimile: 415 544-0201

*Attorneys for Intervenor-Defendant/Cross-Plaintiff/
Counter-Plaintiff Stellar Development Foundation*

Dated:  April 12, 2016                         Respectfully submitted,

By:   /s/ Jessica Nall
      Kelly Woodruff (SBN 160235)
      *kwoodruff@fbm.com*
      Jessica Nall (SBN 215149)
      *jnall@fbm.com*
      **Farella Braun + Martel LLP**
      235 Montgomery Street, 17th Floor
      San Francisco, CA 94104
      Telephone: 415.954.4400
      Facsimile: 415.954.4480

      *Attorneys for Plaintiff/Cross-Defendant
      Bitstamp, Ltd.*

Dated:  April 12, 2016                         Respectfully submitted,

By:   /s/ Spencer Hosie
      Spencer Hosie (SBN 101777)
      *shosie@hosielaw.com*
      **Hosie Rice LLP**
      Transamerica Pyramid, 34th Floor
      600 Montgomery Street
      San Francisco, California 94111
      Telephone: 415-247-6000
      Facimile: 415-247-6001

      *Attorneys for Cross-Defendant
      George Frost*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   In this regard, the Court observes
that the key has already been delivered in conformity with Item 5 in the stipulation.

DATED:   April, 18, 2016

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

- 4 -

AMENDED JOINT STIPULATION AND ORDER TO DISMISS THIS ACTION WITH
PREJUDICE AND RETURN THE DISPUTED FUNDS AND XRP DEPOSITED WITH THE COURT
Case No. 15-cv-01503-WHO